AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

CYFRED LTD., FOR ITSELF AND ON BEHALF ALL (A)
OTHER SIMILARLY SITUATED

        PLAINTIFFS,

V.

FIRST AMERICAN TITLE INSURANCE
COMPANY AND DOES 1-300, inclusive (A)

        DEFENDANTS.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-00024**

TO: (Name and address of Defendant)
FIRST AMERICAN TITLE INSURANCE COMPANY
PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY
GENERAL AGENT
MAITE, GUAM

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
CURTIS C. VANDEVELD, ESQ.
SECOND FLOOR
123 HERNAN CORTES AVENUE
HAGATNA, GUAM 96910

ACKNOWLEDGED RECEIPT
Sign: [signature]
Print: KIMBERLY RAMOS
Date: 8/27/07

an answer to the complaint which is served on you with this summons, within __TWENTY (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

AUG 27 2007

CLERK [signature]

(By) DEPUTY CLERK

DATE

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                    Signature of Server

                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.