Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

FILED
DISTRICT COURT OF GUAM
SEP 1 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and DOES One (1) through Three Hundred (300), inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR QUASH RETURN OF SERVICE OF SUMMONS**<br><br>**(Hearing not requested by moving party)** |

Please take notice that defendant First American Title Insurance Company ("First American") is moving pursuant to Fed. R. Civ. Pro. 12(b)(5) to dismiss this action or quash the return of service of summons filed on August 28, 2007 on the grounds that defendant has not been properly served with process in this action. Service was improper in that First American, a corporation, was purportedly served through a former agent who has not been authorized to accept service on its behalf for approximately two years even though the process server was informed of the identity of First American's current agent for service of process. This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the

ORIGINAL

accompanying Affidavit of Aileen K. Alfred and the pleadings on file in this action. Defendant First American does not request a hearing on this motion.

DOOLEY ROBERTS & FOWLER LLP

Date: 9/14/07

By: /s/ David W. Dooley
**DAVID W. DOOLEY**
Attorneys for Defendant First American Title Insurance Company