Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, | CIVIL CASE NO. 07-00024 |
| Plaintiffs, | |
| vs. | **AFFIDAVIT OF AILEEN K. ALFRED** |
| FIRST AMERICAN TITLE INSURANCE COMPANY and DOES One (1) through Three Hundred (300), inclusive, | |
| Defendants. | |

I, Aileen K. Alfred, being duly sworn, depose and say:

1. I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called to testify to those facts I could and would competently do so.

2. I am the President of Pacific American Title Insurance & Escrow Company ("PATICO").

3. PATICO was the General Agent of First American Title Insurance Company ("First American") on Guam until approximately two years ago, at which time PATICO ceased to be First American's agent.

4. On August 27, 2007, an individual whom I believe to be in the employ of Curtis Van de veld, Esq., attempted to serve PATICO with the Summons and Complaint for the above-captioned action at the PATICO office in Maite, Guam. The individual at first attempted to serve



Manu Melwani, the Chief Executive Officer of PATICO. Mr. Melwani refused to accept service. The individual then placed a phone call, which I believe was to her employer for instructions. The individual then wanted to serve the manager of PATICO and attempted to serve me. I informed her that PATICO was no longer an agent for First American and that neither PATICO nor I was authorized to accept service of process for First American. I also informed this individual of the identity of the person currently designated as First American's agent for purposes of service of process. The individual nonetheless left a copy of the Summons and Complaint at PATICO's office.

Dated this 12 day of September, 2007.

_____
Aileen K. Alfred

Maite, Guam ) ss:

On this 12 day of SEPTEMBER, 2007, before me a Notary Public in and for Guam, personally appeared **Aileen K. Alfred**, known to me to be the person whose name is subscribed to the foregoing affidavit and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the date last above written.

) Seal (

_____
Notary Public

SARA C. PANGELINAN
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: May 09, 2009
Route 8, 715 Chalan Machaute
Suite 101, Maite, Guam 96910