Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

**FILED**
DISTRICT COURT OF GUAM
SEP 1 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY and DOES One (1) through Three Hundred (300), inclusive, <br><br> Defendants. | CIVIL CASE NO. 07-00024 <br><br> **CERTIFICATE OF SERVICE** |

I, **David W. Dooley**, hereby declare that on September 14, 2007, I caused a copy of Defendant First American Title Insurance Company's (1) Notice of Motion and Motion to Dismiss or Quash Return of Service of Summons, (2) Memorandum of Points and Authorities in Support of Motion to Dismiss or Quash Return of Service of Summons, (3) Affidavit of Aileen K. Alfred, and (4) [Proposed] Order, to be served upon the following via hand delivery:

Curtis C. Van de veld, Esq.
Second Floor, 123 Hernan Cortes Avenue
Hagåtña, Guam 96910

Dated this 14th day of September, 2007.

Date: 9/14/07

DOOLEY ROBERTS & FOWLER LLP

By: _____
**DAVID W. DOOLEY**
Attorneys for Defendant First American Title Insurance Company

ORIGINAL