℠AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

CYFRED, LTD., for itself and on
behalf of all other similarly situated,

                Plaintiffs,

V.

FIRST AMERICAN TITLE INSURANCE COMPANY
and DOES One(1) through Three hundred
(300), inclusive.

                Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-00024

TO: (Name and address of Defendant)
FIRST AMERICAN TITLE INSURANCE COMPANY
CLAUS A. FRITZEN
P.O. BOX 1527 HAGATNA, GUAM

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
CURTIS C. VAN DE VELD, ESQ.
SECOND FLOOR
123 HERNAN CORTES AVENUE
HAGATNA, GUAM 96910




ACKNOWLEDGED RECEIPT
Sign: ___
Print: KIMBERLY AMOS
Date: Oct 04, 2007

an answer to the complaint which is served on you with this summons, within **TWENTY (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA                        OCT 04 2007

CLERK                                            DATE

/s/ Marilyn B. Alcon

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                      Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.