AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

CYFRED, LTD., for itself and on
behalf of all other similarly situated,

                Plaintiffs,        SUMMONS IN A CIVIL CASE

   V.

FIRST AMERICAN TITLE INSURANCE COMPANY
and DOES One(1) through Three hundred
(300), inclusive.               CASE NUMBER. 07-00024

                Defendants.

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007 

JEANNE G. QUINATA
Clerk of Court

TO: (Name and address of Defendant)
FIRST AMERICAN TITLE INSURANCE COMPANY
CLAUS A. FRITZEN
P.O. BOX 1527 HAGATNA, GUAM

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
CURTIS C. VAN DE VELD, ESQ.
SECOND FLOOR
123 HERNAN CORTES AVENUE
HAGATNA, GUAM 96910

ORIGINAL

an answer to the complaint which is served on you with this summons, within **TWENTY (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA                          OCT 04 2007

CLERK                                            DATE

Marilyn P. Alcon
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHRISTOPHER ALLEN | PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon "KIM ANDERSON YOUNG"/ Agent of defendant/ SECURITY TITLE INC./ As directed by Plaintiff's Attny.
(671)647-8100
865 S. MARINE CORPS. DR. Ste. 202b Orlean Pacific Plaza, Tamuning, Guam

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/16/07
2:05 pm

Signature of Server

pmb 386, 1270 N. Marine Dr. Ste. 101
Tamuning, Guam 96913

*Address of Server*

X _____
SIGNED BY KIM ANDERSON YOUNG 10/16/07
2:05pm

ORIGINAL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.