DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company



**FILED**
DISTRICT COURT OF GUAM

NOV - 2 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and DOES One (1) through Three Hundred (300), inclusive,<br><br>          Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

    I, **David W. Dooley**, hereby declare that on November 2, 2007, I caused a copy of Defendant First American Title Insurance Company's [Proposed] Scheduling Order and Discovery Plan, to be served upon the following via hand delivery:

    Curtis C. Van de veld, Esq.
    Second Floor, 123 Hernan Cortes Avenue
    Hagåtña, Guam 96910

DOOLEY ROBERTS & FOWLER LLP

Date: 11/2/07

By: _____
    DAVID W. DOOLEY
    Attorneys for Defendant
    First American Title Insurance Company

**ORIGINAL**