# DISTRICT COURT OF GUAM

CYFRED, LTD., for itself and on behalf of all other similarly situated,

        Plaintffs,

V.

FIRST AMERICAN TITLE INSURANCE COMPANY and DOES One(1) through Three hundred (300), inclusive.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-00024

**FILED**
DISTRICT COURT OF GUAM

NOV - 6 2007

JEANNE G. QUINATA
Clerk of Court

TO: (Name and address of Defendant)
PACIFIC AMERICAN TITLE COMPANY
MAITE, GUAM

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CURTIS C. VAN DE VELD, ESQ.
SECOND FLOOR
123 HERNAN CORTES AVENUE
HAGATNA, GAUM 96910

an answer to the FIRST AMENDED COMPLAINT which is served on you with this summons, within TWENTY (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

CLERK

(By) DEPUTY CLERK

DATE NOV - 5 2007

§AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11-5-07 |
| NAME OF SERVER (PRINT) KIMBERLY RAMOS | TITLE OFFICE ASSISTANT / MESSENGER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ROUTE 8, 715 CHALAN MACHAUTE SUITE 101, MAITE GUAM 96910

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: AILEEN KIER ALFRED

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-5-07
            Date

Signature of Server

123 HERNAN CORTES AVENUE
HAGATNA, GUAM 96910

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.