# DISTRICT COURT OF GUAM

CYFRED, LTD., for itself and on
behalf of all other similarly situated,

Plaintiffs,

V.

FIRST AMERICAN TITLE INSURANCE COMPANY
and DOES One(1) through Three hundred
(300), inclusive.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-00024

# FILED
**DISTRICT COURT OF GUAM**

NOV - 6 2007

**JEANNE G. QUINATA**
**Clerk of Court**

TO: (Name and address of Defendant)
MANU MELWANI
HARMON, GUAM

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CURTIS C. VAN DE VELD, ESQ.
SECOND FLOOR
123 HERNAN CORTES AVENUE
HAGATNA, GUAM 96910

an answer to the FIRST AMENDED COMPLAINT which is served on you with this summons, within TWENTY (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**JEANNE G. QUINATA**
**Clerk of Court**

NOV - 5 2007

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11-5-07 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* <br> KIMBERLY RAMOS | TITLE <br> OFFICE ASSISTANT/ MESSENGER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 145 E. HARMON INDUSTRIAL PARK UNIT A TAMUNING, GUAM 96913

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MANU MELWANI

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-5-07
*Date*

*Signature of Server*

123 HERNAN CORTES AVENUE
HAGATNA GUAM 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.