DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI, and DOES 1-298, <br><br> Defendants. | CIVIL CASE NO. 07-00024 <br><br><br> ORDER |

On August 27, 2007, the Plaintiff initiated this action by the filing of a Complaint against First American Title Insurance Company and doe defendants 1 through 300. See Docket No. 1 at ¶3. On November 2, 2007, the Plaintiff filed a First Amended Complaint identifying PATCO as Doe Defendant One (1) and Manu Melwani and Doe Defendant Two (2). See Docket No. 11 at ¶¶9-10. The First Amended Complaint, however, failed to include these now-identified defendants in the case caption. Accordingly, the Clerk's Office is directed to amend the record herein to add PATCO and Manu Melwani as defendants to this action and to reduce the number of doe defendants from 300 to 298.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Nov 07, 2007**