Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company



FILED
DISTRICT COURT OF GUAM

NOV 1 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

I, **Seth Forman**, hereby declare that on November 14, 2007, I caused a copy of Defendant First American Title Insurance Company's Memorandum Regarding Scheduling Order to be served upon the following via hand delivery:

Curtis C. Van de veld, Esq.
Second Floor, 123 Hernan Cortes Avenue
Hagåtña, Guam 96910

DOOLEY ROBERTS & FOWLER LLP

Date: 11/14/07    By: _Seth Forman_
**Seth Forman**
Attorneys for Defendant First American Title
Insurance Company

ORIGINAL