DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI, and DOES 1-298, <br><br> Defendants. | CIVIL CASE NO. 07-00024 <br><br><br><br> **MINUTES** |

(✓) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
    (November 16, 2007, at 10:45 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Curtis Van de veld. Appearing on behalf of the defendant First American Title Insurance Company was David Dooley.

    Counsel stated that they did not receive a copy of the court order issued last week regarding the identification of doe defendants. Counsel were advised that this oversight would be remedied today.

    Judge Manibusan inquired into the pending motion to dismiss or quash service. Mr. Van de veld stated that all parties have been properly served with a copy of the first amended complaint ("FAC").

    With the recent filing of the FAC, Mr. Van de veld stated the named defendants still have approximately one week to respond to the FAC. Counsel agreed that it would be best to continue the scheduling conference for a two-week period to permit the defendants to answer

the FAC and appear for the scheduling conference. Judge Manibusan stated that he was inclined to follow a schedule t similar o the one adopted in Cyfred, Ltd. v. Stewart Title Guaranty Co., Civil Case No. 07-00023. The scheduling conference was continued to Tuesday, December 4, 2007, at 9 am.

The conference concluded at 10:50 a.m.

Dated: November 16, 2007.

**Prepared by:** Judith P. Hattori
Law Clerk

- 2 -