Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

**FILED**
DISTRICT COURT OF GUAM

NOV 20 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>~~NOTICE OF MOTION AND~~ MOTION TO DISMISS<br><br>(Hearing not requested by moving party) |

Please take notice that defendant First American Title Insurance Co. ("First American") is moving pursuant to FRCP 12(b)(1) and 12(b)(6) to dismiss the First Amended Class Action Complaint ("FACAC") in this action due to plaintiff Cyfred, Ltd.'s ("Cyfred") failure to exhaust administrative remedies. In addition, Defendant First American is moving pursuant to FRCP 12(b)(6) to dismiss the First and Second Causes of Action in the FACAC due to failure to plead fraud with particularity. Defendant First American is also moving pursuant to FRCP 12(b)(6) to dismiss the Fifth and Twelfth Causes of Action for failure to state a claim upon which relief can be granted. This motion is based upon this Notice of Motion and Motion, the accompanying

1

ORIGINAL

Memorandum of Points and Authorities, and the pleadings on file in this action. Defendant First American does not request a hearing on this motion.

DOOLEY ROBERTS & FOWLER LLP

Date: November 20, 2007

By: /s/ Seth Forman
for **DAVID W. DOOLEY, ESQ.**
Attorneys for Defendant First American Title Insurance Company