BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Defendants
Pacific American Title Insurance & Escrow Company, Inc.
and Manu Melwani



# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, | ) CIVIL CASE NO. 07-00024 ) ) |
| Plaintiffs, | ) **MOTION TO DISMISS** ) |
| vs. | ) ) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI, and DOES 1-298, inclusive, | ) **[Hearing not requested by moving party]** ) ) ) |
| Defendants. | ) ) |

Please take notice that defendants Pacific American Title Insurance & Escrow Company, Inc. ("PATICO") and Manu Melwani are moving pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss the First Amended Class Action Complaint ("FACAC") in this action due to Plaintiff Cyfred, Ltd.'s ("Cyfred") failure to exhaust administrative remedies. In addition, Defendants PATICO and Manu Melwani are moving pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the First and Second Causes of Action in the FACAC due to failure to plead fraud with particularity. Defendants PATICO and Manu Melwani are also moving pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Fifth and Twelfth Causes of Action for failure to state a claim upon which relief can be granted. This motion is based upon this Motion, the accompanying Memorandum of Points and

Authorities, and the pleadings on file in this action. Defendants PATICO and Manu Melwani do not request a hearing on this motion.

BERMAN O'CONNOR & MANN

Dated: 11/26/07          By: _____/s/ Michael J. Berman_____
                              MICHAEL J. BERMAN
                              Attorneys for Defendants
                              Pacific American Title Insurance & Escrow
                              Company, Inc. and Manu Melwani