
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Defendants
Pacific American Title Insurance & Escrow Company, Inc.
and Manu Melwani

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

I, **Michael J. Berman**, hereby declare that on November 26, 2007, I caused a copy of Defendants Pacific American Title Insurance & Escrow Company, Inc. and Manu Melwani's (1) Motion to Dismiss, (2) Memorandum of Points and Authorities in Support of Motion to Dismiss, and (3) [Proposed] Order, to be served upon the following via hand delivery:

Curtis C. Van de veld, Esq.
Second Floor, 123 Hernan Cortes Avenue
Hagåtña, Guam 96910

and

ORIGINAL

Seth Forman, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

**BERMAN O'CONNOR & MANN**

Date: 11/26/07          By: _____
                             **MICHAEL J. BERMAN**
                             Attorneys for Defendants
                             Pacific American Title Insurance & Escrow
                             Company, Inc.