# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

Cyfred, Ltd.,

    Plaintiff,

V.

First American Title Insurance Company,

    Defendant.

**NOTICE**

CASE NUMBER: 1:07-cv-00024

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## SCHEDULING CONFERENCE

[ X ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | December 4, 2007 at 8:30 A.M. | December 10, 2007 at 10:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| NOVEMBER 29, 2007 | VIRGINIA T. KILGORE |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO: The Van de Veld Law Offices, P.C.
    Dooley Roberts and Fowler LLP
    Berman, O'Connor, Mann and Shklov