Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company



**FILED**
DISTRICT COURT OF GUAM

DEC 10 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

I, **David W. Dooley**, hereby declare that on December 10, 2007, I caused a copy of Defendant First American Title Insurance Company's Reply Memorandum in Support of Motion to Dismiss to be served upon the following via hand delivery:

>Curtis C. Van de veld, Esq.
>123 Hernan Cortes Avenue
>Hagåtña, Guam 96910
>
>Berman, O'Connor & Mann
>Bank of Guam Bldg., Ste. 503
>111 Chalan Santo Papa
>Hagåtña, Guam 96910

Date: 12/10/07

DAVID W. DOOLEY

ORIGINAL