BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Defendants
Pacific American Title Insurance & Escrow Company, Inc.
and Manu Melwani

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI, and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**JOINDER IN REPLY MEMORANDUM OF POINTS AND AUTHORITIES FILED BY FIRST AMERICAN TITLE INSURANCE COMPANY** |

Please take notice that the Defendants Pacific American Title Insurance & Escrow Company, Inc. and Manu Melwani, join in with Defendant First American Title Insurance Company's Reply Memorandum of Points and Authorities which was filed this same date in reply to Plaintiff's Opposition Memorandum of Points and Authorities which was filed on December 3, 2007.

Dated: 12/10/07

BERMAN O'CONNOR & MANN

By: _____
MICHAEL J. BERMAN
Attorneys for Defendants
Pacific American Title Insurance & Escrow
Company, Inc. and Manu Melwani

E:\Christine\MJB\PATICO v Cyfred\Joinder.doc
ORIGINAL
Case 1:07-cv-00024    Document 31    Filed 12/10/2007    Page 1 of 1