BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366



FILED
DISTRICT COURT OF GUAM

DEC 10 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendants
Pacific American Title Insurance & Escrow Company, Inc.
and Manu Melwani

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, | CIVIL CASE NO. 07-00024 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI and DOES 1-298, inclusive, | |
| Defendants. | |

I, **Michael J. Berman**, hereby declare that on December 10, 2007, I caused a copy of Defendants Pacific American Title Insurance & Escrow Company, Inc. and Manu Melwani's Joinder in Reply Memorandum of Points and Authorities Filed by First American Title Insurance Company, to be served upon the following via hand delivery:

Curtis C. Van de veld, Esq.
Second Floor, 123 Hernan Cortes Avenue
Hagåtña, Guam 96910

and

Seth Forman, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

**BERMAN O'CONNOR & MANN**

Date: 12/10/07        By: _____
**MICHAEL J. BERMAN**
Attorneys for Defendants
Pacific American Title Insurance & Escrow
Company, Inc.