# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI, and DOES 1-298 inclusive,<br><br>Defendants. | Civil Case No. 07-00024<br><br>**ORDER** |

This matter is before the court on the Defendants' Motion to Dismiss or Quash Return of Service of Summons, Motion to Dismiss, and Motion to Dismiss (See Docket No. 4, 21, 24). Pursuant to 28 U.S.C. § 636(b)(1)(B), these Motions are hereby referred to Magistrate Judge Joaquin V.E. Manibusan, Jr. to schedule for hearings and to issue his report and recommendations to the court as appropriate.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Dec 11, 2007