DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD.,<br><br>   Plaintiff,<br><br> vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI, and DOES 1-298,<br><br>   Defendants. | CIVIL CASE NO. 07-00024<br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
  (December 10, 2007, at 10:15 a.m.)

( ) FINAL PRETRIAL CONFERENCE ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Curtis Van de veld.[1]  Appearing on behalf of the defendant First American Title Insurance Company was David Dooley.  Thomas Parker appeared on behalf of defendants Pacific American Title Insurance & Escrow Company and Manu Melwani.

  Judge Manibusan stated that he was inclined to follow the time frames established in the scheduling order issued in <u>Cyfred v. Stewart Title Guaranty Co.</u>, Civil Case No. 07-00023. Mr. Dooley stated that it was impossible for the parties to meet those deadlines in this case and

---

 [1] Mr. Van de veld appeared shortly after the Scheduling Conference had started because he was participating in an un-related deposition.

requested an enlargement of said dates. Judge Manibusan and counsel then discussed the various dates and deadlines needed for the scheduling order to be prepared by the court. Judge Manibusan stated that another scheduling conference would be calendared after the class is certified.

With regard to the pending motions to dismiss, Judge Manibusan stated it was likely the District Judge would refer the motions to him, since she had already referred the motion to dismiss in the Stewart Title action to him and said motion was similar to the motions in this case. Although the motions were not scheduled to be argued, Judge Manibusan said he would give Mr. Van de veld two (2) days to determine whether he wanted the matters heard. If Mr. Van de veld wanted oral argument, he would file a request in writing.

The conference concluded at 10:29 a.m.

Dated: December 14, 2007.

**Prepared by:** Judith P. Hattori
Law Clerk

- 2 -