# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI, and DOES 1-298, <br><br> Defendants. | CIVIL CASE NO. 07-00024 <br><br> **REPORT & RECOMMENDATION** <br> re Motion to Dismiss or Quash Return of Service of Summons <br><br> **and** <br><br> **ORDER** <br> Setting Hearing on Motions to Dismiss |

Presently there are three pending motions[1] in this case which have been referred to the below-signed Magistrate Judge. It appears that the Motion to Dismiss or Quash Return of Service of Summons has become moot in light of the filing of the First Amended Complaint and service thereof. Accordingly, the below-signed Magistrate Judge RECOMMENDS that the District Judge deny said motion as moot.

With regard to the more recent motions to dismiss (Docket Nos. 21 & 24), it appears that briefings on said motions are complete. Said motions are similar to the issues raised in the motion to dismiss filed in <u>Cyfred v. Stewart Title Guaranty Co.</u>, Civil Case No. 07-00023. In the <u>Stewart Title</u> case, the Plaintiff has requested the court schedule oral argument on the

---

[1] These motions are (i) the Motion to Dismiss or Quash Return of Service of Summons (Docket No. 4); (ii) Motion to Dismiss, filed by First American Title Insurance Co. ("First American") (Docket No. 21); and (iii) Motion to Dismiss, filed by Pacific American Title Insurance & Escrow Company ("PATICO") (Docket No. 24).

Cyfred, Ltd. v. First American Title Insurance Co.,, et al., Civil Case No. 07-00024
Report & Recommendation re Motion to Dismiss or Quash Return of Service of Summons and
Order Scheduling Motions to Dismiss for Hearing

motion to dismiss. In the interest of judicial economy, the Court will schedule the two motions to dismiss herein for hearing on January 7, 2008, at 10:00 a.m., the same time the <u>Stewart Title</u> motion to dismiss is being heard and argued.

IT IS SO RECOMMENDED AND ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Dec 14, 2007**