CASE NO.: CV-07-00024   DATE: January 7, 2008
CAPTION: Cyfred, Ltd. -vs- First American Title Insurance

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Walter Tenorio
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:04:04 - 10:46:30
CSO: F. Tenorio

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Curtis C. Van de Veld | David Dooley - First American Title Insurance Company |
|  | Michael Berman - Pacific American Title Insurance Company and Manu Melwani |

**PROCEEDINGS:**    - Motion to Dismiss by First American Title Insurance Company

   - Motion to Dismiss by Pacific American Title and Escrow Company and Manu Melwani

NOTES: Court set the following exhaustion of remedies briefing schedule:
- Defendant's brief: 1/22/2008 at 3:00 p.m.
- Plaintiff's opposition: 1/29/2008 at 3:00 p.m.
- Defendant's reply: 2/5/2008 at 3:00 p.m.

Proceedings continued to: February 8, 2008 at 9:00 a.m.