THE VANDEVELD LAW OFFICES, P.C.
Mr. Curtis C. Van de veld, Esq.
Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office:   (671) 472-4396
Facsimile: (671) 472-2561

*Attorney for Plaintiffs:*
   Cyfred, Ltd., Class,
   Deceptive Acts Subclass
   Denied Claims Subclass.

FILED
DISTRICT COURT OF GUAM
JAN 17 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), Inclusive,<br><br>   Defendants. | Civil Case No. 07-00024<br><br>**DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S MEMORANDUM re: JURISDICTION OF THE DISTRICT COURT OF GUAM** |

COMES NOW Curtis C. Van de veld, Esq. who states the following under penalty of perjury under the laws of Guam all as follows:

1. I am over the age of twenty-one (21) years old and am competent to testify to the matters contained herein based on my personal knowledge, or on my information and belief, and that the stated facts are true and correct; and

2. I am counsel for plaintiffs in this action; and

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S MEMORANDUM re:
JURISDICTION OF THE DISTRICT COURT OF GUAM
Civil Case No. 07-00024
Page 1

Case 1:07-cv-00024   Document 39   Filed 01/17/2008   Page 1 of 4

ORIGINAL

3. Attached hereto and incorporated herein by this reference as Exhibit "1" is a true and correct copy of the front cover page of The Forty-seventh Annual Report of the Insurance Commissioner for the year 2005, and an excerpt from that report indicating the "home address" of Defendant First American Title Insurance & Escrow Company.

FURTHER YOUR DECLARANT SAYETH NAUGHT this 18th day of January 2008 under penalty of perjury of the laws of Guam pursuant to 6 G.C.A. §4308 swearing and affirming that the foregoing is true and correct to the best of my personal knowledge and belief. I further declare that as to all matters stated herein to be based on belief that I believe those matters to be true.

Curtis C. Van de veld, Esq.
Counsel for Plaintiffs

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S MEMORANDUM re: JURISDICTION OF THE DISTRICT COURT OF GUAM
Civil Case No.07-00024
Page 2

Case 1:07-cv-00024   Document 39   Filed 01/17/2008   Page 2 of 4

# (Year 2005)

# FORTY-SEVENTH (47th)

# ANNUAL REPORT

# Of The

# INSURANCE COMMISSIONER

## NAMES AND ADDRESSES OF ALL INSURANCE COMPANIES & GENERAL AGENTS
## LICENSED TO TRANSACT INSURANCE BUSINESS IN GUAM
## AS OF DECEMBER 31, 2005

| NAME AND HOME ADDRESS OF INSURANCE COMPANY | NAMES AND ADDRESS OF GENERAL AGENT |
|---|---|
| Dongbu Insurance Company<br>21-9 Cho-Dong, Chung-Gu<br>CPO Box 658<br>Seoul Korea 100 | Moylan's Insurance Underwriters Inc<br>102 Julale Center, 424 West O'Brien Drive<br>Hagatna, Guam 96910 |
| FFG Insurance Company<br>1345 River Bend Drive<br>Suite 200<br>Dallas, Texas 75247 | Ralph G. Taitano<br>130 Aspinal Street<br>Suite 1A<br>Hagatna, Guam 96910 |
| Federal Insurance Company<br>15 Mountain View Road<br>Warren, NJ 07061-1615 | Cassidy's Associated Insurers Inc<br>376 West O'Brien Drive<br>Hagatna, Guam 96910 |
| Fidelity and Deposit Company of Maryland<br>3910 Keswick Road<br>Baltimore, MD 21211 | Takagi & Associates<br>Suite 200, Flame Tree Plaza<br>540 Pale San Vitores Road<br>Tumon, Guam 96913 |
| Financial Security Assurance Inc<br>350 Park Avenue<br>New York, NY 10022 | Joaquin C Arriola<br>259 Martyr Street Suite 201<br>Hagatna, Guam 96910 |
| First American Title Insurance Company<br>1 First Way<br>Santa Ana, CA 92702 | Pacific American Title Insurance &<br>Escrow Company<br>715 Chalan Machaute Suite 101<br>Maite, Guam 96910<br><br>Security Title Inc<br>865 S. Marine Drive, Suite 202B<br>Orlean Pacific Plaza<br>Tamuning, Guam 96913 |