Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company



**FILED**
**DISTRICT COURT OF GUAM**

JAN 2 2 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE COMPANY, MANU MELWANI and DOES One (1) through Two Hundred and Ninety-Eight (298), inclusive, <br><br> Defendants. | CIVIL CASE NO. 07-00024 <br><br> **DECLARATION OF SETH FORMAN** |

I, **Seth Forman**, declare under penalty of perjury as follows:

1.      I am an attorney employed by Dooley Roberts & Fowler LLP, counsel for defendant Stewart Title Guaranty Company.

2.      Attached hereto as Exhibit A is a true and accurate copy of a Notice that I downloaded from www.guamtax.com, the "Official Guam Department of Revenue and Taxation Web Site".

## ORIGINAL

I declare under the penalty of perjury, under the laws of Guam, that the foregoing is true and correct.

Executed this 21 day of January, 2008 in Tamuning, Guam.

Seth Forman

SETH FORMAN

Dipåttamenton Kontribusion yan Adu'ånå
**DEPARTMENT OF**

FELIX P. CAMACHO, Governor Maga'låhi
MICHAEL W. CRUZ, MD, Lt. Governor Tiñente Gubetnadot

# REVENUE AND TAXATION

ARTEMIO B. ILAGAN, Director
Direktot
JOHN P. CAMACHO, Deputy Director
Segundo Direktot

**GOVERNMENT OF GUAM**     Gubetnamenton Guåhan

# THE BANKING AND INSURANCE BOARD
# WILL HOLD ITS FIRST MEETING
# FOR THE YEAR 2008:

**PLACE:**      **DEPARTMENT OF REVENUE AND TAXATION**
**DIRECTOR'S CONFERENCE ROOM (2nd Floor)**

**DATE:**      **JANUARY 24, 2008**

**DAY:**       **THURSDAY**

**TIME:**      **2:00 pm**


**Signed:**

_____
**ARTEMIO B. ILAGAN**
**Banking & Insurance Commissioner, Acting**


(To be published five (5) working days before the meeting and 48 hours before the meeting)

| | | |
|---|---|---|
| 1st Publication | - | January 17, 2008 |
| 2nd Publication | - | January 22, 2008 |