BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendants
MANU MELWANI and PACIFIC AMERICAN
   TITLE INSURANCE & ESCROW COMPANY

**FILED**
DISTRICT COURT OF GUAM

JAN 24 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI and DOES One (1) through Two Hundred and Ninety-Eight (298), inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>JOINDER OF PACIFIC TITLE INSURANCE & ESCROW COMPANY AND MANU MELWANI IN FIRST AMERICAN TITLE INSURANCE COMPANY'S SUPPLEMENTAL BRIEF ON EXHAUSTION OF REMEDIES ISSUE |

The Defendants Pacific American Title Insurance & Escrow Company and Manu Melwani join in First American Title Insurance Company's Supplemental Brief on Exhaustion of Remedies Issue.

DATED this 24th day of January, 2008.

Respectfully submitted,

**BERMAN O'CONNOR & MANN**
Attorneys for Pacific American Title
   Insurance & Escrow Company and
Manu Melwani

By: _____
BILL R. MANN

H:\Norma\Working Docs 2007\BRM\(1) Jan-Feb 2008\P087016BRM.wpd

**ORIGINAL**