BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendants
MANU MELWANI and PACIFIC AMERICAN
TITLE INSURANCE & ESCROW COMPANY

**FILED**
DISTRICT COURT OF GUAM
JAN 24 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI and DOES One (1) through Two Hundred and Ninety-Eight (298), inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

I, **NORMA B. DUENAS**, hereby certify that on the 24th day of January, 2008, I caused to be served a copy of a Joinder of Pacific American Title Insurance & Escrow Company and Manu Melwani in First American Title Insurance Company's Supplemental Brief on Exhaustion of Remedies Issue, via hand delivery, on the following:

| | |
|---|---|
| Curtis C. Van de Veld, Esq.<br>The Vandeveld Law Offices, P.C.<br>Historical House, Second Floor<br>123 Hernan Cortez Avenue<br>Hagatna, Guam 96910 | Seth Forman, Esq.<br>Dooley Roberts & Fowler, LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913 |

DATED this 24th day of January, 2008.

_/s/ Norma B. Duenas_
**NORMA B. DUENAS**

**ORIGINAL**