Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

FILED
DISTRICT COURT OF GUAM

JAN 24 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br><br><br>**DECLARATION OF<br>SARA C. PANGELINAN** |

I, **SARA C. PANGELINAN**, state the following of my own personal knowledge:

1. I am employed by Pacific American Title Insurance & Escrow Co.("Pacific American"), as an Escrow Officer, and have held that position since January, 1992.

2. I was requested to determine the residence of persons or institutions purchasing title insurance from First American Title Insurance Company through Pacific American Title Insurance & Escrow Company. In order to determine this, several co-workers and myself randomly selected twenty-four (24) escrow files for each year from 1994 through 2007, or a total of three hundred thirty-six (336) escrow files.

3. In doing this, we did not distinguish between title policies issued by First American Title Insurance Company and Stewart Title Guaranty Company. This is because I do not believe



the company issuing the title policy would affect the residence of the purchasers of the title insurance.

4. The escrow files contained the address for each of the three hundred thirty-six (336) purchasers of title insurance. Of these three hundred thirty-six (336) purchasers, three hundred twenty-five (325) or 96.72% were residents of Guam at the time they purchased the title insurance.

5. This is consistent with my own experience as an escrow officer in that the great majority of people or institutions purchasing title insurance policies are residents of Guam at the time they purchased the title insurance.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed this 24 day of January, 2008 in Tamuning, Guam.

_____
SARA C. PANGELINAN