BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendants
*MANU MELWANI and PACIFIC AMERICAN
TITLE INSURANCE & ESCROW COMPANY*

FILED
DISTRICT COURT OF GUAM
JAN 25 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI and DOES One (1) through Two Hundred and Ninety-Eight (298), inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>JOINDER OF PACIFIC TITLE INSURANCE & ESCROW COMPANY AND MANU MELWANI IN FIRST AMERICAN TITLE INSURANCE COMPANY'S MEMORANDUM REGARDING JURISDICTION OF THE DISTRICT COURT OF GUAM |

The Defendants Pacific American Title Insurance & Escrow Company and Manu Melwani join in First American Title Insurance Company's Memorandum Regarding Jurisdiction of the District Court of Guam.

DATED this 25th day of January, 2008.

Respectfully submitted,

BERMAN O'CONNOR & MANN
Attorneys for Pacific American Title
  Insurance & Escrow Company and
  Manu Melwani

By_____
BILL R. MANN