
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendants
*MANU MELWANI and PACIFIC AMERICAN
TITLE INSURANCE & ESCROW COMPANY*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI and DOES One (1) through Two Hundred and Ninety-Eight (298), inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **NORMA B. DUENAS**, hereby certify that on the 25th day of January, 2008, I caused to be served a copy of a Joinder of Pacific American Title Insurance & Escrow Company and Manu Melwani in First American Title Insurance Company's Memorandum Regarding Jurisdiction of the District Court of Guam, via hand delivery, on the following:

Curtis C. Van de Veld, Esq.
The Vandeveld Law Offices, P.C.
Historical House, Second Floor
123 Hernan Cortez Avenue
Hagatna, Guam 96910

Seth Forman, Esq.
Dooley Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913

DATED this 25th day of January, 2008.

*Norma B. Duenas*
NORMA B. DUENAS

H:\Norma\Working Docs 2007\BRM\(1) Jan-Feb 2008\P0870208KM.wpd