**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendants
*MANU MELWANI and PACIFIC AMERICAN
TITLE INSURANCE & ESCROW COMPANY*

FILED
DISTRICT COURT OF GUAM

JAN 2 4 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI and DOES One (1) through Two Hundred and Ninety-Eight (298), inclusive,<br><br>　　　　Defendants. | CIVIL CASE NO. 07-00024<br><br>**JOINDER OF PACIFIC TITLE INSURANCE & ESCROW COMPANY AND MANU MELWANI IN FIRST AMERICAN TITLE INSURANCE COMPANY'S SUPPLEMENTAL BRIEF ON EXHAUSTION OF REMEDIES ISSUE** |

The Defendants Pacific American Title Insurance & Escrow Company and Manu Melwani join in First American Title Insurance Company's Supplemental Brief on Exhaustion of Remedies Issue.

DATED this 24th day of January, 2008.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　**BERMAN O'CONNOR & MANN**
　　　　　　　　　　Attorneys for Pacific American Title
　　　　　　　　　　　Insurance & Escrow Company and
　　　　　　　　　　Manu Melwani

　　　　　　　　　　By: /s/ Bill R. Mann
　　　　　　　　　　　　**BILL R. MANN**

H:\Norma\Working Docs 2007\BRM\(1) Jan-Feb 2008\P087016BRM.wpd

**ORIGINAL**