THE VANDEVELD LAW OFFICES, P.C.
Mr. Curtis C. Van de veld, Esq.
Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396
Facsimile: (671) 472-2561

*Attorney for Plaintiffs:*
    Cyfred, Ltd., Class,
    Deceptive Acts Subclass
    Denied Claims Subclass.

**FILED**
**DISTRICT COURT OF GUAM**

JAN 31 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), Inclusive,<br><br>    Defendants. | Civil Case No. 07-00024<br><br>**DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF PLAINTIFF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE CO., MANU MELWANI & PACIFIC AMERICAN TITLE INSURANCE CO.'S RESPONSE re: JURISDICTION OF THE DISTRICT COURT OF GUAM** |

COMES NOW Curtis C. Van de veld, Esq. who states the following under penalty of perjury under the laws of Guam all as follows:

1. I am over the age of twenty-one (21) years old and am competent to testify to the matters contained herein based on my personal knowledge, or on my information and belief, and that the stated facts are true and correct; and

2. I am counsel for plaintiffs in this action; and

---
CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN'S RESPONSE re: JURISDICTION OF THE DISTRICT COURT OF GUAM
Civil Case No.07-00024     Page 1

Case 1:07-cv-00024    Document 52    Filed 01/31/2008    Page 1 of 4

ORIGINAL

3. Attached hereto and incorporated herein by this reference as Exhibit "1" is a true and correct copy of the front cover page of The Forty-seventh Annual Report of the Insurance Commissioner for the year 2005, and an excerpt from that report indicating the "assets" of Defendant First American Title Insurance & Escrow Company as $2,119,968,165.

FURTHER YOUR DECLARANT SAYETH NAUGHT this 31st day of January 2008 under penalty of perjury of the laws of Guam pursuant to 6 G.C.A. §4308 swearing and affirming that the foregoing is true and correct to the best of my personal knowledge and belief. I further declare that as to all matters stated herein to be based on belief that I believe those matters to be true.

Curtis C. Van de veld, Esq.
Counsel for Plaintiffs

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN, et al.'S RESPONSE re: JURISDICTION OF THE DISTRICT COURT OF GUAM
Civil Case No.07-00024
Page 2

# (Year 2005)

# FORTY-SEVENTH (47th)

# ANNUAL REPORT

## Of The

# INSURANCE COMMISSIONER

"1"

## FINANCIAL STATEMENT OF LICENSED INSURANCE COMPANIES
## AS OF DECEMBER 31, 2005

| INSURERS | ASSETS | LIABILITIES | CAPITAL | SURPLUS |
|---|---|---|---|---|
| Fidelity and Deposit Co- MD | 213,830,797 | 26,988,705 | 5,000,000 | 181,842,092 |
| Financial Security Assur, Inc | 3,789,839,229 | 2,251,384,908 | 15,000,000 | 1,523,454,321 |
| First American Title Insur Cc | 2,119,968,165 | 1,242,086,020 | 200,000,000 | 677,882,145 |
| First Fire & Casity Ins of HI Inc | 5,889,906 | 5,790 | 2,500,000 | 3,384,116 |
| First Indemnity Insur of HI Inc | 6,061,392 | 6,244 | 2,500,000 | 3,555,148 |
| First Insurance Co of HI Ltc | 514,166,039 | 347,820,289 | 4,272,840 | 162,072,910 |
| First Net Insurance Company | 7,952,472 | 4,026,012 | 2,000,000 | 1,926,460 |
| General Insur Co of America | 2,725,413,697 | 1,911,152,939 | 5,000,000 | 809,260,758 |
| Globe Life and Accident Ins Cc | 2,103,377,337 | 1,776,845,520 | 6,327,899 | 320,203,918 |
| GMHP Health Insurance Ltd | 2,386,449 | 372,284 | 500,000 | 1,514,165 |
| Govt Personnel Mutual Life Cc | 763,987,254 | 684,657,087 | - | 79,330,167 |
| Great-West Life & Annty Ins Cc | 33,616,475,820 | 32,102,272,393 | 7,032,000 | 1,507,171,427 |
| Hartford Life & Accdnt Insur Cc | 10,134,039,182 | 5,786,505,809 | 2,500,000 | 4,345,033,373 |
| Individual Assurance Company | 44,053,063 | 34,171,653 | 2,500,000 | 7,381,410 |
| Insurance Co of North America | 510,983,743 | 423,745,661 | 11,357,109 | 75,880,973 |
| Jefferson Pilot Financial Ins Cc | 12,610,163,973 | 11,572,758,676 | 3,000,000 | 1,034,405,297 |

21

Case 1:07-cv-00024    Document 52    Filed 01/31/2008    Page 4 of 4