Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM

FEB 0 5 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant
First American Title Insurance Company

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PATCO, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

I, **Seth Forman**, hereby declare that on February 5, 2008, I caused a copy of Defendant First American Title Insurance Company's Reply Memorandum on Exhaustion of Remedies Issue and the Request for Judicial Notice to be served upon the following via hand delivery:

Curtis C. Van de veld, Esq.
123 Hernan Cortes Avenue
Hagåtña, Guam 96910

Berman, O'Connor & Mann
Bank of Guam Bldg., Ste. 503
111 Chalan Santo Papa
Hagåtña, Guam 96910

Date: February 5, 2008

_____
**SETH FORMAN**

ORIGINAL