Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company



FILED
DISTRICT COURT OF GUAM

FEB 0 6 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, et al.,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**ERRATUM TO DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S REPLY MEMORANDUM ON EXHAUSTION OF REMEDIES ISSUE** |

Exhibits A through C to defendant First American Title Insurance Company's Reply Memorandum were mistakenly omitted when the Reply Memorandum was filed on February 5, 2008. The exhibits are attached hereto.

DOOLEY ROBERTS & FOWLER LLP

Date: February 5, 2008

By: *Seth Forman*
SETH FORMAN
Attorneys for Defendant First American Title
Insurance Company

**ORIGINAL**

This is a printer friendly version of an article from **guampdn.com**
To print this article open the file menu and choose Print.

Back

Article published Jan 31, 2008

# Health insurance refunds nixed: Rev and Tax cites federal health discrimination provision

By Gaynor Dumat-ol Daleno
Pacific Daily News
gdumat-ol@guampdn.com

Health insurance refunds that many of Guam's residents expect at least once a year will stop – for now.

The Department of Revenue and Taxation's Banking and Insurance Board has issued orders telling StayWell and TakeCare to stop issuing health plan coverage that gives refunds to subscribers, Art Ilagan, the agency's director, said yesterday.

The cease-and-desist order was issued recently to follow federal law and regulations that forbid health plans based on health factors, such as giving refunds to healthy people but not to subscribers who tend to get sick and use their health insurance more often, Ilagan said.

The department cited the Health Insurance Portability and Accountability Act, which was enacted in 1996. But the local agency didn't get its regulations finalized until last year for health insurance plan years beginning July 2007.

The Guam Legislature did pass a law that allows rebates of health insurance premiums, but the local law was enacted before the federal law against health discrimination came into place, according to Rev and Tax.

StayWell and TakeCare could not be reached for comment after regular office hours yesterday.

It's unclear how the order would affect the health plans of Guam residents who chose either StayWell or TakeCare plans that offered refunds.

Rev and Tax did confirm that StayWell has appealed and is requesting a hearing.

The Banking and Insurance Board will hear StayWell's appeal, but no hearing date has been publicly announced.

Ilagan also said health insurance refunds also could be a tax issue.

Health insurance premiums can be tax-deductible in certain cases, but when people receive health insurance refunds, the money might not get reported when the tax-filing season arrives, Ilagan said.

EXHIBIT _A_

[ Print this story ]

# TakeCare latest insurer ordered to nix refunds

**by Clynt Ridgell, KUAM News**
**Thursday, January 31, 2008**

Another local health insurance provider has been ordered to discontinue its practice of issuing refunds. According to a letter from acting banking and insurance commissioner Art Ilagan TakeCare Insurance Company, Inc. has been told to stop advertising its "Fit Plan", which is a health insurance policy with a refund feature.

Staywell Insurance was also ordered to discontinue a similar health plan in which health customers with low claims get partial refunds of their insurance premiums. According to Ilagan letter this practice is in violation of the Health Insurance Portability and Accountability Act, which prevents health insurance providers from discriminating against unhealthy individuals.

**Copyright © 2000-2008 by Pacific Telestations, Inc.**

[ Print this story ]

EXHIBIT  B

Print this story

## Staywell's refund concern began in 2003

by Clynt Ridgell, KUAM News
Wednesday, January 30, 2008

A major health insurance provider on Guam has been ordered to discontinue issuing refunds to its customers. Guam Department of Revenue & Taxation director Art Ilagan says Staywell Insurance has been ordered to stop issuing the refunds that it gives to its health insurance customers with low claims. If you're insured with Staywell and rarely go to the doctor, therefore rarely using your health insurance, you get a partial refund of the insurance premiums you've paid.

According to Ilagan this practice is a violation of the Health Insurance Portability and Accountability Act. Such regulations state that insurance providers can't discriminate against its customers based on health or claims history. The director told KUAM News, "Today it's very clear that refunds made for healthy people are illegal, and we've issued a cease-and-desist order by the Banking and Insurance Board last December to stop issuing policies with refund features."

So how did the board decide now that Staywell must stop this practice when they've been doing it for a long time?

Guam Federations of Teachers president Matt Rector says the union brought this issue to the forefront, recalling, "In 2003 the GFT started looking at the process to fix health insurance on Guam and first we had to look at where the problems were currently. And one of the big problems is with Staywell's plan, where they let people get refunds." Rector says that these types of policies make the insurance pool unbalanced.

In other words, by allowing Staywell to give refunds to healthy individuals they take many of these people away from other health insurance providers. This leaves other health insurance providers with a bunch of unhealthy clients and therefore expensive health insurance customers.

Continued Rector, "What that did is it destroyed all the health plans if a lot of people. Remember back in the day when we had the GMHP plan and the FHP plan, but those were good, real health plans, but Staywell was monopolizing it and taking all the healthy people out and skewing all the pools? It really damaged both companies and the public."

Because of this former GFT member Todd Baum filed a complaint in 2003 against Staywell for discrimination against those with poor health. Then just this past January 16 Ilagan ordered Staywell to stop issuing these health plans with refunds. On the 24th Staywell Insurance filed an appeal and a request for a hearing. Ilagan says that the Banking and Insurance Board will hear out Staywell's side of the issue and are currently finalizing a date for the hearing.

EXHIBIT C

Several calls were placed to Staywell for comment, including to the organization's chief financial officer, chief executive officer and human resources manager. None were returned.

**Copyright © 2000-2008 by Pacific Telestations, Inc.**

[ Print this story ]