| | |
|---|---|
| 1 | **BERMAN O'CONNOR & MANN** |
| 2 | Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa |
| 3 | Hagåtña, Guam 96910<br>Telephone: (671) 477-2778 |
| 4 | Facsimile: (671) 477-4366 |

FILED
DISTRICT COURT OF GUAM

FEB 0 6 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendants
*MANU MELWANI and PACIFIC AMERICAN
TITLE INSURANCE & ESCROW COMPANY*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, | CIVIL CASE NO. 07-00024 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI and DOES One (1) through Two Hundred and Ninety-Eight (298), inclusive, | |
| Defendants. | |

I, **NORMA B. DUENAS**, hereby certify that on the 6th day of February, 2008, I caused to be served a copy of a Joinder of Pacific American Title Insurance & Escrow Company and Manu Melwani in First American Title Insurance Company's REPLY ON EXHAUSTION OF REMEDIES ISSUE, via hand delivery, on the following:

| | |
|---|---|
| Curtis C. Van de Veld, Esq.<br>The Vandeveld Law Offices, P.C.<br>Historical House, Second Floor<br>123 Hernan Cortez Avenue<br>Hagatna, Guam 96910 | Seth Forman, Esq.<br>Dooley Roberts & Fowler, LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913 |

DATED this 6th day of February, 2008.

_____
NORMA B. DUENAS

**ORIGINAL**