**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-07-00023 and CV-07-00024  DATE: February 8, 2008
CAPTION: Cyfred, Ltd. vs Stewart Title Guaranty Company
Cyfred, Ltd. vs first American Title Insurance Company

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Geraldine A. Cepeda  Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 9:08:03 - 9:22:59; 9:43:17 - 10:48:42
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:48:43 - 11:25:02

CSO: N. Edrosa

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Curtis Van de veld | David W. Dooley - Stewart Title Company and First American Title Insurance Company |
| | Seth Forman - First American Title Insurance Company |
| | William Mann - Pacific American Title & Escrow an Manu Melwani |
| | Jeffrey E. Carne - Stewart Title Company (via Teleconference) |

---

**PROCEEDINGS: Continued Motion to Dismiss by Stewart Title Company; Continued Motion to Dismiss by First American Title Insurance company; Continued Motion to Dismiss by Pacific American Title & Escrow Company and Manu Melwani**

- Counsel argued on the exhaustion of administrative remedies in CV-07-00023 and the jurisdiction issue in CV-07-00024.
- Court to issue report and recommendation to Chief Judge Frances Tydingco-Gatewood.

NOTES: