THE VANDEVELD LAW OFFICES, P.C.
Mr. Curtis C. Van de veld, Esq.
Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396/488-0888
Facsimile: (671) 472-2561



FILED
DISTRICT COURT OF GUAM

MAR 0 7 2008 R.D.

JEANNE G. QUINATA
Clerk of Court

*Attorney for Plaintiffs:*
    Cyfred, Ltd., Class,
    Deceptive Acts Subclass
    Denied Claims Subclass.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), Inclusive,<br><br>    Defendants. | Civil Case No. 07-00024<br><br>**DECLARATION AND CERTIFICATION OF CURTIS C. VAN DE VELD, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

COMES NOW Curtis C. Van de veld, Esq. who states the following under penalty of perjury under the laws of Guam all as follows:

1. I am over the age of twenty-one (21) years old and am competent to testify to the matters contained herein based on my personal knowledge, or on my information and belief, and that the stated facts are true and correct;

**ORIGINAL**

---

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THE CLASS
Civil Case No.07-00024
Page 1

2. I was admitted to the Guam Bar in April of 1990 and to the District Court of Guam in September of 1990. I am admitted to practice before the Ninth Circuit Court of Appeals, the Federal Court of Appeals and the United States Supreme Court;

3. During my practice in Guam, I have, on average, litigated approximately five jury trials per year;

4. I am currently litigating the underlying action *Sananap et al. v. Cyfred et al*, Superior Court of Guam Civil Case No. CV1448-02 ("Sananap Action"). The Sananap Action has been ongoing since May of 2007 and is still ongoing. The Sananap Action involved over one hundred motions and thousands of pages of admitted evidence. The Sananap Action has involved two interlocutory appeals. I am competent and willing to litigate a protracted case and to undertake all necessary appeals to obtain a favorable verdict for plaintiffs in this action.

5. I have been admitted as co-counsel in a class action in the District Court of Guam entitled *Simpao, et al. v. Government of Guam*, District Court of Guam Case No. CIV04-00049.

6. I am willing and able to vigorously represent the Proposed Class in this action and I have accumulated thousands of pages of discovery and hundreds of pages of deposition testimony to obtain evidence relevant to the issues in this action.

FURTHER YOUR DECLARANT SAYETH NAUGHT this 7th day of March 2008 under penalty of perjury of the laws of Guam pursuant to 6 G.C.A. §4308 swearing and affirming that the foregoing is true and correct to the best of my personal knowledge and belief. I further declare that as to all matters stated herein to be based on belief that I believe those matters to be true.

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
**DECLARATION OF CURTIS C. VAN DE VELD, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THE CLASS**
Case 1:07-cv-00024    Document 62    Filed 03/07/2008    Page 2 of 3
Civil Case No.07-00024                                                                 Page 2

*signature*

Curtis C. Van de veld, Esq.
Counsel for Cyfred, Ltd and the
Proposed Class

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
**DECLARATION OF CURTIS C. VAN DE VELD, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THE CLASS**
Civil Case No.07-00024
Case 1:07-cv-00024   Document 62   Filed 03/07/2008   Page 3 of 3
Page 3