THE VANDEVELD LAW OFFICES, P.C.
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396/488-0888
Facsimile: (671) 472-2561

*Attorney for Plaintiff:*
    Cyfred, Ltd., Class,
    Deceptive Acts Subclass
    Denied Claims Subclass

FILED
DISTRICT COURT OF GUAM

MAR 0 7 2008 RD.

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD for itself and other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE & ESCROW COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), Inclusive, <br><br> Defendants. | Civil Case No.07-00024 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Curtis C. Van de veld, Esq., counsel for Plaintiffs, hereby declare that on March 7th 2008, I caused a copy of Plaintiffs' Motion for Class Certification, Declaration of Curtis C. Van de veld Esq., Proposed Order Granting Plaintiffs' Motion For Class Certification to be served by hand delivering the referenced pleadings to following counsels at the following addresses:

Dooley Roberts & Fowler, LLP at Suite 201, Orlean Pacific Plaza, 865 South Marine Drive, Tamuning, Guam 96913, counsel for First American title Insurance Company; and

CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
CERTIFICATE OF SERVICE
Civil Case No.07-00024

Case 1:07-cv-00024   Document 63   Filed 03/07/2008   Page 1 of 2

| | |
|---|---|
| 1 | Bill R. Mann Esq., Berman O'Connor & Mann, Suite 503, Bank of Guam Building |
| 2 | 865 South Marine Drive, Hagåtña, Guam 96910 counsel for Pacific American Title Insurance |
| 3 | Company and Manu Melwani. |

Dated this 7th day of February 2008.

THE VANDEVELD LAW OFFICES, P.C.

_____
Curtis C. Van de veld Esq.
Counsel for Cyfred, Ltd. and the
Proposed Class

CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
CERTIFICATE OF SERVICE
Civil Case No.07-00024

Case 1:07-cv-00024   Document 63   Filed 03/07/2008   Page 2 of 2