DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

**FILED**
**DISTRICT COURT OF GUAM**

MAR 2 5 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, | ) CIVIL CASE NO. 07-00024 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

I, **David W. Dooley**, hereby declare that on March 25, 2008, I caused a copy of Defendant First American Title Insurance Company's Verified Application of Charles A. Newman for Admission to Practice on Guam *Pro Hac Vice*, Declaration and Consent of Co-Counsel Re: Charles A. Newman, and [Proposed] Order, to be served upon the following via hand delivery:

Curtis C. Van de Veld, Esq.
The Van de Veld Law Office, P.C.
2nd Floor, Historical House
123 Hernan Cortes Ave.
Hagåtña, Guam 96910



Wilfred R. Mann, Esq.
Berman, O'Connor & Mann
Bank of Guam Bldg., Suite 503
111 Chalan Santo papa
Hagåtña, Guam 96910

Dated: March ⎯⎯, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company