
DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf Of all other similarly situated, | Case No: 07-00024 |
| Plaintiff, | |
| v. | VERIFIED APPLICATION OF DARCI F. MADDEN |
| FIRST AMERICAN TITLE INSURANCE COMPANY, et al., | FOR ADMISSION TO PRACTICE ON GUAM *PRO HAC VICE* |
| Defendants. | |

I, DARCI F. MADDEN, hereby declare and state:

1. I request that I be admitted on a *pro hac vice* basis in the above-captioned matter so that I may undertake representation of First American Title Insurance Company.

2. My business address is :

    Bryan Cave LLP
    211 North Broadway
    St. Louis, MO 63102
    (314) 259-2000

3. I am admitted to practice and am in good standing and eligible to practice in the following courts:

    | Court | Dates |
    |---|---|
    | U.S. District Court, Eastern District of Missouri | 1999 |
    | U.S. District Court, Southern District of Illinois | 2000 |
    | Bar of the State of Missouri | 1999 |
    | Bar of the State of Illinois | 2000 |

4. I have never been denied admission of a *pro hac vice* basis on Guam.

5. I have never had any admission *pro hac vice* revoked in Guam.

ORIGINAL

6. I have never been formally disciplined or sanctioned by any court in Guam.

7. This is my first application for admission on a *pro hac vice* basis in the territory of Guam.

8. I am familiar with the rules of professional conduct, rules of discipline of the District Court of Guam, local rules and court procedures of the District Court of Guam.

9. My co-counsel in this matter will be:

David W. Dooley, Esq.
Bar No. 78005
865 S. Marine Corps Drive, Suite 201
Orlean Pacific Plaza
Tamuning, Guam 96913
(671) 646-1222

10. Mr. Dooley will be the lawyer of record for the First American Title Insurance Company.

I declare under penalty of perjury under the laws of the Territory of Guam that the foregoing is true and correct.

Executed this /8 day of March, 2008

Darci F. Madden

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 24, 1999,

## Darci Faulkner Madden

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 6th day of March, 2008.

_____
Clerk of the Supreme Court of Missouri