DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**DECLARATION AND CONSENT OF CO-COUNSEL RE: DOUGLAS W. KING** |

I, David W. Dooley, declare:

1. I am an active member of the Bar of Guam and am authorized to practice law before all courts of Guam, and the United States District Court of Guam.

2. I am a partner in the law firm of Dooley Roberts & Fowler LLP, attorneys for Defendant First American Title Insurance Company.

3. I agree to act as local counsel for Douglas W. King. This Court and counsel for the other parties in this matter may communicate with me regarding the conduct of this case and I shall accept service of all papers in this matter.

*Cyfred, Ltd. v. First American Title Insurance Company, et al.*
District Court Civil Case No. 07-00024
Declaration and Consent of Co-Counsel Re: Douglas W. King
Page 2 of 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 25, 2008.

_____
DAVID W. DOOLEY