DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant
First American Title Insurance Company

THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, | ) ) ) | CIVIL CASE NO. 07-00024 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** **Granting *Pro Hac Vice* Applications** |
| FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

     This matter having come before the court on the *pro hac vice* applications of Douglas W.

King, Charles A. Newman, and Darci F. Madden, and for good cause shown,

     IT IS ORDERED that the *pro hac vice* applications are granted and that said individuals

are authorized to appear and practice before the court in this matter.



     **/s/ Joaquin V.E. Manibusan, Jr.**
       **U.S. Magistrate Judge**
     **Dated: Apr 02, 2008**