# Exhibit 4

# Civil/Criminal CM/ECF System
# District Court of Guam (Hagatna)
# CIVIL DOCKET FOR CASE #: 1:04-cv-00049

Simpao v. Government of Guam
Assigned to: Chief Judge Frances M. Tydingco-Gatewood
Demand: $0
Lead case: 1:04-cv-00006
Member case: (View Member Case)
Related Case Case: 1:04-cv-00006
Cause: 48:1424 The Organic Act of Guam

Date Filed: 12/03/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Mary Grace Simpao**
*and others similarly situated*

represented by **Kim D. Stephens**
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101-7332
206-682-5600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Pacharzina**
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101-7332
206-682-5600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Fisher**
Shimizu Canto and Fisher
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagatna, GU 96910
671-472-1131
Fax: 671-472-2886
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James L. Canto, II**
Shimizu Canto and Fisher
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagatna, GU 96910
671-472-1131
Fax: 671-472-2886
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Christina Naputi**<br>*and others similarly situated* | represented by | **Kim D. Stephens**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nancy A. Pacharzina**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas J. Fisher**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James L. Canto, II**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janice Cruz**<br>*and others similarly situated* | represented by | **Kim D. Stephens**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nancy A. Pacharzina**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas J. Fisher**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James L. Canto, II**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Government of Guam** | represented by | **Joseph A. Guthrie**<br>Office Of The Attorney General-<br>Solicitors Div<br>287 West O'Brien Drive<br>Hagatna, GU 96910<br>671-475-3324<br>Fax: 671-472-2493<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Felix P. Camacho**
*in his official capacity as Governor of Guam*

represented by **Arne David Wagner**
One Lombard Street
2nd Floor
San Francisco, CA 94111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel M. Benjamin**
Calvo and Clark, LLP
655 South Marine Drive
Suite 202
Tamuning, GU 96913-
671-646-9355
Fax: 671-646-9403
Email: dbenjamin@calvoclark.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Pangelinan**
Calvo & Clark, LLP
Suite 202
655 South Marine Drive
Tamuning, GU 96913-
671-646-9355
Fax: 671-646-9403
Email: mpangelinan@calvoclark.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2004 | 1 | COMPLAINT - Class Action - Sumns issd; Filed by: PTF Mary Grace Simpao, PTF Christina Naputi [SAI EOD 12/06/2004] Receipt Number 0025547, Fee Amount $150.00. (ORIGINAL GCMS ENTRY 1-1) (cnv) (Entered: 12/03/2004) |
| 12/06/2004 | 2 | RETURN of Sumns in a Civil Cs - exec. 12/03/04, Atty Gen. Douglas Moylan; [SAI EOD 12/07/2004] (ORIGINAL GCMS ENTRY 2-1) (cnv) (Entered: 12/06/2004) |
| 12/06/2004 | 3 | RETURN of Sumns in a Civil Cs - exec. 12/03/04, t/Hon. Felix Camacho; [SAI EOD 12/07/2004] (ORIGINAL GCMS ENTRY 3-1) (cnv) (Entered: 12/06/2004) |
| 12/07/2004 | 4 | RETURN of Sumns in a Civil Cs - exec. 12/07/04, Hon. Douglas B. Moylan; [SAI EOD 12/08/2004] (ORIGINAL GCMS ENTRY 4-1) (cnv) (Entered: 12/07/2004) |

