| | | |
|---|---|---|
| | | Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 06/02/2005] (ORIGINAL GCMS ENTRY 91-1) (cnv) (Entered: 06/01/2005) |
| 06/01/2005 | 92 | AFFIDAVIT of Joyce Tomada; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 06/02/2005] (ORIGINAL GCMS ENTRY 92-1) (cnv) (Entered: 06/01/2005) |
| 06/01/2005 | 93 | EXHIBIT of Portion of Record for Judicial Notice; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 06/02/2005] (ORIGINAL GCMS ENTRY 93-1) (cnv) (Entered: 06/01/2005) |
| 06/07/2005 | 94 | ORDER - Due to the scheduling needs of the Court the hearing on the Plaintiffs' Motion for Partial Summary Judgment set for 06/08/05 is hereby moved to 06/14/05 at 10:00 a.m.; [SAI EOD 06/07/2005] (ORIGINAL GCMS ENTRY 94-1) (cnv) (Entered: 06/07/2005) |
| 06/07/2005 | 95 | ANSWER to Second Amended Complaint; Filed by: DFT Government Of Guam [SAI EOD 06/07/2005] (ORIGINAL GCMS ENTRY 95-1) (cnv) (Entered: 06/07/2005) |
| 06/13/2005 | 96 | NOTICE - is hereby provided that the Governor of Guam, the Director of Revenue & Taxation, & the Director of the Dept. of Administration have entered into a term sheet with the Petitioner & Interim Class Counsel in the related civil case, 04-00006. The parties in CV-04-00006 expect to make a report by 06/17/05; Filed by: DFT Government Of Guam [SAI EOD 06/14/2005] (ORIGINAL GCMS ENTRY 96-1) (cnv) (Entered: 06/13/2005) |
| 06/14/2005 | 97 | TRANSCRIPT Order Form - Requested by Calvo & Clark; [SAI EOD 06/15/2005] (ORIGINAL GCMS ENTRY 97-1) (cnv) (Entered: 06/14/2005) |
| 06/14/2005 | 98 | MINUTE ENTRY - Plaintiff's Motion for Partial Summary Judgment, dated 06/14/05 - Motion argued by both parties. Motion put under advisement; [SAI EOD 06/15/2005] (ORIGINAL GCMS ENTRY 98-1) (cnv) (Entered: 06/14/2005) |
| 06/15/2005 | 99 | ORDER - The Court GRANTS partial summary judgment as to the issue of whether EIC applies to Guam and that, by filing income tax returns that contain no claim for the EIC, the plaintiffs have nonetheless exhausted their administrative remedies as required by the Guam Territorial Income Tax (GTIT) as a condition precedent to bringing suit. The Court DENIES the relief sought. The plaintiffs are to take action to certify the class and proceed with this matter as a refund suit; [SAI EOD 06/15/2005] (ORIGINAL GCMS ENTRY 99-1) (cnv) Additional attachment(s) added on 8/19/2005 (admin, ). (Entered: 06/15/2005) |
| 06/17/2005 | 100 | TRANSCRIPT of Proceedings - re Motion for Partial Summary |

| | | |
|---|---|---|
| | | Judgment, dated 06/14/05; [SAI EOD 06/20/2005] (ORIGINAL GCMS ENTRY 100-1) (cnv) (Entered: 06/17/2005) |
| 06/27/2005 | 101 | NOTICE of Motion; Filed by: DFT Government Of Guam [SAI EOD 06/28/2005] (ORIGINAL GCMS ENTRY 101-1) (cnv) (Entered: 06/27/2005) |
| 06/27/2005 | 102 | MOTION to Intervene [Oral Argument Requested]; Filed by: DFT Government Of Guam [SAI EOD 06/28/2005] (ORIGINAL GCMS ENTRY 101-2) (cnv). Modified on 8/17/2005 to attach pdf (rsn, ). (Entered: 06/27/2005) |
| 06/27/2005 | 103 | MEMORANDUM of Points and Authorities in Support of Motion to Intervene [Oral Argument Requested]; Filed by: DFT Government Of Guam [SAI EOD 06/28/2005] (ORIGINAL GCMS ENTRY 102-1) (cnv) (Entered: 06/27/2005) |
| 06/27/2005 | 104 | DECLARATION of Daniel M. Benjamin in Support of the Motion to Intervene; Filed by: DFT Government Of Guam [SAI EOD 06/28/2005] (ORIGINAL GCMS ENTRY 103-1) (cnv) (Entered: 06/27/2005) |
| 06/28/2005 | 105 | CERTIFICATE of Service - re docs #101, 102, & 103; Filed by: DFT Government Of Guam [SAI EOD 06/29/2005] (ORIGINAL GCMS ENTRY 104-1) (cnv) (Entered: 06/28/2005) |
| 07/05/2005 | 106 | MOTION for Leave to File Motion for Class Certification in Excess of Twenty Pages with Memorandum of Points and Authorities; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [RMM EOD 07/06/2005] (ORIGINAL GCMS ENTRY 105-1) (cnv) (Entered: 07/05/2005) |
| 07/05/2005 | 107 | MOTION for Class Certification; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [RMM EOD 07/06/2005] (ORIGINAL GCMS ENTRY 106-1) (cnv) (Entered: 07/05/2005) |
| 07/05/2005 | 108 | DECLARATION of James L. Canto II in Support of Pltfs' Motion for Class Certification; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [RMM EOD 07/06/2005] (ORIGINAL GCMS ENTRY 107-1) (cnv) (Entered: 07/05/2005) |
| 07/06/2005 | 109 | DECLARATION of Kim D. Stephens in Support of Pltfs' Motion for Class Certification; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [RMM EOD 07/06/2005] (ORIGINAL GCMS ENTRY 108-1) (cnv) (Entered: 07/06/2005) |
| 07/07/2005 | 110 | ORDER Granting Plaintiffs Leave to File Motion for Class Certification |

| | | |
|---|---|---|
| | | in Excess of Twenty Pages - but not more than 31 pages; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 07/07/2005] (ORIGINAL GCMS ENTRY 109-1) (cnv) (Entered: 07/07/2005) |
| 07/11/2005 | 111 | OPPOSITION to Proposed Intervenor-Defendant Felix P. Camacho's Motion to Intervene; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 07/12/2005] (ORIGINAL GCMS ENTRY 110-1) (cnv) (Entered: 07/11/2005) |
| 07/11/2005 | 112 | AGREEMENT of Hearing Date re Plaintiffs' Request for Oral Argument on Motion for Class Certification - set for 08/05/05 at 9:30 a.m.; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 07/12/2005] (ORIGINAL GCMS ENTRY 111-1) (cnv) (Entered: 07/11/2005) |
| 07/11/2005 | 113 | MOTION to Set Oral Argument Date and Briefing Schedule - Oral argument requested between 08/29/05 and 09/09/05, and to set a briefing schedule; Filed by: DFT Government Of Guam [SAI EOD 07/12/2005] (ORIGINAL GCMS ENTRY 112-1) (cnv) (Entered: 07/11/2005) |
| 07/11/2005 | 114 | MEMORANDUM in Support of Defendant's Motion to Set Oral Argument Date and Briefing Schedule; Filed by: DFT Government Of Guam [SAI EOD 07/12/2005] (ORIGINAL GCMS ENTRY 113-1) (cnv) (Entered: 07/11/2005) |
| 07/11/2005 | 115 | NON-OPPOSITION to Plaintiffs' Motion for Class Certification; Filed by: DFT Government Of Guam [SAI EOD 07/12/2005] (ORIGINAL GCMS ENTRY 114-1) (cnv) (Entered: 07/11/2005) |
| 07/11/2005 | 116 | EX PARTE APPLICATION for Hearing on Shortened Time of Defendant's Motion to Set Oral Argument Date and Briefing Schedule; Filed by: DFT Government Of Guam [SAI EOD 07/12/2005] (ORIGINAL GCMS ENTRY 115-1) (cnv) (Entered: 07/11/2005) |
| 07/11/2005 | 117 | MEMORANDUM in Support of Ex Parte Application for Hearing on Shortened Time of Defendant's Motion to Set Oral Argument Date and Briefing Schedule; Filed by: DFT Government Of Guam [SAI EOD 07/12/2005] (ORIGINAL GCMS ENTRY 116-1) (cnv) (Entered: 07/11/2005) |
| 07/12/2005 | 118 | CERTIFICATE of Service - re doc #111; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 07/13/2005] (ORIGINAL GCMS ENTRY 117-1) (cnv) (Entered: 07/12/2005) |
| 07/12/2005 | 119 | ERRATA Statement re: Agreement of Hearing Date - re doc #111; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And |

