DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223



**FILED**
**DISTRICT COURT OF GUAM**

APR 0 7 2008

**JEANNE G. QUINATA**
**Clerk of Court**

Attorneys for Defendant
First American Title Insurance Company

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>              Defendants. | ) CIVIL CASE NO. 07-00024<br>)<br>)<br>)<br>)<br>)<br>) **DECLARATION OF**<br>) **AILEEN KIER ALFRED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, **Aileen Kier Alfred**, declare under penalty of perjury:

1.     I am the President of Pacific American Title Insurance & Escrow Company ("PATCO").

2.     PATCO was an agent for First American Title Insurance Company in February of 2002.

3.     On February 19, 2002, PATCO handled the closing of Alex and Felisa Ruben's purchase of a lot in the Gill-Baza subdivision in Yigo, Guam from Cyfred, Ltd.



*ORIGINAL*

4.      Attached as Exhibit A is a true and accurate copy of the commitment for title insurance that was issued in connection with the transaction described in paragraph 3.

5.      Attached as Exhibit B is a true and accurate copy of the Warranty Deed executed by the Rubens in connection with the transaction described in paragraph 3.

6.      Attached as Exhibit C is a true and accurate copy of the Promissory Note executed by the Rubens in connection with the transaction described in paragraph 3.

7.      Attached as Exhibit D is a true and accurate copy of the Sale Escrow Instructions executed by the parties in connection with the transaction described in paragraph 3.

8.      Attached as Exhibit E is a true and accurate copy of the Land Purchase Agreement executed by the parties in connection with the transaction described in paragraph 3.

9.      Attached as Exhibit F are true and accurate copies of PATCO's disbursement records and receipts from the transaction described in paragraph 3.

10.     Attached as Exhibit G are true and accurate copies of the Schedules which were attached to the lender's title insurance policy given to Cyfred, Ltd. in connection with the transaction described in paragraph 3.

11.     Attached as Exhibit H are true and accurate copies of the Schedules which were attached to the owner's title insurance policy from the transaction described in paragraph 3.

12.     Exhibits A through H are all documents maintained in the ordinary course of PATCO's business.

///

///

///

I declare, pursuant to 28 U.S.C. 1746 and under penalty of perjury that the foregoing is true

and correct.

Executed this 4th day of April, 2008 at Tamuning, Guam.

AILEEN KIER ALFRED



# PACIFIC AMERICAN TITLE INSURANCE & ESCROW

TEL: (671) 477-PATI (7284)     FAX: (671) 477-7213
(671) 477-7210, 477-7211
GENERAL AGENT FOR FIRST AMERICAN TITLE INSURANCE CO., SANTA ANA, CALIFORNIA

**COMMITMENT FOR TITLE INSURANCE**

Monday, February 11, 2002

**COMMITMENT NUMBER:** PAT-02-1-17763

**DESCRIPTION:** LOT NO. 19, BLOCK NO. 1, TRACT NO. 63304, YIGO, GUAM.

**ORDERED BY:** ESCROW - ATTN: ANTOINETTE

COPY TO:
CYFRED - ATTN: BOBBIE

(RE: RUBEN, ALEX H. & FELISA)

_____
AUTHORIZED SIGNATURE

**Exhibit A**



## Pacific American Title Insurance & Escrow Co.

General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11   FAX: (671)477-7213

## INFORMATION

The Title Insurance Commitment is a legal contract between you and the company. It is issued to show the basis on which we will issue a Title Insurance Policy to you. The Policy will insure you against certain risks to the land title, subject to the limitations shown in the Policy.

The Company will give you a sample of the Policy form, if you ask.

The Commitment is based on the land title as of the Commitment Date. Any changes in the land title or the transaction may affect the Commitment and the Policy.

The Commitment is subject to its Requirements, Exceptions and Conditions.

### TABLE OF CONTENTS

|  | Page |
|---|---|
| AGREEMENT TO ISSUE POLICY | 1 |
| SCHEDULE A | |
| 1. Commitment Date | 2 |
| 2. Policies to be Issued, Amounts and Proposed Insureds | 2 |
| 3. Interest in the Land and Owner | 2 |
| 4. Description of the Land | 2 |
| SCHEDULE B-1 - Requirements | 3 |
| SCHEDULE B-2 - Exceptions | 4 |
| CONDITIONS | |

**YOU SHOULD READ THE COMMITMENT VERY CAREFULLY.**
If you have any questions about the Commitment, please contact the issuing office.

**Exhibit A**

| Commitment Number: | Effective Date of Commitment: |
|---|---|
| PAT-02-1-17763 | January 22, 2002 |

Inquiries should be directed to:

**Pacific American Title Insurance & Escrow Company**
134 Chalan Santo Papa, Ste. 101 Agana, GU96910
Phone: (671) 477-7211 Fax: (671) 477-7213

1. Policy or Policies to be issued:

Policy Amount:

☒ ALTA Owners Policy-1992
Proposed Insured: ALEX RUBEN & FELISA RUBEN

$29,500.00

☒ ALTA Loan Policy-1992
Proposed Insured: CYFRED, LTD.

TO BE AGREED UPON

☐ ALTA Leasehold Owner's Policy-1992
Proposed Insured:

☐ ALTA Leasehold Loan Policy-1992
Proposed Insured:

2. The estate or interest in the land described or referred to in this commitment and covered herein is a: FEE SIMPLE.

3. Title to said estate or interest in said land is at the effective date hereof vested in:

CYFRED, LTD.

4. The land referred to in this Commitment is located in the Territory of Guam and described as follows: LOT NO. 19, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM, (ESTATE NO. 812 under Basic Lot No. 10102, Yigo), as said lot is marked and designated on Map Drawing No. LDP.94098 (LM#047Fy99), dated October 27, 1999 and recorded on November 1, 1999, under Instrument No. 612187, in the Department of Land Management, Government of Guam.

The following is shown for information purposes only: Said map shows the area to be: 929 ± square meters; Last Certificate of Title No. 70378 issued to the Estate of Jesus Borja Ramirez.

**Pacific American Title**
Insurance & Escrow Company

*First American Title Insurance Company*

**Exhibit A**

# SCHEDULE B

Schedule B of the policy or policies to be issued will contain exceptions to the following matters unless the same are disposed of to the satisfaction of the Company:

1.   Defects, liens, encumbrances, adverse claims, or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed Insured acquires for value of record the estate or interest of mortgage thereon covered by this Commitment.

STANDARD EXCEPTIONS:

2.   Rights or claims of parties in possession not shown by the public records.

3.   Easements, or claims of easements, not shown by the public records.

4.   Encroachments, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey and inspection of the premises.

5.   Any lien, or right to a lien, for services, labor or material hereto or hereafter furnished, imposed by law and not shown as existing liens by the public records.

