DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

**FILED**
DISTRICT COURT OF GUAM

APR 07 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>          Defendants. | CIVIL CASE NO. 07-00024<br><br>**DECLARATION OF<br>KIM ANDERSON YOUNG** |

I, **Kim Anderson Young**, declare under penalty of perjury:

1. I am the President of Security Title, Inc. who serves as an agent for First American Title Insurance Company ("First American").



2. In conjunction with First American, my office, beginning November 25, 2003, began the process of obtaining an increase in title insurance premiums from the office of the Insurance Commissioner.

3. On July 27, 2005, I received Exhibit A attached hereto from the Insurance Commissioner and which approved a rate increase.

4. Exhibit A is maintained in our office in the regular course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2008 at Tamuning, Guam.

_____
**KIM ANDERSON YOUNG**

Dipåttamenton Kontribusion yan Adu'ånå
DEPARTMENT OF
# REVENUE AND TAXATION
GOVERNMENT OF GUAM    Gubetnamenton Guåhan

FELIX P. CAMACHO, Governor Maga'låhi
KALEO S. MOYLAN, Lt. Governor Tiniente Gubetnadot

ARTEMIO B. ILAGAN, Director Direktot
JOHN P. CAMACHO, Deputy Director Segundo Direktot

27 JUL 2005

Richard E. Garlick
Regional Vice President
First American Title Insurance Company
602 Park Point Drive, Suite 270
Golden, Colorado 80401-9368

Re:   First American Title Insurance Company
      Title Insurance Rates– Guam

Dear Mr. Garlick:

On July 1, 2005, our office approved an eighty percent (80%) rate increase computed on the proposed title rates that were submitted by First American Title Insurance Company on November 25, 2003. A copy of the proposed title rates is attached as Exhibit "1".

Our office required the title agents of First American Title Insurance Company to submit a schedule of premiums earned and incurred losses for the Guam operations only, as a condition for considering an additional twenty percent (20%) rate increase based on the proposed rates. The agents for First American Title Insurance Company, namely, Pacific American Title Insurance & Escrow Co and Security Title Inc. submitted the requested income statements.

From the last three (3) year financial data submitted to our office, both agents have sustained continued losses, which supported your report to our office.

It must be pointed out that Pacific American Title Insurance & Escrow Co is an agent for both First American Title Insurance Company and Stewart Title Guaranty Company. The operating income for both title underwriters was segregated by Pacific American Title Insurance & Escrow Co. However, the operating expenses applicable separately for both title underwriters were not accounted for separately.

/ /

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel. / Telifon: (671) 475-1801/1785-89 • Fax / Faks: (671) 472-2643

EXHIBIT A

In view of this finding, in addition to the eighty percent (80%) rate increase that was approved on July 1, 2005, this office approves an additional twenty percent (20%) increase based on the proposed rates that were submitted on November 25, 2003. In summation, the proposed rates as set forth in Exhibit "1" are hereby approved one hundred percent (100%) effective this date.

Sincerely,

ANDREAS J. JORDANOU
Commissioner of Banking and Insurance

Copy Furnished:

Pacific American Title Insurance & Escrow Co
Security Title Inc

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### EFFECTIVE JANUARY 1, 2004 (Page One of Two)

