DISTRICT COURT OF GUAM
TERRITORY OF GUAM



**FILED**
**DISTRICT COURT OF GUAM**

APR 0 7 2008

**JEANNE G. QUINATA**
**Clerk of Court**

CYFRED, LTD., for itself and on behalf )
Of all other similarly situated )
)
    Plaintiff, )   Case No: 07-00024
v. )
)
FIRST AMERICAN TITLE INSURANCE )
COMPANY )
)
    Defendant. )

## DECLARATION OF KAREN BUCK

I, Karen Buck, declare under penalty of perjury:

1.    I have been employed by First American Title Insurance Company ("FATIC") as Executive Assistant to Richard Garlick from 1994 until his death in October, 2006.

2.    Before his death, I assisted Richard Garlick, who was a Regional Vice President for First American and was responsible for rate filings in Guam for the years 1994 through 2006.

3.    My office maintained records relating to First American's business activities in Guam from 1994 through 2007.

4.    Exhibit A is a true and accurate copy of correspondence from 2003 and 2004 between Mr. Garlick and the Insurance Commissioner of Guam regarding First American's rates. These documents were maintained by First American's Colorado State Office in the ordinary course of its business.

I declare, pursuant to 28 U.S.C. 1746 and under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2008 at Englewood, Colorado.

Karen M. Buck

# First American Title Insurance Company

602 Park Point Drive • Suite 270 • Golden, Colorado 80401-9368
(303) 526-2490 • (303) 526-2491 • Fax (303) 526-2590
In Colorado (800) 814-9570 • E-mail: rgarlick@firstam.com

RICK GARLICK
Regional Vice President
Colorado State Manager

April 19, 2004



Artemio B. Ilagan
Insurance Commissioner
Department of Revenue and Taxation
P.O. Box 23607 GMF
Barrigada, Guam   92921

Re:     Title Insurance Rates - Guam

Dear Mr. Ilagan:

Thank you for your letter of April 8, 2004 regarding our submission of new title insurance rates for Guam. I will respond to your inquiries in the order set out in your letter; however, before responding, I think it would be helpful to provide you background information on how the I-20 forms were completed.

First American Title Insurance Company through its underwriting agreements with its general agents on Guam receives 15% of the title insurance premium charged, the agent retains the balance. First American pays from the 15% all claims, field supervision expenses and administrative expenses. The division of premiums is typical of title insurance underwriters and agents throughout the mainland. The direct title insurance premiums reported on the form I-20 represent the 15% received by First American and do not include the portion retained by the agent.

In response to Item 1 of your letter, the data on incurred losses includes all payments to claimants and lawyers. There were no recoveries relating to any of the losses shown.

**Exhibit A**

Artemio B. Ilagan
April 19, 2004
Page Two

In response to Item 2, you are correct. Lines 1 through 5 of Schedule C should be "zero" or "not applicable." This was a typing error on our part. The correct Schedule C, Line 12 totals and the resultant change in underwriting loss for each year are as follows:

| Year | Schedule C, Line 12 | I-20, Item 3 | Underwriting loss/profit |
|------|---------------------|--------------|--------------------------|
| 1999 | $10,521.24 | $38,131.08 | ($167,966.31) |
| 2000 | $14,619.96 | $38,358.33 | ($ 20,276.81) |
| 2001 | $18,397.60 | $42,840.83 | ($ 14,677.96) |
| 2002 | $24,797.00 | $48,954.08 | ($ 28,364.07) |
| 2003 | $20,818.15 | $43,359.27 | ($ 60,128.58) |

I apologize for any confusion caused by this error.

In response to Item 3, the field supervision costs are based on actual expenses in sending underwriters to conduct training, review systems and auditors to audit escrow trust accounts. These expenses include air fare, hotel charges, meals and car rental; they cannot be expressed in terms of a fixed percentage of earned premiums.

In response to Item 4, the percentage of administrative expenses in relation to earned premiums was calculated in accordance with the formula set out in Schedule C. The fact that the percentages are high is a function of premiums being too low, not the administrative expenses being too high. I am at a loss to understand the last sentence of Item 4, our loss ratios far exceed 65% and since we are a publicly traded corporation profits of 5% would be unacceptable to our stockholders. We are expected to return profits that range from 18 to 20%. The direct losses we incur on Guam cannot be predicted by actuarial tables, they are a function of human errors in record keeping at Land Management and human errors on the part of our agents in examining and interpreting the records. Once an error is made, the resultant loss which could be $100.00 or $100,000.00 is a matter of luck

I trust this information will allow you to review and approve our rate increase request. As you will recall, title insurance rates on Guam have not been increased in over 20 years, however, expenses have increased considerably and your analysis only bears out the fact that rates are too low.

Thank you for your continued consideration.

Sincerely,

Richard E. Garlick
Regional Vice President

*Rick's copy*

# *First American Title Insurance Company*

602 PARK POINT DRIVE • SUITE 270 • GOLDEN, COLORADO 80401-9368
(303) 526-2490 • (303) 526-2491 • FAX (303) 526-2590
IN COLORADO (800) 814-9570 • E-MAIL rgarlick@firstam.com

RICK GARLICK
Regional Vice President
Colorado State Manager

November 25, 2003

Artemio B. Ilagan
Acting Insurance Commissioner
Department of Revenue and Taxation
P.O. Box 23607 GMF
Barrigada, Guam   92921

Re:    Title Insurance Rates

Dear Mr. Ilagan:

First American Title Insurance Company hereby submits the attached title insurance rates for filing and your approval pursuant to 22 G.C.A. 18501. We request that these rates be approved for use effective January 1, 2004. First American believes that these rates are not excessive, inadequate or unfairly discriminatory as defined in 22 G.C.A. 18502. In support of this filing, First American Title Insurance Company offers the following data:

1.    First American Title Insurance Company has not increased its rates on Guam in over fifteen years.
2.    Adequate competition exists on Guam in the form of three other title insurance underwriters doing business through Guam agents.
3.    Loss experience, underwriting profits and normal business requirements and expenses of our agents all indicate a need for revised rates.

I have enclosed four copies of our proposed rates. Please indicate your approval on three copies and return to me in the enclosed envelope. The remaining copy is for filing in your office.

**Exhibit A**

Artemio B. Ilagan
November 25, 2003
Page Two

Thank you for your consideration of this filing; and, if you have any questions, please feel free to contact me.

Sincerely,

Richard E. Garlick
Regional Vice President

enclosures

cc:     Kim Young - Security Title, Inc.
        Manu Melwani - Pacific American Title
        David Dooley, Esq.

**Exhibit A**

# REVENUE AND TAXATION

**GOVERNMENT OF GUAM    Gubetnamenton Guåhan**

ARTEMIO B. ILAGAN, Director
Direktot
JOSE R. GUEVARA, JR., Deputy Director
Segundo Direktot

**0 5 DEC 2003**

DEC 1 2 2003

Richard E. Garlick
Regional Vice President
First American Title Insurance Co
602 Park Point Drive, Suite 270
Golden, Colorado 80401-9368

Re:    Title Insurance Rates

Dear Mr. Garlick:

This is in response to your letter dated November 25, 2003, on the above subject matter.

First American Title Insurance Co (First American Title) submitted title insurance rates for use effective January 1, 2004. You state that First American Title has not increased its rates on Guam in over fifteen years, adequate competition exists through three other title insurance underwriters and loss experience, underwriting profits and expenses of the company's agents indicate a need for revised rates.

To enable our office to review the title insurance rates proposed by First American Title pursuant to the 12 GAR – Insurance §§ 1114; et seq. the Company is required to submit the following:

1. The manual showing the previous rates and the difference with the proposed rates.
2. Statistical data on which the filing is based. The statistical data must include a period of five (5) years for all insurance business generated in Guam. The required information is substantially set forth in Form I-20 Underwriting Profit Report. The Underwriting Profit Report must include the following schedules:
2.1. Schedule A Earned Premiums
2.2. Schedule B Losses Incurred
2.3. Schedule C Guam Direct expenses Incurred

We will hold our review of the proposed title insurance rates in abeyance pending receipt of the required information. Photocopies of the above cited Insurance Regulations are enclosed for your reference and guidance.