| | | |
|---|---|---|
| 12/07/2004 | 5 | RETURN of Sumns in a Civil Cs - exec 12/07/04, Hon. Felix Camacho; [SAI EOD 12/08/2004] (ORIGINAL GCMS ENTRY 5-1) (cnv) (Entered: 12/07/2004) |
| 01/14/2005 | 6 | SCHEDULING Ntc - Proposed sched ord & disc plan are due NLT 02/16/05. Sched conf shall be held on 03/03/05 at 10:30 a.m; [WMT EOD 01/14/2005] (ORIGINAL GCMS ENTRY 6-1) (cnv) (Entered: 01/14/2005) |
| 02/01/2005 | 7 | FIRST Amd Complt; Filed by: PTF Mary Grace Simpao, PTF Christina Naputi [WMT EOD 02/01/2005] (ORIGINAL GCMS ENTRY 7-1) (cnv) (Entered: 02/01/2005) |
| 02/01/2005 | 8 | DECLARATION of Daniel Edward Q. Manibusan; Filed by: PTF Mary Grace Simpao, PTF Christina Naputi [WMT EOD 02/01/2005] (ORIGINAL GCMS ENTRY 8-1) (cnv) (Entered: 02/01/2005) |
| 02/03/2005 | 9 | PETITION for Admission Pro Hac Vice - Class Action - re Nancy A. Pacharzina; Filed by: PTF Mary Grace Simpao [SAI EOD 02/03/2005] (ORIGINAL GCMS ENTRY 9-1) (cnv) (Entered: 02/03/2005) |
| 02/03/2005 | 10 | PETITION for Admission Pro Hac Vice - Class Action - re Kim D. Stephens, P.S.; Filed by: PTF Mary Grace Simpao [SAI EOD 02/03/2005] (ORIGINAL GCMS ENTRY 10-1) (cnv) (Entered: 02/03/2005) |
| 02/04/2005 | 11 | DECLARATION of Daniel Edward Q. Manibusan; Filed by: PTF Mary Grace Simpao [SAI EOD 02/04/2005] (ORIGINAL GCMS ENTRY 11-1) (cnv) (Entered: 02/04/2005) |
| 02/04/2005 | 12 | DECLARATION of Daniel Edward Q. Manibusan; Filed by: PTF Mary Grace Simpao [SAI EOD 02/04/2005] (ORIGINAL GCMS ENTRY 12-1) (cnv) (Entered: 02/04/2005) |
| 02/04/2005 | 13 | DECLARATION of Daniel Edward Q. Manibusan; Filed by: PTF Mary Grace Simpao [SAI EOD 02/04/2005] (ORIGINAL GCMS ENTRY 13-1) (cnv) (Entered: 02/04/2005) |
| 02/04/2005 | 14 | DECLARATION of Daniel Edward Q. Manibusan; Filed by: PTF Mary Grace Simpao [SAI EOD 02/04/2005] (ORIGINAL GCMS ENTRY 14-1) (cnv) (Entered: 02/04/2005) |
| 02/07/2005 | 15 | ORDER in re Petn for Admission PHV - Class Action - T/Crt GRANTS Nancy Pacharzina's admission; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated [SAI EOD 02/07/2005] (ORIGINAL GCMS ENTRY 15-1) (cnv) (Entered: 02/07/2005) |
| 02/07/2005 | 16 | ORDER in re Petn for Admission PHV - Class Action - T/Crt GRANTS Kim Stephens admission; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated [SAI EOD 02/07/2005] (ORIGINAL GCMS ENTRY 16-1) (cnv) (Entered: 02/07/2005) |
| 02/11/2005 | 17 | MOTION Under FRCP 12(b)(1) & (6) to Dismiss First Amended Complaint; Filed by: DFT Government Of Guam [SAI EOD 02/14/2005] |