| | | |
|---|---|---|
| | | Others Similarly Situated [SAI EOD 07/13/2005] (ORIGINAL GCMS ENTRY 118-1) (cnv) (Entered: 07/12/2005) |
| 07/12/2005 | 120 | OPPOSITION to the Motion to Set Argument Dates and Briefing Schedule; Filed by: DFT Government Of Guam [SAI EOD 07/13/2005] (ORIGINAL GCMS ENTRY 119-1) (cnv) (Entered: 07/12/2005) |
| 07/12/2005 | 121 | NOTICE of Non-Agreement to Hearing Date on Motion for Intervention; Filed by: DFT Government Of Guam [SAI EOD 07/13/2005] (ORIGINAL GCMS ENTRY 120-1) (cnv) (Entered: 07/12/2005) |
| 07/13/2005 | 122 | OBJECTION to Agreement on Hearing Date for Motion for Class Certification; Filed by: DFT Government Of Guam [SAI EOD 07/13/2005] (ORIGINAL GCMS ENTRY 120-2) (cnv) (Entered: 07/13/2005) |
| 07/13/2005 | 123 | CERTIFICATE of Service - re docs #119 & 120; Filed by: DFT Government Of Guam [SAI EOD 07/13/2005] (ORIGINAL GCMS ENTRY 121-1) (cnv) (Entered: 07/13/2005) |
| 07/13/2005 | 124 | ORDER - Denying Attorney General's Motion to Set Oral Argument Date and Briefing Schedule; Setting Briefing Schedule for Motion to Intervene; and Vacating 08/05/05 Hearing on Plaintiffs' Motion for Class Certification - The Attorney General shall file a response to the Motion to Intervene by 07/22/05. The Governor may file a reply brief no later than 07/29/05. The Attorney General's Ex Parte Application is hereby denied as moot. The hearing on the Motion for Class Certification will be rescheduled upon resolution of the Motion to Intervene; [SAI EOD 07/13/2005] (ORIGINAL GCMS ENTRY 122-1) (cnv) (Entered: 07/13/2005) |
| 07/22/2005 | 125 | OPPOSITION to Motion to Intervene; Filed by: DFT Government Of Guam [SAI EOD 07/25/2005] (ORIGINAL GCMS ENTRY 123-1) (cnv) (Entered: 07/22/2005) |
| 07/26/2005 | 126 | AGREEMENT of Hearing Date. Plaintiffs' Request for Oral Argument on Motion to Intervene; Filed by: PPTF Mary Grace Simpao, And Others Similarly Situated, PTF Christina Naputi, And Others Similarly Situated, PTF Janice Cruz, And Others Similarly Situated [SAI EOD 07/27/2005] (ORIGINAL GCMS ENTRY 124-1) (cnv) (Entered: 07/26/2005) |
| 07/29/2005 | 127 | REPLY in Support of the Governor of Guam's Motion to Intervene; Filed by: DFT Government Of Guam [SAI EOD 07/29/2005] (ORIGINAL GCMS ENTRY 125-1) (cnv) (Entered: 07/29/2005) |
| 07/29/2005 | 128 | SUPPLEMENTAL Declaration of Daniel M. Benjamin in Support of the Governor of Guam's Motion to Intervene; Filed by: DFT Government Of Guam [SAI EOD 07/29/2005] (ORIGINAL GCMS ENTRY 126-1) (cnv) (Entered: 07/29/2005) |
| 07/29/2005 | 129 | CERTIFICATE of Service - re docs #125 & 126; Filed by: DFT Government Of Guam [SAI EOD 07/29/2005] (ORIGINAL GCMS ENTRY 127-1) (cnv) (Entered: 07/29/2005) |
| | | |

| 08/01/2005 | 130 | Notice re Errata Statement filed by Mary Grace Simpao, Christina Naputi, Janice Cruz re 126 Agreement of Hearing Date (sai, ) (Entered: 08/01/2005) |
| 08/03/2005 | 131 | Exhibit re 125 Opposition to Motion to Intervene filed by Government of Guam.(sai, ) (Entered: 08/04/2005) |
| 08/10/2005 | 132 | Ex Parte Application for Pretrial Scheduling Conference (related documents 102 Motion, 107 Motion), filed by Mary Grace Simpao, Christina Naputi, Janice Cruz. Responses due by 8/24/2005. Replies due by 8/31/2005. (rmm, ) (Entered: 08/11/2005) |
| 08/10/2005 | 133 | Report re Notice filed by Mary Grace Simpao, Christina Naputi, Janice Cruz re 132 Ex Parte Application for Pretrial Scheduling Conference (related documents 102 Motion, 107 Motion). (rmm, ) (Entered: 08/11/2005) |
| 08/11/2005 | 134 | Response re 132 Ex Parte Application (related documents 102 Motion, 107 Motion), filed by proposed Intervenor-Defendant . (rmm, ) (Entered: 08/11/2005) |
| 08/11/2005 | 135 | Declaration of Rodney J. Jacob re 134 Response filed by proposed Intervenor-Defendant (rmm, ) (Entered: 08/11/2005) |
| 08/11/2005 | 136 | Errata Statement filed by Mary Grace Simpao, Christina Naputi, Janice Cruz re 132 Ex Parte Application for Pretrial Scheduling Conference (related documents 102 Motion, 107 Motion). (rmm, ) (Entered: 08/11/2005) |
| 08/11/2005 | 137 | Certificate of Service re 134 Response, 135 Declaration (rmm, ) Additional attachment(s) added on 8/11/2005 (rmm, ). (Entered: 08/11/2005) |
| 08/12/2005 | 138 | Order denying 132 Ex Parte Application for Pretrial Scheduling Conference (related documents 102 Motion, 107 Motion). Signed by Judge Consuelo Bland Marshall on 8/12/2005. (rmm, ) (Entered: 08/12/2005) |
| 08/12/2005 | 139 | Notice of Entry re 138 Order Denying Ex Parte Application for Pretrial Scheduling Conference (related documents 102 Motion, 107 Motion). (rmm, ) (Entered: 08/12/2005) |
| 08/12/2005 | 140 | Response re 132 Ex Parte Application for Pretrial Scheduling Conference (related documents 102 Motion, 107 Motion) filed by Government of Guam. (rmm, ) (Entered: 08/12/2005) |
| 08/12/2005 | 141 | Reply to Response re 134 Response, 132 Ex Parte Application for Pretrial Scheduling Conference (related documents 102 Motion, 107 Motion) filed by Mary Grace Simpao, Christina Naputi, Janice Cruz. (rmm, ) (Entered: 08/12/2005) |
| 08/16/2005 | 143 | Notice of Subsequently Issued Authority Supporting the Governor of Guam's Motion to Intervene re 102 Motion to Intervene. (sai, ) (Entered: 08/17/2005) |