6.   Taxes or special assessments which are not shown as existing liens by the public records.

7.   The liability of the Company by reason of any challenge, or claim against, or invalidity of the title herein insured, arising out of, relating to, or as a consequence of any alleged, attempted, or actual violation of any of the provisions of Section 1204 Title 21 of the Guam Code Annotated ("Alien Ownership"), or any of the provisions of 48 U.S.C.A. Sections 1501-1506 ("Alien Ownership of Land"), together with the duty of the Company to defend the Insured by reason of such a challenge or claim, are specifically excepted from the coverage of this policy.

SPECIAL EXCEPTIONS:

8.   Real Estate Taxes for the year 2002 are due February 20, 2003.

9.   Real Estate Taxes for the year 2001, in the amount of $26.82 are not due and payable.

10.   Real Estate Taxes for the following year are delinquent, plus penalties and interest which may have accrued:

   1995   $1,082.50   B/N#46755 - under Basic Lot No. 10102-16, Yigo.

11.   First Mortgage with Power of Sale, dated August 21, 1998 and recorded on October 6, 1998, under Instrument No. 611070 in the Department of Land Management, Government of Guam, executed by Cyfred, Ltd., a Guam corporation to Enrique C. Baza, Jr. and Eleanor Baza Perez, which states it secures a debt in the principal amount of $1,480,000.00, plus interest.

Pacific American Title
Insurance & Escrow Company

*First American Title Insurance Company*

**Exhibit A**

REQUIREMENTS:

12.   Furnish a certified copy of the resolution adopted by the Board of Directors of Cyfred, Ltd., a Guam corporation authorizing the execution of the proposed transaction. In the event of a sale, the resolution must also state the acutal consideration being received by the corporation,

13.   Secure an authorization from the mortgagor(s) allowin the title company to request for an updated Certificate of Title on the subject property. The mortgagor(s) are responsible for any fees incurred therewith.

End...........................scp/pjt

Pacific American Title
Insurance & Escrow Company

*First American Title Insurance Company*

**Exhibit A**

# CONDITIONS

1. **DEFINITIONS**
   (a) "Mortgage" means mortgage, deed of trust or other security instrument.
   (b) "Public Records" means title records give constructive notice of matters affecting the title according to the state law where the land is located.

2. **LATER DEFECTS**
   The Exception in Schedule B - Section 2 may be amended to show any defects, liens or encumbrances that appear for the first time in public records or are created or attached between the Commitment Date and the date on which all of the requirements of Schedule B - Section 1 are met. We shall have no liability to you because of this amendment.

3. **EXISTING DEFECTS**
   If any defects, liens or encumbrances existing at Commitment Date are not shown in Schedule B, we may amend Schedule B to show them. If we do amend Schedule B to show these defects, liens or encumbrances, we shall be liable to you according to Paragraph 4 below unless you knew of this information and did not tell us about it in writing.

4. **LIMITATION OF OUR LIABILITY**
   Our only obligation is to issue to you the Policy referred to in this Commitment, when you have met its Requirements. If we have any liability to you for any loss you incur because of an error in this Commitment, our liability will be limited to your actual loss caused by your relying on this Commitment when you acted in good faith to:

   comply with the Requirements shown in Schedule B - Section 1
   or
   eliminate with our written consent any Exceptions shown in Schedule B Section 2.

   We shall not be liable for more than the Policy Amount shown in Schedule A of this Commitment and our liability is subject to the terms of the Policy form to be issued to you.

5. **CLAIMS MUST BE BASED ON THIS COMMITMENT**
   Any claim, whether or not based on negligence, which you may have against us concerning the title to the land must be based on this Commitment and is subject to its terms.

**Exhibit A**

Recording requested )
by Grantees. )
The real property )
affected by this )
instrument is )
registered land, )
the name of the last )
registered owner )
being **Cyfred, Ltd.** )
and the number of )
the certificate of )
last registration )
being No.: 70378. )

Irland of Guam, Government of Guam
Department of Land Management, Office of The Recorder

File for record is Instrument No. **652200**

on the year 20 _02_ Month _02_ Day _24_ Time _212_

Recording Fee _$10.00_    Receipt No. ___

Deputy Recorder _Joel Antemony_

(Space Above This Line for Recorder's use only)

## WARRANTY DEED

**Cyfred, Ltd.**, a Guam corporation, ("Grantor"), for TEN AND NO/100 DOLLARS

($10.00) and other good and valuable consideration, the receipt of which is hereby

acknowledged, does hereby GRANT, BARGAIN, SELL, and CONVEY unto **ALEX H.**

**RUBEN, SSN: 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, and FELISA B. RUBEN, "Formerly Felisa Billimon"**,  SSN:

**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**, husband and wife, whose address is Post Office Box 12134, Yigo, Guam 96929,

(collectively referred to as "Grantee"), and their successors, heirs and assigns, in fee simple

absolute, that certain property located in the Municipality of Yigo, Territory of Guam, more

particularly described as follows:

> **Lot Number 19, Block No. 1,** Tract No. 63004, Gill Baza
> Subdivision, Municipality of Yigo, Territory of Guam, Estate No.
> 812, Suburban, as said lot is marked and designated on Drawing
> No. LDP.091098 sheet 1 and LDP 090498 sheet 2, as L.M. Check
> No. L.M. 047 FY 99, dated March 12, 1999, and recorded
> November 1, 1999, in the Department of Land Management,
> Government of Guam, under Document No. 612187.

## WARRANTY DEED ~ CYFRED LTD. ~ GRANTOR

Page 1

**Exhibit B**

AREA: 929± square meters

LAST CERTIFICATE OF TITLE: 70378

Together also with all appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and also all the estate, right, title, interest, possession, claims and demands whatsoever, both at law and in equity of said Grantor, in and to the above-described premises, and every part and parcel thereof, with the appurtenances thereto appertaining.

TO HAVE AND TO HOLD, all and singular, the above mentioned and described premises, together with the appurtenances, unto the above-named Grantee, their successors, heirs and assigns, forever subject to all matters, liens and encumbrances of record.

And Grantor, for itself, its successors and assigns, does covenant and agree, to and with Grantee, their successors, heirs and assigns, that at the time of the execution and delivery of this Deed, Grantor is well seized of the premises above-conveyed, is of a good, sure, perfect, and indefeasible estate or inheritance, in law, in fee simple, and has a good right, full power, and lawful authority to grant, bargain, sell, and convey it in the manner and form aforesaid; and it is free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and encumbrances of every kind and nature whatsoever except those specified hereinabove; and the above-bargained premises in the quiet and peaceful possession of Grantee, their successors, heirs

///

///

///

**WARRANTY DEED ~ CYFRED LTD. ~ GRANTOR**

Page 2

Exhibit B

and assigns, against all and every person or persons lawfully claiming or to claim, the whole or any part thereof, Grantor shall and will warrant and forever defend.