| Amount of Insurance to and Including | Basic Rate | Amount of Insurance to and Including | Basic Rate |
|---|---|---|---|
| $ 50,000 | $ 490 | $ 255,000 | $ 1,741 |
| $ 55,000 | $ 495 | $ 260,000 | $ 1,789 |
| $ 60,000 | $ 530 | $ 265,000 | $ 1,827 |
| $ 65,000 | $ 567 | $ 270,000 | $ 1,853 |
| $ 70,000 | $ 606 | $ 275,000 | $ 1,886 |
| $ 75,000 | $ 634 | $ 280,000 | $ 1,915 |
| $ 80,000 | $ 663 | $ 285,000 | $ 1,943 |
| $ 85,000 | $ 693 | $ 290,000 | $ 1,956 |
| $ 90,000 | $ 732 | $ 295,000 | $ 1,984 |
| $ 95,000 | $ 760 | $ 300,000 | $ 2,001 |
| $ 100,000 | $ 800 | $ 305,000 | $ 2,059 |
| $ 105,000 | $ 827 | $ 310,000 | $ 2,079 |
| $ 110,000 | $ 866 | $ 315,000 | $ 2,108 |
| $ 115,000 | $ 896 | $ 320,000 | $ 2,136 |
| $ 120,000 | $ 925 | $ 325,000 | $ 2,174 |
| $ 125,000 | $ 949 | $ 330,000 | $ 2,195 |
| $ 130,000 | $ 982 | $ 335,000 | $ 2,213 |
| $ 135,000 | $ 1,012 | $ 340,000 | $ 2,233 |
| $ 140,000 | $ 1,041 | $ 345,000 | $ 2,272 |
| $ 145,000 | $ 1,080 | $ 350,000 | $ 2,310 |
| $ 150,000 | $ 1,119 | $ 355,000 | $ 2,340 |
| $ 155,000 | $ 1,148 | $ 360,000 | $ 2,378 |
| $ 160,000 | $ 1,176 | $ 365,000 | $ 2,406 |
| $ 165,000 | $ 1,196 | $ 370,000 | $ 2,435 |
| $ 170,000 | $ 1,226 | $ 375,000 | $ 2,464 |
| $ 175,000 | $ 1,253 | $ 380,000 | $ 2,494 |
| $ 180,000 | $ 1,283 | $ 385,000 | $ 2,532 |
| $ 185,000 | $ 1,310 | $ 390,000 | $ 2,556 |
| $ 190,000 | $ 1,336 | $ 395,000 | $ 2,581 |
| $ 195,000 | $ 1,360 | $ 400,000 | $ 2,601 |
| $ 200,000 | $ 1,400 | $ 405,000 | $ 2,638 |
| $ 205,000 | $ 1,424 | $ 410,000 | $ 2,667 |
| $ 210,000 | $ 1,439 | $ 415,000 | $ 2,697 |
| $ 215,000 | $ 1,487 | $ 420,000 | $ 2,721 |
| $ 220,000 | $ 1,520 | $ 425,000 | $ 2,754 |
| $ 225,000 | $ 1,546 | $ 430,000 | $ 2,779 |
| $ 230,000 | $ 1,584 | $ 435,000 | $ 2,803 |
| $ 235,000 | $ 1,623 | $ 440,000 | $ 2,847 |
| $ 240,000 | $ 1,653 | $ 445,000 | $ 2,869 |
| $ 245,000 | $ 1,680 | $ 450,000 | $ 2,890 |
| $ 250,000 | $ 1,719 | $ 455,000 | $ 2,919 |

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### EFFECTIVE JANUARY 1, 2004 (Page Two of Two)

| Amount of Insurance to and Including | Basic Rate | Amount of Insurance to and Including | Basic Rate |
|---|---|---|---|
| $ 460,000 | $ 2,947 | $ 720,000 | $ 4,154 |
| $ 465,000 | $ 2,976 | $ 730,000 | $ 4,201 |
| $ 470,000 | $ 3,005 | $ 740,000 | $ 4,249 |
| $ 475,000 | $ 3,037 | $ 750,000 | $ 4,297 |
| $ 480,000 | $ 3,067 | $ 760,000 | $ 4,365 |
| $ 485,000 | $ 3,095 | $ 770,000 | $ 4,424 |
| $ 490,000 | $ 3,122 | $ 780,000 | $ 4,480 |
| $ 495,000 | $ 3,140 | $ 790,000 | $ 4,539 |
| $ 500,000 | $ 3,157 | $ 800,000 | $ 4,577 |
| $ 510,000 | $ 3,197 | $ 810,000 | $ 4,637 |
| $ 520,000 | $ 3,242 | $ 820,000 | $ 4,695 |
| $ 530,000 | $ 3,269 | $ 830,000 | $ 4,752 |
| $ 540,000 | $ 3,299 | $ 840,000 | $ 4,811 |
| $ 550,000 | $ 3,321 | $ 850,000 | $ 4,852 |
| $ 560,000 | $ 3,372 | $ 860,000 | $ 4,927 |
| $ 570,000 | $ 3,424 | $ 870,000 | $ 4,975 |
| $ 580,000 | $ 3,463 | $ 880,000 | $ 5,022 |
| $ 590,000 | $ 3,512 | $ 890,000 | $ 5,081 |
| $ 600,000 | $ 3,556 | $ 900,000 | $ 5,121 |
| $ 610,000 | $ 3,610 | $ 910,000 | $ 5,197 |
| $ 620,000 | $ 3,663 | $ 920,000 | $ 5,254 |
| $ 630,000 | $ 3,707 | $ 930,000 | $ 5,312 |
| $ 640,000 | $ 3,748 | $ 940,000 | $ 5,360 |
| $ 650,000 | $ 3,807 | $ 950,000 | $ 5,390 |
| $ 660,000 | $ 3,858 | $ 960,000 | $ 5,467 |
| $ 670,000 | $ 3,908 | $ 970,000 | $ 5,514 |
| $ 680,000 | $ 3,958 | $ 980,000 | $ 5,571 |
| $ 690,000 | $ 4,008 | $ 990,000 | $ 5,624 |
| $ 700,000 | $ 4,043 | $ 1,000,000 | $ 5,659 |
| $ 710,000 | $ 4,108 | | |

For Liability over $1,000,000.00 up to $3,000,000.00:
   Add $5.00 per $1,000

For Liability over $3,000,000.00 up to $5,000,000.00:
   Add $3.00 per $1,000

For Liability over $5,000,000.00:
   Add $2.00 per $1,000

Note: The total basic charge shall be rounded up to the nearest dollar.

**Exhibit A**