Sincerely,

ARTEMIO B. ILAGAN
Insurance Commissioner

**§1113. Same: Renewal of Binders.** Renewal of binders is permitted with the exception of oral binders, but in no case shall binders be issued to cover a total period for all binders which extends beyond ninety (90) days.

**§1114. Rate Filing: Legal Authority.** Legal authority cited for rate filing 22 GCA §§18501, 18502, 18503 of the Insurance Law.

**§1115. Same: Applications.** All rate filings shall be accompanied by a letter of transmittal setting forth:

(a) The name of the rating organization or insurer making the filing under the signature of a person authorized to make such filing.

(b) The manual, manual section, page number, rule number and classification or rate of the filing, and if the filing proposes a change or revision, such fact shall be noted indicating clearly the difference from the previous filing.

(c) In the case of new insurance and in other appropriate cases, a summary of the coverage contemplated.

(d) Statistical data on which it is based, reasons justifying the filing and the information contained in Form I-20 for the five (5) preceding years for all insurance except life, marine, sickness, accident and health insurance.

(e) In case of life, marine, sickness, and accident and health, the rates charged for the same insurance coverage in the United States jurisdiction most near to Guam in which the company is doing business and an explanation of the difference in such rates and the proposed rates, if any.

The information required under Paragraphs (a) and (b) above may be sent in an explanatory memorandum.

**§1116. Same: General Requirements.** (a) The letter of transmittal shall be sent in duplicate.

**Exhibit A**

## Form I-20
## UNDERWRITING PROFIT REPORT
### (Direct writing basis only)
### (Do not include premiums, taxes, losses or
### expenses on reinsurance ceded or assumed)

**TO THE INSURANCE COMMISSIONER:**

Dear Sir: The following contains a true and correct report of Direct _____ premiums, Direct _____ premiums earned, Direct _____ losses incurred and Direct _____ expenses incurred on direct risks in the territory of Guam by the _____ Insurance Company of _____ for the one (1) year period beginning January 1st, 19__, and ending December 31st, 19__.

* Item 1. Direct _____
  premiums earned, by
  Sched. "A"                                    $ _____

Item 2. Direct _____
losses incurred, by
Sched. "B"                                      $ _____

Item 3. Direct _____
expenses incurred, by
Sched. "C"                                      $ _____

Total of Items 2 and
3 (extend)                                      $ _____

Underwriting Profit
(or loss) (Item 1 less
total of 2 and 3
(above)                                         $ _____

**Exhibit A**

_____

Name of Company

## SCHEDULE A - EARNED —_____ PREMIUMS

1. Total gross direct _____ premiums
   written during this period
      (a) Less return premiums     $ _____
      (b) Net direct premiums     $ _____
2. Add unearned direct _____ premiums
   at beginning of period     $ _____
3. Total of 1(b) and 2     $ _____

4. Deduct unearned _____ premiums
   at end of period     $ _____
5. Earned direct _____ premiums
   for one (1) year period (carry result
   to Item 1, Form I-20)     $ _____

Line 1 has $ amounts for premiums written during this period.

## SCHEDULE B - _____ LOSSES INCURRED

1. _____ losses paid on direct
   writing during period     $ _____
2. Add unpaid direct _____ losses at
   end of period     $ _____
3. Total of 1 and 2     $ _____
4. Deduct unpaid direct _____ losses
   at beginning of period     $ _____
5. Balance     $ _____
6. Deduct salvage recovered on direct
   writing     $ _____
7. Direct _____ losses incurred during
   period (carry result to Item 2, Form I-20).     $ _____

**Exhibit A**

(b) Guam's Pro Rata Part of General Underwriting Expense
   (Investment expense not included. Exclude all taxes)

Allocation

| | Expenses (All lines) (1)  (2) | To _____ Business (3)  (4) | To All Other Lines (5)  (6) |
|---|---|---|---|
| 13. Salaries and fees to directors, officers and clerks. Home office only direct. | | | |
| 14. Rents, Home office only direct | | | |
| 15. General Home office maintenance and expense on direct | | | |
| 16. Depreciation on home office furniture and fixtures; same as allowed by Federal Government as deductions on income during past year | | | |
| 17. Home office postage, telegraph, telephone, exchange and express on direct | | | |
| 18. Advertising and subscriptions on direct | | | |
| 19. Printing and stationery on direct | | | |
| 20. Miscellaneous under-writing expense; itemize on back hereof on direct | | | |
| 21. Home office legal expenses on direct writing | | | |
| 22. Total all States | | | |

Exhibit A

23. Total _____ direct
    premiums earned states                                    $ _____
24. Earned direct _____ premiums
    in Guam (Line 24 is _____ % of
    line 23)                                                  $ _____
25. Pro rata general _____ expense for
    Guam - apply above percentage to total
    expenses allocated to _____ business
    (line 22, column 3, above). Result                        $ _____

### RECAPITULATION

Actual expense incurred
(Schedule C, Line 12)                                         $ _____
Pro rata of general expense
(Line 25, above)                                              $ _____
Total Guam actual and pro rata
incurred expense (carry to Item 3, Form)                      $ _____

*NOTE - To allocate general expense to _____ underwriting use this
method: Total earned direct _____ premiums of the Company, all
states for one year, $_____ divided by total earned, direct premiums,
all classes, all states, for one (1) year, $_____ equals _____ % (insert
figures). Multiply total general expense, Column 1, Line 22, above, by this
percent and place result in Column 3, Line 22, above.

(Form I-20)

**Exhibit A**

Form I-20
## UNDERWRITING PROFIT REPORT
(Direct writing basis only)
(Do not include premiums, taxes, losses or
expenses on reinsurance ceded or assumed)


**TO THE INSURANCE COMMISSIONER:**

Dear Sir: The following contains a true and correct report of Direct title insurance premiums, Direct title insurance premiums earned, Direct title insurance losses incurred and Direct title insurance expenses incurred on direct risks in the territory of Guam by the First American Title Insurance Company of Santa Ana, California for the one (1) year period beginning January 1st, 19____, and ending December 31st, 19 ____.

\* Item 1.  Direct title insurance
premiums earned, by
Sched. "A"                                     $_____

Item 2. Direct title insurance
losses incurred, by
Sched. "B"                                     $_____

Item 3.  Direct title insurance
expenses incurred, by
Sched. "C"                                     $_____

Total of Items 2 and
3 (extend)

Underwriting Profit
(Or loss) (Item 1 less
Total of 2 and 3
(above)                                        $_____

**Exhibit A**

# First American Title Insurance Company

## SCHEDULE A - EARNED - TITLE INSURANCE PREMIUMS

1. Total gross direct title insurance premiums
   written during this period      $_____
     (a) Less return premiums      $_____
     (b) Net direct premiums      $_____
2. Add unearned direct title insurance premiums
   at beginning of period      $_____
3. Total of 1(b) and 2      $_____

- - - - - - - - - -

4. Deduct unearned title insurance premiums
   at end of period      $_____
5. Earned direct title insurance premiums
   for one (1) year period (carry result
   to Item 1, Form I-20)      $_____

## SCHEDULE B - TITLE INSURANCE LOSSES INCURRED

1. Title insurance losses paid on direct
   writing during period      $_____
2. Add unpaid direct title insurance losses at
   end of period      $_____
3. Total of 1 and 2      $_____
4. Deduct unpaid direct title insurance losses
   at beginning of period      $_____
5. Balance      $_____
6. Deduct salvage recovered on direct
   writing      $_____
7. Direct title insurance losses incurred during
   period (carry result to item 2, Form I-20).      $_____