| | | |
|---|---|---|
| | | (ORIGINAL GCMS ENTRY 17-1) (cnv) (Entered: 02/11/2005) |
| 02/11/2005 | 18 | MEMORANDUM of Points & Authorities in Support of Motion to Dismiss First Amended Complaint Under FRCP 12(b)(1) & (6); Filed by: DFT Government Of Guam [SAI EOD 02/14/2005] (ORIGINAL GCMS ENTRY 18-1) (cnv) (Entered: 02/11/2005) |
| 02/16/2005 | 19 | DISAGREEMENT in re: Scheduling Order, Discovery Plan - Class Action - A scheduling conference is set for 03/03/05; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 02/17/2005] (ORIGINAL GCMS ENTRY 19-1) (cnv) (Entered: 02/16/2005) |
| 02/16/2005 | 20 | AGREEMENT of Hearing Date - Defendant's motion to dismiss first amended complaint under FRCP 12(b)(1) & (6) is set for 03/11/05 at 10:30 a.m.; Filed by: DFT Government Of Guam [SAI EOD 02/17/2005] (ORIGINAL GCMS ENTRY 20-1) (cnv) (Entered: 02/16/2005) |
| 02/17/2005 | 21 | ERRATA Statement re: Memorandum of Points & Authorities in Support of Motion to Dismiss First Amended Complaint Under FRCP 12(b)(1) & (6) - re doc #18; Filed by: DFT Government Of Guam [SAI EOD 02/17/2005] (ORIGINAL GCMS ENTRY 21-1) (cnv) (Entered: 02/17/2005) |
| 02/17/2005 | 22 | DECLARATION of Daniel E.Q. Manibusan; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 02/18/2005] (ORIGINAL GCMS ENTRY 22-1) (cnv) (Entered: 02/17/2005) |
| 02/17/2005 | 23 | DECLARATION of Daniel E.Q. Manibusan; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 02/18/2005] (ORIGINAL GCMS ENTRY 23-1) (cnv) (Entered: 02/17/2005) |
| 02/18/2005 | 24 | DECLARATION of Service - re doc #21; Filed by: DFT Government Of Guam [SAI EOD 02/22/2005] (ORIGINAL GCMS ENTRY 24-1) (cnv) (Entered: 02/18/2005) |
| 02/23/2005 | 25 | MOTION for Continuance of Events - Scheduling conference, filing of reply brief in motion to dismiss, & hearing of motion to dismiss; Filed by: DFT Government Of Guam [SAI EOD 02/24/2005] (ORIGINAL GCMS ENTRY 25-1) (cnv) (Entered: 02/23/2005) |
| 02/23/2005 | 26 | MOTION to Shorten Time for Hearing or Consideration of Motion for Continuance of Events - Motion is based on the declaration of Stephen A. Cohen & the memorandum of points & authorities; Filed by: DFT Government Of Guam [SAI EOD 02/24/2005] (ORIGINAL GCMS ENTRY 26-1) (cnv) (Entered: 02/23/2005) |
| 02/23/2005 | 27 | MEMORANDUM of Points & Authorities in Support of Motions for Continuance of Events & to Shorten Time; Filed by: DFT Government Of Guam [SAI EOD 02/24/2005] (ORIGINAL GCMS ENTRY 27-1) (cnv) (Entered: 02/23/2005) |

| 02/23/2005 | 28 | DECLARATION of Stephen A. Cohen in Support of Motion for Continuance of Events & Motion to Shorten Time; Filed by: DFT Government Of Guam [SAI EOD 02/24/2005] (ORIGINAL GCMS ENTRY 28-1) (cnv) (Entered: 02/23/2005) |
| --- | --- | --- |
| 02/24/2005 | 29 | ORDER Granting Motion for Continuance of Events - Scheduling conference, filing of reply brief in motion to dismiss, & hearing of motion to dismiss - Motion is DENIED; Filed by: DFT Government Of Guam [SAI EOD 02/24/2005] (ORIGINAL GCMS ENTRY 29-1) (cnv) (Entered: 02/24/2005) |
| 02/24/2005 | 30 | ORDER Granting Motion to Shorten Time for Hearing or Consideration of Motion for Continuance of Events - Motion is DENIED; Filed by: DFT Government Of Guam [SAI EOD 02/24/2005] (ORIGINAL GCMS ENTRY 30-1) (cnv) (Entered: 02/24/2005) |
| 02/25/2005 | 31 | OPPOSITION to Defendant's Motion to Dismiss First Amended Complaint - Class Action; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 02/25/2005] (ORIGINAL GCMS ENTRY 31-1) (cnv) (Entered: 02/25/2005) |
| 02/25/2005 | 32 | NOTICE of Conditional Filing of Opposition to Motion to Dismiss; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 02/25/2005] (ORIGINAL GCMS ENTRY 32-1) (cnv) (Entered: 02/25/2005) |
| 02/28/2005 | 33 | STIPULATION to Continue Dates for Filing an Answer to a Motion to Dismiss & Reply Thereto - Opposition due by 03/08/05, reply to answer due by 03/15/05, oral argument re motion under FRCP 12(b)(1) & (6) to dismiss first amended complaint continued to 03/17/05 at 1:30 p.m.; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 02/28/2005] (ORIGINAL GCMS ENTRY 33-1) (cnv) (Entered: 02/28/2005) |
| 03/03/2005 | 34 | MINUTE ENTRY - Scheduling Conference, dated 03/03/05 - The parties discussed the issue regarding plaintiff's request for a protective order & initial disclosures. The Court instructed plaintiff to file any motion he feels is necessary. The Court declined to set a settlement conference at this time & instructed the parties to further discuss the matter & advise the Court when they are ready for a settlement conference. The Court set trial for 04/04/06 at 9:00 a.m. & instructed plaintiff to submit a proposed scheduling order & discovery plan containing the dates as set forth by the Court.; [SAI EOD 03/04/2005] (ORIGINAL GCMS ENTRY 34-1) (cnv) (Entered: 03/03/2005) |
| 03/04/2005 | 35 | DECLARATION of Daniel E.Q. Manibusan; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 03/04/2005] (ORIGINAL GCMS ENTRY 35-1) (cnv) (Entered: 03/04/2005) |
| 03/04/2005 | 36 | OBJECTION to Plaintiff's Stated Intention to File a Second Opposition to Defendant's Motion to Dismiss First Amended Complaint; Motion to |