Case 1:07-cv-00024     Document 74-6     Filed 04/07/2008     Page 5 of 22

| | | |
|---|---|---|
| 08/16/2005 | 144 | Certificate of Service re 143 Notice, 102 Motion to Intervene. (sai, ) (Entered: 08/17/2005) |
| 08/17/2005 | 142 | Certificate of Service re 138 Order on Request for Hearing, 139 Notice of Entry. (sai, ) (Entered: 08/17/2005) |
| 08/19/2005 | 145 | Opposition re 143 Notice, 102 Motion to Intervene filed by Mary Grace Simpao, Christina Naputi, Janice Cruz. (sai, ) (Entered: 08/22/2005) |
| 08/19/2005 | 146 | Declaration of Curtis C. Van De Veld re 107 Motion for Class Certification filed by Mary Grace Simpao, Christina Naputi, Janice Cruz. (sai, ) (Entered: 08/22/2005) |
| 08/29/2005 | 147 | Objection filed by Government of Guam to 143 Notice of Subsequently Issued Authority Supporting the Governor of Guam's Motion to Intervene re 102 Motion to Intervene. (sai, ) (Entered: 08/29/2005) |
| 09/14/2005 | 148 | Order granting 102 Motion to Intervene. The Court finds that the Governor has established a right to intervene. Signed by Judge Ricardo S. Martinez on 9/12/2005. (sai, ) (Entered: 09/14/2005) |
| 09/15/2005 | 149 | Certificate of Service re United States Courts for the Ninth Circuit designation of District Judge Ricardo S. Martinez signed on 9/1/2005. (sai, ) Additional attachment(s) added on 9/15/2005 (rmm, ). **Modified on 9/26/2005 to add Judge info. (rmm, )** (Entered: 09/15/2005) |
| 09/15/2005 | 150 | Certificate of Service re 148 Order granting 102 Motion to Intervene. (sai, ) (Entered: 09/15/2005) |
| 09/19/2005 | 151 | Answer to 64 Second Amended Complaint filed by Felix P. Camacho. (sai, ) (Entered: 09/20/2005) |
| 09/19/2005 | 152 | Certificate of Service filed by Felix P. Camacho re 151 Answer to 64 Second Amended Complaint. (sai, ) (Entered: 09/20/2005) |
| 09/27/2005 | 153 | Certificate of Service re United States Courts for the Ninth Circuit designation of District Judge Ricardo S. Martinez signed on 9/1/2005. (sai, ) Additional attachment(s) # 1 Designation added on 9/27/2005 (rmm, ). **Modified on 9/27/2005 to add attachment. (rmm, )** (Entered: 09/27/2005) |
| 09/28/2005 | 154 | Notice of Motion and Motion to Stay filed by Felix P. Camacho. Responses due by 10/12/2005. Replies due by 10/19/2005. (rsn, ) (Entered: 09/30/2005) |
| 09/28/2005 | 155 | Declaration of Counsel filed by Michael A. Pangelinan re 154 Notice of Motion and Motion to Stay filed by on behalf of Felix P. Camacho. (Attachments: # 1 Divided for Imaging Purposes# 2 Divided for Imaging Purposes# 3 Divided for Imaging Purposes# 4 Divided for Imaging Purposes# 5 Divided for Imaging Purposes# 6 Divided for Imaging Purposes# 7 Divided for Imaging Purposes# 8 Divided for Imaging Purposes# 9 Divided for Imaging Purposes# 10 Divided for Imaging Purposes# 11 Divided for Imaging Purposes# 12 Divided for Imaging Purposes# 13 Divided for Imaging Purposes# 14 Divided for Imaging |

| | | |
|---|---|---|
| | | Purposes# 15 Divided for Imaging Purposes# 16 Divided for Imaging Purposes)(rsn, ) (Entered: 09/30/2005) |
| 09/28/2005 | 156 | Memorandum in Support re: 154 Notice of Motion and Motion to Stay filed by Felix P. Camacho. Responses due by 10/12/2005. Replies due by 10/19/2005. (rsn, ). filed by Felix P. Camacho. (rsn, ) (Entered: 09/30/2005) |
| 09/28/2005 | 157 | Agreement of Hearing Date - Parties unable to agree on hearing date (re 154 Notice of Motion and Motion to Stay filed by Felix P. Camacho, ). (rsn, ) (Entered: 09/30/2005) |
| 09/28/2005 | 158 | Certificate of Service filed by Felix P. Camacho re 155 Declaration of Counsel, 156 Memorandum in Support, 157 Agreement of Hearing Date, 154 Notice of Motion and Motion to Stay (rsn, ) **Modified on 10/3/2005 to correct filed date. (rmm, )** (Entered: 09/30/2005) |
| 10/11/2005 | 159 | Motion for Leave to File Opposition to Motion to Stay in Excess of Twenty Pages with Memorandum of Points and Authorities filed by Mary Grace Simpao, Christina Naputi, and Janice Cruz re 154 Notice of Motion and Motion to Stay. (sai, ) (Entered: 10/11/2005) |
| 10/12/2005 | 160 | Order granting 159 Motion for Leave to File . Signed by Judge Joaquin V.E. Manibusan Jr. on 10/12/2005. (rsn, ) (Entered: 10/13/2005) |
| 10/12/2005 | 161 | Opposition re 154 Motion to Stay filed by Mary Grace Simpao, Christina Naputi, Janice Cruz. (Attachments: # 1 Divided for Imaging Purposes) (rsn, ) (Entered: 10/13/2005) |
| 10/12/2005 | 162 | Declaration of James L. Canto in Support re 161 Opposition, 154 Motion to Stay filed by Mary Grace Simpao, Christina Naputi, Janice Cruz. (Attachments: # 1 Divided for Imaging Purposes# 2 Divided for Imaging Purposes# 3 Divided for Imaging Purposes# 4 Divided for Imaging Purposes)(rsn, ) (Entered: 10/13/2005) |
| 10/14/2005 | 163 | Joinder re 161 Opposition to 154 Motion to Stay filed by Government of Guam.(rsn, ) (Entered: 10/17/2005) |
| 10/17/2005 | 164 | Errata Statement filed by Mary Grace Simpao, Christina Naputi, Janice Cruz re 161 Opposition, 154 Motion to Stay (rsn, ) (Entered: 10/18/2005) |
| 10/19/2005 | 165 | Reply in Support of Motion to Stay re 154 Motion to Stay filed by Felix P. Camacho. (rsn, ) (Entered: 10/20/2005) |
| 10/19/2005 | 166 | Declaration of Counsel filed by Daniel M. Benjamin on behalf of Felix P. Camacho in support of the Governor of Guam's 165 Reply in Support of 154 Motion to Stay. (Attachments: # 1 Divided for imaging purposes# 2 Divided for imaging purposes# 3 Divided for imaging purposes# 4 Divided for imaging purposes)(sai, ) (Entered: 10/24/2005) |
| 10/19/2005 | 167 | Certificate of Service filed by Felix P. Camacho re 165 Reply in Support of 154 Motion to Stay and 166 Declaration of Counsel filed by Daniel M. Benjamin on behalf of Felix P. Camacho in support of the Governor of Guam's 165 Reply in Support of 154 Motion to Stay. (sai, ) **Modified |