IN WITNESS WHEREOF, Grantor has caused this WARRANTY DEED to be executed this _19th_ day of February, 2002.

GRANTOR:
CYFRED, LTD.

By: _____
GERALDINE MENDIOLA
Its Duly Authorized Representative

GUAM, U.S.A.           )
                       )  ss:
City of Hagatna        )

On this _19th_ day of February, 2002, before me, a notary public in and for the Territory of Guam, personally appeared GERALDINE MENDIOLA, the duly authorized representative of **CYFRED, LTD.**, known to me to be the person who executed the foregoing WARRANTY DEED, and acknowledged to me that she executed the same on behalf of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_Antoinette C. Castro_

) SEAL (

ANTOINETTE C. CASTRO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: March 6, 2005
#715 Chalan Machaute, Route 8
Suite 101, Maite, Guam 96927

## WARRANTY DEED ~ CYFRED LTD. ~ GRANTOR

Page 3

**Exhibit B**

# WARRANTY DEED RIDER

## STATEMENT REGARDING AVAILABILTY OF WATER AND POWER

~~Grantee~~ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓and power (electricity) is immediately available on the Premises or within one hundred feet

(100') from the Premises. Grantee understands that they will have to pay for water and power

(electricity) hookup at their sole expense. The Government is not required to pay for the water

and power (electricity) hookup.

Dated: _____ *19 FEB 02* _____, 2002.

GRANTEES:

_(signature)_

_(signature)_

_(signature)_

▓▓▓▓▓▓ RUBEN, Formerly
Felisa Billimon ▓▓▓▓▓▓

GUAM, U.S.A.            )
                       )   ss
City of Hagatna        )

On this *19th* day of February, 2002, before me, a notary public in ad for the Territory of
Guam, personally appeared ALEX H. RUBEN and FELISA B. RUBEN, known to me to be the
persons whose name is subscribed to the foregoing STATEMENT REGARDING
AVAILABILITY OF WATER AND POWER, and acknowledged to me that they executed the
same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the
day and year first above written.

ANTOINETTE C. CASTRO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: March 6, 2005
#715 Chalan Machauta, Route 8
L19B1 Gill Baza Warranty Deed Suite 101, Maite, Guam 96927

_(signature)_ Antoinette C. Castro

## WARRANTY DEED ~ CYFRED LTD. ~ GRANTOR

**Page 4**

# PROMISSORY NOTE

**$29,500.00**
<em>Hagatna, Guam 96910</em>

<strong>DATE: FEBRUARY 19, 2002</strong>

FOR VALUE RECEIVED, by **ALEX H. RUBEN,  SSN: 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, and FELISA B. RUBEN, "Formerly Felisa Billimon",  SSN: 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,** husband and wife, whose address is Post Office Box 12134, Yigo,  Guam 96929, (collectively referred to as "Maker", without regard to number or gender) promises to pay to the order of **Cyfred, Ltd.** ("holder") at 123 Hernan Cortes Avenue, Hagatna, Guam  96910, or such other place as the Holder may designate, the principal sum of **TWENTY NINE THOUSAND FIVE HUNDRED DOLLARS ($29,500.00)** in lawful money of the United States with interest thereon in installments as hereinafter provided.

Interest on the principal sum of this Note shall be computed and be payable at the rate per annum of TEN PERCENT  (10%).

The principal amount of this Note, together with interest thereon, shall be repaid in THREE HUNDRED SIXTY (360) equal monthly installments of **TWO HUNDRED FIFTY EIGHT DOLLARS AND EIGHTY EIGHT CENTS  ($258.88)** each (principal and interest) commencing on the **TWENTIETH (20TH) day of MAY, 2002,** and continuing on the same day of each consecutive month thereafter until the entire remaining unpaid principal balance of this Note and all interest accrued and any other amounts due thereon has been paid in full.  All payments paid hereunder shall be credited first to accrued interest (and to late penalties, if any), then to principal and then to any other amounts due.

**PROMISSORY NOTE ~ CYFRED LTD. ~ HOLDER**

**Page 1**

<strong>Exhibit C</strong>

In the event of the happening of any one or more of the following events, any one of which shall constitute an event of default to wit:

    a.    the non-payment of any sums payable hereunder within five (5) days of when due;

    b.    the breach by Maker of any agreement of Maker herein and/or in the mortgage given to secure payment of this Note;

    c.    any voluntary filing of a petition in bankruptcy under the Federal Bankruptcy laws by Maker or any endorser or guarantor of this Note, or an entry of an order for relief in the case of an involuntary petition filed under the Federal Bankruptcy laws against Maker or any endorser or guarantor of this Note, or the commencement of any proceeding under any other Acts of Congress or laws of the Territory of Guam in relation to the relief of debtors being commenced for the relief or readjustment of any indebtedness of Maker or any endorser or guarantor of this Note, either through reorganization, composition, extension or otherwise; then this Note and all sums due hereunder shall immediately become due and payable in full, without further demand or notice to Maker and Holder may commence action to foreclose any mortgage or security which secures this Note. Maker agrees to pay all costs of collection and reasonable attorney's fees incurred by the Holder in enforcing this Note and in enforcing any lien or security interest which secures this Note upon the occurrence of any event of default, whether or not suit is brought and whether or not a final judgment is obtained.

Upon the failure of Maker to make payment in full of any sums due under this Note when due, then, in order to compensate Holder for additional costs and expenses, Maker shall be assessed a FIFTY and NO/100 DOLLARS ($50.00) late payment for each late payment and for

**PROMISSORY NOTE ~ CYFRED LTD. ~ HOLDER**

Page 2

**Exhibit C**

each thirty (30) day period any and all amounts are not paid, plus and thereafter for so long as any sum remains unpaid, and all amounts past due (principal and interest and late payments) shall bear additional interest at the rate of one and one-half percent (1.5%) per month until such past due amounts are paid in full. The imposition and collection of such additional interest on past due amounts shall not constitute any agreement to extend payment hereunder, any forgiveness of any default, or any waiver of the original agreed interest to which the Holder is entitled.