**Exhibit A**

## SCHEDULE C - GUAM DIRECT TITLE INSURANCE EXPENSES INCURRED

(a) Title Insurance Expenses Incurred

Report only such items as are paid for direct underwriting in Guam. Do no include any investment expense or expense on any other classes.

| | | |
|---|---|---|
| 1. | Title insurance loss adjustment expenses paid on direct writing during period | $_____ |
| 2. | Add unpaid adjustment expense on direct writing due at end of period | $_____ |
| 3. | Total of Items 1 and 2 above | $_____ |
| | | _____ |
| 4. | Deduct unpaid adjustment due on direct writing at beginning of period | $_____ |
| 5. | Incurred direct title insurance expense (Item 3 less Item 4) | $_____ |
| 6. | Agents' compensation paid on direct only | $_____ |
| 7. | Field supervision expense paid on direct writing only | $_____ |
| 8. | Guam taxes, licenses and fees (exclude territorial and federal income and excess profits taxes) | $_____ |
| 9. | Paid title insurance Inspection and Rating Bureau on direct only | $_____ |
| 10. | Guam agents' title insurance balances charged off, less $_____ recoveries | $_____ |
| 11. | Other specific expense on direct Guam underwriting (itemize): _____ _____ | |
| 12. | Total actual direct expense Guam direct _____ underwriting | $_____ |

**Exhibit A**

**(b)    Guam's Pro Rata Part of General Underwriting Expense**
**(Investment expense not included, Exclude all taxes)**

| | Allocation | | |
|---|---|---|---|
| | Expenses (All lines) (1)  (2) | To Title Insurance Business (3)  (4) | To All Other Lines (5)  (6) |
| 13.    Salaries and fees to directors, officers and clerks. Home office only direct. | | | |
| 14.    Rents, Home office only direct | | | |
| 15.    General Home office maintenance and expense on direct | | | |
| 16.    Depreciation on home office furniture and fixtures; same as allowed by Federal Government as deductions on income during past year | | | |
| 17.    Home office postage, telegraph, telephone, exchange and express on direct | | | |
| 18.    Advertising and subscriptions on direct | | | |
| 19.    Printing and stationery on direct | | | |
| 20.    Miscellaneous under-writing expense; itemize on back hereof on direct | | | |
| 21.    Home office legal expense on direct writing | | | |
| 22.    Total all States | | | |

**Exhibit A**

| | | |
|---|---|---|
| 23. | Total direct title insurance premiums earned states | $_____ |
| 24. | Earned direct title insurance premiums in Guam (Line 24 is _____% of line 23) | $_____ |
| 25. | Pro rata general title insurance expense for Guam - apply above percentage to total expenses allocated to title insurance business (line 22, column 3, above), Result | $_____ |

## RECAPITULATION

| | |
|---|---|
| Actual expense incurred (Schedule C, Line 12) | $_____ |
| Pro rata of general expense (Line 25, above) | $_____ |
| Total Guam actual and pro rate incurred expense (carry to Item 3, Form) | $_____ |

(Form I-20)

**Exhibit A**

## AFFIDAVIT

STATE OF Colorado     )
                                 )
COUNTY OF Jefferson   )

       Richard E. Garlick states on oath that he is the Regional Vice President of the Company named above and that this report is true and correct, as shown by the books and records of that Company in the conduct of its direct underwriting business in Guam for said one (1) year. There is not included any item applying to any other class of risks or allied lines. No State or Federal Income excess profit taxes, investment expense or conflagration hazard costs are included herein.

_____

Subscribed and sworn tome this _____ Day of _____ 19_____.

_____

My Commission expires _____.

       *NOTE: The totals on this page must be compiled according to Schedules A, B and C attached, which are completed and filed with and as part of this report.

(Form I-20)

**Exhibit A**

## First American Title Insurance Company

602 Park Point Drive • Suite 270 • Golden, Colorado 80401-9368
(303) 526-2490 • (303) 526-2491 • Fax (303) 526-2590
In Colorado (800) 814-9570 • E-mail: rgarlick@firstam.com

RICK GARLICK
Regional Vice President
Colorado State Manager

March 11, 2004

Artemio B. Ilagan
Insurance Commissioner
Department of Revenue and Taxation
P.O. Box 23607 GMF
Barrigada, Guam   92921

Re:     Title Insurance Rates - Guam

Dear Mr. Ilagan:

Thank you for your letter of December 5, 2003 regarding our submission of new title insurance rates for Guam. I am enclosing with this letter the information that you requested to enable your office to review title insurance rates proposed by First American Title Insurance Company.

1.      Proposed new title insurance rates.

2.      Rate Manual Chart showing rate comparisons.

3.      Form I-20 Underwriting Profit Report reflecting the statistical data on which the filing is based.

First American Title Insurance Company believes these rate changes are not excessive, inadequate or discriminatory in nature and will allow our agents to be competitive. First American believes that our agents can achieve an adequate profit from the use of these rates and that the company can achieve a reasonable profit for its shareholders.

After your review, please stamp your approval on one of the transmittal letters and submitted rates for title insurance and return to the undersigned. The effective date for the use of these rates will be January 1, 2004, or the date of your stamp of approval.

Thank you for your consideration in reviewing this rate filing.

Sincerely,

Richard E. Garlick
Regional Vice President

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### EFFECTIVE JANUARY 1, 2004 (Page One of Two)

| Amount of Insurance to and Including | Basic Rate | Amount of Insurance to and Including | Basic Rate |
|---|---|---|---|
| $ 50,000 | $ 490 | $ 255,000 | $ 1,741 |
| $ 55,000 | $ 495 | $ 260,000 | $ 1,789 |
| $ 60,000 | $ 530 | $ 265,000 | $ 1,827 |
| $ 65,000 | $ 567 | $ 270,000 | $ 1,853 |
| $ 70,000 | $ 606 | $ 275,000 | $ 1,886 |
| $ 75,000 | $ 634 | $ 280,000 | $ 1,915 |
| $ 80,000 | $ 663 | $ 285,000 | $ 1,943 |
| $ 85,000 | $ 693 | $ 290,000 | $ 1,956 |
| $ 90,000 | $ 732 | $ 295,000 | $ 1,984 |
| $ 95,000 | $ 760 | $ 300,000 | $ 2,001 |
| $ 100,000 | $ 800 | $ 305,000 | $ 2,059 |
| $ 105,000 | $ 827 | $ 310,000 | $ 2,079 |
| $ 110,000 | $ 866 | $ 315,000 | $ 2,108 |
| $ 115,000 | $ 896 | $ 320,000 | $ 2,136 |
| $ 120,000 | $ 925 | $ 325,000 | $ 2,174 |
| $ 125,000 | $ 949 | $ 330,000 | $ 2,195 |
| $ 130,000 | $ 982 | $ 335,000 | $ 2,213 |
| $ 135,000 | $ 1,012 | $ 340,000 | $ 2,233 |
| $ 140,000 | $ 1,041 | $ 345,000 | $ 2,272 |
| $ 145,000 | $ 1,080 | $ 350,000 | $ 2,310 |
| $ 150,000 | $ 1,119 | $ 355,000 | $ 2,340 |
| $ 155,000 | $ 1,148 | $ 360,000 | $ 2,378 |
| $ 160,000 | $ 1,176 | $ 365,000 | $ 2,406 |
| $ 165,000 | $ 1,196 | $ 370,000 | $ 2,435 |
| $ 170,000 | $ 1,226 | $ 375,000 | $ 2,464 |
| $ 175,000 | $ 1,253 | $ 380,000 | $ 2,494 |
| $ 180,000 | $ 1,283 | $ 385,000 | $ 2,532 |
| $ 185,000 | $ 1,310 | $ 390,000 | $ 2,556 |
| $ 190,000 | $ 1,336 | $ 395,000 | $ 2,581 |
| $ 195,000 | $ 1,360 | $ 400,000 | $ 2,601 |
| $ 200,000 | $ 1,400 | $ 405,000 | $ 2,638 |
| $ 205,000 | $ 1,424 | $ 410,000 | $ 2,667 |
| $ 210,000 | $ 1,439 | $ 415,000 | $ 2,697 |
| $ 215,000 | $ 1,487 | $ 420,000 | $ 2,721 |
| $ 220,000 | $ 1,520 | $ 425,000 | $ 2,754 |
| $ 225,000 | $ 1,546 | $ 430,000 | $ 2,779 |
| $ 230,000 | $ 1,584 | $ 435,000 | $ 2,803 |
| $ 235,000 | $ 1,623 | $ 440,000 | $ 2,847 |
| $ 240,000 | $ 1,653 | $ 445,000 | $ 2,869 |
| $ 245,000 | $ 1,680 | $ 450,000 | $ 2,890 |
| $ 250,000 | $ 1,719 | $ 455,000 | $ 2,919 |