| | | |
|---|---|---|
| | | Strike if Second Opposition is Filed - In the event plaintiff's should file a second opposition, defendant moves to strike the same; Filed by: DFT Government Of Guam [SAI EOD 03/04/2005] (ORIGINAL GCMS ENTRY 36-1) (cnv) (Entered: 03/04/2005) |
| 03/04/2005 | 37 | MEMORANDUM in Support of Objection to Plaintiff's Stated Intention to File a Second Opposition to Defendant's Motion to Dismiss First Amended Complaint; Motion to Strike if Second Opposition is Filed; Filed by: DFT Government Of Guam [SAI EOD 03/04/2005] (ORIGINAL GCMS ENTRY 37-1) (cnv) (Entered: 03/04/2005) |
| 03/07/2005 | 38 | DECLARATION of Service - re doc #36, 37, & the [proposed] order granting defendant's objection to plaintiff's stated intention to file a second opposition to defendant's motion to dismiss first amended complaint; motion to strike if second opposition is filed; Filed by: DFT Government Of Guam [SAI EOD 03/08/2005] (ORIGINAL GCMS ENTRY 38-1) (cnv) (Entered: 03/07/2005) |
| 03/07/2005 | 39 | CORRECTION to Declaration of Stephen A. Cohen in Support of Defendant's Objection to Plaintiff's Stated Intention to File a Second Opposition, etc. - related to doc #36; Filed by: DFT Government Of Guam [SAI EOD 03/08/2005] (ORIGINAL GCMS ENTRY 39-1) (cnv) (Entered: 03/07/2005) |
| 03/07/2005 | 40 | MOTION to Shorten Time for Hearing or Consideration of Defendant's Objection to Plaintiff's Stated Intention to File a Second Opposition to Defendant's Motion to Dismiss First Amended Complaint, etc.; Filed by: DFT Government Of Guam [SAI EOD 03/08/2005] (ORIGINAL GCMS ENTRY 40-1) (cnv) (Entered: 03/07/2005) |
| 03/08/2005 | 41 | OPPOSITION to Defendant's Motion to Dismiss First Amended Complaint Under FRCP 12(b)(1) & (6) - Class Action; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 03/08/2005] (ORIGINAL GCMS ENTRY 41-1) (cnv) (Entered: 03/08/2005) |
| 03/08/2005 | 42 | DECLARATION of Thomas J. Fisher - Class Action; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 03/08/2005] (ORIGINAL GCMS ENTRY 42-1) (cnv) (Entered: 03/08/2005) |
| 03/09/2005 | 43 | MOTION to Strike Plaintiffs' 03/08/05 Opposition to Defendant's Motion to Dismiss First Amended Complaint, etc., for Using Less Than a Standard 12 Point Font Type to Meet the Court's Rule Limiting the Opposition to 20 Pages; Filed by: DFT Government Of Guam [SAI EOD 03/10/2005] (ORIGINAL GCMS ENTRY 43-1) (cnv) (Entered: 03/09/2005) |
| 03/09/2005 | 44 | MEMORANDUM of Points & Authorities re: Defendant's Motion to Strike Plaintiffs' 03/08/05 Opposition to Defendant's Motion to Dismiss First Amended Complaint, etc., for Using Less Than a Standard 12 Point Font Type to Meet the Court's Rule Limiting the Opposition to 20 Pages; Filed by: DFT Government Of Guam [SAI EOD 03/10/2005] |