| | | |
|---|---|---|
| | | on 10/25/2005 to relate to 154 Motion to Stay. (rmm, )** (Entered: 10/24/2005) |
| 10/21/2005 | 168 | Clarification filed by Government of Guam to its 163 Joinder in Plaintiffs' 161 Opposition to Governor of Guam's 154 Motion to Stay. (sai, ) (Entered: 10/24/2005) |
| 11/04/2005 | 169 | Petition to Admit Attorney Pro Hac Vice - Arne David Wagner (Filing fee $ 100 receipt number 27481) filed by Felix P. Camacho. (vtk, ) (Entered: 11/04/2005) |
| 11/04/2005 | 170 | Declaration of Arne David Wagner filed by Felix P. Camacho re 169 Petition to Admit Attorney Pro Hac Vice. (vtk, ) (Entered: 11/04/2005) |
| 11/04/2005 | 171 | Consent of Daniel M. Benjamin in Support filed by Felix P. Camacho re 169 Petition to Admit Attorney Pro Hac Vice. (vtk, ) (Entered: 11/04/2005) |
| 11/04/2005 | 172 | Certificate of Service filed by Felix P. Camacho re 169 Petition to Admit Attorney Pro Hac Vice, 170 Declaration, 171 Consent, Proposed Order re: Admission to Practice Pro Hac Vice. (vtk, ) (Entered: 11/04/2005) |
| 11/07/2005 | 173 | Order granting 169 Petition to Admit Attorney Pro Hac Vice - Arne David Wagner for Felix P. Camacho admitted. Signed by Judge Joaquin V.E. Manibusan Jr. on 11/7/2005. (rmm, ) (Entered: 11/08/2005) |
| 03/08/2006 | 174 | Notice of Motion and Motion to Vacate Scheduling Order; Memorandum of Points and Authorities in Support Thereof filed by Felix P. Camacho. Responses due by 3/22/2006. Replies due by 3/29/2006. (rmm, ) (Entered: 03/08/2006) |
| 03/08/2006 | 175 | Ex Parte Application to Shorten Time on 174 Motion to Vacate Scheduling Order; Memorandum of Points and Authorities in Support Thereof, filed by Felix P. Camacho. (rmm, ) (Entered: 03/08/2006) |
| 03/08/2006 | 176 | Declaration and L.R. 7.1(k) Certificate of Daniel M. Benjamin re 174 Motion to Vacate Scheduling Order, and 175 Ex Parte Application to Shorten Time, on behalf of Felix P. Camacho. (rmm, ) (Entered: 03/08/2006) |
| 03/09/2006 | 177 | Certificate of Service filed by Felix P. Camacho re 174 Motion to Vacate Scheduling Order, 175 Ex Parte Application to Shorten Time, 176 Declaration, proposed Order Granting Motion, and proposed Order Granting Ex Parte Application. (rmm, ) (Entered: 03/09/2006) |
| 03/10/2006 | 178 | Order Setting Hearing - Status Hearing set for 3/14/2006 at 01:30 PM in 4th Floor Courtroom before District Judge James L. Robart. Signed by Judge James L. Robart on 3/10/2006. (rmm, ) (Entered: 03/10/2006) |
| 03/13/2006 | 179 | Certificate of Service re 178 Order Setting Hearing. (vtk, ) (Entered: 03/13/2006) |
| 03/14/2006 | 180 | Minute Entry for proceedings held before Judge James L. Robart: Status Conference held on 3/14/2006. The Court ordered the consolidation of |

| | | |
|---|---|---|
| | | CV-04-00006, CV-04-00038 and CV-04-00049. The Court vacated the Preliminary Pretrial Conference and the Trial scheduled for 4/4/2006. (Court Reporter Wanda Miles.) (vtk, ) (Entered: 03/15/2006) |
| 03/14/2006 | | Cases associated. (vtk, ) (Entered: 03/15/2006) |
| 03/15/2006 | 181 | Transcript Order Form filed by Mary Grace Simpao, Christina Naputi, Janice Cruz for proceedings held on 3/14/2006 before Judge James L. Robart. (vtk, ) (Entered: 03/15/2006) |
| 03/16/2006 | 182 | Order denying [295] Motion for Reconsideration; granting [294] Motion for Interlocutory Appeal. Any motions for appointment of lead counsel due by 4/7/2006. Opposition or responses due by 4/21/2006. Replies due by 4/28/2006. All other matters are hereby stayed pending the interlocutory appeal. Signed by Judge James L. Robart on behalf of Judge Ricardo S. Martinez on 3/16/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 03/16/2006) |
| 03/16/2006 | 183 | Notice of Entry re [300] Order denying [295] Motion for Reconsideration; granting [294] Motion for Interlocutory Appeal. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 03/16/2006) |
| 03/16/2006 | 184 | Supplemental Authority filed by Douglas B. Moylan re [295] Motion for Reconsideration. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 03/16/2006) |
| 03/16/2006 | 185 | Request for Settlement Conference Pursuant to Local Rule 16.6 filed by Felix P. Camacho. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 03/16/2006) |
| 03/16/2006 | 186 | Certificate of Service re [301] Notice of Entry and [300] Order (re Related: [295] Motion for Reconsideration, [294] Motion for Interlocutory Appeal). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 03/16/2006) |
| 03/17/2006 | 187 | Certificate of Service filed by Felix P. Camacho re [303] Request for Settlement Conference Pursuant to Local Rule 16.6 and [Proposed] Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 03/17/2006) |
| 03/17/2006 | 188 | Motion for Partial Reconsideration of Order Staying Proceedings, Motion for Partial Reconsideration of Order Inviting Motions for Appointment of Lead Counsel; Memorandum of Points and Authorities in Support Thereof filed by Julie Babauta Santos (re [300] Order denying Motion for Reconsideration). Responses due by 3/31/2006. Replies due by 4/7/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 03/17/2006) |
| 03/17/2006 | 189 | Certificate of Service re [301] Notice of Entry and [300] Order (re Related: [295] Motion for Reconsideration, [294] Motion for Interlocutory Appeal). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 03/17/2006) |

Case 1:07-cv-00024    Document 74-6    Filed 04/07/2008    Page 9 of 22

| | | |
|---|---|---|
| 03/17/2006 | 190 | Certificate of Service filed by Julie Babauta Santos re [306] Motion for Partial Reconsideration of Order Staying Proceedings, Motion for Partial Reconsideration of Order Inviting Motions for Appointment of Lead Counsel; Memorandum of Points and Authorities in Support Thereof; [Proposed] Order Granting Petitioner Santos' Motions and Certificate of Service. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 03/20/2006) |
| 03/21/2006 | 191 | Order granting [303] Motion for Settlement Conference. Parties shall have 30 days to agree to a mediator and conduct a global mediation. At the expiration of 30 days, parties shall file a status report. The briefing scheduled for the appointment of lead counsel due 4/7/2006 is vacated and will be rescheduled as appropriate. Petitioner's [306] Motion for Reconsideration of Order Staying Proceedings and Inviting Motions for Appointment of Lead Counsel is moot. Signed by Judge Ricardo S. Martinez on 3/20/06. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 03/21/2006) |
| 03/21/2006 | 192 | Notice to Withdraw as Counsel filed by Robert M. Weinberg as to respondent Felix P. Camacho. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 03/21/2006) |
| 03/23/2006 | 193 | Transcript of Proceedings held on 3/14/2006 before Judge James L. Robart. (related [299] Minute Entry) Court Reporter: Wanda Miles. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 03/23/2006) |
| 04/18/2006 | 194 | Status Report filed by Plaintiffs Mary Simpao, Christina Naputi, and Janice Cruz. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 04/18/2006) |
| 04/20/2006 | 195 | Joint Report To The Court Pursuant To The Order Of March 20, 2006 filed by Julie Babauta Santos, Charmaine R. Torres. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 04/20/2006) |
| 04/20/2006 | 196 | Report to the Court Pursuant to the Order of March 20, 2006 filed by Felix P. Camacho (Related Document: [309] Order). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 04/20/2006) |
| 04/20/2006 | 197 | Certificate of Service filed by Felix P. Camacho re [314] Report to the Court Pursuant to the Order of March 20, 2006 (Related Document: [309] Order). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 04/20/2006) |
| 04/21/2006 | 198 | Joinder filed by Art Ilagan, Lourdes M. Perez in Respondent Governor of Guam's [314] Report to the Court Pursuant to the Order of March 20, 2006.Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 04/24/2006) |
| 04/21/2006 | 199 | Certificate of Service filed by Art Ilagan, Lourdes M. Perez re [316] Joinder filed by Art Ilagan, Lourdes M. Perez in Respondent Governor of |