Maker hereby waives presentment for payment, demand, (except as specifically set forth herein) notice of dishonor and protest of this Note and all other notices in connection with the delivery, acceptance, performance, default or enforcement of this Note; and to the extent allowable by law waives the benefit of any statue of limitations with respect to any action to enforce, or otherwise related to, this Note and waives without limitation, extensions of time, release of security and other indulgences which may be granted by Holder of this Note to any party liable herefor and authorizes Holder of this Note without notice or further consent to grant extensions of time in the payment of all monies payable under this Note, waives compliance with the terms of this Note and releases all or any part of any property which secures this Note. This Note shall be deemed to have been made under and shall be governed by the laws of the Territory of Guam in all respects, including matters of construction, validity and performance, and none of its terms or provisions may be waived, altered, modified or amended except as Holder may consent thereto in writing. If this Note is executed by more than one person, all persons executing this Note shall be jointly and severally liable.

**PROMISSORY NOTE ~ CYFRED LTD. ~ HOLDER**

**Page 3**

**Exhibit C**

If any payment hereunder shall become due and payable on a Saturday, Sunday or public holiday, then the payment date thereof shall be extended to the next succeeding business day and interest shall be payable at the above rate per annum during such extension.

**MAKERS:**

_____
ALEX H. RUBEN

_____
FELISA B. RUBEN,  Formerly
Felisa Billimon

L19B1 Gill Baza Promissory Note

**PROMISSORY NOTE ~ CYFRED LTD. ~ HOLDER**

**Page 4**

**Exhibit C**

Escrow No: 02-09708
Escrow Officer: ANTOINETTE C. CASTRO
To : PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY

I/We hereby agree to purchase the hereinafter described property for a total consideration of
$29,500.00 and will on or before **February  _15_ , 2002** hand you said consideration which
is payable as follows:

**$29,500.00 1st mortgage in favor of CYFRED, LTD.**
**$ -0- balance of purchase price due at closing.**

I/We will deliver to you any additional funds and execute any instruments which are
necessary to comply with the terms hereof, all of which you may use when you hold for me a
Deed thereof executed by:

**CYFRED, LTD., a Guam corporation**

and when you have an ALTA Owners Policy of title insurance in the amount of not less than
**$29,500.00** and and ALTA Lenders Policy of title insurance in the amount of not less that
**$29,500.00** on the following described property situated in Guam,

**Lot No. 19, Block No. 1, Tract No. 63004, Yigo, Guam.**

showing title vested in:

**ALEX H. RUBEN and FELISA RUBEN.**

free of encumbrance except:

1.   Real Property  General and special taxes for the current year 2002.
2.   Covenants, conditions, restrictions, rights of way, easements, and reservations, as described
in that certain  Commitment for Title Insurance issued, or to be issued, herein.
3.   Standard Exceptions 2 thru 7, as stated on the Commitment for Title Insurance.
4.    Mortgage in the amount of $29,500.00 executed by ALEX RUBEN and FELISA RUBEN ,
Mortgagor(s) in favor of CYFRED, LTD., Mortgagee, to be recorded in the Department of Land
Management, Government of Guam.
5.    Notice of Consensual Lien executed by CYFRED, LTD. in favor of ENRIQUE C. BAZA, JR. and
ELEANOR BAZA PEREZ, to be recorded in the Department of Land Management, Government of
Guam.
6.    Territorial Real Estate Taxes year 1995 under Basic Lot No. 10102-16, Yigo, in the amount of
$1,082.50.

**ADDITIONAL INSTRUCTIONS:**

Pacific American Title & Escrow Co., the escrow holder, was  handed that certain **Agreement**
executed by CYFRED, LTD., as Seller(s), and ALEX H. RUBEN and FELISA RUBEN as
**Buyer(s)**, which escrow is to proceed in accordance with the terms and conditions thereof. The
General Provisions of this agreement shall control herein.  In case there is a conflict between
the terms and conditions of the **Purchase Agreement** and this agreement, Escrow holder shall
be solely governed by this Agreement.

Buyers hereby acknowledge that they have  read and approved  the Commitment for Title
Insurance No.: **PAT-02-1-17763** dated: **January 22, 2002,** for the described property issued by
Pacific American Title and **understand** and are/is **fully aware** with the exceptions that shall
appear on the policy when issued.

Parties herein acknowledge that the **Warranty Deed, Mortgage and Promissory Note, were**
**prepared** by CYFRED, LTD., under the direct supervision of the parties and that no
representation is made by Pacific American Title Insurance and Escrow Co. as to the
sufficiency of the contents therein contained including but not limited to the legal entities
and description and as to the negotiability of said instrument.

Pro-rate/Adjust the following as of close of escrow:

__X__ 1.  Pro rate current Real Estate Taxes based on the amount of the last tax statement of the
Tax Collector issued prior to the close of escrow  *(If the amount of the new tax bill issued*
*by the Tax Collector after close of escrow is more or less than the amount used for*
*proration purposes, the difference, if any, will be adjusted by the parties therein*
*outside of escrow).*  Sellers are to forward to Buyers any present or future tax bills on
property herein.

__X__ 2.  Escrow Fees  to be paid by  **Buyer(s)**/Seller(s).

__X__ 3  All closing costs will be paid **Buyer(s)**/Seller(s).

Initials:

# GENERAL PROVISIONS

**1.  Deposit of Funds & Disbursements**

You shall deposit all funds received in this escrow in any bank insured by an agency of the United States Government, in one or more of your general escrow demand accounts. These funds may be transferred to any other general escrow demand account or accounts, in the above named bank or banks. All disbursements shall be made by your check. You are authorized not to close escrow or disburse until good funds have been confirmed in escrow.

**2.  Prorations and Adjustments**

The expression "close of escrow" used in this escrow means the date of which instruments referred to herein are recorded and relates only to prorations and/or adjustments unless other wise specified.

All prorations and/or adjustments are to be made on the basis of a 30 day month unless otherwise instructed in writing.

**3.  Recordation of Instruments**

You are authorized to record any documents delivered through this escrow, the recording of which is necessary or proper in the issuance of the requested policy of title insurance.

**4.  Authorization to Execute Assignment of Insurance Policies**

You are to execute on behalf of the parties hereto form assignments of interest in any insurance policies (other than title insurance) called for in this escrow; forward assignments and policies upon close of escrow to the agent with the request, first, that insurer consent to such transfer and/or attach a loss-payable clause and/or make such other additions or corrections as may have been specifically required herein, and second, that the agent thereafter forward such policies to the parties entitled to them.

In all acts in this escrow relating to insurance, including adjustment, if any, you shall be fully protected in assuming that each policy is in force and that the necessary premium therefore has been paid.

**5.  Authorization to Furnish Copies**

You are to furnish a copy of these instructions, amendments thereto, closing statements and/or any other documents deposited in this escrow to the lender or lenders, the real estate broker or brokers and/or the attorney or attorneys involved in this transaction upon request of the lenders, brokers or attorneys.