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### EFFECTIVE JANUARY 1, 2004 (Page Two of Two)

| Amount of Insurance to and Including | Basic Rate | Amount of Insurance to and Including | Basic Rate |
|---|---|---|---|
| $ 460,000 | $ 2,947 | $ 720,000 | $ 4,154 |
| $ 465,000 | $ 2,976 | $ 730,000 | $ 4,201 |
| $ 470,000 | $ 3,005 | $ 740,000 | $ 4,249 |
| $ 475,000 | $ 3,037 | $ 750,000 | $ 4,297 |
| $ 480,000 | $ 3,067 | $ 760,000 | $ 4,365 |
| $ 485,000 | $ 3,095 | $ 770,000 | $ 4,424 |
| $ 490,000 | $ 3,122 | $ 780,000 | $ 4,480 |
| $ 495,000 | $ 3,140 | $ 790,000 | $ 4,539 |
| $ 500,000 | $ 3,157 | $ 800,000 | $ 4,577 |
| $ 510,000 | $ 3,197 | $ 810,000 | $ 4,637 |
| $ 520,000 | $ 3,242 | $ 820,000 | $ 4,695 |
| $ 530,000 | $ 3,269 | $ 830,000 | $ 4,752 |
| $ 540,000 | $ 3,299 | $ 840,000 | $ 4,811 |
| $ 550,000 | $ 3,321 | $ 850,000 | $ 4,852 |
| $ 560,000 | $ 3,372 | $ 860,000 | $ 4,927 |
| $ 570,000 | $ 3,424 | $ 870,000 | $ 4,975 |
| $ 580,000 | $ 3,463 | $ 880,000 | $ 5,022 |
| $ 590,000 | $ 3,512 | $ 890,000 | $ 5,081 |
| $ 600,000 | $ 3,556 | $ 900,000 | $ 5,121 |
| $ 610,000 | $ 3,610 | $ 910,000 | $ 5,197 |
| $ 620,000 | $ 3,663 | $ 920,000 | $ 5,254 |
| $ 630,000 | $ 3,707 | $ 930,000 | $ 5,312 |
| $ 640,000 | $ 3,748 | $ 940,000 | $ 5,360 |
| $ 650,000 | $ 3,807 | $ 950,000 | $ 5,390 |
| $ 660,000 | $ 3,858 | $ 960,000 | $ 5,467 |
| $ 670,000 | $ 3,908 | $ 970,000 | $ 5,514 |
| $ 680,000 | $ 3,958 | $ 980,000 | $ 5,571 |
| $ 690,000 | $ 4,008 | $ 990,000 | $ 5,624 |
| $ 700,000 | $ 4,043 | $ 1,000,000 | $ 5,659 |
| $ 710,000 | $ 4,108 | | |

For Liability over $1,000,000.00 up to $3,000,000.00:
    Add $5.00 per $1,000

For Liability over $3,000,000.00 up to $5,000,000.00:
    Add $3.00 per $1,000

For Liability over $5,000,000.00:
    Add $2.00 per $1,000

Note: The total basic charge shall be rounded up to the nearest dollar.

**Exhibit A**

# First American Title Insurance Company

## Loss History Summary by Year

| Issuing Office | | Activity Year | Reserves | Payments |
|---|---|---|---|---|
| 70-006 | PACIFIC AMERICAN TITLE INS. | | | |
| | | 1999 | $153,884.25 | $161,668.25 |
| | | 2000 | $6,942.54 | $9,442.54 |
| | | 2001 | $2,177.53 | $2,177.53 |
| | | 2002 | ($38,975.71) | $7,954.29 |
| | | 2003 | $24,691.53 | $21,226.16 |
| | **Totals for Issuing Office** | **70-006** | **$148,720.14** | **$202,468.77** |
| | **Grand Total** | | **$148,720.14** | **$202,468.77** |

Case 1:07-cv-00024    Document 77    Filed 04/08/2008    Page 22 of 35

**Exhibit A**

# First American Title Insurance Company

## Loss History Summary by Year

| Issuing Office | | Activity Year | Reserves | Payments |
|---|---|---|---|---|
| 70-010 | SECURITY TITLE INC./GUAM | | | |
| | | 2002 | $5,000.00 | $1,282.14 |
| | | 2003 | $21,944.00 | $25,270.08 |
| | **Totals for Issuing Office** | **70-010** | **$26,944.00** | **$26,552.22** |
| | **Grand Total** | | **$26,944.00** | **$26,552.22** |

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## UNDERWRITING FEES COLLECTED BY MONTH

12/15/2003

### 1999

| OFFICE # | OFFICE NAME | CITIES | Jan-99 Amt | Feb-99 Amt | Mar-99 Amt | 1st Quarter Total | Apr-99 Amt | May-99 Amt | Jun-99 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Insurance | Maite | 3,758.04 | 2,412.12 | 4,145.10 | 10,315.26 | 2,120.42 | 0.00 | 6,636.07 | 8,756.49 |
| TOTAL GUAM | | | 3,758.04 | 2,412.12 | 4,145.10 | 10,315.26 | 2,120.42 | 0.00 | 6,636.07 | 8,756.49 |

### 2000

| OFFICE # | OFFICE NAME | CITIES | Jan-00 Amt | Feb-00 Amt | Mar-00 Amt | 1st Quarter Total | Apr-00 Amt | May-00 Amt | Jun-00 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 6,877.34 | 2,207.81 | 6,305.62 | 15,390.77 | 1,856.16 | 396.65 | 855.79 | 3,108.60 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | | | | | |
| 70 -010 | Security Title, Inc. (Guam) | | | | | | | | | |
| 70 -011 | Security Title, Inc. (Saipan) | | | | | | | | | |
| TOTAL GUAM | | | 6,877.34 | 2,207.81 | 6,305.62 | 15,390.77 | 1,856.16 | 396.65 | 855.79 | 3,108.60 |

### 2001

| OFFICE # | OFFICE NAME | CITIES | Jan-01 Amt | Feb-01 Amt | Mar-01 Amt | 1st Quarter Total | Apr-01 Amt | May-01 Amt | Jun-01 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 476.93 | 592.85 | 413.55 | 1,483.33 | | 489.31 | 2,481.84 | 13,631.32 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | | | | | |
| 70 -010 | Security Title, Inc. (Guam) | | | | | | | | | |
| 70 -011 | Security Title, Inc. (Saipan) | | | 1,810.35 | | | 10,660.17 | | | |
| TOTAL GUAM | | | 1,837.86 | 2,403.20 | 5,704.29 | 10,422.28 | 10,660.17 | 5,233.58 | | 18,375.59 |

### 2002

| OFFICE # | OFFICE NAME | CITIES | Jan-02 Amt | Feb-02 Amt | Mar-02 Amt | 1st Quarter Total | Apr-02 Amt | May-02 Amt | Jun-02 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 211.68 | 787.25 | 6,441.90 | 998.93 | 950.25 | 748.66 | 87.75 | 1,786.66 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | | | | | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | | | | | | | | | 0.00 |
| 70 -011 | Security Title, Inc. (Saipan) | | | | | | | | 851.10 | 851.10 |
| TOTAL GUAM | | | 7,142.80 | | 6,441.90 | 13,584.70 | 950.25 | 748.66 | 938.85 | 2,637.76 |