| Date | # | Description |
|---|---|---|
| | | (ORIGINAL GCMS ENTRY 44-1) (cnv) (Entered: 03/09/2005) |
| 03/09/2005 | 45 | DECLARATION of Bernadita S.N. Alvarez re: Defendant's Motion to Strike Plaintiffs' 03/08/05 Opposition to Defendant's Motion to Dismiss First Amended Complaint, etc., for Using Less Than a Standard 12 Point Font Type to Meet the Court's Rule Limiting the Opposition to 20 Pages; Filed by: DFT Government Of Guam [SAI EOD 03/10/2005] (ORIGINAL GCMS ENTRY 45-1) (cnv) (Entered: 03/09/2005) |
| 03/09/2005 | 46 | MOTION to Shorten Time for Hearing or Consideration of Defendant's Motion to Strike Plaintiffs' 03/08/05 Opposition to Defendant's Motion to Dismiss First Amended Complaint, etc., for Using Less Than a Standard 12 Point Font Type to Meet the Court's Rule Limiting the Opposition to 20 Pages - Because defendant is required to file its reply by 03/15/05, the Court should promptly hear or consider defendant's motion; Filed by: DFT Government Of Guam [SAI EOD 03/10/2005] (ORIGINAL GCMS ENTRY 46-1) (cnv) (Entered: 03/09/2005) |
| 03/10/2005 | 47 | RESPONSE to Defendant's Objection to Plaintiffs' Stated Intention to File & Plaintiffs' Opposition to Defendant's Motion to Strike; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 03/11/2005] (ORIGINAL GCMS ENTRY 47-1) (cnv) (Entered: 03/10/2005) |
| 03/10/2005 | 48 | DECLARATION of James L. Canto II in Support of Response to Defendant's Objection to Plaintiffs' Stated Intention to File & Plaintiffs' Opposition to Defendant's Motion to Strike; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 03/11/2005] (ORIGINAL GCMS ENTRY 48-1) (cnv) (Entered: 03/10/2005) |
| 03/10/2005 | 49 | OPPOSITION to Defendant's Motion to Strike Plaintiffs' Opposition to Motion to Dismiss for Font Size; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 03/11/2005] (ORIGINAL GCMS ENTRY 49-1) (cnv) (Entered: 03/10/2005) |
| 03/15/2005 | 50 | REPLY re: Plaintiffs' Opposition to Defendant's Motion to Dismiss First Amended Complaint Under FRCP(b)(1) & (6); Filed by: DFT Government Of Guam [SAI EOD 03/15/2005] (ORIGINAL GCMS ENTRY 50-1) (cnv) (Entered: 03/15/2005) |
| 03/15/2005 | 51 | SCHEDULING Order & Discovery Plan - All motions to add parties & claims be filed no later than 09/30/05. All motions to amend pleadings be filed no later than 09/30/05. Discovery cut-off is 11/30/05. Anticipated discovery motions are those the parties deem appropriate be filed by 12/13/05 & heard on 01/10/06 at 10:00 a.m. All dispositive motions be filed by 01/25/06 & heard on 02/22/06 at 10:00 a.m. A preliminary pretrial conference is set for 03/14/06 at 10:00 a.m. The parties pretrial materials, discovery material, witness lists, designations, exhibit lists & trail briefs be filed no later than 03/21/06. A pretrial order is due on 03/21/06 re: submission of pretrial matters. A final pretrial conference is |