Case 1:07-cv-00024     Document 74-6     Filed 04/07/2008     Page 10 of 22

| | | |
|---|---|---|
| | | Guam's [314] Report to the Court Pursuant to the Order of March 20, 2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 04/24/2006) |
| 04/27/2006 | 200 | Order re Status Reports - Counsel for the Santos and Torres parties report that they have reached an agreement in principle with the Governor of Guam, subject to final documentation. The parties will have until 5/26/2006 to complete the documentation and submit it to the Court. The Simpao plaintiffs were unable to reach an agreement and request that a briefing schedule be reset for the appointment of lead counsel. The Court finds that judicial economy would be better served by denying Simpao's request until the Ninth Circuit issues its ruling in Santos on the issues presented in the interlocutory appeal. Signed by Judge Ricardo S. Martinez on 4/26/2006. (Related documents: [312] Status Report, [313] Joint Report, [314] Report.)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 04/27/2006) |
| 05/02/2006 | 201 | Certificate of Service re [318] Order re Status Reports. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 05/02/2006) |
| 05/26/2006 | 202 | Joint Motion for Preliminary Approval of Class Action Settlement Agreement; Memorandum of Points and Authorities in Support Thereof; Oral Argument Requested filed by Julie Babauta Santos, Felix P. Camacho, Art Ilagan, Lourdes M. Perez, Charmaine R. Torres (Related Document: [318] Order). Responses due by 6/9/2006. Replies due by 6/16/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 05/26/2006) |
| 05/26/2006 | 203 | Declaration of Michael F. Phillips on behalf of Julie Babauta Santos re Petitioner Santos' Signature (Related Document: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) **Modified on 6/1/2006 to edit docket text** (vtk, ). (Entered: 05/30/2006) |
| 05/26/2006 | 204 | Declaration of Daniel M. Benjamin on behalf of Felix P. Camacho in Support of [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement; Memorandum of Points and Authorities in Support Thereof; Oral Argument Requested. (Attachments: # 1 Divided for Imaging Purposes# 2 Divided for Imaging Purposes# 3 Divided for Imaging Purposes)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 05/30/2006) |
| 05/31/2006 | 205 | Certificate of Service filed by Felix P. Camacho re [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement, [322] Declaration of Daniel M. Benjamin. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 05/31/2006) |
| 05/31/2006 | 206 | Amended Declaration of Daniel M. Benjamin on behalf of Felix P. Camacho in Support of [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement (Related Document: [322] |

| | | |
|---|---|---|
| | | Declaration of Counsel). (Attachments: # 1 Divided for Imaging Purposes)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 05/31/2006) |
| 05/31/2006 | 207 | Certificate of Service filed by Felix P. Camacho re [324] Amended Declaration of Daniel M. Benjamin (Related Document: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 05/31/2006) |
| 06/02/2006 | 208 | Motion for Leave to File Joint Petition for Declaratory and Injunctive Relief, and/or for Recovery of Earned Income Tax Credits, or in the Alternative for a Writ of Mandamus; Memorandum of Points and Authorities in Support Thereof filed by Julie Babauta Santos, Charmaine R. Torres. Responses due by 6/16/2006. Replies due by 6/23/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 06/05/2006) |
| 06/02/2006 | 209 | Stipulation of Parties Pursuant to Section II(a)(i) of the May 26, 2006 Class Action Settlement Agreement filed by Julie Babauta Santos, Charmaine R. Torres (Related Document: [326] Motion for Leave to File Joint Petition for Declaratory and Injunctive Relief). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 06/05/2006) |
| 06/02/2006 | 210 | Motion for Attorneys' Fees and Costs Pursuant to Section II(a)(iv) of the May 26, 2006 Class Action Settlement Agreement; Memorandum of Points and Authorities in Support Thereof; Statement Pursuant to Fed. R. Civ. P. 23(e)(2); Oral Argument Requested filed by Julie Babauta Santos, Charmaine R. Torres. Responses due by 6/16/2006. Replies due by 6/23/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 06/05/2006) |
| 06/02/2006 | 211 | Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes; Oral Argument Requested filed by Julie Babauta Santos, Charmaine R. Torres. Responses due by 6/16/2006. Replies due by 6/23/2006. Associated Cases: Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 06/05/2006) |
| 06/02/2006 | 212 | Notice of Dismissal of Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038 or, in the Alternative, Motion to Dismiss Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038, Pursuant to Section II(a)(ii) of the May 26, 2006 Class Action Settlement Agreement, and Memorandum of Points and Authorities in Support Thereof filed by Charmaine R. Torres. Responses due by 6/16/2006. Replies due by 6/23/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 06/05/2006) |
| 06/06/2006 | 213 | Amended Motion for Attorneys' Fees and Costs Pursuant to Section II(a)(iv) of the May 26, 2006 Class Action Settlement Agreement; Memorandum of Points and Authorities in Support Thereof; Statement Pursuant to Fed. R. Civ. P. 23(e)(2); Oral Argument Requested filed by |

| | | |
|---|---|---|
| | | Julie Babauta Santos, Charmaine R. Torres (Related Document: [328] Motion for Attorneys' Fees and Costs).Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 06/07/2006) |
| 06/06/2006 | 214 | Certificate of Service filed by Charmaine R. Torres re [326] Motion for Leave to File Joint Petition for Declaratory and Injunctive Relief, and/or for Recovery of Earned Income Tax Credits, or in the Alternative for a Writ of Mandamus, [327] Stipulation of Parties Pursuant to Section II(a)(i) of the May 26, 2006 Class Action Settlement Agreement, [328] Motion for Attorneys' Fees and Costs, [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes, [330] Notice of Dismissal of Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038 or, in the Alternative, Motion to Dismiss Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038, Pursuant to Section II(a)(ii) of the May 26, 2006 Class Action Settlement Agreement. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) **Modified on 6/8/2006 to correct relation** (vtk) (Entered: 06/07/2006) |
| 06/08/2006 | 215 | Order - The Court will take no action on the recent filings by the parties pending the Ninth Circuit's ruling on the issues presented in the interlocutory appeal. In light of the stay, the parties need not file responsive pleadings to the filings. Signed by Judge Ricardo S. Martinez on 6/8/2006. (Related documents: [328] Motion for Attorneys' Fees and Costs, [329] Joint Motion of the Parties for Conditional Certification of the EIC Class, [330] Notice of Dismissal of Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038, or in the Alternative, Motion to Dismiss Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038, [331] Amended Motion for Attorneys' Fees and Costs, [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement, [326] Motion for Leave to File Joint Petition for Declaratory and Injunctive Relief, and [327] Stipulation.)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 06/09/2006) |
| 06/13/2006 | 216 | Certificate of Service re [333] Order. (Related documents: [328] Motion for Attorneys' Fees and Costs, [329] Joint Motion of the Parties for Conditional Certification of the EIC Class, [330] Notice of Dismissal of Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038, or in the Alternative, Motion to Dismiss Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038, [331] Amended Motion for Attorneys' Fees and Costs, [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement, [326] Motion for Leave to File Joint Petition for Declaratory and Injunctive Relief, and [327]Stipulation.) Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 06/13/2006) |
| 06/19/2006 | 217 | USCA Order - Petition for permission to appeal pursuant to 28 U.S.C. Section 1292(b) is denied. (Related document: [294] Motion for Interlocutory Appeal.) Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 06/20/2006) |
| | | |