**6.  Personal Property Taxes**

No examination or insurance as to the amount or payment of personal property taxes is required unless specifically requested.

**7.  Right of Cancellation**

Prior to recordation, any party instructing you to cancel this escrow shall file notice of cancellation in your office, in writing. You shall within a reasonable time thereafter mail, by certified mail, one copy of the notice to each of the other parties at the addresses stated in this escrow. Unless written objection to cancellation is filed in your office by a party within ten (10) days after date of mailing, you are authorized at your option to comply with the notice and demand payment of your cancellation charges as provided in this agreement. If written objection is filed, you are authorized at your option to hold all money and instruments in this escrow and take no further action until otherwise directed, either by the parties mutual written instructions, or final order of a court of competent jurisdiction.

**8.  Action in Interpleader**

The parties hereto expressly agree that you, as escrow holder, have the absolute right at your election to file an action in interpleader requiring the parties to answer and litigate their several claims and rights among themselves and you are authorized to deposit with the clerk of the court all documents and funds held in this escrow. In the event such action is filed, the parties jointly and severally agree to pay your cancellation charges and costs, expenses and reasonable attorney's fees which you are required to expend or incur in the interpleader action, the amount thereof to be fixed and judgment therefore to be rendered by the court. Upon the filing of the action, you shall thereupon be fully released and discharged from all obligations to further perform any duties or obligations otherwise imposed by the terms of this escrow.

**9.  Termination of Agency Obligations**

If there is no action taken on this escrow within six (6) months after the "time limit date" as set forth in the escrow instruction or written extension thereof, your agency obligation shall terminate at your option and all documents, monies or other items held by you shall be returned to the parties depositing same.

In the event of cancellation of this escrow, whether it be at the request of any of the parties or otherwise, the fees and charges due Pacific American Title Insurance & Escrow Company, including expenditures incurred and/or authorized shall be borne equally by the parties hereto (unless otherwise agreed to specifically).

**10.  Conflicting Instructions**

Should you before or after close of escrow receive or become aware of any conflicting demands or claims with respect to this escrow or the rights of any of the parties hereto, or any money or property deposited herein or affected hereby, you shall have the right to discontinue any or all further acts on your part until the conflict is resolved to your satisfaction, and you shall have the further right to commence or defend any action or proceedings for the determination of the conflict as provided in paragraphs 7 and 8 of these General Provisions.

Initials:



**11.   Usury**
You are not to be concerned with any question of usury in any loan or encumbrances involved in the processing of this escrow and you are hereby released of any responsibility or liability thereof.

**12.   Indemnify for Attorneys Fees and Costs**
In the event suit is brought by any party to this escrow, including the title company or any other party, as against each other, or others, including the title company, claiming any right they may have against each other or against the title company, then in that event, the parties hereto agree to indemnify and hold harmless the title company against any attorney's fees and costs incurred by it.

**13.   Amendments to Escrow Instructions**
Any Amendment or supplement to these escrow instructions must be in writing. These escrow instructions constitute the entire escrow between the escrow holder and the parties hereto.

**14.   Foreign Investment in Real Property Tax Act**
The Foreign Investment in Real Property Tax Act of 1980 as amended by the Tax Reform Act of 1984 places special requirements for tax reporting and withholding on the parties to a real estate transaction where the transferor (seller) is a non-resident or non-resident corporation or partnership or is a domestic corporation or partnership controlled by non-residents or non-resident corporations or partnerships. The parties to this transaction are seeking attorney's, accountant's or other tax specialist's opinions concerning the effect of this Act on this transaction and are not acting on any statements made or omitted by the escrow or closing officer. Escrow Holder may require any certifications deemed it to be necessary to exempt it from any obligation to withhold taxes.

**15.   Supplemental Taxes**
Seller and Buyer acknowledge that the subject property may be subject to supplemental taxes due as a result of change of ownership taking place through this escrow. Any necessary adjustment due either party on receipt of a supplemental tax bill will be made by the parties outside of this escrow and escrow holder is released of any liability in connection with same.

**16.   Reporting to the Internal Revenue Service**
The Tax Reform Act of 1986 provides that Pacific American Title Insurance Company must report to the Internal Revenue Service and other governmental agencies require certain information regarding all real estate transactions. This information includes, among other things, the seller's social security number and/or tax identification number and forwarding address and the gross sales price of the transaction. This is not a requirement generated by Pacific American Title Insurance Company, but rather a means of complying with the law. This information must be provided to Pacific American Title Insurance Company upon the opening of escrow, and escrow cannot close, nor can deeds or any other documents be recorded until the information is provided and the seller certifies the accuracy of the information in writing. By execution of these escrow instructions, the parties acknowledge receipt of this notice.

**17.   TIME IS OF THE ESSENCE OF THESE INSTRUCTIONS.** If this escrow is not concluded by recordation or delivery of the deed as above provided on or before **February 19, 2002** and demand for cancellation is received by you from any party to this escrow after said date, you shall act in accordance with the cancellation instructions contained in the general provisions on the previous page hereof. If no demand for cancellation is made, you will proceed to close this escrow when the principals have complied with the escrow instructions.

**18. THE GENERAL PROVISIONS PRINTED ABOVE HAVE BEEN READ AND ARE HEREBY APPROVED BY THE UNDERSIGNED.** These escrow instructions, and amendments hereto, may be executed in one or more counterparts, each of which independently shall have the same effect as if it were the original, and all of which taken together shall constitute one and the same instruction.

**BUYER(S)**

ALEX B. RUBEN
S.S. #:
Mailing Address:
Work Phone No.: (671)   642.8788
Home Phone No.: (671)

Initials: 

**Exhibit D**

_____
**FELISA RUBEN**
S.S. #:
Mailing Address:
Work Phone No.: (671)
Home Phone No.: (671)

Initials

**Exhibit D**

## LAND PURCHASE AGREEMENT

RECEIVED FROM _ALEX H RUBEN / FELISA RUBEN_ hereinafter designated as BUYER (without regard to number or gender) for the following described real property: Lot Number _19_, Block No. _1_, Tract 63004, Yigo, Guam, containing an area of 929± square meters, upon the following TERMS and CONDITIONS:

1. _29,500.%_    PURCHASE PRICE
2. _0_    DEPOSIT
3. _0_    Balance of cash payment payable at close of escrow
4. _10%_    INTEREST RATE per annum
5. _30_    YEAR TERM
6. _29,500.%_    BALANCE of the PURCHASE PRICE

CLOSING shall be held on or before _Feb. 2, 2002_.