### 2003

| OFFICE # | OFFICE NAME | CITIES | Jan-03 Amt | Feb-03 Amt | Mar-03 Amt | 1st Quarter Total | Apr-03 Amt | May-03 Amt | Jun-03 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 217.87 | 892.51 | 619.34 | 1,729.72 | 361.30 | | 718.40 | 1,079.70 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | 0.00 | | | | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | | | | | | | | | |
| 70 -011 | Security Title, Inc. (Saipan) | | | | 1,339.20 | 1,339.20 | | | | |
| TOTAL GUAM | | | 217.87 | 892.51 | 1,958.54 | | 950.25 | 748.66 | 4,745.25 | 4,745.25 |

**Exhibit A**

FIRST AMERICAN TITLE INSURANCE COMPANY
UNDERWRITING FEES COLLECTED BY MONTH

12/15/2003

| OFFICE # | OFFICE NAME | Jul-99 Amt | Aug-99 Amt | Sep-99 Amt | 3rd Quarter Total | Oct-99 Amt | Nov-99 Amt | Dec-99 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Insurance | 2,307.03 | 2,411.57 | 354.81 | 5,073.41 | 2,939.76 | 2,936.02 | 1,810.08 | 7,685.86 | 31,831.02 |
| | **TOTAL GUAM** | 2,307.03 | 2,411.57 | 354.81 | 5,073.41 | 2,939.76 | 2,936.02 | 1,810.08 | 7,685.86 | 31,831.02 |

| OFFICE # | OFFICE NAME | Jul-00 Amt | Aug-00 Amt | Sep-00 Amt | 3rd Quarter Total | Oct-00 Amt | Nov-00 Amt | Dec-00 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | | 1,212.77 | 1,063.87 | 2,276.64 | 579.74 | | 6,168.31 | 6,748.05 | 27,524.06 |
| 70 -012 | Pacific American Title Ins (Saipan) | | 1,417.50 | | 1,417.50 | | | | | 1,417.50 |
| 70 -011 | Security Title, Inc (Saipan) | | | 1,450.83 | 1,450.83 | 1,138.31 | 2,473.66 | 4,081.21 | 7,693.18 | 9,144.01 |
| | **TOTAL GUAM** | 0.00 | 2,630.27 | 2,514.70 | 5,144.97 | 1,718.05 | 2,473.66 | 10,249.52 | 14,441.23 | 38,085.57 |

| OFFICE # | OFFICE NAME | Jul-01 Amt | Aug-01 Amt | Sep-01 Amt | 3rd Quarter Total | Oct-01 Amt | Nov-01 Amt | Dec-01 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | 594.86 | 372.67 | 762.35 | 1,729.88 | | 2,002.34 | | 2,002.34 | 18,846.87 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -010 | Security Title, Inc (Guam) | 3,655.80 | | | 3,655.80 | 6,027.38 | | | 6,027.38 | 11,493.53 |
| 70 -011 | Security Title, Inc (Saipan) | | | 4,213.15 | 4,213.15 | 2,679.42 | 4,196.15 | | 6,875.57 | 22,961.59 |
| | **TOTAL GUAM** | 4,250.66 | 372.67 | 4,975.50 | 9,598.83 | 8,706.80 | 6,198.49 | 0.00 | 14,905.29 | 53,301.99 |

| OFFICE # | OFFICE NAME | Jul-02 Amt | Aug-02 Amt | Sep-02 Amt | 3rd Quarter Total | Oct-02 Amt | Nov-02 Amt | Dec-02 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | 1,797.93 | 222.42 | 528.91 | 2,549.26 | 299.09 | 3,470.10 | | 3,769.19 | 9,104.04 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -010 | Security Title, Inc (Guam) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -011 | Security Title, Inc (Saipan) | 6,286.60 | | | 6,286.60 | | | | 0.00 | 20,722.40 |
| | **TOTAL GUAM** | 8,084.53 | 222.42 | 528.91 | 8,835.86 | 299.09 | 3,470.10 | 0.00 | 3,769.19 | 29,826.44 |

| OFFICE # | OFFICE NAME | Jul-03 Amt | Aug-03 Amt | Sep-03 Amt | 3rd Quarter Total | Oct-03 Amt | Nov-03 Amt | Dec-03 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | 381.69 | 304.14 | 733.06 | 1,418.89 | 4,522.65 | 2,040.27 | | 6,562.92 | 10,791.23 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -010 | Security Title, Inc (Guam) | | 7,868.75 | | 7,868.75 | | 6,323.70 | | 6,323.70 | 18,937.70 |
| 70 -011 | Security Title, Inc (Saipan) | | | | 0.00 | | 3,799.62 | | 3,799.62 | 5,138.82 |
| | **TOTAL GUAM** | 381.69 | 8,172.89 | 733.06 | 9,287.64 | 4,522.65 | 12,163.59 | 0.00 | 16,686.24 | 34,867.75 |

**Exhibit A**

FIRST AMERICAN TITLE INSURANCE COMPANY
UNDERWRITING FEES COLLECTED BY MONTH

12/12/2003

| OFFICE # | OFFICE NAME | CITIES | Jan-99 Amt. | Feb-99 Amt | Mar-99 Amt | 1st Quarter Total | Apr-99 Amt | May-99 Amt | Jun-99 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Insurance | Maite | 3,758.04 | 2,412.12 | 4,145.10 | 10,315.26 | 2,120.42 | | 6,636.07 | 8,756.49 |
| TOTAL GUAM | | | 3,758.04 | 2,412.12 | 4,145.10 | 10,315.26 | 2,120.42 | 0.00 | 6,636.07 | 8,756.49 |

| OFFICE # | OFFICE NAME | CITIES | Jan-00 Amt. | Feb-00 Amt | Mar-00 Amt | 1st Quarter Total | Apr-00 Amt | May-00 Amt | Jun-00 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 6,877.34 | 2,207.81 | 6,305.62 | 15,390.77 | 1,856.16 | 396.65 | 855.79 | 3,108.60 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | | | | | |
| 70 -011 | Security Title, Inc. (Saipan) | | | | | | | | | |
| TOTAL GUAM | | | 6,877.34 | 2,207.81 | 6,305.62 | 15,390.77 | 1,856.16 | 396.65 | 855.79 | 3,108.60 |

| OFFICE # | OFFICE NAME | CITIES | Jan-01 Amt. | Feb-01 Amt | Mar-01 Amt | 1st Quarter Total | Apr-01 Amt | May-01 Amt | Jun-01 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 476.93 | 592.85 | 413.55 | 1,483.33 | 10,660.17 | 489.31 | 2,481.84 | 13,631.32 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | 0.00 | | | | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | | | 1,810.35 | | 1,810.35 | | 4,744.27 | | 4,744.27 |
| 70 -011 | Security Title, Inc. (Saipan) | | 1,837.86 | | 5,290.74 | 7,128.60 | | | | 0.00 |
| TOTAL GUAM | | | 2,314.79 | 2,403.20 | 5,704.29 | 10,422.28 | | 5,233.58 | 2,481.84 | 18,375.59 |

| OFFICE # | OFFICE NAME | CITIES | Jan-02 Amt. | Feb-02 Amt | Mar-02 Amt | 1st Quarter Total | Apr-02 Amt | May-02 Amt | Jun-02 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 211.68 | 787.25 | | 998.93 | 950.25 | 748.66 | 87.75 | 1,786.66 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | 0.00 | | | | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | | 7,142.80 | | 6,441.90 | 13,584.70 | | | 851.10 | 851.10 |
| 70 -011 | Security Title, Inc. (Saipan) | | | | | 0.00 | | | | 0.00 |
| TOTAL GUAM | | | 7,354.48 | 787.25 | 6,441.90 | 14,583.63 | 950.25 | 748.66 | 938.85 | 2,637.76 |

| OFFICE # | OFFICE NAME | CITIES | Jan-03 Amt. | Feb-03 Amt | Mar-03 Amt | 1st Quarter Total | Apr-03 Amt | May-03 Amt | Jun-03 Amt | 2nd Quarter Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | Maite | 217.87 | 892.51 | 619.34 | 1,729.72 | 361.30 | | 718.40 | 1,079.70 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | | 0.00 | | | | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | | | | 1,339.20 | 1,339.20 | | | 4,745.25 | 4,745.25 |
| 70 -011 | Security Title, Inc. (Saipan) | | | | | 0.00 | | | | 0.00 |
| TOTAL GUAM | | | 217.87 | 892.51 | 1,958.54 | 3,068.92 | 361.30 | 0.00 | 5,463.65 | 5,824.95 |