| Date | # | Description |
|---|---|---|
| | | set for 03/28/06 at 10:00 a.m. The bench trial shall commence on 04/04/06 at 9:00 a.m. Initial disclosures pursuant to FRCivP 26(a)(1) be made by 03/17/05. Disclosure pursuant to FRCivP 26(a)(2) be made by 07/13/05. Rebuttal disclosure pursuant to FRCivP 26(a)(2) be made by 08/12/05. Disclosure pursuant to FRCivP 26(a)(3)be made by 03/21/06. Parties desire to submit the case to a settlement conference: plaintiffs' are willing to participate and defendant has no objection; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 03/16/2005] (ORIGINAL GCMS ENTRY 51-1) (cnv) (Entered: 03/15/2005) |
| 03/17/2005 | 52 | MINUTE ENTRY - Motion Under FRCP 12(B)(1) & 6 to Dismiss First Amended Complaint, dated 03/17/05 - The Court addressed the following additional motions submitted by defense 1) Objection to plaintiffs' stated intention to file a second opposition & motion to strike if second opposition is filed, 2) Motion to shorten time for hearing or consideration of defendant's objection to plaintiffs' stated intention, 3) Motion to strike plaintiffs' 03/08/05 opposition for using less than twelve point font & exceeding page limit, & 4) Motion to shorten time for hearing or consideration of defendant's motion to strike plaintiffs' 03/08/05 opposition. The Court DENIED the motions & the motion to dismiss the first complaint & stated that a written ruling will be issued; [SAI EOD 03/18/2005] (ORIGINAL GCMS ENTRY 52-1) (cnv) (Entered: 03/17/2005) |
| 03/17/2005 | 53 | ORDER - Defendant filed the following motions: (1) Objection to plaintiffs' stated intention to file a second opposition & motion to strike if second opposition is filed; (2) Motion to shorten time for hearing or consideration of defendant's objection to plaintiffs' stated intention; (3) Motion to strike plaintiffs' 03/08/05 opposition for using less than twelve point font & exceeding page limit; & (4) Motion to shorten time for hearing or consideration of defendant's motion to strike plaintiffs' 03/08/05 opposition. The Court notes any formatting & procedural deficiencies, but DENIES all such motions & accordingly will rule on the substantive merits of the case. As for the defendant's motion to dismiss first amended complaint, it is hereby DENIED in its entirety; [SAI EOD 03/18/2005] (ORIGINAL GCMS ENTRY 53-1) (cnv) (Entered: 03/17/2005) |
| 03/28/2005 | 54 | ANSWER Filed by: DFT Government Of Guam [WMT EOD 03/29/2005] (ORIGINAL GCMS ENTRY 54-1) (cnv) (Entered: 03/28/2005) |
| 03/30/2005 | 55 | TRANSCRIPT Ord - re Sched conference of 03/03/05; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [WMT EOD 03/31/2005] (ORIGINAL GCMS ENTRY 55-1) (cnv) (Entered: 03/30/2005) |
| 04/05/2005 | 56 | NOTICE of Change of Address - Eff. 04/11/05, the address for Tousley Brain Stephens PLLC will be 1700 Seventh Ave., Ste. 2200, Seattle, WA 98101-7332; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [RMM |



| | | |
|---|---|---|
| | | EOD 04/06/2005] (ORIGINAL GCMS ENTRY 56-1) (cnv) Modified on 7/31/2005 to correct filed date (rmm, ). (Entered: 05/05/2005) |
| 04/07/2005 | 57 | CERTIFICATE of Service - re doc #56; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/07/2005] (ORIGINAL GCMS ENTRY 57-1) (cnv) (Entered: 04/07/2005) |
| 04/14/2005 | 58 | MOTION for Leave to File Motion for Partial Summary Judgment in Excess of Twenty Pages with Memorandum of Points & Authorities; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/15/2005] (ORIGINAL GCMS ENTRY 58-1) (cnv) (Entered: 04/14/2005) |
| 04/14/2005 | 59 | MOTION for Partial Summary Judgment; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/15/2005] (ORIGINAL GCMS ENTRY 59-1) (cnv) (Entered: 04/14/2005) |
| 04/14/2005 | 60 | MEMORANDUM of Points & Authorities in Support of Plaintiffs' Motion for Partial Summary Judgment; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/15/2005] (ORIGINAL GCMS ENTRY 60-1) (cnv) (Entered: 04/14/2005) |
| 04/14/2005 | 61 | DECLARATION of James L. Canto II in Support of Plaintiffs' Motion for Partial Summary Judgment; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/15/2005] (ORIGINAL GCMS ENTRY 61-1) (cnv) (Entered: 04/14/2005) |
| 04/15/2005 | 62 | STIPULATION to Grant Leave to File Plaintiffs' Second Amended Complaint - Class Action - and Order; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/18/2005] (ORIGINAL GCMS ENTRY 62-1) (cnv) (Entered: 04/15/2005) |
| 04/15/2005 | 63 | ORDER Granting Plaintiffs' Leave to File Motion for Partial Summary Judgment in Excess of Twenty Pages - Plaintiffs are hereby GRANTED leave to file a memorandum portion of a motion for partial summary judgment in a form to exceed 20 pages but not more than 35 pages; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/18/2005] (ORIGINAL GCMS ENTRY 63-1) (cnv) (Entered: 04/15/2005) |
| 04/18/2005 | 64 | SECOND Amended Complaint - Class Action; Filed by: PTF Janice Cruz, And Others Similarly Situated, PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated [SAI EOD 04/19/2005] (ORIGINAL GCMS ENTRY 64-1) (cnv) (Entered: 04/18/2005) |
| 04/18/2005 | 65 | TRANSCRIPT Of Proceeding - re Scheduling Conference dated 03/03/05; [SAI EOD 04/19/2005] (ORIGINAL GCMS ENTRY 65-1) |