Case 1:07-cv-00024     Document 74-6     Filed 04/07/2008     Page 13 of 22

| | | |
|---|---|---|
| 06/22/2006 | 218 | Certificate of Service re [335] USCA Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 06/22/2006) |
| 06/28/2006 | 219 | Amended Order of USCA as to [294] Motion for Interlocutory Appeal - Petition for permission to appeal is denied. (Related document: [335] USCA Order.) (rmm, ) **Modified on 7/5/2006 to correct relation** (vtk, ). (Entered: 06/29/2006) |
| 07/06/2006 | 220 | Certificate of Service re [337] Amended Order of USCA (Related document: [294] Motion for Interlocutory Appeal). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 07/06/2006) |
| 07/19/2006 | 221 | Order taking under advisement [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement; [326] Motion for Leave to File Joint Petition for Declaratory and Injunctive Relief, and-or for Recovery of Earned Income Tax Credits, or in the Alternative for a Writ of Mandamus; [328] Motion for Attorneys' Fees and Costs; [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes. Supplemental filings to motions under advisement due by 8/11/2006. Parties to file status reports by 8/11/06 for 211 Motion for Conditional Certification of the EIC Class for Settlement Purposes; 212 Joint Motion for Preliminary Approval of Settlement Agreement; [277] Motion for Attorneys' Fees and Costs. If no status reports are filed by 8/11/06, the Court will consider these motions as moot without further order of the Court. Order granting [330] Motion to Dismiss Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038. Signed by Judge Ricardo S. Martinez on 7/19/2006. The Court adopts the Report and Recommendations of the Magistrate Judge in Civil Case No. 04-00038, docket no. 64. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 07/19/2006) |
| 07/20/2006 | 222 | Certificate of Service re [339] Order (Related documents: 211 Motion for Conditional Certification of the EIC Class for Settlement Purposes; 212 Joint Motion for Preliminary Approval of Settlement Agreement; [277] Motion for Attorneys' Fees and Costs; [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement; [326] Motion for Leave to File Joint Petition for Declaratory and Injunctive Relief, and-or for Recovery of Earned Income Tax Credits, or in the Alternative for a Writ of Mandamus; [328] Motion for Attorneys' Fees and Costs; [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes; [330] Motion to Dismiss Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-00038). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 07/20/2006) |
| 07/25/2006 | 223 | Notice of Entry re [339] Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 07/25/2006) |
| 07/28/2006 | 224 | Certificate of Service re [341] Notice of Entry.Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) Additional attachment(s) added on 7/31/2006 (vtk, ). (Entered: 07/28/2006) |

| 07/28/2006 | 225 | Amended Notice of Entry re [339] Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 07/28/2006) |
|---|---|---|
| 08/02/2006 | 226 | Certificate of Service re [343] Amended Notice of Entry. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 08/02/2006) |
| 08/11/2006 | 227 | Supplemental Filing in Opposition to Preliminary Approval of Class Action Settlement filed by Christina Maria Santos Naputi, Mary Grace Simpao, Janice Cruz (Related Document: [320] Motion for Preliminary Approval of Class Action Settlement Agreement). (Attachments: # 1 Divided for Imaging Purposes)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/14/2006) |
| 08/11/2006 | 228 | Declaration of Counsel in Support filed by Thomas J. Fisher (Related Documents: [345] Supplemental Filing in Opposition, [320] Motion for Preliminary Approval of Class Action Settlement Agreement). (Attachments: # 1 Divided for Imaging Purposes # 2 Divided for Imaging Purposes)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/14/2006) |
| 08/11/2006 | 229 | Amended Motion for Conditional Certification of the EIC Class for Settlement Purposes (Amending Docket No. 329); Oral Argument Requested filed by Julie Babauta Santos, Charmaine R. Torres (Related Document: [329] Joint Motion).Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/14/2006) |
| 08/11/2006 | 230 | Amended Motion for Appointment of Lead Class Counsel (Amending Docket No. 275) filed by Julie Babauta Santos. Responses due by 8/25/2006. Replies due by 9/1/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/14/2006) |
| 08/11/2006 | 231 | Amended Declaration of Interim Class Counsel in Support (Amending Docket No. 276) filed by Michael F. Phillips (Related Document: [348] Amended Motion for Appointment of Lead Class Counsel). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/14/2006) |
| 08/11/2006 | 232 | Joint Status Report Pursuant to the Court's 07/19/2006 Order filed by Julie Babauta Santos, Charmaine R. Torres (Related Documents: [331] Amended Motion for Attorneys' Fees and Costs, [339] Order, [347] Amended Motion for Conditional Certification of the EIC Class for Settlement Purposes, [348] Amended Motion for Appointment of Lead Class Counsel). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/14/2006) |
| 08/11/2006 | 233 | Certificate of Service filed by Julie Babauta Santos re [347] Amended Motion for Conditional Certification of the EIC Class for Settlement Purposes, [348] Amended Motion for Appointment of Lead Class Counsel, [349] Amended Declaration of Interim Class Counsel in Support, [350] Joint Status Report (Related Document: [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes). Associated Cases: 1:04-cv-00006,1:04-cv- |

Case 1:07-cv-00024    Document 74-6    Filed 04/07/2008    Page 15 of 22

| | | 00038,1:04-cv-00049 (vtk, ) (Entered: 08/14/2006) |
|---|---|---|
| 08/11/2006 | 234 | Notice of Non-Opposition filed by Charmaine R. Torres (Related Document: [348] Amended Motion for Appointment of Lead Class Counsel). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/14/2006) |
| 08/14/2006 | 235 | Certificate of Service filed by Christina Maria Santos Naputi, Mary Grace Simpao, Janice Cruz re [345] Supplemental Filing in Opposition, [346] Declaration of Counsel in Support (Related Document: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 08/15/2006) |
| 08/25/2006 | 236 | Opposition to [348] Amended Motion for Appointment of Lead Class Counsel filed by Christina Maria Santos Naputi, Mary Grace Simpao, Janice Cruz. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/25/2006) |
| 08/25/2006 | 237 | Declaration of Counsel in Support filed by Curtis Charles Van de veld re [354] Opposition (Related Document: [348] Amended Motion for Appointment of Lead Class Counsel ). (Attachments: # 1 Divided for Imaging Purposes # 2 Divided for Imaging Purposes # 3 Divided for Imaging Purposes # 4 Divided for Imaging Purposes)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 08/25/2006) |
| 11/28/2006 | 238 | Order. Chief Judge Frances M. Tydingco-Gatewood to assume full responsibility for this case. Status Report due by 11/29/2006. Status Conference set for 12/1/2006 10:00 AM in 4th Floor Courtroom before Chief Judge Frances M. Tydingco-Gatewood. Signed by Judge Frances M. Tydingco-Gatewood on 11/27/06. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/28/2006) |
| 11/28/2006 | | Court Certificate of Service re [356] Order - Phillips and Bordallo, P.C., Calvo and Clark, LLP, Van de veld Shimizu Canto and Fisher, Office of the Governor, Cabot Mantanona LLP, Office Of the Attorney General and Lujan, Aguigui and Perez LLP acknowledged receipt on 11/28/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/28/2006) |
| 11/29/2006 | 239 | Joint Status Report re [356] Order filed by Julie Babauta Santos, Charmaine R. Torres. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/29/2006) |
| 11/29/2006 | 240 | Joinder in the [357] Joint Status Report filed by Felix P. Camacho re [356] Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/29/2006) |
| 11/29/2006 | 241 | Status Report filed by Christina Maria Santos Naputi, Mary Grace Simpao, Janice Cruz re [356] Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/29/2006) |
| | | |