SELLER shall convey the subject property to the BUYER via a WARRANTY DEED. BUYER shall execute a PROMISSORY NOTE and FIRST MORTGAGE WITH PRIVATE POWER OF SALE in favor of the SELLER to secure the balance of the purchase price owed at the interest rate in Item #4 and term in Item #5 listed above.

SELLER agrees to install a sewer line and a water line on the public utility and access easement fronting the subject property purchased by BUYER, twenty four (24) months from the date of closing. All connection fees and costs shall be paid solely by BUYER. In addition, BUYER agrees to apply for temporary power.

ESCROW FEE shall be determined by escrow company. Seller and Buyer hereby mutually agree that the closing on the subject property shall be held at _____ and evidence of title shall be I the form of Title Insurance to be purchased by Buyer.

PRIOR to closing, all property monuments shall be shown to the Buyer by Seller's Principal Broker or Representative.

DEFAULT. In the event that BUYER defaults in the performance of this agreement, Seller shall retain all deposits of Buyer on account of damages sustained and BUYER hereby acknowledges that all deposits of BUYER are non-refundable.

DATED: _02 JAN 02_    BUYERS: _ALEX H. RUBEN_
_FELISA RUBEN_

SELLER: CYFRED, LTD.
By:

_KAMLESH SHARMA_

Land Purchase Agreement

**Exhibit E**

 

## PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY
### 715 Chalan Machaute, Rte. 8, Ste. 101,
### Maite, Guam 96927
#### Telephone Nos.: (671) 477-7210/11   Fax No.: (671) 477-7213

### CLOSING STATEMENT

ESCROW NO.: 02-09708

DATE: FEBRUARY 19, 2002
# Days:                    50

SELLER(S):   **CYFRED, LTD.**

BUYER(S):   **ALEX H. RUBEN and FELISA**

PROPERTY:   **LOT NO. 19, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM.**

| DESCRIPTION: | | DEBITS: | CREDITS: |
|---|---|---|---|
| SALES PRICE | | | $29500.00 |
| DEPOSIT RETAINED (PAID OUTSIDE OF ESCROW) | | | |
| DEPOSIT BY | | | |
| DEPOSIT BY | | | |
| MORTGAGE PAYOFF | | | |
| FIRST MORTGAGE (FROM BUYERS) | | $29500.00 | |
| PAY REAL ESTATE TAXES | | | |
| PRORATE TAXES: | **$26.82** (ESTIMATE) | | |
| From 1-1-2002 to 2-19-2002 | | $3.72 | |
| PRORATE COMMON AREA: | **$** | | |
| From | | | |
| PAY COMMISSION | | | |
| TO: | | | |
| TO: | | | |
| OTHERS: | | | |
| | | | |
| PAY DEMAND OF: | | | |
| | | | |
| NOTARY FEE | | WAIVED | |
| TITLE POLICY FEE (LOAN) @$29250.00 | | $100.00 | |
| ESCROW FEE | | WAIVED | |
| DOCUMENTATION FEE | | | |
| SURVEY | | | |
| RECORDING: | PARTIAL RELEASE OF MORTGAGE | $2.00 | |
| | NOTICE OF CONSENSUAL LIEN | $10.00 | |

*SUBTOTAL (DEBITS)*                                    $29500.00

### BALANCE DUE FROM SELLER(S)                        **$115.72**
------------------------------------------------------------------

TOTAL                                 $29615.72          $29615.72

DATED: _2.19.02_

CYFRED, LTD.
BY: BOBBIE JO L.G. REYES
AUTHORIZED REPRESENTATIVE

**Exhibit F**

 

**PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY**
715 Chalan Machaute, Rte. 8, Ste. 101,
Maite, Guam 96927
Telephone Nos.: (671) 477-7210/11      Fax No.: (671) 477-7213

## CLOSING STATEMENT

ESCROW NO.: 02-09708

DATE: February 19, 2002
# of Days:                    50

BUYER(S):    **ALEX H. RUBEN and FELISA RUBEN**

SELLER(S):    **CYFRED, LTD.**

PROPERTY:    **LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM.**

| DESCRIPTION: | DEBITS: | CREDITS: |
|---|---|---|
| SALES PRICE | $29500.00 | |
| DEPOSIT RETAINED (PAID OUTSIDE OF ESCROW) | | |
| DEPOSIT BY BUYER | | $625.00 |
| DEPOSIT BY BUYER (ADDITIONAL) | | |
| MORTGAGE PAYOFF | | |
| FIRST MORTGAGE (SELLER) | | $29500.00 |
| PAY REAL ESTATE TAXES | | |
| PRORATE TAXES:       $26.82 | | |
| From 1-1-2002 to 2-19-2002 | | $3.72 |
| PRORATE COMMON AREA:          $ | | |
| From | | |
| PAY COMMISSION | | |
| TO: | | |
| TO: | | |
| OTHERS: | | |
| PAY DEMAND OF: | | |
| NOTARY FEE | $20.00 | |
| TITLE POLICY FEE (OWNERS) @$29500.00 | $175.00 | |
| ESCROW FEE | $175.00 | |
| DOCUMENTATION FEE | $200.00 | |
| SURVEY | | |
| TERMITE INSPECTION FEE | | |
| RECORDING:       DEED | $10.00 | |
| MORTGAGE | $40.00 | |
| AFFIDAVIT OF TRANSFERRE (1) | $2.00 | |

*SUBTOTAL (CREDITS)*                         *$30128.72*

**BALANCE DUE TO BUYER(S)**                    **-$6.72**

---

| TOTAL | $30122.00 | $30122.00 |
|---|---|---|

DATED: 2/19/02

_____
**ALEX H. RUBEN**

DATED: 2/19/02

_____
**FELISA RUBEN**

**Exhibit F**



**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11  FAX: (671)477-7213

**18052**

## TRUST ACCOUNT RECEIPT
Date: Friday, February 15, 2002

Received from: _____ ALEX & FELISA RUBEN _____

the sum of: _____ *TWO HUNDRED AND NO/100* _____ ( $200.00 )

In deposit of: ADD'L. PAYMENT INTO ESCROW/PURCHASE/CB/116190/ACC

Property Description: _____ LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM _____

Escrow No.: 02-09708  Bank/Check#: _____

☒ **Cash**  ☒ **Cashier Check**  ☒ **Check**

_____
Official Signature

---



**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11  FAX: (671)477-7213

**18052**

## TRUST ACCOUNT RECEIPT
Date: Friday, February 15, 2002

Received from: _____ ALEX & FELISA RUBEN _____

the sum of: _____ *TWO HUNDRED AND NO/100* _____ ( $200.00 )

In deposit of: ADD'L. PAYMENT INTO ESCROW/PURCHASE/CB/116190/ACC

Property Description: _____ LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM _____