Case 1:07-cv-00024   Document 77   Filed 04/08/2008   Page 26 of 35

Exhibit A

FIRST AMERICAN TITLE INSURANCE COMPANY
UNDERWRITING FEES COLLECTED BY MONTH

12/12/2003

| OFFICE # | OFFICE NAME | Jul-99 Amt | Aug-99 Amt | Sep-99 Amt | 3rd Quarter Total | Oct-99 Amt | Nov-99 Amt | Dec-99 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Insurance | 2,307.03 | 2,411.57 | 354.81 | 5,073.41 | 2,939.76 | 2,936.02 | 1,810.08 | 7,685.86 | 31,831.02 |
| | TOTAL GUAM | 2,307.03 | 2,411.57 | 354.81 | 5,073.41 | 2,939.76 | 2,936.02 | 1,810.08 | 7,685.86 | 31,831.02 |

| OFFICE # | OFFICE NAME | Jul-00 Amt | Aug-00 Amt | Sep-00 Amt | 3rd Quarter Total | Oct-00 Amt | Nov-00 Amt | Dec-00 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | | 1,212.77 | 1,063.87 | 2,276.64 | 579.74 | | 6,168.31 | 6,748.05 | 27,524.06 |
| 70 -012 | Pacific American Title Ins (Saipan) | | 1,417.50 | | 1,417.50 | | | | | 1,417.50 |
| 70 -010 | Security Title, Inc. (Guam) | | | 1,450.83 | 1,450.83 | 1,138.31 | 2,473.66 | 4,081.21 | 7,693.18 | 9,144.01 |
| 70 -011 | Security Title, Inc. (Saipan) | | | | | | | | | |
| | TOTAL GUAM | 0.00 | 2,630.27 | 2,514.70 | 5,144.97 | 1,718.05 | 2,473.66 | 10,249.52 | 14,441.23 | 38,085.57 |

| OFFICE # | OFFICE NAME | Jul-01 Amt | Aug-01 Amt | Sep-01 Amt | 3rd Quarter Total | Oct-01 Amt | Nov-01 Amt | Dec-01 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | 594.86 | 372.67 | 762.35 | 1,729.88 | | 2,002.34 | | 2,002.34 | 18,846.87 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | 3,655.80 | | | 3,655.80 | 6,027.38 | | | 6,027.38 | 11,493.53 |
| 70 -011 | Security Title, Inc. (Saipan) | | | 4,213.15 | 4,213.15 | 2,679.42 | 4,196.15 | | 6,875.57 | 22,961.59 |
| | TOTAL GUAM | 4,250.66 | 372.67 | 4,975.50 | 9,598.83 | 8,706.80 | 6,198.49 | | 14,905.29 | 53,301.99 |

| OFFICE # | OFFICE NAME | Jul-02 Amt | Aug-02 Amt | Sep-02 Amt | 3rd Quarter Total | Oct-02 Amt | Nov-02 Amt | Dec-02 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | 1,797.93 | 222.42 | 528.91 | 2,549.26 | 299.09 | 3,470.10 | | 3,769.19 | 9,104.04 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -011 | Security Title, Inc. (Saipan) | 6,286.60 | | | 6,286.60 | | | | 0.00 | 20,722.40 |
| | TOTAL GUAM | 8,084.53 | 222.42 | 528.91 | 8,835.86 | 299.09 | 3,470.10 | | 3,769.19 | 29,826.44 |

| OFFICE # | OFFICE NAME | Jul-03 Amt | Aug-03 Amt | Sep-03 Amt | 3rd Quarter Total | Oct-03 Amt | Nov-03 Amt | Dec-03 Amt | Quarter Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 -006 | Pacific American Title Ins (Guam) | 381.69 | 304.14 | 733.06 | 1,418.89 | 4,522.65 | 2,040.27 | | 6,562.92 | 10,791.23 |
| 70 -012 | Pacific American Title Ins (Saipan) | | | | 0.00 | | | | 0.00 | 0.00 |
| 70 -010 | Security Title, Inc. (Guam) | | 7,868.75 | | 7,868.75 | | 6,323.70 | | 6,323.70 | 18,937.70 |
| 70 -011 | Security Title, Inc. (Saipan) | | | | 0.00 | | 3,799.62 | | 3,799.62 | 5,138.82 |
| | TOTAL GUAM | 381.69 | 8,172.89 | 733.06 | 9,287.64 | 4,522.65 | 12,163.59 | | 16,686.24 | 34,867.75 |

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### EFFECTIVE JANUARY 1, 2004 (Page One of Two)

| Amount of Insurance to and Including | Basic Rate | Amount of Insurance to and Including | Basic Rate |
|---|---|---|---|
| $ 50,000 | $ 490 | $ 255,000 | $ 1,741 |
| $ 55,000 | $ 495 | $ 260,000 | $ 1,789 |
| $ 60,000 | $ 530 | $ 265,000 | $ 1,827 |
| $ 65,000 | $ 567 | $ 270,000 | $ 1,853 |
| $ 70,000 | $ 606 | $ 275,000 | $ 1,886 |
| $ 75,000 | $ 634 | $ 280,000 | $ 1,915 |
| $ 80,000 | $ 663 | $ 285,000 | $ 1,943 |
| $ 85,000 | $ 693 | $ 290,000 | $ 1,956 |
| $ 90,000 | $ 732 | $ 295,000 | $ 1,984 |
| $ 95,000 | $ 760 | $ 300,000 | $ 2,001 |
| $ 100,000 | $ 800 | $ 305,000 | $ 2,059 |
| $ 105,000 | $ 827 | $ 310,000 | $ 2,079 |
| $ 110,000 | $ 866 | $ 315,000 | $ 2,108 |
| $ 115,000 | $ 896 | $ 320,000 | $ 2,136 |
| $ 120,000 | $ 925 | $ 325,000 | $ 2,174 |
| $ 125,000 | $ 949 | $ 330,000 | $ 2,195 |
| $ 130,000 | $ 982 | $ 335,000 | $ 2,213 |
| $ 135,000 | $ 1,012 | $ 340,000 | $ 2,233 |
| $ 140,000 | $ 1,041 | $ 345,000 | $ 2,272 |
| $ 145,000 | $ 1,080 | $ 350,000 | $ 2,310 |
| $ 150,000 | $ 1,119 | $ 355,000 | $ 2,340 |
| $ 155,000 | $ 1,148 | $ 360,000 | $ 2,378 |
| $ 160,000 | $ 1,176 | $ 365,000 | $ 2,406 |
| $ 165,000 | $ 1,196 | $ 370,000 | $ 2,435 |
| $ 170,000 | $ 1,226 | $ 375,000 | $ 2,464 |
| $ 175,000 | $ 1,253 | $ 380,000 | $ 2,494 |
| $ 180,000 | $ 1,283 | $ 385,000 | $ 2,532 |
| $ 185,000 | $ 1,310 | $ 390,000 | $ 2,556 |
| $ 190,000 | $ 1,336 | $ 395,000 | $ 2,581 |
| $ 195,000 | $ 1,360 | $ 400,000 | $ 2,601 |
| $ 200,000 | $ 1,400 | $ 405,000 | $ 2,638 |
| $ 205,000 | $ 1,424 | $ 410,000 | $ 2,667 |
| $ 210,000 | $ 1,439 | $ 415,000 | $ 2,697 |
| $ 215,000 | $ 1,487 | $ 420,000 | $ 2,721 |
| $ 220,000 | $ 1,520 | $ 425,000 | $ 2,754 |
| $ 225,000 | $ 1,546 | $ 430,000 | $ 2,779 |
| $ 230,000 | $ 1,584 | $ 435,000 | $ 2,803 |
| $ 235,000 | $ 1,623 | $ 440,000 | $ 2,847 |
| $ 240,000 | $ 1,653 | $ 445,000 | $ 2,869 |
| $ 245,000 | $ 1,680 | $ 450,000 | $ 2,890 |
| $ 250,000 | $ 1,719 | $ 455,000 | $ 2,919 |