| | | (cnv) (Entered: 04/18/2005) |
|---|---|---|
| 04/19/2005 | 66 | MOTION for Extension of Time to File Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment; Notice of Motion - Date of hearing to be determined by the Court; Filed by: DFT Government Of Guam [SAI EOD 04/19/2005] (ORIGINAL GCMS ENTRY 66-1) (cnv) (Entered: 04/19/2005) |
| 04/19/2005 | 67 | MEMORANDUM of Points & Authorities in Support of Motion for Extension of Time to File Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment; Filed by: DFT Government Of Guam [SAI EOD 04/19/2005] (ORIGINAL GCMS ENTRY 67-1) (cnv) (Entered: 04/19/2005) |
| 04/19/2005 | 68 | EX PARTE APPLICATION for Order Shortening Time for the Hearing of Defendant's Motion for Extension of Time; Notice of Application - Date of hearing to be determined by the Court; Filed by: DFT Government Of Guam [SAI EOD 04/19/2005] (ORIGINAL GCMS ENTRY 68-1) (cnv) (Entered: 04/19/2005) |
| 04/19/2005 | 69 | MEMORANDUM in Support of EX PARTE APPLICATION for Order Shortening Time for the Hearing of Defendant's Motion for Extension of Time; Filed by: DFT Government Of Guam [SAI EOD 04/19/2005] (ORIGINAL GCMS ENTRY 69-1) (cnv) (Entered: 04/19/2005) |
| 04/19/2005 | 70 | CERTIFICATE in Support of Ex Parte Application for Order Shortening Time; Filed by: DFT Government Of Guam [SAI EOD 04/19/2005] (ORIGINAL GCMS ENTRY 70-1) (cnv) (Entered: 04/19/2005) |
| 04/25/2005 | 71 | OPPOSITION to Motion to Enlarge Time to File an Opposing Brief to Plaintiffs' Motion for Summary Judgment - Class Action; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 04/25/2005] (ORIGINAL GCMS ENTRY 71-1) (cnv) (Entered: 04/25/2005) |
| 04/27/2005 | 72 | AGREEMENT of Hearing Date - Plaintiffs' Request for Hearing Date for Motion for Summary Judgment - Class Action; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 04/27/2005] (ORIGINAL GCMS ENTRY 72-1) (cnv) (Entered: 04/27/2005) |
| 04/27/2005 | 73 | ORDER - The Court finds the existence of good cause to warrant the granting of the motion for extension of time to file an opposition to the Plaintiffs' Motion for Partial Summary Judgment. Accordingly, the Defendant shall file an opposition to the Plaintiffs' motion by 05/20/05. A reply brief shall be filed no later than 05/27/05. Since the Plaintiffs have subsequently requested that their motion be set for oral argument and the parties are unable to agree on a date for said hearing, the Court sets the matter for hearing on 06/08/05 at 10:30 a.m.; [SAI EOD 04/28/2005] (ORIGINAL GCMS ENTRY 73-1) (cnv) (Entered: 04/27/2005) |
| | | |