| | | |
|---|---|---|
| 11/29/2006 | 242 | Motion to Appear Telephonically filed by Christina Maria Santos Naputi, Mary Grace Simpao, Janice Cruz re Kim Stephens and Nancy Pacharzina (related document(s): [356] Order). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/29/2006) |
| 11/29/2006 | 243 | Status Report filed by Art Ilagan, Lourdes M. Perez re [356] Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/29/2006) |
| 11/29/2006 | 244 | Certificate of Service filed by Art Ilagan, Lourdes M. Perez re [361] Status Report. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 11/29/2006) |
| 11/29/2006 | 245 | Status Report filed by Government of Guam re [356] Order. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/29/2006) |
| 11/30/2006 | 246 | Order granting [360] Motion to Appear Telephonically re Kim Stephens and Nancy Pacharzina. Signed by Judge Frances M. Tydingco-Gatewood on 11/30/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 11/30/2006) |
| 12/01/2006 | 247 | Minute Entry for proceedings held before Judge Frances M. Tydingco-Gatewood: Status Conference held on 12/1/2006. Court to issue order next week delineating the scheduling of how the case will proceed. (Start Time: 10:05:01, End Time: 11:44:36.) Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 12/01/2006) |
| 12/07/2006 | 248 | Order Setting Hearing on Motion re [320] Motion for Preliminary Approval of Class Action Settlement: Motion Hearing set for 1/4/2007 at 09:30 AM in 4th Floor Courtroom before Chief Judge Frances M. Tydingco-Gatewood. Parties to submit briefs by 12/15/2006. Responses due by 12/21/2006. Signed by Judge Frances M. Tydingco-Gatewood on 12/4/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/08/2006) |
| 12/07/2006 | | Set Deadline: Briefs due 12/15/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/08/2006) |
| 12/11/2006 | | Court Certificate of Service re [366] Order Setting Hearing on Motion - Calvo and Clark, LLP acknowledged receipt on 12/8/2006, Office of the Governor acknowledged receipt on 12/11/2006, Van de veld Shimizu Canto and Fisher acknowledged receipt on 12/11/2006, Cabot Mantanona LLP acknowledged receipt on 12/11/2006, Lujan, Aguigui and Perez LLP acknowledged receipt on 12/8/2006, Phillips and Bordallo acknowledged receipt on 12/11/2006. (Related document: [320] Motion for Preliminary Approval of Class Action Settlement.) Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/11/2006) |
| 12/15/2006 | 249 | Supplemental Brief Submitted Pursuant to the Court's Order of 12/7/2006 filed by Mary G. Simpao, et al. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/15/2006) |

| | | |
|---|---|---|
| 12/15/2006 | 250 | Supplemental Memorandum of Points and Authorities in Support of the Santos and Torres Parties' Joint Motion for Preliminary Approval of Class Action Settlement Agreement Pursuant to the Court's Order of 12/7/2006 filed by Julie Babauta Santos, Charmaine R. Torres. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/15/2006) |
| 12/15/2006 | 251 | Brief Pursuant to the Court's 12/7/2006 Order filed by Felix P. Camacho, Government of Guam. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/15/2006) |
| 12/18/2006 | 252 | Certificate of Service filed by Felix P. Camacho, Government of Guam re: [369] Brief Pursuant to the Court's 12/7/2006 Order. (Related document: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement.) Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 12/19/2006) |
| 12/22/2006 | 253 | Reply Brief Pursuant to the Court's 12/7/06 Order filed by Julie Babauta Santos, Charmaine R. Torres. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/26/2006) |
| 12/22/2006 | 254 | Reply Brief Pursuant to the Court's 12/7/06 Order filed by Felix P. Camacho, Government of Guam. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 12/26/2006) |
| 12/22/2006 | 255 | Certificate of Service filed by Felix P. Camacho re [372] Reply Brief. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 12/26/2006) |
| 12/22/2006 | 256 | Reply Brief Pursuant to the Court's Order of 12/7/06, filed by Mary Simpao. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 12/26/2006) |
| 12/27/2006 | 257 | Certificate of Service re [374] Reply Brief Pursuant to the Court's Order of 12/7/06, filed by Mary Simpao. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 12/28/2006) |
| 12/29/2006 | 258 | Order Setting Hearing on Motion re [320] Motion for Preliminary Approval of Class Action Settlement Agreement. Motion Hearing set for 1/4/2007 at 09:30 AM in 4th Floor Courtroom before Chief Judge Frances M. Tydingco-Gatewood. Signed by Judge Frances M. Tydingco-Gatewood on 12/29/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 12/29/2006) |
| 12/29/2006 | 259 | Request to Use the Court's Electronic Equipment filed by Mary Grace Simpao (Related document: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 12/29/2006) |
| 12/29/2006 | | Court Certificate of Service re [376] Order - Calvo and Clark, LLP acknowledged receipt on 12/29/2006, Office of the Governor acknowledged receipt on 12/29/2006, Van de veld Shimizu Canto and Fisher acknowledged receipt on 12/29/2006, Cabot Mantanona LLP |

| | | |
|---|---|---|
| | | acknowledged receipt on 12/29/2006, Lujan, Aguigui and Perez LLP acknowledged receipt on 12/29/2006, Phillips and Bordallo acknowledged receipt on 12/29/2006 (Related document: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 12/29/2006) |
| 12/29/2006 | 260 | Order granting [377] Request to Use the Court's Electronic Equipment. Signed by Judge Frances M. Tydingco-Gatewood on 12/29/2006. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 12/29/2006) |
| 01/04/2007 | 261 | Minute Entry for proceedings held before Judge Frances M. Tydingco-Gatewood: Motion Hearing held on 1/4/2007 re [320] Motion for Preliminary Approval of Class Action Settlement Agreement. Motion under advisement. (Court Reporter Wanda Miles.)(Start Time: 9:42:39-9:49:02; 10:13:56-11:45:02; 2:21:15-2:32:35.) Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/05/2007) |
| 01/08/2007 | 262 | Amendment re [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes filed by Julie Babauta Santos, Charmaine R. Torres. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/08/2007) |
| 01/08/2007 | 263 | Certificate of Service filed by Julie Babauta Santos, Charmaine R. Torres re [380] Amendment (Related document: re [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 01/08/2007) |
| 01/08/2007 | 264 | Amendment to [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement filed by Julie Babauta Santos, Felix P. Camacho, Art Ilagan, Lourdes M. Perez, Charmaine R. Torres. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/09/2007) |
| 01/08/2007 | 265 | Notice of Submission of Amended Class Action Settlement Agreement, Attaching Amended Agreement and Stipulation to File Amended Joint Petition filed by Julie Babauta Santos, Felix P. Camacho, Art Ilagan, Lourdes M. Perez, Charmaine R. Torres (Related document: [320]Joint Motion for Preliminary Approval of Class Action Settlement Agreement). (Attachments: # 1 Divided for Imaging Purposes)Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/09/2007) |
| 01/09/2007 | 266 | Order granting [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement, [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes, [348] Amended Motion for Appointment of Lead Class Counsel. Mr. Michael F. Phillips is appointed as lead counsel for purposes of settlement. Parties to submit by hard copy and email a "proposed" scheduling order setting forth all the triggering dates as required by the settlement agreement. The |

| | | |
|---|---|---|
| | | 6/17/2004 14 Stipulated Order Granting Preliminary Approval of Class Action Settlement is vacated. Signed by Judge Frances M. Tydingco-Gatewood on 1/9/2007. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/09/2007) |
| 01/09/2007 | 267 | Notice of Entry re [384] Order (Related documents: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement, [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes, [348] Amended Motion for Appointment of Lead Class Counsel, 14 Stipulated Order Granting Preliminary Approval of Class Action Settlement). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 01/09/2007) |
| 01/10/2007 | | Court Certificate of Service re [384] Order - Calvo and Clark, LLP acknowledged receipt on 01/09/2007, Office of the Governor acknowledged receipt on 01/09/2007, Van de Veld Shimizu Canto and Fisher acknowledged receipt on 01/09/2007, Cabot Mantanona LLP acknowledged receipt on 01/09/2007, Lujan, Aguigui and Perez LLP acknowledged receipt on 01/09/2007, Phillips and Bordallo acknowledged receipt on 12/29/2006, Office of the Attorney General acknowledged receipt on 01/09/2007, [385] Notice of Entry - Calvo and Clark, LLP acknowledged receipt on 01/10/2007, Office of the Governor acknowledged receipt on 01/09/2007, Van de Veld Shimizu Canto and Fisher acknowledged receipt on 01/09/2007, Cabot Mantanona LLP acknowledged receipt on 01/09/2007, Lujan, Aguigui and Perez LLP acknowledged receipt on 01/10/2007, Phillips and Bordallo acknowledged receipt on 12/29/2006, Office of the Attorney General acknowledged receipt on 01/09/2007 (Related documents: [320] Joint Motion for Preliminary Approval of Class Action Settlement Agreement, [329] Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes, [348] Amended Motion for Appointment of Lead Class Counsel). Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/10/2007) |
| 01/18/2007 | 268 | Scheduling Order Regarding Class Notice, Settlement, and Fairness Hearing - The completion of the "Class Notice Period" as defined in Section III(d) of the Settlement Agreement shall be 2/16/2007. The "Opt-Out Date" as defined in Settlement Agreement is 4/17/2007. Any motions to intervene shall be filed by 4/24/2007. The joint motion for an order of final approval of the Settlement Agreement and for a final judgment, the motion for final certification of the EIC Class, and the motion to supplement attorneys' fees and costs shall be filed by 5/18/2007. Fairness Hearing set for 6/15/2007 at 10:00 AM in 4th Floor Courtroom before Chief Judge Frances M. Tydingco-Gatewood. Signed by Judge Frances M. Tydingco-Gatewood on 1/18/2007. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 01/19/2007) |
| 01/18/2007 | 269 | Notice Regarding Dates in Proposed Scheduling Order Regarding Class Notice, Settlement, and Fairness Hearing filed by Felix P. Camacho, Government of Guam. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 01/19/2007) |
| | | |

Case 1:07-cv-00024     Document 74-6     Filed 04/07/2008     Page 20 of 22

| | | |
|---|---|---|
| 01/19/2007 | 270 | Certificate of Service filed by Felix P. Camacho, Government of Guam re [387] Notice Regarding Dates in Proposed Scheduling Order Regarding Class Notice, Settlement, and Fairness Hearing. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 01/22/2007) |
| 01/22/2007 | | Court Certificate of Service re [386] Scheduling Order Regarding Class Notice, Settlement, and Fairness Hearing - Calvo and Clark, LLP acknowledged receipt on 1/19/2007, Office of the Governor acknowledged receipt on 1/19/2007, Van de veld Shimizu Canto and Fisher acknowledged receipt on 1/19/2007, Office Of The Attorney General acknowledged receipt on 01/22/2007, Cabot Mantanona LLP acknowledged receipt on 01/19/2007, Phillips and Bordallo, P.C. acknowledged receipt on 1/19/2007, Lujan, Aguigui and Perez LLP acknowledged receipt on 1/19/2007. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 01/22/2007) |
| 01/23/2007 | 271 | Scheduling Order Regarding Class Notice, Settlement, and Fairness Hearing - The completion of the "Class Notice Period" as defined in Section III(d) of the Settlement Agreement shall be 3/9/2007. The "Opt-Out Date" as defined in Settlement Agreement is 5/8/2007. Any motions to intervene shall be filed by 5/15/2007. The joint motion for an order of final approval of the Settlement Agreement and for a final judgment, the motion for final certification of the EIC Class, and the motion to supplement attorneys' fees and costs shall be filed by 6/8/2007. Fairness Hearing set for 7/06/2007 at 10:00 AM in 4th Floor Courtroom before Chief Judge Frances M. Tydingco-Gatewood. Signed by Judge Frances M. Tydingco-Gatewood on 1/23/2007. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 01/23/2007) |
| 01/25/2007 | 272 | Notice of Submission of Class Notice filed by Julie Babauta Santos, Felix P. Camacho, Art Ilagan, Lourdes M. Perez, Charmaine R. Torres. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/25/2007) |
| 01/26/2007 | 273 | Certificate of Service filed by Felix P. Camacho re [390] Notice of Submission of Class Notice. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (vtk, ) (Entered: 01/26/2007) |
| 01/26/2007 | | Court Certificate of Service re [389] Scheduling Order Regarding Class Notice, Settlement, and Fairness Hearing - Law Offices of Calvo and Clark, Office of the Governor, Office Of The Attorney General, Cabot Mantanona LLP, Phillips and Bordallo, P.C., Lujan, Aguigui and Perez LLP acknowledged receipt on 1/24/2007, Van de veld Shimizu Canto and Fisher acknowledged receipt on 1/25/2007.Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/26/2007) |
| 01/29/2007 | 274 | Order - The Proposed Notice of Settlement is hereby approved provided the parties make a few changes. Signed by Judge Frances M. Tydingco-Gatewood on 1/29/2007. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 01/29/2007) |
| 01/31/2007 | | Court Certificate of Service re [392] Order - Law Offices of Calvo and |

| | | |
|---|---|---|
| | | Clark, Office of the Governor, Cabot Mantanona LLP, Phillips and Bordallo, P.C., Lujan, Aguigui and Perez LLP, Van de veld Shimizu Canto and Fisher acknowledged receipt on 1/29/2007, Office Of The Attorney General acknowledged receipt on 1/31/2007. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(vtk, ) (Entered: 01/31/2007) |
| 02/14/2007 | 275 | Submission of Report Pursuant to Settlement Agreement filed by Lourdes M. Perez and Artemio R. Ilagan. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049(rmm, ) (Entered: 02/15/2007) |
| 02/14/2007 | 276 | Certificate of Service filed by Lourdes M. Perez and Artemio R. Ilagen re [393] Submission of Report Pursuant to Settlement Agreement. Associated Cases: 1:04-cv-00006,1:04-cv-00038,1:04-cv-00049 (rmm, ) (Entered: 02/15/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/05/2008 05:59:54 | | |
| **PACER Login:** | bc1410 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-00049 |
| **Billable Pages:** | 22 | **Cost:** | 1.76 |