Escrow No.: 02-09708  Bank/Check#: _____

☒ **Cash**  ☒ **Cashier Check**  ☒ **Check**

_____
Official Signature

**Exhibit F**



**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11  FAX: (671)477-7213

**18055**

### TRUST ACCOUNT RECEIPT
Date: _Tuesday, February 19, 2002_

Received from: _____ ALEX & FELISA RUBEN

the sum of: _____ ONE HUNDRED TWENTY FIVE & NO/100 _____ ( $125.00 )

in deposit of: _____ CB/116190/ACC

Property Description: _____ LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.: __02-09708__  Bank/Check#: _____

☒ *Cash*  ☐ *Cashier Check*  ☒ *Check*

_____
Official Signature

---

**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11  FAX: (671)477-7213

**18055**

### TRUST ACCOUNT RECEIPT
Date: _Tuesday, February 19, 2002_

Received from: _____ ALEX & FELISA RUBEN

the sum of: _____ ONE HUNDRED TWENTY FIVE & NO/100 _____ ( $125.00 )

in deposit of: _____ CB/116190/ACC

Property Description: _____ LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.: __02-09708__  Bank/Check#: _____

☒ *Cash*  ☒ *Cashier Check*  ☒ *Check*

_____
Official Signature

---

**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11  FAX: (671)477-7213

**18055**

### TRUST ACCOUNT RECEIPT
Date: _Tuesday, February 19, 2002_

Received from: _____ ALEX & FELISA RUBEN

the sum of: _____ ONE HUNDRED TWENTY FIVE & NO/100 _____ ( $125.00 )

in deposit of: _____ CB/116190/ACC

Property Description: _____ LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.: __02-09708__  Bank/Check#: _____

☒ *Cash*  ☒ *Cashier Check*  ☒ *Check*

_____
Official Signature

**Exhibit F**

Pacific American Title Insurance & Escrow ◯

18031

General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel:  (671)477-PATI, 477-7PTR, 477-7210/11  FAX:  (671)477-7213

**TRUST ACCOUNT RECEIPT**   Date:  Monday, February 4, 2002

Received from:                        ALEX H. & FELISA RUBEN

the sum of:                 ONE HUNDRED DOLLARS & NO/100                  (    $100.00   )

In deposit of:|              PARTIAL CLOSING COST/PURCHASE/CB/116190/ANN

Property  Description:            LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.:_____02-09708_____  Bank/Check#:_____

☒ *Cash*     ☒ *Cashier Check*   ☒ *Check*

_____
Official Signature

---

Pacific American Title Insurance & Escrow Co.

18031

General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel:  (671)477-PATI, 477-7PTR, 477-7210/11  FAX:  (671)477-7213

**TRUST ACCOUNT RECEIPT**   Date:  Monday, February 4, 2002

Received from:                        ALEX H. & FELISA RUBEN

the sum of:                 ONE HUNDRED DOLLARS & NO/100                  (    $100.00   )

In deposit of:|              PARTIAL CLOSING COST/PURCHASE/CB/116190/ANN

Property  Description:            LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.:_____02-09708_____  Bank/Check#:_____

☒ *Cash*     ☒ *Cashier Check*   ☒ *Check*

_____
Official Signature

**Exhibit F**

**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11 FAX: (671)477-7213

**18011**

**TRUST ACCOUNT RECEIPT**    Date: Thursday, January 24, 2002

Received from: RUBEN, ALEX H. & FELISA

the sum of: TWO HUNDRED DOLLARS & NO/100    ( $200.00 )

in deposit of: PARTIAL CLOSING COST/PURCHASE/116190/CB/ANN

Property Description: LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.: 02-09708    Bank/Check#: _____

☒ *Cash*    ☒ *Cashier Check*    ☒ *Check*

_____
Official Signature

---

**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11 FAX: (671)477-7213

**18011**

**TRUST ACCOUNT RECEIPT**    Date: Thursday, January 24, 2002

Received from: RUBEN, ALEX H. & FELISA

the sum of: TWO HUNDRED DOLLARS & NO/100    ( $200.00 )

in deposit of: PARTIAL CLOSING COST/PURCHASE/116190/CB/ANN

Property Description: LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.: 02-09708    Bank/Check#: _____

☒ *Cash*    ☒ *Cashier Check*    ☒ *Check*

_____
Official Signature

---

**Pacific American Title Insurance & Escrow Co.**
General Agent for the First American Title Ins. Co., Santa Ana, CA.
134 Chalan Santo Papa, Suite 101 - Agana, Guam 96910
Tel: (671)477-PATI, 477-7PTR, 477-7210/11 FAX: (671)477-7213

**18011**

**TRUST ACCOUNT RECEIPT**    Date: Thursday, January 24, 2002

Received from: RUBEN, ALEX H. & FELISA

the sum of: TWO HUNDRED DOLLARS & NO/100    ( $200.00 )

in deposit of: PARTIAL CLOSING COST/PURCHASE/116190/CB/ANN

Property Description: LOT NO. 14, BLOCK NO. 1, TRACT NO. 63004, YIGO, GUAM

Escrow No.: 02-09708    Bank/Check#: _____

☒ *Cash*    ☒ *Cashier Check*    ☒ *Check*

_____
Official Signature

**Exhibit F**

## DISBURSEMENT SUMMARY

DATE:        2/19/02

BUYER:       ALEX H. RUBEN and FELISA RUBEN

SELLER:      CYFRED, LTD.

ESCROW NO.: 02-09708



| Received By: | Description: | Receipt No.: | $ Received: |
|---|---|---|---|
| RUBEN | C.C. | | $625.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

| Payee: | Description: | | Check No.: | $ Disbursed: |
|---|---|---|---|---|
| TRES. OF GUAM | REC. | | 22972 | $52.00 |
| ANTOINETTE C. CASTRO | NOTARY | | 23033 | $10.00 |
| CYFRED, LTD. | SALES PROCEEDS | | 23034 | $84.28 |
| PATICO | ESCROW | $175.00 | 23035 | $430.75 |
| | REC. | $12.00 | | |
| | FATCO LOAN | $85.00 | | |
| | FATCO OWNERS | $148.75 | | |
| | NOTARY | $10 - | | |
| STO FATCO | LOAN POLICY | $15.00 | 23036 | $41.25 |
| | OWNERS POLIC | $26.25 | | |
| RUBEN | OVERPYAMENT | | 23037 | $6.72 |

| TOTALS: | | $625.00 | $625.00 |
|---|---|---|---|

**Exhibit F**

# SCHEDULE A

**File No.** PAT-02-1-17763

**Policy No.** CW 2289610

**Amount of Insurance** $29,500.00

**Premium** $100.00

**Date of Policy** Tuesday, February 26, 2002

a.m.

p.m. 2:16

1. **Name of Insured:**

   CYFRED, LTD., a Guam corporation.

2. **The estate or interest in the land which is encumbered by the insured mortgage is:**

   FEE SIMPLE.

3. **Title to the estate or interest in the land vested in:**

   ALEX H. RUBEN and FELISA B. RUBEN, "Formerly Felisa Billimon", husband and wife.

4. **The insured mortgage and assignments thereof, if any, are described as follows:**

   MORTGAGE to secure the repayment of the sum of TWENTY NINE THOUSAND FIVE HUNDRED AND NO/100, ($29,500.00), executed by ALEX H. RUBEN and FELISA B. RUBEN, "Formerly Felisa Billimon", husband and wife, as Mortgagors in favor of CYFRED, LTD., a Guam corporation, as Mortgagee, dated February 19, 2002 and recorded on February 26, 2002, under Instrument No. 652232, in the Department of Land Management, Government of Guam.

5. **The land referred to in this policy is described as follows:**

   LOT NO. 19, BLOCK NO. 1, TRACT NO. 63304, YIGO, GUAM, (ESTATE NO. 812 under Basic Lot No. 10102, Yigo), as said lot is marked and designated on Map Drawing No. LDP.94098 (LM#047Fy99), dated October 27, 1999 and recorded on November 1, 1999 under Instrument No. 612187, in the Department of Land Management, Government of Guam.

**Exhibit G**

# SCHEDULE B

File No. **PAT-02-1-17763**                    Policy No. **CW   2289610**

### EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

### PART I

STANDARD EXCEPTIONS

1. RIGHTS or claims of parties in possession not shown by the public records.

2. EASEMENTS, or claims of easements, not shown by the public records.

3. ENCROACHMENTS, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey an inspection of the premises.

4. ANY LIEN, or right to a lien, for services, labor or material hereto or hereafter furnished, imposed by law and not shown as existing liens by the public records.

5. TAXES or special assessments which are not shown as existing liens by the public records.

6. THE LIABILITY of the Company by reason of any attack, or claim against, or invalidity of the title herein insured, arising out of, relating to, or as a consequence of any alleged, attempted, or actual violation of any of the provisions of Section 1204 Title 21 of the Guam Code Annotated ("Alien Ownership"), or any of the provisions of 48 U.S.C.A. Sections 1501-1506 ("Alien Ownership of Land"), together with the duty of the Company to defend the insured by reason of such an attack or claim, are specifically excepted from the coverage of this policy.  (For your examination, copies of said sections are herewith attached)

SPECIAL EXCEPTIONS:

7.     Real Estate Taxes for the year 2002 are due February 20, 2003.

8.     Real Estate Taxes for the year 2001, in the amount of $26.82 are not due and payable.

9.     Real Estate Taxes for the following year are delinquent, plus penalties and interest which may have accrued:

    1995      $1,082.50      B/N#46755 - under Basic Lot No. 10102-16, Yigo.

10.  Notice of Consensual Lien, dated February 25, 2002 and recorded on March 7, 2002, under Instrument No. 652838, in the Department of Land Management, Government of Guam, executed by Cyfred, Ltd. to Enrique C. Baza, Jr. and Eleanor Baza Perez.

End.....................scp

# SCHEDULE A

File No. PAT-02-1-17763

Policy No. J 1066477

Amount of Insurance $29,500.00

Premium $175.00

Date of Policy  Friday, March 8, 2002

a.m.

p.m.

1. **Name of Insured:**

   ALEX H. RUBEN and FELISA B. RUBEN, "Formerly Felisa Billimon", husband and wife.

2. **The estate or interest in the land which is covered by this policy is:**

   FEE SIMPLE.

3. **Title to the estate or interest in the land vested in:**

   ALEX H. RUBEN and FELISA B. RUBEN, "Formerly Felisa Billimon", husband and wife.

4. **The land referred to in this policy is described as follows:**

   LOT NO. 19, BLOCK NO. 1, TRACT NO. 63304, YIGO, GUAM, (ESTATE NO. 812 under Basic Lot No. 10102, Yigo), as said lot is marked and designated on Map Drawing No. LDP.94098 (LM#047Fy99), dated October 27, 1999 and recorded on November 1, 1999, under Instrument No. 612187, in the Department of Land Management, Government of Guam.

**Exhibit H**

File No. **PAT-02-1-1776**         **PART I**      Poli., No. **J  1066477**

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

STANDARD EXCEPTIONS:

1. RIGHTS or claims of parties in possession not shown by the public records.

2. EASEMENTS, or claims of easements, not shown by the public records.

3. ENCROACHMENTS, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey an inspection of the premises.

4. ANY LIEN, or right to a lien, for services, labor or material hereto or hereafter furnished, imposed by law and not shown as existing liens by the public records.

5. TAXES or special assessments which are not shown as existing liens by the public records.

6. THE LIABILITY of the Company by reason of any attack, or claim against, or invalidity of the title herein insured, arising out of, relating to, or as a consequence of any alleged, attempted, or actual violation of any of the provisions of Section 1204 Title 21 of the Guam Code Annotated ("Alien Ownership"), or any of the provisions of 48 U.S.C.A. Sections 1501-1506 ("Alien Ownership of Land"), together with the duty of the Company to defend the insured by reason of such an attack or claim, are specifically excepted from the coverage of this policy. (For your examination, copies of said sections are herewith attached)

SPECIAL EXCEPTIONS:

7.   Real Estate Taxes for the year 2002 are due February 20, 2003.

8.   Real Estate Taxes for the year 2001, in the amount of $26.82 are not due and payable.

9.   Real Estate Taxes for the following year are delinquent, plus penalties and interest which may have accrued:

       1995      $1,082.50      B/N#46755 - under Basic Lot No. 10102-16, Yigo.

10.   Mortgage (with Power of Sale), dated February 19, 2002 and recorded on February 26, 2002, under Instrument No. 652232 in the Department of Land Management, Government of Guam, executed by Alex H. Ruben and Felisa B. Ruben, "Formerly Felisa B. Ruben", Mortgagors to Cyfred, Ltd., Mortgagee, which states it secures a debt in the principal amount of $29,500.00, plus interest.

11.   Notice of Consensual Lien, dated February 25, 2002 and recorded on March 7, 2002, under Instrument No. 652838, in the Department of Land Management, Government of Guam, executed by Cyfred, Ltd. to Enrique C. Baza, Jr. and Eleanor Baza Perez.

End......................scp

**Exhibit H**