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### EFFECTIVE JANUARY 1, 2004 (Page Two of Two)

| Amount of Insurance to and Including | Basic Rate | Amount of Insurance to and Including | Basic Rate |
|---|---|---|---|
| $    460,000 | $    2,947 | $    720,000 | $    4,154 |
| $    465,000 | $    2,976 | $    730,000 | $    4,201 |
| $    470,000 | $    3,005 | $    740,000 | $    4,249 |
| $    475,000 | $    3,037 | $    750,000 | $    4,297 |
| $    480,000 | $    3,067 | $    760,000 | $    4,365 |
| $    485,000 | $    3,095 | $    770,000 | $    4,424 |
| $    490,000 | $    3,122 | $    780,000 | $    4,480 |
| $    495,000 | $    3,140 | $    790,000 | $    4,539 |
| $    500,000 | $    3,157 | $    800,000 | $    4,577 |
| $    510,000 | $    3,197 | $    810,000 | $    4,637 |
| $    520,000 | $    3,242 | $    820,000 | $    4,695 |
| $    530,000 | $    3,269 | $    830,000 | $    4,752 |
| $    540,000 | $    3,299 | $    840,000 | $    4,811 |
| $    550,000 | $    3,321 | $    850,000 | $    4,852 |
| $    560,000 | $    3,372 | $    860,000 | $    4,927 |
| $    570,000 | $    3,424 | $    870,000 | $    4,975 |
| $    580,000 | $    3,463 | $    880,000 | $    5,022 |
| $    590,000 | $    3,512 | $    890,000 | $    5,081 |
| $    600,000 | $    3,556 | $    900,000 | $    5,121 |
| $    610,000 | $    3,610 | $    910,000 | $    5,197 |
| $    620,000 | $    3,663 | $    920,000 | $    5,254 |
| $    630,000 | $    3,707 | $    930,000 | $    5,312 |
| $    640,000 | $    3,748 | $    940,000 | $    5,360 |
| $    650,000 | $    3,807 | $    950,000 | $    5,390 |
| $    660,000 | $    3,858 | $    960,000 | $    5,467 |
| $    670,000 | $    3,908 | $    970,000 | $    5,514 |
| $    680,000 | $    3,958 | $    980,000 | $    5,571 |
| $    690,000 | $    4,008 | $    990,000 | $    5,624 |
| $    700,000 | $    4,043 | $ 1,000,000 | $    5,659 |
| $    710,000 | $    4,108 | | |

For Liability over $1,000,000.00 up to $3,000,000.00:
        Add $5.00 per $1,000

For Liability over $3,000,000.00 up to $5,000,000.00:
        Add $3.00 per $1,000

For Liability over $5,000,000.00:
        Add $2.00 per $1,000

Note: The total basic charge shall be rounded up to the nearest dollar.

**Exhibit A**

| FIRST AMERICAN TITLE INSURANCE COMPANY TITLE RATES IN THE TERRITORY OF GUAM | | | |
|---|---|---|---|
| AMOUNT OF INSURANCE TO AND INCLUDING | CURRENT RATE | PROPOSED RATE | RATE CHANGE |
| $50,000 | $227 | $490 | +$263 |
| 55,000 | 237 | 495 | 258 |
| 60,000 | 247 | 530 | 283 |
| 65,000 | 257 | 567 | 310 |
| 70,000 | 267 | 606 | 339 |
| 75,000 | 277 | 634 | 357 |
| 80,000 | 287 | 663 | 376 |
| 85,000 | 297 | 693 | 396 |
| 90,000 | 307 | 732 | 425 |
| 95,000 | 317 | 760 | 443 |
| 100,000 | 327 | 800 | 473 |
| 105,000 | 337 | 827 | 490 |
| 110,000 | 347 | 866 | 519 |
| 115,000 | 357 | 896 | 539 |
| 120,000 | 367 | 925 | 558 |
| 125,000 | 377 | 949 | .572 |
| 130,000 | 387 | 982 | 595 |
| 135,000 | 397 | 1,012 | 615 |
| 140,000 | 407 | 1,041 | 634 |
| 145,000 | 417 | 1,080 | 663 |
| 150,000 | 427 | 1,119 | 692 |
| 155,000 | 437 | 1,148 | 711 |
| 160,000 | 447 | 1,176 | 729 |
| 165,000 | 457 | 1,196 | 739 |
| 170,000 | 467 | 1,226 | 759 |
| 175,000 | 477 | 1,253 | 776 |
| 180,000 | 487 | 1,283 | 796 |
| 185,000 | 497 | 1,310 | 813 |
| 190,000 | 507 | 1,336 | 829 |
| 195,000 | 517 | 1,360 | 843 |
| 200,000 | 527 | 1,400 | 873 |
| 205,000 | 537 | 1,424 | 887 |
| 210,000 | 547 | 1,439 | 892 |
| 215,000 | 557 | 1,487 | 930 |
| 220,000 | 567 | 1,520 | 953 |
| 225,000 | 577 | 1,546 | 969 |
| 230,000 | 587 | 1,584 | 997 |
| 235,000 | 597 | 1,623 | 1,026 |
| 240,000 | 607 | 1,653 | 1,046 |
| 245,000 | 617 | 1,680 | 1,063 |
| 250,000 | 627 | 1,719 | 1,092 |

**Exhibit A**

## FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### (Continued, Page 2)

| AMOUNT OF INSURANCE TO AND INCLUDING | CURRENT RATE | PROPOSED RATE | RATE CHANGE |
|---|---|---|---|
| $255,000 | $637 | $1,741 | +$1,104 |
| 260,000 | 647 | 1,789 | 1,142 |
| 265,000 | 657 | 1,827 | 1,170 |
| 270,000 | 667 | 1,853 | 1,186 |
| 275,000 | 677 | 1,886 | 1,209 |
| 280,000 | 687 | 1,915 | 1,228 |
| 285,000 | 697 | 1,943 | 1,246 |
| 290,000 | 707 | 1,956 | 1,249 |
| 295,000 | 717 | 1,984 | 1,267 |
| 300,000 | 727 | 2,001 | 1,274 |
| 305,000 | 737 | 2,059 | 1,322 |
| 310,000 | 747 | 2,079 | 1,332 |
| 315,000 | 757 | 2,108 | 1,351 |
| 320,000 | 767 | 2,136 | 1,369 |
| 325,000 | 777 | 2,174 | 1,397 |
| 330,000 | 787 | 2,195 | 1,408 |
| 335,000 | 797 | 2,213 | 1,416 |
| 340,000 | 807 | 2,233 | 1,426 |
| 345,000 | 817 | 2,272 | 1,455 |
| 350,000 | 827 | 2,310 | 1,483 |
| 355,000 | 837 | 2,340 | 1,503 |
| 360,000 | 847 | 2,378 | 1,531 |
| 365,000 | 857 | 2,406 | 1,549 |
| 370,000 | 867 | 2,435 | 1,568 |
| 375,000 | 877 | 2,464 | 1,587 |
| 380,000 | 887 | 2,494 | 1,607 |
| 385,000 | 897 | 2,532 | 1,635 |
| 390,000 | 907 | 2,556 | 1,649 |
| 395,000 | 917 | 2,581 | 1,664 |
| 400,000 | 927 | 2,601 | 1,674 |
| 405,000 | 937 | 2,638 | 1,701 |
| 410,000 | 947 | 2,667 | 1,720 |
| 415,000 | 957 | 2,697 | 1,740 |
| 420,000 | 967 | 2,721 | 1,754 |
| 425,000 | 977 | 2,754 | 1,777 |
| 430,000 | 987 | 2,779 | 1,792 |
| 435,000 | 997 | 2,803 | 1,806 |
| 440,000 | 1,007 | 2,847 | 1,840 |
| 445,000 | 1,017 | 2,869 | 1,852 |
| 450,000 | 1,027 | 2,890 | 1,863 |
| 455,000 | 1,037 | 2,919 | 1,882 |

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### (Continued, Page 3)

| AMOUNT OF INSURANCE TO AND INCLUDING | CURRENT RATE | PROPOSED RATE | RATE CHANGE |
|---|---|---|---|
| $460,000 | $1,047 | $2,947 | +$1,900 |
| 465,000 | 1,057 | 2,976 | 1,919 |
| 470,000 | 1,067 | 3,005 | 1,938 |
| 475,000 | 1,077 | 3,037 | 1,960 |
| 480,000 | 1,087 | 3,067 | 1,980 |
| 485,000 | 1,097 | 3,095 | 1,998 |
| 490,000 | 1,107 | 3,122 | 2,015 |
| 495,000 | 1,117 | 3,140 | 2,023 |
| 500,000 | 1,127 | 3,157 | 2,030 |
| 510,000 | 1,147 | 3,197 | 2,050 |
| 520,000 | 1,167 | 3,242 | 2,075 |
| 530,000 | 1,187 | 3,269 | 2,082 |
| 540,000 | 1,207 | 3,299 | 2,092 |
| 550,000 | 1,227 | 3,321 | 2,094 |
| 560,000 | 1,247 | 3,372 | 2,125 |
| 570,000 | 1,267 | 3,424 | 2,157 |
| 580,000 | 1,287 | 3,463 | 2,176 |
| 590,000 | 1,307 | 3,512 | 2,205 |
| 600,000 | 1,327 | 3,556 | 2,229 |
| 610,000 | 1,347 | 3,610 | 2,263 |
| 620,000 | 1,367 | 3,663 | 2,296 |
| 630,000 | 1,387 | 3,707 | 2,320 |
| 640,000 | 1,407 | 3,748 | 2,341 |
| 650,000 | 1,427 | 3,807 | 2,380 |
| 660,000 | 1,447 | 3,858 | 2,411 |
| 670,000 | 1,467 | 3,908 | 2,441 |
| 680,000 | 1,487 | 3,958 | 2,471 |
| 690,000 | 1,507 | 4,008 | 2,501 |
| 700,000 | 1,527 | 4,043 | 2,516 |
| 710,000 | 1,547 | 4,108 | 2,561 |
| 720,000 | 1,567 | 4,154 | 2,587 |
| 730,000 | 1,587 | 4,201 | 2,614 |
| 740,000 | 1,607 | 4,249 | 2,642 |
| 750,000 | 1,627 | 4,297 | 2,670 |
| 760,000 | 1,647 | 4,365 | 2,718 |
| 770,000 | 1,667 | 4,424 | 2,757 |
| 780,000 | 1,687 | 4,480 | 2,793 |
| 790,000 | 1,707 | 4,539 | 2,832 |
| 800,000 | 1,727 | 4,577 | 2,850 |

**Exhibit A**

# FIRST AMERICAN TITLE INSURANCE COMPANY
## TITLE RATES IN THE TERRITORY OF GUAM
### (Continued, Page 4)

| AMOUNT OF INSURANCE TO AND INCLUDING | CURRENT RATE | PROPOSED RATE | RATE CHANGE |
|---|---|---|---|
| $810,000 | $1,747 | $4,637 | +$2,890 |
| 820,000 | 1,767 | 4,695 | 2,928 |
| 830,000 | 1,787 | 4,752 | 2,965 |
| 840,000 | 1,807 | 4,811 | 3,004 |
| 850,000 | 1,827 | 4,852 | 3,025 |
| 860,000 | 1,847 | 4,927 | 3,080 |
| 870,000 | 1,867 | 4,975 | 3,108 |
| 880,000 | 1,887 | 5,022 | 3,135 |
| 890,000 | 1,907 | 5,081 | 3,174 |
| 900,000 | 1,927 | 5,121 | 3,194 |
| 910,000 | 1,947 | 5,197 | 3,250 |
| 920,000 | 1,967 | 5,254 | 3,287 |
| 930,000 | 1,987 | 5,312 | 3,325 |
| 940,000 | 2,007 | 5,360 | 3,353 |
| 950,000 | 2,027 | 5,390 | 3,363 |
| 960,000 | 2,047 | 5,467 | 3,420 |
| 970,000 | 2,067 | 5,514 | 3,447 |
| 980,000 | 2,087 | 5,571 | 3,484 |
| 990,000 | 2,107 | 5,624 | 3,517 |
| 1,000,000 | 2,127 | 5,659 | 3,532 |

**Exhibit A**

Form I-20
**UNDERWRITING PROFIT REPORT**
(Direct writing basis only)
(Do not include premiums, taxes, losses or
expenses on reinsurance ceded or assumed)


**TO THE INSURANCE COMMISSIONER:**

      Dear Sir: The following contains a true and correct report of Direct title insurance premiums, Direct title insurance premiums earned, Direct title insurance losses incurred and Direct title insurance expenses incurred on direct risks in the territory of Guam by the First American Title Insurance Company of Santa Ana, California for the one (1) year period beginning January 1ˢᵗ, 19 99 , and ending December 31ˢᵗ, 19 99____.

\* **Item 1. Direct title insurance premiums earned, by Sched. AA@**      $ 31,831.02_____

**Item 2. Direct title insurance losses incurred, by Sched. AB@**      $ 161,666.25_____

**Item 3. Direct title insurance expenses incurred, by Sched. AC@**
**Total of Items 2 and 3 (extend)**
**Underwriting Profit (Or loss) (Item 1 less Total of 2 and 3 (above)**      $ 199,797.33_____ *38,131.08*

     $ (329,632.56)_____ *(167,966.31)*

**Exhibit A**

1999

**First American Title Insurance Company**

## SCHEDULE A - EARNED - TITLE INSURANCE PREMIUMS

| | | |
|---|---|---|
| 1. | Total gross direct title insurance premiums written during this period | $   31,831.02 |
| | (a) Less return premiums | $   n/a |
| | (b) Net direct premiums | $   n/a |
| 2. | Add unearned direct title insurance premiums at beginning of period | $   n/a |
| 3. | Total of 1(b) and 2 | $   n/a |

- - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| 4. | Deduct unearned title insurance premiums at end of period | $   n/a |
| 5. | Earned direct title insurance premiums for one (1) year period (carry result to Item 1, Form I-20) | $   31,831.02 |

## SCHEDULE B - TITLE INSURANCE LOSSES INCURRED

| | | |
|---|---|---|
| 1. | Title insurance losses paid on direct writing during period | $   161,666.25 |
| 2. | Add unpaid direct title insurance losses at end of period | $   n/a |
| 3. | Total of 1 and 2 | $   161,666.25 |
| 4. | Deduct unpaid direct title insurance losses at beginning of period | $   n/a |
| 5. | Balance | $   161,666.25 |
| | writing | $   -0- |
| 7. | Direct title insurance losses incurred during period (carry result to item 2, Form I-20). | $   161,666.25 |

**Exhibit A**