| 04/29/2005 | 74 | STIPULATED Extension of Time to Answer Second Amended Complaint; Order - Defendant's time to file an answer to plaintiffs' Second Amended Complaint is extended to 05/31/05; Filed by: DFT Government Of Guam [SAI EOD 04/29/2005] (ORIGINAL GCMS ENTRY 74-1) (cnv) (Entered: 04/29/2005) |
| --- | --- | --- |
| 05/20/2005 | 75 | MOTION for Leave to File a Memorandum of Points and Authorities in Excess of 20 pages re: Opposition to Plaintiff's Motion for Partial Summary Judgment; Filed by: DFT Government Of Guam [SAI EOD 05/23/2005] (ORIGINAL GCMS ENTRY 75-1) (cnv) (Entered: 05/20/2005) |
| 05/20/2005 | 76 | MEMORANDUM of Points and Authorities in Opposition to Plaintiffs' Motion for Partial Summary Judgment; Filed by: DFT Government Of Guam [SAI EOD 05/23/2005] (ORIGINAL GCMS ENTRY 76-1) (cnv) (Entered: 05/20/2005) |
| 05/20/2005 | 77 | DECLARATION of John Camacho in Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment; Filed by: DFT Government Of Guam [SAI EOD 05/23/2005] (ORIGINAL GCMS ENTRY 77-1) (cnv) (Entered: 05/20/2005) |
| 05/20/2005 | 78 | DECLARATION of Lourdes Perez in Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment; Filed by: DFT Government Of Guam [SAI EOD 05/23/2005] (ORIGINAL GCMS ENTRY 78-1) (cnv) (Entered: 05/20/2005) |
| 05/24/2005 | 79 | ORDER Granting Defendant's Motion for Leave to File a Memorandum of Points and Authorities in Excess of 20 Pages re: Opposition to Plaintiffs' Motion for Partial Summary Judgment; Filed by: DFT Government Of Guam [SAI EOD 05/25/2005] (ORIGINAL GCMS ENTRY 79-1) (cnv) (Entered: 05/24/2005) |
| 05/26/2005 | 80 | MOTION for Leave to File Mtn for Partial S/J in Excess of Ten Pages w/Memo of Pts & Auth; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [WMT EOD 05/27/2005] (ORIGINAL GCMS ENTRY 80-1) (cnv) (Entered: 05/26/2005) |
| 05/26/2005 | 81 | CLARIFICATION of Oppo to Pltfs' Mtn for Partial S/J; Filed by: DFT Government Of Guam [WMT EOD 05/27/2005] (ORIGINAL GCMS ENTRY 81-1) (cnv) (Entered: 05/26/2005) |
| 05/26/2005 | 82 | CERTIFIED Copy of Stipulated Ord Granting Preliminary Approval of Class Action Settlement w/Attached Settlement Agreement in Santos Case, CIV 04-00006; Filed by: DFT Government Of Guam [WMT EOD 05/27/2005] (ORIGINAL GCMS ENTRY 82-1) (cnv) (Entered: 05/26/2005) |
| 05/27/2005 | 83 | STIPULATION & Ord to Extend Date for Filing Reply to Oppo to Partial S/J Mtn, to Allow Supplemental Filings & Extend Time for Answering Amd Complt - Pltfs may file their reply to deft's oppo to pltfs' |



| | | |
|---|---|---|
| | | mtn for partial S/J by 06/01/05. Pltfs may file supp affdvts, decl &/or exhs to address issues raised by deft in its oppo to pltfs' mtn for partial S/J. Deft's may file a clarification of their oppo to pltfs' mtn for partial S/J by 06/01/05 & exhs in supt thereof. Defts may file an answer of pltf's second amd complt by 06/07/05; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [WMT EOD 05/27/2005] (ORIGINAL GCMS ENTRY 83-1) (cnv) (Entered: 05/27/2005) |
| 05/27/2005 | 84 | ORDER Granting Plaintiffs Leave to File Reply to Defendant's Opposition to Motion for Partial Summary Judgment in Excess of Ten Pages; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 05/31/2005] (ORIGINAL GCMS ENTRY 84-1) (cnv) (Entered: 05/27/2005) |
| 05/31/2005 | 85 | SUBSTITUTION of Cnsl - Joseph A. Guthrie for Stephen A. Cohen; Filed by: DFT Government Of Guam [WMT EOD 06/01/2005] (ORIGINAL GCMS ENTRY 85-1) (cnv) (Entered: 05/31/2005) |
| 05/31/2005 | 86 | CERTIFICATE Of Svc - re doc# 81 & 82; Filed by: DFT Government Of Guam [WMT EOD 06/01/2005] (ORIGINAL GCMS ENTRY 86-1) (cnv) (Entered: 05/31/2005) |
| 06/01/2005 | 87 | REPLY to Defendant's Memorandum of Points & Authorities in Opposition to Plaintiffs' Motion for Partial Summary Judgment; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 06/02/2005] (ORIGINAL GCMS ENTRY 87-1) (cnv) (Entered: 06/01/2005) |
| 06/01/2005 | 88 | SUPPLEMENTAL Declaration of James L. Canto II in Support of Plaintiffs' Motion for Partial Summary Judgment; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 06/02/2005] (ORIGINAL GCMS ENTRY 88-1) (cnv) (Entered: 06/01/2005) |
| 06/01/2005 | 89 | AFFIDAVIT of Mary Grace Simpao; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 06/02/2005] (ORIGINAL GCMS ENTRY 89-1) (cnv) (Entered: 06/01/2005) |
| 06/01/2005 | 90 | AFFIDAVIT of Christina Naputi; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 06/02/2005] (ORIGINAL GCMS ENTRY 90-1) (cnv) (Entered: 06/01/2005) |
| 06/01/2005 | 91 | AFFIDAVIT of Janice Cruz; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly |