## SCHEDULE C - GUAM DIRECT TITLE INSURANCE EXPENSES INCURRED

**(a) Title Insurance Expenses Incurred**

Report only such items as are paid for direct underwriting in Guam. Do no include any investment expense or expense on any other classes.

| | | | |
|---|---|---|---|
| 1. | Title insurance loss adjustment expenses paid on direct writing during period | $ | 161,666.25 |
| 2. | Add unpaid adjustment expense on direct writing due at end of period | $ | n/a |
| 3. | Total of Items 1 and 2 above | $ | 161,666.25 |
| 4. | Deduct unpaid adjustment due on direct writing at beginning of period | $ | n/a |
| 5. | Incurred direct title insurance expense (Item 3 less Item 4) | $ | 161,666.25 |
| 6. | Agents= compensation paid on direct only * | $ | -0- |
| 7. | Field supervision expense paid on direct writing only | $ | 9,248.00 |
| 8. | Guam taxes, licenses and fees (exclude territorial and federal income and excess profits taxes) | $ | 1,273.24 |
| 9. | Paid title insurance Inspection and Rating Bureau on direct only | $ | n/a |
| 10. | Guam agents= title insurance balances charged off, less $ -0- recoveries | $ | -0- |
| 11. | Other specific expense on direct Guam underwriting (itemize): | | |
| 12. | Total actual direct expense Guam direct _____ underwriting | $ | 172,187.49   *10,521.24* |

* Income reported is based on remittances after deduction of agent compensation.

**Exhibit A**

1999

b)     **Guam=s Pro Rata Part of General Underwriting Expense**
        **(Investment expense not included, Exclude all taxes)**

|  |  | Allocation | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | **Expenses (All lines)** | | **To Title Insurance Business** | | **To All Other Lines** | | |
|  | **(1)** | **(2)** | **(3)** | **(4)** | | **(5)** | **(6)** |
| 13. **Salaries and fees to directors, officers and clerks. Home office only direct.** | n/a | n/a |  |  |  | n/a | n/a |
| 14. **Rents, Home office only direct** |  |  |  |  |  |  |  |
| 15. **General Home office maintenance and expense on direct** |  |  | See Attached Financial Report | | | | |
| 16. **Depreciation on home office furniture and fixtures; same as allowed by Federal Government as deductions on income during past year** |  |  | Total Expenses are reported by State or Territory. | | | | |
| 17. **Home office postage, telegraph, telephone, exchange and express on direct** |  |  |  |  |  |  |  |
| 18. **Advertising and subscriptions on direct** |  |  |  |  |  |  |  |
| 19. **Printing and stationery on direct** |  |  |  |  |  |  |  |
| 20. **Miscellaneous under-writing expense; itemize on back hereof on direct** |  |  |  |  |  |  |  |
| 21. **Home office legal expense on direct writing** |  |  |  |  |  |  |  |
| 22. **Total all States** |  |  | $1,061,917,000.00 | | | | |

| 23. | Total direct title insurance premiums earned states. | $1,230,260,000.00 |
|---|---|---|
| 24. | Earned direct title insurance premiums in Guam (Line 24 is ___.0026___ % of line 23) | $___31,831.02___ |
| 25. | Pro rata general title insurance expense for Guam - apply above percentage to total expenses allocated to title insurance business (line 22, column 3, above), Result | $___27,609.84___ |

## RECAPITULATION

| | | |
|---|---|---|
| Actual expense incurred (Schedule C, Line 12) | $___172,187.49___ | *10,521.24* |
| Pro rata of general expense (Line 25, above) | $___27,609.84___ | |
| Total Guam actual and pro rate incurred expense (carry to Item 3, Form) | $___199,797.33___ | *38,131.08* |

(Form I-20)

**Exhibit A**

**The First American Financial Corporation**
**December Financial Results**
**Year-to-Date**
**Ranked by Total Pre-Tax Profits**

Title Operations:

| # | | Revenues 1999 | Revenues 1998 | Expenses 1999 | Expenses 1998 | Income 1999 | Income 1998 | Retention % 1999 | Retention % 1998 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | California-Southern | $ 207,646 | $ 206,263 | $ 178,602 | $ 156,323 | $ 29,044 | $ 49,940 | 14 | 24 |
| 2 | California-Northern | 166,310 | 181,541 | 141,008 | 145,946 | 25,302 | 35,595 | 15 | 20 |
| 3 | Texas | 89,735 | 86,480 | 76,397 | 68,703 | 13,338 | 17,777 | 15 | 21 |
| 4 | Arizona | 79,968 | 78,994 | 68,141 | 63,181 | 11,827 | 15,813 | 15 | 20 |
| 5 | New York | 64,623 | 64,070 | 56,754 | 51,362 | 7,869 | 12,708 | 12 | 20 |
| 6 | Massachusetts | 20,592 | 21,314 | 13,577 | 12,602 | 7,015 | 8,712 | 34 | 41 |
| 7 | Florida | 69,808 | 63,354 | 63,001 | 55,008 | 6,807 | 8,346 | 10 | 13 |
| 8 | Pennsylvania | 16,802 | 16,198 | 11,598 | 10,459 | 5,204 | 5,739 | 31 | 35 |
| 9 | Colorado | 5,566 | 5,715 | 1,121 | 1,980 | 4,445 | 3,735 | 80 | 65 |
| 10 | Ohio | 55,123 | 54,120 | 50,721 | 46,021 | 4,402 | 8,100 | 8 | 15 |
| 11 | Oregon | 36,565 | 40,571 | 32,269 | 31,707 | 4,296 | 8,864 | 12 | 22 |
| 12 | Illinois | 39,443 | 37,893 | 35,208 | 30,025 | 4,235 | 7,868 | 11 | 21 |
| 13 | Oklahoma | 17,981 | 17,005 | 14,320 | 12,175 | 3,661 | 4,830 | 25 | 35 |
| 14 | New Jersey | 10,468 | 9,685 | 6,848 | 5,968 | 3,620 | 3,717 | 35 | 38 |
| 15 | Washington | 45,259 | 46,180 | 42,157 | 40,191 | 3,102 | 5,989 | 7 | 13 |
| 16 | Nevada | 24,743 | 24,634 | 21,852 | 20,696 | 2,891 | 3,938 | 12 | 16 |
| 17 | Wisconsin | 14,590 | 12,005 | 11,821 | 8,495 | 2,769 | 3,510 | 19 | 29 |
| 18 | Idaho/Montana | 9,877 | 9,565 | 7,203 | 6,263 | 2,674 | 3,302 | 27 | 35 |
| 19 | New Mexico | 15,981 | 16,305 | 13,524 | 12,330 | 2,457 | 3,975 | 15 | 24 |
| 20 | Wyoming | 9,950 | 9,905 | 7,583 | 6,977 | 2,367 | 2,928 | 24 | 30 |
| 21 | Connecticut | 9,293 | 9,785 | 6,969 | 6,424 | 2,323 | 3,361 | 25 | 34 |
| 22 | Minnesota | 20,289 | 23,159 | 18,073 | 19,570 | 2,216 | 3,589 | 11 | 15 |
| 23 | Kansas | 8,383 | 1,730 | 6,191 | 683 | 2,192 | 1,047 | 27 | 35 |
| 24 | Georgia | 8,602 | 7,501 | 6,633 | 5,720 | 1,969 | 1,781 | 23 | 24 |
| 25 | Tennessee | 6,213 | 5,903 | 4,364 | 4,771 | 1,849 | 1,132 | 30 | 19 |
| 26 | Kentucky | 3,049 | 2,426 | 1,648 | 1,526 | 1,401 | 900 | 46 | 37 |
| 27 | South Carolina | 3,266 | 2,572 | 1,927 | 1,889 | 1,339 | 683 | 41 | 27 |
| 28 | Indiana | 9,604 | 9,777 | 8,356 | 7,830 | 1,248 | 1,947 | 13 | 20 |
| 29 | Virginia | 8,213 | 7,670 | 7,035 | 7,238 | 1,178 | 432 | 14 | 6 |
| 30 | Canada | 19,082 | 17,848 | 17,942 | 16,931 | 1,140 | 917 | 6 | 5 |
| 31 | Alabama | 3,026 | 2,767 | 2,062 | 1,669 | 964 | 1,098 | 32 | 40 |
| 32 | Michigan | 43,720 | 46,063 | 42,780 | 39,562 | 940 | 6,501 | 2 | 14 |
| 33 | Maine | 3,825 | 1,652 | 2,904 | 1,075 | 921 | 577 | 24 | 35 |
| 34 | Iowa | 2,460 | 2,444 | 1,656 | 1,229 | 804 | 1,215 | 33 | 50 |
| 35 | Nebraska | 740 | 2,715 | (41) | 1,837 | 781 | 878 | 106 | 32 |
| 37 | Alaska | 1,134 | 2,373 | 460 | 1,625 | 674 | 748 | 59 | 32 |
| 37 | New Hampshire | 2,202 | 2,266 | 1,547 | 1,367 | 655 | 899 | 30 | 40 |
| 38 | Hawaii | 5,705 | 5,516 | 5,099 | 4,747 | 606 | 769 | 11 | 14 |
| 39 | Arkansas | 1,125 | 984 | 574 | 494 | 551 | 490 | 49 | 50 |
| 40 | North Carolina | 4,868 | 3,457 | 4,326 | 3,289 | 542 | 168 | 11 | 5 |
| 41 | Maryland | 3,660 | 3,042 | 3,256 | 2,655 | 404 | 387 | 11 | 13 |
| 42 | West Virginia | 923 | 719 | 521 | 461 | 402 | 258 | 44 | 36 |
| 43 | Louisiana | 6,394 | 6,706 | 6,016 | 6,448 | 378 | 258 | 6 | 4 |
| 44 | Vermont | 1,225 | 947 | 981 | 825 | 244 | 122 | 20 | 13 |
| 45 | Delaware | 1,151 | 1,017 | 923 | 783 | 228 | 234 | 20 | 23 |
| 46 | North/South Dakota | 350 | 316 | 149 | 114 | 201 | 202 | 57 | 64 |
| 47 | Dist. of Columbia | 2,989 | 3,029 | 2,865 | 2,844 | 124 | 185 | 4 | 6 |
| 48 | Mississippi | 2,781 | 2,389 | 2,770 | 2,104 | 11 | 285 | 0 | 12 |
| 49 | Rhode Island | 2,973 | 3,202 | 2,976 | 2,508 | (3) | 694 | (0) | 22 |
| 50 | Missouri | 14,188 | 12,659 | 14,315 | 11,203 | (127) | 1,455 | (1) | 12 |
| 51 | UK Limited | 1,142 | 431 | 1,637 | 1,214 | (495) | (783) | (65) | (271) |
| 52 | Australia | 501 | 124 | 1,901 | 1,187 | (1,400) | (1,063) | (279) | (857) |
| 53 | Carribean Operations | 476 | 362 | 1,960 | 1,284 | (1,484) | (922) | (312) | (255) |
| 54 | Utah | 25,679 | 29,615 | 27,437 | 26,017 | (1,758) | 3,598 | (7) | 12 |
| | **Total Title Oper.** | **$ 1,230,260** | **$ 1,224,962** | **$ 1,061,917** | **$ 975,535** | **$ 168,344** | **$ 249,427** | **14** | **20** |

**Exhibit A**

# AFFIDAVIT

GUAM, U.S.A.     )
                 )ss

City of Tamuning   )

Richard E. Garlick states on oath that he is the Regional Vice President of the Company named above and that this report is true and correct, as shown by the books and records of that Company in the conduct of its direct underwriting business in Guam for said one (1) year. There is not included any item applying to any other class of risks or allied lines. No State or Federal Income excess profit taxes, investment expense or conflagration hazard costs are included herein.

Richard E. Garlick
Vice President

Subscribed and sworn to me this \_\_\_\_\_11th\_\_\_\_\_ Day of March, 2004.

KIM ANDERSON YOUNG
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Nov. 06, 2004
Orleans Pacific Plaza , 865 S. Marine Dr., Ste. 202B
Tamuning, Guam 96913

My Commission expires_____

*NOTE: The totals on this page must be compiled according to Schedules A, B and C attached, which are completed and filed with and as part of this report.

(Form I-20)

Form I-20
**UNDERWRITING PROFIT REPORT**
(Direct writing basis only)
(Do not include premiums, taxes, losses or
expenses on reinsurance ceded or assumed)


**TO THE INSURANCE COMMISSIONER:**

Dear Sir: The following contains a true and correct report of Direct title insurance premiums, Direct title insurance premiums earned, Direct title insurance losses incurred and Direct title insurance expenses incurred on direct risks in the territory of Guam by the First American Title Insurance Company of Santa Ana, California for the one (1) year period beginning January 1st, 2000, and ending December 31st, 2000.

\* **Item 1. Direct title insurance premiums earned, by Sched. AA@**                    $ __27,524.06_____

**Item 2. Direct title insurance losses incurred, by Sched. AB@**                    $ __9,442.54_____

**Item 3. Direct title insurance expenses incurred, by Sched. AC@**                    $ __47,800.87_____    *38,358.33*
**Total of Items 2 and 3 (extend)**
**Underwriting Profit (Or loss) (Item 1 less Total of 2 and 3 (above)**                    $ (29,719.35)_____    *(20,276.81)*

**Exhibit A**

2000

**First American Title Insurance Company**

## SCHEDULE A - EARNED - TITLE INSURANCE PREMIUMS

| | | | |
|---|---|---|---|
| 1. | Total gross direct title insurance premiums written during this period | $ | 27,524.06 |
| | (a) Less return premiums | $ | n/a |
| | (b) Net direct premiums | $ | n/a |
| 2. | Add unearned direct title insurance premiums at beginning of period | $ | n/a |
| 3. | Total of 1(b) and 2 | $ | n/a |

| | | | |
|---|---|---|---|
| 4. | Deduct unearned title insurance premiums at end of period | $ | n/a |
| 5. | Earned direct title insurance premiums for one (1) year period (carry result to Item 1, Form I-20) | $ | 27,524.06 |

## SCHEDULE B - TITLE INSURANCE LOSSES INCURRED

| | | | |
|---|---|---|---|
| 1. | Title insurance losses paid on direct writing during period | $ | 9,442.54 |
| 2. | Add unpaid direct title insurance losses at end of period | $ | n/a |
| 3. | Total of 1 and 2 | $ | 9,442.54 |
| 4. | Deduct unpaid direct title insurance losses at beginning of period | $ | n/a |
| 5. | Balance | $ | 9,442.54 |
| | writing | $ | -0- |
| 7. | Direct title insurance losses incurred during period (carry result to item 2, Form I-20). | $ | 9,442.54 |

**Exhibit A**

## SCHEDULE C - GUAM DIRECT TITLE INSURANCE EXPENSES INCURRED

**(a) Title Insurance Expenses Incurred**

Report only such items as are paid for direct underwriting in Guam. Do no include any investment expense or expense on any other classes.

| | | | |
|---|---|---|---|
| 1. | Title insurance loss adjustment expenses paid on direct writing during period | $ | 9,442.54 |
| 2. | Add unpaid adjustment expense on direct writing due at end of period | $ | n/a |
| 3. | Total of Items 1 and 2 above | $ | 9,442.54 |
| 4. | Deduct unpaid adjustment due on direct writing at beginning of period | $ | n/a |
| 5. | Incurred direct title insurance expense (Item 3 less Item 4) | $ | 9,442.54 |
| 6. | Agents= compensation paid on direct only | * $ | -0- |
| 7. | Field supervision expense paid on direct writing only | $ | 13,519.00 |
| 8. | Guam taxes, licenses and fees (exclude territorial and federal income and excess profits taxes) | $ | 1,100.96 |
| 9. | Paid title insurance Inspection and Rating Bureau on direct only | $ | n/a |
| 10. | Guam agents= title insurance balances charged off, less $_____-0-_____ recoveries | $ | -0- |
| 11. | Other specific expense on direct Guam underwriting (itemize): | | |
| 12. | Total actual direct expense Guam direct _____ underwriting | $ | 24,062.50  *14,619.96* |

* Income reported is based on remittances after deduction of agent compensation.

2000

**b)** **Guam=s Pro Rata Part of General Underwriting Expense**
   **(Investment expense not included, Exclude all taxes)**

| | Allocation | | | |
|---|---|---|---|---|
| | **Expenses (All lines)** (1)  (2) | **To Title Insurance Business** (3)  (4) | **To All Other Lines** (5)  (6) | |

|  |  | (1) | (2) | (3) | (4) | (5) | (6) |
|---|---|---|---|---|---|---|---|
| 13. | Salaries and fees to directors, officers and clerks. Home office only direct. | n/a | n/a | | | n/a | n/a |
| 14. | Rents, Home office only direct | | | | | | |
| 15. | General Home office maintenance and expense on direct | | | | | | |
| 16. | Depreciation on home office furniture and fixtures; same as allowed by Federal Government as deductions on income during past year | | | | | | |
| 17. | Home office postage, telegraph, telephone, exchange and express on direct | | | | | | |
| 18. | Advertising and subscriptions on direct | | | | | | |
| 19. | Printing and stationery on direct | | | | | | |
| 20. | Miscellaneous underwriting expense; itemize on back hereof on direct | | | | | | |
| 21. | Home office legal expense on direct writing | | | | | | |
| 22. | Total all States | | | $1,079,017,000.00 | | | |

**See Attached Financial Report Total Expenses are reported by State or Territory.**

**Exhibit A**

2000

| 23. | Total direct title insurance premiums earned states | $1,223,715,000.00 |
| 24. | Earned direct title insurance premiums in Guam (Line 24 is ___.0022___ % of line 23) | $ ___27,524.06___ |
| 25. | Pro rata general title insurance expense for Guam - apply above percentage to total expenses allocated to title insurance business (line 22, column 3, above), Result | $ ___23,738.37___ |

## RECAPITULATION

| | | |
|---|---|---|
| Actual expense incurred (Schedule C, Line 12) | $ ___24,062.50___ | *14,619.96* |
| Pro rata of general expense (Line 25, above) | $ ___23,738.37___ | |
| Total Guam actual and pro rate incurred expense (carry to Item 3, Form) | $ ___47,800.87___ | *38,358.33* |

(Form I-20)

**Exhibit A**

**The First American Corporation**
**December Financial Results**
**Year-to-Date**
**Ranked by Total Pre-Tax Profits**

| | | Revenues | | Expenses | | Income | | Retention % | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2000 | 1999 | 2000 | 1999 | 2000 | 1999 | 2000 | 1999 |
| *Title Operations:* | | | | | | | | | |
| 1 | California-Northern | $ 197,259 | $ 197,033 | $ 162,167 | $ 169,383 | $ 35,092 | $ 27,650 | 18 | 14 |
| 2 | California-Southern | 171,538 | 176,032 | 143,398 | 149,335 | 28,140 | 26,697 | 16 | 15 |
| 3 | Texas | 95,663 | 89,735 | 81,360 | 76,436 | 14,303 | 13,299 | 15 | 15 |
| 4 | Arizona | 75,391 | 79,947 | 66,823 | 68,120 | 8,568 | 11,827 | 11 | 15 |
| 5 | Colorado | 9,842 | 5,566 | 2,086 | 1,121 | 7,756 | 4,445 | 79 | 80 |
| 6 | Massachusetts | 16,967 | 20,592 | 12,315 | 13,563 | 4,652 | 7,029 | 27 | 34 |
| 7 | Florida | 82,623 | 67,200 | 78,470 | 60,010 | 4,153 | 7,190 | 5 | 11 |
| 8 | Ohio | 44,693 | 51,841 | 40,675 | 43,576 | 4,018 | 8,265 | 9 | 16 |
| 9 | Kansas | 17,240 | 9,314 | 13,616 | 7,021 | 3,624 | 2,292 | 10 | 27 |
| 10 | Canada | 24,008 | 19,082 | 20,755 | 17,942 | 3,253 | 1,140 | 14 | 6 |
| 11 | FA Equity Loan Services | 30,003 | 25,695 | 26,981 | 23,990 | 3,022 | 1,705 | 10 | 7 |
| 12 | Illinois | 36,394 | 37,653 | 33,675 | 33,852 | 2,719 | 3,801 | 7 | 10 |
| 13 | Oklahoma | 16,314 | 17,981 | 13,629 | 14,320 | 2,685 | 3,661 | 20 | 25 |
| 14 | New Jersey | 9,395 | 10,468 | 6,766 | 6,848 | 2,629 | 3,620 | 28 | 35 |
| 15 | Nevada | 25,687 | 24,743 | 23,317 | 21,852 | 2,370 | 2,891 | 9 | 12 |
| 16 | Wisconsin | 13,092 | 14,531 | 10,846 | 11,770 | 2,246 | 2,761 | 17 | 19 |
| 17 | Minnesota | 18,720 | 20,289 | 16,765 | 18,073 | 1,955 | 2,216 | 10 | 11 |
| 18 | Pennsylvania | 18,207 | 15,456 | 16,386 | 10,651 | 1,821 | 4,805 | 10 | 31 |
| 19 | Wyoming | 8,467 | 9,950 | 7,094 | 7,583 | 1,373 | 2,367 | 16 | 24 |
| 20 | Indiana | 7,452 | 8,078 | 6,087 | 6,964 | 1,365 | 1,114 | 18 | 14 |
| 21 | South Carolina | 3,355 | 3,266 | 2,042 | 1,926 | 1,313 | 1,340 | 39 | 41 |
| 22 | Virginia | 8,649 | 8,215 | 7,454 | 7,034 | 1,195 | 1,181 | 14 | 14 |
| 23 | Iowa | 2,875 | 2,460 | 1,710 | 1,656 | 1,165 | 804 | 41 | 33 |
| 24 | New Mexico | 14,482 | 15,981 | 13,420 | 13,524 | 1,062 | 2,457 | 7 | 15 |
| 25 | Tennessee | 5,195 | 6,213 | 4,182 | 4,364 | 1,013 | 1,849 | 19 | 30 |
| 26 | Georgia | 8,167 | 8,645 | 7,166 | 6,659 | 1,001 | 1,986 | 12 | 23 |
| 27 | Kentucky | 1,704 | 2,019 | 798 | 927 | 906 | 1,092 | 53 | 54 |
| 28 | Alabama | 2,991 | 3,026 | 2,098 | 2,062 | 893 | 964 | 30 | 32 |
| 29 | North Carolina | 3,459 | 3,246 | 2,644 | 2,756 | 815 | 490 | 24 | 15 |
| 30 | Louisiana | 6,159 | 6,396 | 5,353 | 6,017 | 806 | 380 | 13 | 6 |
| 31 | Idaho/Montana | 7,724 | 9,877 | 6,923 | 7,203 | 801 | 2,674 | 10 | 27 |
| 32 | Maine | 3,927 | 3,825 | 3,161 | 2,904 | 767 | 921 | 20 | 24 |
| 33 | New Hampshire | 2,231 | 2,202 | 1,642 | 1,551 | 589 | 651 | 26 | 30 |
| 34 | New York | 51,502 | 62,235 | 50,938 | 54,577 | 564 | 7,658 | 1 | 12 |
| 35 | Alaska | 962 | 1,134 | 525 | 460 | 437 | 674 | 45 | 59 |
| 37 | Connecticut | 7,754 | 9,293 | 7,347 | 6,969 | 407 | 2,323 | 5 | 25 |
| 37 | Arkansas | 998 | 1,125 | 604 | 574 | 394 | 551 | 39 | 49 |
| 38 | West Virginia | 950 | 923 | 580 | 521 | 370 | 402 | 39 | 44 |
| 39 | Nebraska | 502 | 740 | 154 | (41) | 348 | 781 | 69 | 106 |
| 40 | Washington | 35,627 | 43,482 | 35,295 | 40,908 | 332 | 2,574 | 1 | 6 |
| 41 | Vermont | 1,051 | 1,225 | 826 | 985 | 225 | 240 | 21 | 20 |
| 42 | North/South Dakota | 321 | 350 | 130 | 149 | 191 | 201 | 60 | 57 |
| 43 | Delaware | 1,086 | 1,151 | 903 | 923 | 183 | 228 | 17 | 20 |
| 44 | Oregon | 32,422 | 36,565 | 32,368 | 36,257 | 54 | 4,296 | 0 | 12 |
| 45 | Maryland | 3,779 | 3,658 | 3,766 | 3,257 | 13 | 401 | 0 | 11 |
| 46 | Dist. of Columbia | 2,775 | 2,992 | 2,776 | 2,866 | (1) | 126 | (0) | 4 |
| 47 | Utah | 24,440 | 25,678 | 24,458 | 27,437 | (18) | (1,759) | (0) | (7) |
| 48 | Missouri | 15,042 | 13,266 | 15,160 | 13,269 | (118) | (4) | 26 | 30 |
| 49 | UK Limited | 12,008 | 1,142 | 12,245 | 1,637 | (237) | (495) | (3) | (65) |
| 50 | Hawaii | 4,636 | 5,705 | 5,005 | 5,099 | (369) | 606 | (8) | 11 |
| 51 | Rhode Island | 2,659 | 2,973 | 3,087 | 2,976 | (428) | (3) | (16) | (0) |
| 52 | Michigan | 33,093 | 40,244 | 33,715 | 39,463 | (622) | 821 | (2) | 2 |
| 53 | Australia | 591 | 501 | 1,620 | 1,901 | (1,029) | (1,400) | (174) | (279) |
| 54 | Mississippi | 2,509 | 2,781 | 3,541 | 2,770 | (1,032) | 11 | (41) | 0 |
| 55 | FA ELS Credits | (1,483) | (3,894) | - | - | (1,483) | (3,894) | 100 | 100 |
| 56 | Carribean Operations | 617 | 476 | 2,168 | 1,960 | (1,551) | (1,484) | (251) | (312) |
| | **Total Title Oper.** | **$ 1,223,715** | **$ 1,230,340** | **$ 1,079,017** | **$ 1,061,921** | **$ 144,697** | **$ 168,419** | **12** | **14** |

**Exhibit A**

2000

# AFFIDAVIT

GUAM, U.S.A. )
)ss
City of Tamuning )

Richard E. Garlick states on oath that he is the Regional Vice President of the Company named above and that this report is true and correct, as shown by the books and records of that Company in the conduct of its direct underwriting business in Guam for said one (1) year. There is not included any item applying to any other class of risks or allied lines. No State or Federal Income excess profit taxes, investment expense or conflagration hazard costs are included herein.

Richard E. Garlick
Vice President

Subscribed and sworn to me this _____11th_____ Day of March, 2004.

KIM ANDERSON YOUNG
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Nov. 06, 2004
Orlean Pacific Plaza, 865 S. Marine Dr., Sta. 202B
Tamuning, Guam 96913

My Commission expires

*NOTE: The totals on this page must be compiled according to Schedules A, B and C attached, which are completed and filed with and as part of this report.

(Form I-20)

**Form I-20**
**UNDERWRITING PROFIT REPORT**
**(Direct writing basis only)**
**(Do not include premiums, taxes, losses or**
**expenses on reinsurance ceded or assumed)**

**TO THE INSURANCE COMMISSIONER:**

Dear Sir: The following contains a true and correct report of Direct title insurance premiums, Direct title insurance premiums earned, Direct title insurance losses incurred and Direct title insurance expenses incurred on direct risks in the territory of Guam by the First American Title Insurance Company of Santa Ana, California for the one (1) year period beginning January 1st, 2001, and ending December 31st, 2001.

* **Item 1. Direct title insurance premiums earned, by Sched. AA@** $\qquad$ $ 30,340.40

**Item 2. Direct title insurance losses incurred, by Sched. AB@** $\qquad$ $ 2,177.53

**Item 3. Direct title insurance expenses incurred, by Sched. AC@** $\qquad$ $ 45,018.36 *42,840.83*
**Total of Items 2 and 3 (extend)**
**Underwriting Profit (Or loss) (Item 1 less Total of 2 and 3 (above)** $\qquad$ $ (16,855.49)

2001

**First American Title Insurance Company**

## SCHEDULE A - EARNED - TITLE INSURANCE PREMIUMS

| | | | |
|---|---|---|---|
| 1. | Total gross direct title insurance premiums written during this period | $ | 30,340.40 |
| | (a) Less return premiums | $ | n/a |
| | (b) Net direct premiums | $ | n/a |
| 2. | Add unearned direct title insurance premiums at beginning of period | $ | n/a |
| 3. | Total of 1(b) and 2 | $ | n/a |

------------------------------

| | | | |
|---|---|---|---|
| 4. | Deduct unearned title insurance premiums at end of period | $ | n/a |
| 5. | Earned direct title insurance premiums for one (1) year period (carry result to Item 1, Form I-20) | $ | 30,340.40 |

## SCHEDULE B - TITLE INSURANCE LOSSES INCURRED

| | | | |
|---|---|---|---|
| 1. | Title insurance losses paid on direct writing during period | $ | 2,177.53 |
| 2. | Add unpaid direct title insurance losses at end of period | $ | n/a |
| 3. | Total of 1 and 2 | $ | 2,177.53 |
| 4. | Deduct unpaid direct title insurance losses at beginning of period | $ | n/a |
| 5. | Balance | $ | 2,177.53 |
| | writing | $ | -0- |
| 7. | Direct title insurance losses incurred during period (carry result to item 2, Form I-20). | $ | 2,177.53 |

**Exhibit A**

## SCHEDULE C - GUAM DIRECT TITLE INSURANCE EXPENSES INCURRED

**(a) Title Insurance Expenses Incurred**

Report only such items as are paid for direct underwriting in Guam. Do no include any investment expense or expense on any other classes.

| | | | |
|---|---|---|---|
| 1. | Title insurance loss adjustment expenses paid on direct writing during period | $ 2,177.53 | ✗ |
| 2. | Add unpaid adjustment expense on direct writing due at end of period | $ n/a | |
| 3. | Total of Items 1 and 2 above | $ 2,177.53 | ✗ |
| 4. | Deduct unpaid adjustment due on direct writing at beginning of period | $ n/a | |
| 5. | Incurred direct title insurance expense (Item 3 less Item 4) | $ 2,177.53 | ✗ |
| 6. | Agents= compensation paid on direct only | * $ -0- | |
| 7. | Field supervision expense paid on direct writing only | $ 17,184.00 | |
| 8. | Guam taxes, licenses and fees (exclude territorial and federal income and excess profits taxes) | $ 1,213.60 | |
| 9. | Paid title insurance Inspection and Rating Bureau on direct only | $ n/a | |
| 10. | Guam agents= title insurance balances charged off, less $ -0- recoveries | $ -0- | |
| 11. | Other specific expense on direct Guam underwriting (itemize): | | |
| 12. | Total actual direct expense Guam direct _____ underwriting | $ 20,575.13 | 18,397.60 |

\* Income reported is based on remittances after deduction of agent compensation.

2001

**b)** **Guam=s Pro Rata Part of General Underwriting Expense**
(Investment expense not included, Exclude all taxes)

|  |  | Allocation | | |
|---|---|---|---|---|
|  | Expenses (All lines) (1) (2) | To Title Insurance Business (3) (4) | To All Other Lines (5) (6) | |

| | | Expenses (All lines) | To Title Insurance Business | To All Other Lines |
|---|---|---|---|---|
| 13. | Salaries and fees to directors, officers and clerks. Home office only direct. | n/a  n/a | | n/a  n/a |
| 14. | Rents, Home office only direct | | | |
| 15. | General Home office maintenance and expense on direct | | See Attached Financial Report Total Expenses are reported by State or Territory. | |
| 16. | Depreciation on home office furniture and fixtures; same as allowed by Federal Government as deductions on income during past year | | | |
| 17. | Home office postage, telegraph, telephone, exchange and express on direct | | | |
| 18. | Advertising and subscriptions on direct | | | |
| 19. | Printing and stationery on direct | | | |
| 20. | Miscellaneous underwriting expense; itemize on back hereof on direct | | | |
| 21. | Home office legal expense on direct writing | | | |
| 22. | Total all States | | $1,286,486,000.00 | |

2001

23. **Total direct title insurance premiums earned states** $\underline{\$1,587,221,000.00}$

24. **Earned direct title insurance premiums in Guam (Line 24 is __.0019__ % of line 23)** $\$\underline{\quad 30,340.40 \quad}$

25. **Pro rata general title insurance expense for Guam - apply above percentage to total expenses allocated to title insurance business (line 22, column 3, above), Result** $\$\underline{\quad 24,443.23 \quad}$

## RECAPITULATION

| | | |
|---|---|---|
| **Actual expense incurred** (Schedule C, Line 12) | $\$\underline{\quad 20,575.13 \quad}$ | *18,397.60* |
| **Pro rata of general expense** (Line 25, above) | $\$\underline{\quad 24,443.23 \quad}$ | |
| **Total Guam actual and pro rate incurred expense (carry to Item 3, Form)** | $\$\underline{\quad 45,018.36 \quad}$ | *42,840.83* |

(Form I-20)

**Exhibit A**

**The First American Corporation**
**December Financial Results**
**Year-to-Date**
**Ranked by Total Pre-Tax Profits**

| | | Revenues | | Expenses | | Income | | Retention % | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2001 | 2000 | 2001 | 2000 | 2001 | 2000 | 2001 | 2000 |
| **Title Operations:** | | | | | | | | | |
| 1 | California-Northern | $ 244,929 | $ 195,768 | $ 194,059 | $ 160,727 | $ 50,870 | $ 35,041 | 21 | 18 |
| 2 | California-Southern | 222,921 | 172,977 | 175,499 | 144,790 | 47,422 | 28,187 | 21 | 16 |
| 3 | Arizona | 96,133 | 75,392 | 79,912 | 66,823 | 16,222 | 8,570 | 17 | 11 |
| 4 | Texas | 117,587 | 95,662 | 101,410 | 81,360 | 16,177 | 14,303 | 14 | 15 |
| 5 | Illinois | 55,559 | 36,394 | 41,720 | 33,675 | 13,840 | 2,719 | 25 | 7 |
| 6 | Florida | 102,784 | 82,623 | 90,275 | 78,470 | 12,508 | 4,153 | 12 | 5 |
| 7 | Oregon | 57,639 | 32,423 | 45,147 | 32,367 | 12,493 | 56 | 22 | 0 |
| 8 | FA Equity Loan Serv | 48,119 | 30,003 | 37,358 | 26,980 | 10,761 | 3,023 | 22 | 10 |
| 9 | Colorado | 10,690 | 9,842 | 2,281 | 2,086 | 8,409 | 7,756 | 79 | 79 |
| 10 | Ohio | 55,958 | 44,702 | 47,627 | 40,687 | 8,332 | 4,015 | 15 | 9 |
| 11 | Minnesota | 32,128 | 18,772 | 24,541 | 16,817 | 7,587 | 1,955 | 24 | 10 |
| 12 | Nevada | 34,738 | 25,687 | 27,458 | 23,317 | 7,280 | 2,370 | 21 | 9 |
| 13 | Washington | 49,731 | 35,631 | 42,536 | 35,300 | 7,195 | 331 | 14 | 1 |
| 14 | Massachusetts | 24,225 | 16,966 | 17,283 | 12,317 | 6,942 | 4,649 | 29 | 27 |
| 15 | Oklahoma | 21,178 | 16,314 | 14,412 | 13,631 | 6,766 | 2,683 | 40 | 20 |
| 16 | Kansas | 21,687 | 17,560 | 16,321 | 15,234 | 5,366 | 2,326 | 28 | 10 |
| 17 | Michigan | 39,522 | 33,372 | 34,510 | 33,997 | 5,012 | (625) | 13 | (2) |
| 18 | Canada | 33,118 | 24,008 | 28,680 | 20,755 | 4,438 | 3,253 | 13 | 14 |
| 19 | New Mexico | 18,270 | 14,482 | 13,994 | 13,420 | 4,276 | 1,062 | 23 | 7 |
| 20 | Wyoming | 12,545 | 8,467 | 8,496 | 7,094 | 4,049 | 1,373 | 32 | 16 |
| 21 | Wisconsin | 16,582 | 13,094 | 12,831 | 10,846 | 3,751 | 2,248 | 23 | 17 |
| 22 | Utah | 30,082 | 24,440 | 26,437 | 24,458 | 3,645 | (18) | 12 | (0) |
| 23 | New York | 57,311 | 52,696 | 53,670 | 52,132 | 3,642 | 564 | 6 | 1 |
| 24 | Idaho/Montana | 10,769 | 7,724 | 7,723 | 6,923 | 3,046 | 801 | 28 | 10 |
| 25 | Missouri | 21,416 | 15,206 | 18,514 | 14,032 | 2,901 | 1,174 | 26 | 26 |
| 26 | Pennsylvania | 20,490 | 18,207 | 17,683 | 16,401 | 2,807 | 1,805 | 14 | 10 |
| 27 | New Jersey | 9,963 | 9,395 | 7,301 | 6,770 | 2,662 | 2,625 | 27 | 28 |
| 28 | Virginia | 10,879 | 8,675 | 8,599 | 7,620 | 2,280 | 1,055 | 21 | 12 |
| 29 | Georgia | 8,993 | 8,091 | 6,958 | 7,090 | 2,035 | 1,001 | 23 | 12 |
| 30 | Hawaii | 6,516 | 4,636 | 4,553 | 5,005 | 1,963 | (369) | 30 | (8) |
| 31 | South Carolina | 3,961 | 3,355 | 2,018 | 2,042 | 1,942 | 1,312 | 49 | 39 |
| 32 | Alaska | 2,287 | 962 | 471 | 525 | 1,816 | 437 | 79 | 45 |
| 33 | Indiana | 9,571 | 7,453 | 7,786 | 6,087 | 1,785 | 1,366 | 19 | 18 |
| 34 | UK Limited | 15,022 | 12,008 | 13,343 | 12,245 | 1,679 | (237) | 17 | (3) |
| 35 | North Carolina | 3,355 | 3,459 | 1,990 | 2,644 | 1,365 | 815 | 41 | 24 |
| 37 | Maine | 6,295 | 3,927 | 4,970 | 3,161 | 1,325 | 766 | 21 | 20 |
| 37 | Louisiana | 6,662 | 6,231 | 5,450 | 5,429 | 1,212 | 803 | 18 | 13 |
| 38 | Alabama | 3,143 | 2,991 | 2,117 | 2,098 | 1,026 | 893 | 33 | 30 |
| 39 | Iowa | 2,955 | 2,875 | 1,961 | 1,710 | 994 | 1,165 | 34 | 41 |
| 40 | Tennessee | 6,311 | 5,195 | 5,321 | 4,182 | 990 | 1,013 | 16 | 19 |
| 41 | Kentucky | 2,032 | 1,703 | 1,107 | 798 | 925 | 905 | 46 | 53 |
| 42 | New Hampshire | 2,724 | 2,231 | 2,003 | 1,642 | 721 | 589 | 26 | 26 |
| 43 | Dist. of Columbia | 3,766 | 2,756 | 3,204 | 2,637 | 562 | 119 | 15 | 4 |
| 44 | Arkansas | 1,097 | 998 | 605 | 604 | 491 | 395 | 45 | 40 |
| 45 | Nebraska | 627 | 502 | 190 | 154 | 436 | 348 | 70 | 69 |
| 46 | Rhode Island | 3,381 | 2,655 | 2,957 | 3,086 | 424 | (431) | 13 | (16) |
| 47 | Mississippi | 2,872 | 2,509 | 2,514 | 3,541 | 358 | (1,032) | 12 | (41) |
| 48 | North/South Dakota | 415 | 332 | 154 | 140 | 261 | 191 | 63 | 58 |
| 49 | Maryland | 5,018 | 3,772 | 4,790 | 3,712 | 228 | 60 | 5 | 2 |
| 50 | West Virginia | 758 | 950 | 531 | 580 | 227 | 370 | 30 | 39 |
| 51 | Vermont | 925 | 1,051 | 841 | 826 | 84 | 225 | 9 | 21 |
| 52 | Connecticut | 8,811 | 7,754 | 8,763 | 7,347 | 48 | 407 | 1 | 5 |
| 53 | Delaware | 1,246 | 1,086 | 1,253 | 903 | (7) | 183 | (1) | 17 |
| 54 | Carribean Operations | 705 | 617 | 769 | 2,167 | (64) | (1,550) | (9) | (251) |
| 55 | Australia | 3,050 | 591 | 3,591 | 1,620 | (541) | (1,029) | (18) | (174) |
| 56 | FA ELS Credits | (2,227) | (1,483) | - | - | (2,227) | (1,483) | 100 | 100 |
| **Total Title Oper.** | | $ 1,587,221 | $ 1,225,687 | $ 1,286,486 | $ 1,081,004 | $ 300,735 | $ 144,683 | 19 | 12 |

# AFFIDAVIT

| | |
|---|---|
| GUAM, U.S.A. | ) |
| | )ss |
| City of Tamuning | ) |

Richard E. Garlick states on oath that he is the Regional Vice President of the Company named above and that this report is true and correct, as shown by the books and records of that Company in the conduct of its direct underwriting business in Guam for said one (1) year. There is not included any item applying to any other class of risks or allied lines. No State or Federal Income excess profit taxes, investment expense or conflagration hazard costs are included herein.

_____

Richard E. Garlick
**Vice President**

Subscribed and sworn to me this \_\_\_\_\_11th\_\_\_\_\_ Day of March, 2004.

KIM ANDERSON YOUNG
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Nov. 06, 2004
Orleen Pacific Plaza , 865 S. Marine Dr., Ste. 202B
Tamuning, Guam 96913

_____

My Commission expires

*NOTE: The totals on this page must be compiled according to Schedules A, B and C attached, which are completed and filed with and as part of this report.

(Form I-20)

**Form I-20**
**UNDERWRITING PROFIT REPORT**
**(Direct writing basis only)**
**(Do not include premiums, taxes, losses or**
**expenses on reinsurance ceded or assumed)**

**TO THE INSURANCE COMMISSIONER:**

**Dear Sir:** The following contains a true and correct report of Direct title insurance premiums, Direct title insurance premiums earned, Direct title insurance losses incurred and Direct title insurance expenses incurred on direct risks in the territory of Guam by the First American Title Insurance Company of Santa Ana, California for the one (1) year period beginning January 1st, 2002, and ending December 31st, 2002.

\* **Item 1.  Direct title insurance premiums earned, by Sched. AA@**

$__29,826.44_____

**Item 2. Direct title insurance losses incurred, by Sched. AB@**

$__ 9,236.43_____

**Item 3.  Direct title insurance expenses incurred, by Sched. AC@**

$__58,190.57_____ *48,954.08*___

**Total of Items 2 and 3 (extend)**
**Underwriting Profit (Or loss) (Item 1 less Total of 2 and 3 (above)**

$ (37,600.56)_____

2002

**First American Title Insurance Company**

## SCHEDULE A - EARNED - TITLE INSURANCE PREMIUMS

| | | | |
|---|---|---|---|
| 1. | Total gross direct title insurance premiums written during this period | $ | 29,826.44 |
| | (a) Less return premiums | $ | n/a |
| | (b) Net direct premiums | $ | n/a |
| 2. | Add unearned direct title insurance premiums at beginning of period | $ | n/a |
| 3. | Total of 1(b) and 2 | $ | n/a |
| 4. | Deduct unearned title insurance premiums at end of period | $ | n/a |
| 5. | Earned direct title insurance premiums for one (1) year period (carry result to Item 1, Form I-20) | $ | 29,826.44 |

## SCHEDULE B - TITLE INSURANCE LOSSES INCURRED

| | | | |
|---|---|---|---|
| 1. | Title insurance losses paid on direct writing during period | $ | 9,236.43 |
| 2. | Add unpaid direct title insurance losses at end of period | $ | n/a |
| 3. | Total of 1 and 2 | $ | 9,236.43 |
| 4. | Deduct unpaid direct title insurance losses at beginning of period | $ | n/a |
| 5. | Balance | $ | 9,236.43 |
| | writing | $ | -0- |
| 7. | Direct title insurance losses incurred during period (carry result to item 2, Form I-20). | $ | 9,236.43 |

**Exhibit A**

2002

## SCHEDULE C - GUAM DIRECT TITLE INSURANCE EXPENSES INCURRED

**(a) Title Insurance Expenses Incurred**

Report only such items as are paid for direct underwriting in Guam. Do no include any investment expense or expense on any other classes.

| | | |
|---|---|---|
| 1. | Title insurance loss adjustment expenses paid on direct writing during period | $ 9,236.43 |
| 2. | Add unpaid adjustment expense on direct writing due at end of period | $ n/a |
| 3. | Total of Items 1 and 2 above | $ 9,236.43 |
| 4. | Deduct unpaid adjustment due on direct writing at beginning of period | $ n/a |
| 5. | Incurred direct title insurance expense (Item 3 less Item 4) | $ 9,236.43 |
| 6. | Agents= compensation paid on direct only | * $ -0- |
| 7. | Field supervision expense paid on direct writing only | $ 23,604.00 |
| 8. | Guam taxes, licenses and fees (exclude territorial and federal income and excess profits taxes) | $ 1,193.00 |
| 9. | Paid title insurance Inspection and Rating Bureau on direct only | $ n/a |
| 10. | Guam agents= title insurance balances charged off, less $ -0- recoveries | $ -0- |
| 11. | Other specific expense on direct Guam underwriting (itemize): | |
| 12. | Total actual direct expense Guam direct _____ underwriting | $ 34,033.49   *24,797.00* |

\* Income reported is based on remittances after deduction of agent compensation.

2002

b) **Guam=s Pro Rata Part of General Underwriting Expense**
**(Investment expense not included, Exclude all taxes)**

| | | Allocation | | |
|---|---|---|---|---|
| | Expenses (All lines) (1)  (2) | To Title Insurance Business (3)  (4) | To All Other Lines (5)  (6) | |
| 13. Salaries and fees to directors, officers and clerks. Home office only direct. | n/a  n/a | | n/a  n/a | |
| 14. Rents, Home office only direct | | | | |
| 15. General Home office maintenance and expense on direct | | See Attached Financial Report Total Expenses are reported by State or Territory. | | |
| 16. Depreciation on home office furniture and fixtures; same as allowed by Federal Government as deductions on income during past year | | | | |
| 17. Home office postage, telegraph, telephone, exchange and express on direct | | | | |
| 18. Advertising and subscriptions on direct | | | | |
| 19. Printing and stationery on direct | | | | |
| 20. Miscellaneous under-writing expense; itemize on back hereof on direct | | | | |
| 21. Home office legal expense on direct writing | | | | |
| 22. Total all States | | $1,610,472,000.00 | | |

**Exhibit A**

2002

23. **Total direct title insurance premiums earned states**     $1,953,930,000.00

24. **Earned direct title insurance premiums in Guam (Line 24 is ___.0015___ % of line 23)**     $ 29,826.44

25. **Pro rata general title insurance expense for Guam - apply above percentage to total expenses allocated to title insurance business (line 22, column 3, above), Result**     $ 24,157.08

## RECAPITULATION

**Actual expense incurred (Schedule C, Line 12)**     $ 34,033.49   *24,797.00*

**Pro rata of general expense (Line 25, above)**     $ 24,157.08

**Total Guam actual and pro rate incurred expense (carry to Item 3, Form)**     $ 58,190.57   *48,954.08*

(Form I-20)

**Exhibit A**

The First American Corporation
December Financial Results
Year-to-Date
Ranked by Total Pre-Tax Profits

| | | Revenues | | Expenses | | Income | | Retention % | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 |
| **Title Operations:** | | | | | | | | | |
| 1 | California-Southern | $ 309,934 | $ 230,785 | $ 235,850 | $ 176,807 | $ 74,084 | $ 53,978 | 24 | 23 |
| 2 | California-Northern | 286,075 | 239,517 | 248,840 | 194,360 | 37,235 | 45,157 | 13 | 19 |
| 3 | Texas | 136,818 | 117,587 | 117,212 | 101,410 | 19,606 | 16,177 | 14 | 14 |
| 4 | Florida | 127,759 | 106,599 | 108,651 | 94,774 | 19,108 | 11,825 | 15 | 11 |
| 6 | Arizona | 106,093 | 96,133 | 92,255 | 79,912 | 13,838 | 16,222 | 13 | 17 |
| 7 | Oregon | 70,467 | 57,639 | 57,464 | 45,147 | 13,003 | 12,492 | 18 | 22 |
| 8 | Illinois | 68,973 | 55,559 | 56,217 | 41,720 | 12,755 | 13,839 | 18 | 25 |
| 9 | FA Equity Loan Servic | 54,277 | 48,120 | 43,255 | 37,361 | 11,022 | 10,759 | 20 | 22 |
| 10 | Massachusetts | 32,649 | 25,443 | 22,416 | 18,911 | 10,232 | 6,532 | 31 | 26 |
| 11 | Minnesota | 39,475 | 32,129 | 31,052 | 24,541 | 8,423 | 7,588 | 21 | 24 |
| 12 | Colorado | 10,099 | 10,690 | 2,140 | 2,281 | 7,958 | 8,409 | 79 | 79 |
| 13 | Pennsylvania | 28,564 | 20,490 | 20,792 | 17,683 | 7,772 | 2,807 | 27 | 14 |
| 14 | Michigan | 51,246 | 39,522 | 43,676 | 34,511 | 7,569 | 5,012 | 15 | 13 |
| 15 | New York | 70,297 | 57,312 | 62,931 | 53,666 | 7,366 | 3,646 | 10 | 6 |
| 16 | Washington | 61,827 | 49,731 | 54,569 | 42,536 | 7,258 | 7,195 | 12 | 14 |
| 17 | Idaho/Montana | 16,892 | 10,769 | 9,736 | 7,723 | 7,156 | 3,046 | 42 | 28 |
| 18 | Oklahoma | 23,938 | 21,178 | 16,930 | 14,412 | 7,008 | 6,766 | 29 | 32 |
| 19 | Canada | 47,750 | 33,118 | 41,187 | 28,680 | 6,563 | 4,438 | 14 | 13 |
| 5 | Utah | 45,634 | 30,082 | 39,175 | 26,437 | 6,459 | 3,645 | 14 | 12 |
| 20 | Ohio | 59,679 | 55,958 | 53,452 | 47,627 | 6,227 | 8,331 | 10 | 15 |
| 21 | Wisconsin | 20,933 | 16,582 | 15,346 | 12,831 | 5,587 | 3,751 | 27 | 23 |
| 22 | New Mexico | 21,331 | 18,270 | 15,954 | 13,994 | 5,377 | 4,276 | 25 | 23 |
| 23 | Wyoming | 14,736 | 12,545 | 9,524 | 8,496 | 5,212 | 4,049 | 35 | 32 |
| 24 | Nevada | 36,542 | 34,738 | 31,959 | 27,458 | 4,584 | 7,280 | 13 | 21 |
| 25 | Connecticut | 12,094 | 8,811 | 7,797 | 8,763 | 4,297 | 48 | 36 | 1 |
| 26 | Virginia | 14,082 | 10,989 | 10,338 | 9,247 | 3,744 | 1,742 | 27 | 16 |
| 27 | New Jersey | 11,968 | 9,963 | 8,288 | 7,301 | 3,680 | 2,662 | 31 | 27 |
| 28 | Kansas | 21,498 | 21,687 | 17,962 | 16,610 | 3,536 | 5,077 | 16 | 23 |
| 29 | Maine | 9,760 | 6,292 | 7,016 | 4,968 | 2,744 | 1,324 | 28 | 21 |
| 30 | Missouri | 21,784 | 21,776 | 19,807 | 18,246 | 1,977 | 3,530 | 9 | 16 |
| 31 | Hawaii | 8,720 | 6,516 | 6,818 | 4,553 | 1,902 | 1,963 | 22 | 30 |
| 32 | Alaska | 2,861 | 2,287 | 1,075 | 471 | 1,786 | 1,816 | 62 | 79 |
| 33 | South Carolina | 3,995 | 3,961 | 2,225 | 2,018 | 1,770 | 1,943 | 44 | 49 |
| 34 | New Hampshire | 3,859 | 2,722 | 2,198 | 2,001 | 1,661 | 721 | 43 | 26 |
| 35 | Maryland | 5,843 | 4,976 | 4,464 | 4,648 | 1,379 | 328 | 24 | 7 |
| 36 | Alabama | 3,855 | 3,143 | 2,537 | 2,117 | 1,318 | 1,026 | 34 | 33 |
| 37 | Louisiana | 7,182 | 7,095 | 5,909 | 6,196 | 1,273 | 899 | 18 | 13 |
| 38 | Indiana | 9,955 | 9,571 | 8,918 | 7,788 | 1,037 | 1,782 | 10 | 19 |
| 39 | Nebraska | 1,153 | 627 | 149 | 190 | 1,004 | 437 | 87 | 70 |
| 40 | Dist. of Columbia | 6,529 | 3,693 | 5,711 | 2,694 | 818 | 999 | 13 | 27 |
| 41 | Iowa | 2,911 | 2,955 | 2,161 | 1,961 | 750 | 994 | 26 | 34 |
| 42 | North Carolina | 3,288 | 3,354 | 2,688 | 1,990 | 600 | 1,364 | 18 | 41 |
| 43 | Georgia | 10,912 | 9,954 | 10,317 | 9,259 | 595 | 696 | 5 | 7 |
| 44 | Kentucky | 2,484 | 2,032 | 1,921 | 1,107 | 563 | 925 | 23 | 46 |
| 45 | North/South Dakota | 655 | 415 | 224 | 154 | 431 | 261 | 66 | 63 |
| 46 | Rhode Island | 3,798 | 3,381 | 3,370 | 2,957 | 428 | 424 | 11 | 13 |
| 47 | Carribean Operations | 1,870 | 705 | 1,504 | 770 | 366 | (65) | 20 | (9) |
| 48 | Arkansas | 1,291 | 1,097 | 930 | 605 | 361 | 491 | 28 | 45 |
| 49 | Tennessee | 11,065 | 6,588 | 10,738 | 6,401 | 327 | 187 | 3 | 3 |
| 50 | West Virginia | 1,025 | 758 | 790 | 531 | 235 | 227 | 23 | 30 |
| 51 | Vermont | 1,021 | 927 | 842 | 842 | 179 | 85 | 18 | 9 |
| 52 | Delaware | 1,520 | 1,246 | 1,386 | 1,253 | 134 | (7) | 9 | (1) |
| 53 | Mississippi | 3,058 | 2,872 | 3,102 | 2,514 | (44) | 358 | (1) | 12 |
| 54 | UK Limited | 17,197 | 15,022 | 17,449 | 13,343 | (252) | 1,679 | (1) | 11 |
| 55 | FA ELS Credits | (2,147) | (1,640) | - | - | (2,147) | (1,640) | 100 | 100 |
| 56 | Internat'l Operations - ( | 6,859 | 3,050 | 11,256 | 3,591 | (4,397) | (541) | (64) | (18) |
| | **Total Title Oper.** | $ 1,953,930 | $ 1,597,321 | $ 1,610,472 | $ 1,298,368 | $ 343,458 | $ 298,953 | 18 | 19 |

**Exhibit A**

2002

## AFFIDAVIT

GUAM, U.S.A.    )
              )ss
City of Tamuning  )

      Richard E. Garlick states on oath that he is the Regional Vice President of the Company named above and that this report is true and correct, as shown by the books and records of that Company in the conduct of its direct underwriting business in Guam for said one (1) year. There is not included any item applying to any other class of risks or allied lines. No State or Federal Income excess profit taxes, investment expense or conflagration hazard costs are included herein.

Richard E. Garlick
Vice President

Subscribed and sworn to me this \_\_\_\_11th\_\_\_\_ Day of March, 2004 .

KIM ANDERSON YOUNG
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Nov. 06, 2004
Orlean Pacific Plaza , 865 S. Marine Dr., Ste. 202B
Tamuning, Guam 96913

My Commission expires

     *NOTE: The totals on this page must be compiled according to Schedules A, B and C attached, which are completed and filed with and as part of this report.

(Form I-20)

**Exhibit A**

Form I-20
## UNDERWRITING PROFIT REPORT
### (Direct writing basis only)
### (Do not include premiums, taxes, losses or
### expenses on reinsurance ceded or assumed)

**TO THE INSURANCE COMMISSIONER:**

      **Dear Sir: The following contains a true and correct report of Direct title insurance premiums, Direct title insurance premiums earned, Direct title insurance losses incurred and Direct title insurance expenses incurred on direct risks in the territory of Guam by the First American Title Insurance Company of Santa Ana, California for the one (1) year period beginning January 1st, 2003, and ending December 31st, 2003.**

\* **Item 1.  Direct title insurance premiums earned, by Sched. AA@**               $ 29,728.93

**Item 2. Direct title insurance losses incurred, by Sched. AB@**            $ 46,498.24

**Item 3.  Direct title insurance expenses incurred, by Sched. AC@**        $ 89,857.51      *43,359.27*

**Total of Items 2 and 3 (extend)**
**Underwriting Profit (Or loss) (Item 1 less Total of 2 and 3 (above)**        $ (106,626.82)      *60,128.58*

**Exhibit A**

2003

**First American Title Insurance Company**

## SCHEDULE A - EARNED - TITLE INSURANCE PREMIUMS

| | | | |
|---|---|---|---|
| 1. | Total gross direct title insurance premiums written during this period | $ | 29,728.93 |
| | (a) Less return premiums | $ | n/a |
| | (b) Net direct premiums | $ | n/a |
| 2. | Add unearned direct title insurance premiums at beginning of period | $ | n/a |
| 3. | Total of 1(b) and 2 | $ | n/a |

- - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| 4. | Deduct unearned title insurance premiums at end of period | $ | n/a |
| 5. | Earned direct title insurance premiums for one (1) year period (carry result to Item 1, Form I-20) | $ | 29,728.93 |

## SCHEDULE B - TITLE INSURANCE LOSSES INCURRED

| | | | |
|---|---|---|---|
| 1. | Title insurance losses paid on direct writing during period | $ | 46,498.24 |
| 2. | Add unpaid direct title insurance losses at end of period | $ | n/a |
| 3. | Total of 1 and 2 | $ | 46,498.24 |
| 4. | Deduct unpaid direct title insurance losses at beginning of period | $ | n/a |
| 5. | Balance | $ | 46,498.24 |
| | writing | $ | -0- |
| 7. | Direct title insurance losses incurred during period (carry result to item 2, Form I-20). | $ | 46,498.24 |

**Exhibit A**

2003

## SCHEDULE C - GUAM DIRECT TITLE INSURANCE EXPENSES INCURRED

**(a) Title Insurance Expenses Incurred**

Report only such items as are paid for direct underwriting in Guam. Do no include any investment expense or expense on any other classes.

| | | |
|---|---|---|
| 1. | Title insurance loss adjustment expenses paid on direct writing during period | $ 46,498.24 *(handwritten)* |
| 2. | Add unpaid adjustment expense on direct writing due at end of period | $ n/a |
| 3. | Total of Items 1 and 2 above | $ 46,498.24 *(handwritten)* |
| 4. | Deduct unpaid adjustment due on direct writing at beginning of period | $ n/a |
| 5. | Incurred direct title insurance expense (Item 3 less Item 4) | $ 46,498.24 *(handwritten)* |
| 6. | Agents= compensation paid on direct only | * $ -0- |
| 7. | Field supervision expense paid on direct writing only | $ 19,629.00 |
| 8. | Guam taxes, licenses and fees (exclude territorial and federal income and excess profits taxes) | $ 1,189.15 |
| 9. | Paid title insurance Inspection and Rating Bureau on direct only | $ n/a |
| 10. | Guam agents= title insurance balances charged off, less $____-0-____ recoveries | $ -0- |
| 11. | Other specific expense on direct Guam underwriting (itemize): | |
| | _____ | |
| | _____ | |
| 12. | Total actual direct expense Guam direct _____ underwriting | $ 67,316.39   *20818.15 (handwritten)* |

\* Income reported is based on remittances after deduction of agent compensation.

**Exhibit A**

2003

b) **Guam=s Pro Rata Part of General Underwriting Expense**
**(Investment expense not included, Exclude all taxes)**

|  | Allocation | | | | | |
|---|---|---|---|---|---|---|
|  | Expenses (All lines) (1) (2) | | To Title Insurance Business (3) (4) | | To All Other Lines (5) (6) | |

| | | Expenses (All lines) | | To Title Insurance Business | | To All Other Lines | |
|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | (5) | (6) |
| 13. | Salaries and fees to directors, officers and clerks. Home office only direct. | n/a | n/a | | | n/a | n/a |
| 14. | Rents, Home office only direct | | | | | | |
| 15. | General Home office maintenance and expense on direct | | | | | | |
| 16. | Depreciation on home office furniture and fixtures; same as allowed by Federal Government as deductions on income during past year | | | See Attached Financial Report Total Expenses are reported by State or Territory. | | | |
| 17. | Home office postage, telegraph, telephone, exchange and express on direct | | | | | | |
| 18. | Advertising and subscriptions on direct | | | | | | |
| 19. | Printing and stationery on direct | | | | | | |
| 20. | Miscellaneous underwriting expense; itemize on back hereof on direct | | | | | | |
| 21. | Home office legal expense on direct writing | | | | | | |
| 22. | Total all States | | | $1,878,427,000.00 | | | |

2003

23. **Total direct title insurance premiums earned states**                                                   $2,389,095,000.00

24. **Earned direct title insurance premiums in Guam (Line 24 is ___.0012___ % of line 23)**                 $___29,728.93___

25. **Pro rata general title insurance expense for Guam - apply above percentage to total expenses allocated to title insurance business (line 22, column 3, above), Result**                                      $___22,541.12___

## RECAPITULATION

**Actual expense incurred (Schedule C, Line 12)**                            $___67,316.39___  *30818.15*

**Pro rata of general expense (Line 25, above)**                             $___22,541.12___

**Total Guam actual and pro rate incurred expense (carry to Item 3, Form)**  $___89,857.51___  *43359.27*

(Form I-20)

**Exhibit A**

| | | Revenues | | Expenses | | Income | | Retention % | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2003 | 2002 | 2003 | 2002 | 2003 | 2002 | 2003 | 2002 |
| **Title Operations:** | | | | | | | | | |
| 1 | California-Southern | $ 353,705 | $ 309,952 | $ 267,600 | $ 235,849 | $ 86,104 | $ 74,083 | 24 | 24 |
| 2 | California-Northern | 365,502 | 298,096 | 301,738 | 246,371 | 63,764 | 51,726 | 17 | 17 |
| 3 | Florida | 157,600 | 124,987 | 126,017 | 105,614 | 31,583 | 19,373 | 20 | 15 |
| 4 | Texas | 172,486 | 141,830 | 145,482 | 122,437 | 27,003 | 19,393 | 16 | 14 |
| 5 | Arizona | 109,772 | 105,513 | 83,596 | 92,030 | 26,176 | 13,483 | 24 | 13 |
| 6 | Massachusetts | 48,358 | 32,163 | 27,210 | 22,092 | 21,148 | 10,070 | 44 | 31 |
| 7 | Oregon | 84,170 | 69,832 | 64,115 | 57,155 | 20,055 | 12,677 | 24 | 18 |
| 8 | Illinois | 78,939 | 68,839 | 59,549 | 55,365 | 19,390 | 13,474 | 25 | 20 |
| 9 | Washington | 80,577 | 61,809 | 63,745 | 54,566 | 16,832 | 7,243 | 21 | 12 |
| 10 | New York | 87,128 | 70,296 | 73,585 | 62,988 | 13,544 | 7,308 | 16 | 10 |
| 11 | Michigan | 64,581 | 51,246 | 51,587 | 43,676 | 12,994 | 7,569 | 20 | 15 |
| 12 | FA Equity Loan Servic | 71,860 | 54,277 | 59,596 | 43,255 | 12,264 | 11,022 | 17 | 20 |
| 13 | Pennsylvania | 39,023 | 28,471 | 27,394 | 20,707 | 11,629 | 7,764 | 30 | 27 |
| 14 | Canada | 76,771 | 47,655 | 65,567 | 41,244 | 11,204 | 6,410 | 15 | 13 |
| 15 | Nevada | 43,938 | 36,542 | 33,832 | 31,959 | 10,106 | 4,583 | 23 | 13 |
| 16 | Oklahoma | 31,057 | 23,657 | 21,312 | 16,479 | 9,744 | 7,178 | 31 | 30 |
| 17 | Ohio | 60,371 | 59,630 | 51,145 | 54,224 | 9,226 | 5,406 | 15 | 9 |
| 18 | Colorado | 12,158 | 10,099 | 3,634 | 2,140 | 8,524 | 7,959 | 70 | 79 |
| 19 | Wisconsin | 25,040 | 20,889 | 16,789 | 15,311 | 8,251 | 5,578 | 33 | 27 |
| 20 | Minnesota | 42,083 | 36,194 | 34,110 | 27,804 | 7,973 | 8,390 | 19 | 23 |
| 21 | Connecticut | 17,455 | 12,094 | 10,018 | 7,791 | 7,437 | 4,297 | 43 | 36 |
| 22 | New Mexico | 24,795 | 21,331 | 17,543 | 15,954 | 7,252 | 5,377 | 29 | 25 |
| 23 | UK Limited | 27,538 | 17,197 | 20,977 | 17,312 | 6,561 | (115) | 24 | (1) |
| 24 | Wyoming | 16,337 | 14,736 | 10,735 | 9,524 | 5,602 | 5,212 | 34 | 35 |
| 25 | New Jersey | 15,577 | 11,968 | 10,035 | 7,616 | 5,542 | 4,352 | 36 | 36 |
| 26 | Virginia | 18,028 | 14,165 | 12,738 | 10,506 | 5,290 | 3,659 | 29 | 26 |
| 27 | Missouri | 25,017 | 21,795 | 20,018 | 19,810 | 4,999 | 1,985 | 20 | 9 |
| 28 | Hawaii | 14,555 | 8,720 | 9,693 | 6,818 | 4,862 | 1,902 | 33 | 22 |
| 29 | Idaho/Montana | 17,485 | 16,303 | 12,623 | 9,638 | 4,862 | 6,664 | 28 | 41 |
| 30 | Kansas | 25,765 | 21,110 | 21,236 | 18,000 | 4,529 | 3,110 | 18 | 15 |
| 31 | Maine | 12,276 | 9,760 | 8,703 | 6,776 | 3,573 | 2,984 | 29 | 31 |
| 32 | Maryland | 8,011 | 5,839 | 4,807 | 4,373 | 3,204 | 1,466 | 40 | 25 |
| 33 | New Hampshire | 5,588 | 3,859 | 2,819 | 2,198 | 2,769 | 1,661 | 50 | 43 |
| 34 | Utah | 42,832 | 44,908 | 40,174 | 39,639 | 2,707 | 5,269 | 6 | 12 |
| 35 | South Carolina | 5,164 | 3,995 | 2,534 | 2,225 | 2,630 | 1,770 | 51 | 44 |
| 36 | Alaska | 3,499 | 2,861 | 891 | 1,075 | 2,608 | 1,786 | 75 | 62 |
| 37 | North Carolina | 4,201 | 3,288 | 2,153 | 2,688 | 2,048 | 600 | 49 | 18 |
| 38 | Indiana | 12,442 | 9,858 | 10,396 | 8,853 | 2,046 | 1,005 | 16 | 10 |
| 39 | Alabama | 5,772 | 3,855 | 3,826 | 2,537 | 1,946 | 1,318 | 34 | 34 |
| 40 | Nebraska | 1,964 | 1,153 | 278 | 150 | 1,685 | 1,004 | 86 | 87 |
| 41 | Louisiana | 9,192 | 7,201 | 7,624 | 6,139 | 1,568 | 1,062 | 17 | 15 |
| 42 | Dist. of Columbia | 8,820 | 6,525 | 7,455 | 5,684 | 1,365 | 841 | 15 | 13 |
| 43 | Caribbean Operations | 3,737 | 1,074 | 2,718 | 820 | 1,019 | 254 | 27 | 24 |
| 44 | Iowa | 3,990 | 2,912 | 3,324 | 2,161 | 666 | 751 | 17 | 26 |
| 45 | West Virginia | 1,121 | 1,024 | 515 | 790 | 606 | 235 | 54 | 23 |
| 46 | Delaware | 2,137 | 1,520 | 1,604 | 1,386 | 533 | 134 | 25 | 9 |
| 47 | Mississippi | 3,294 | 3,058 | 2,803 | 3,102 | 491 | (44) | 15 | (1) |
| 48 | Rhode Island | 4,989 | 3,798 | 4,499 | 3,370 | 490 | 428 | 10 | 11 |
| 49 | Tennessee | 12,495 | 10,190 | 12,021 | 9,371 | 474 | 819 | 4 | 8 |
| 50 | North/South Dakota | 612 | 641 | 215 | 210 | 397 | 431 | 65 | 67 |
| 51 | Kentucky | 4,597 | 2,484 | 4,345 | 1,921 | 252 | 563 | 5 | 23 |
| 52 | Vermont | 1,267 | 1,021 | 1,091 | 842 | 176 | 179 | 14 | 18 |
| 53 | Arkansas | 1,519 | 1,291 | 1,919 | 930 | (400) | 361 | (26) | 28 |
| 54 | Georgia | 13,683 | 9,869 | 14,156 | 7,760 | (473) | (2,109) | (3) | 21 |
| 55 | FA ELS Credits | (2,738) | (2,147) | - | - | (2,738) | (2,147) | 100 | 100 |
| 56 | Internat'l Operations - ( | 10,911 | 7,655 | 14,338 | 11,940 | (3,427) | (4,285) | (31) | (56) |
| | **Total Title Oper.** | $ 2,389,095 | $ 1,958,867 | $ 1,878,427 | $ 1,601,179 | $ 510,668 | $ 357,688 | 21 | 18 |

2003

## AFFIDAVIT

| GUAM, U.S.A. | ) |
| City of Tamuning | )ss ) |

    Richard E. Garlick states on oath that he is the Regional Vice President of the Company named above and that this report is true and correct, as shown by the books and records of that Company in the conduct of its direct underwriting business in Guam for said one (1) year. There is not included any item applying to any other class of risks or allied lines. No State or Federal Income excess profit taxes, investment expense or conflagration hazard costs are included herein.

*(signature)*

**Richard E. Garlick**
**Vice President**

Subscribed and sworn to me this \_\_\_\_11th.\_\_\_\_ Day of March, 2004.

KIM ANDERSON YOUNG
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Nov. 06, 2004
Orlean Pacific Plaza , 865 S. Marine Dr., Ste. 202B
Tamuning, Guam 96913

*(signature)*

My Commission expires _____

    **\*NOTE: The totals on this page must be compiled according to Schedules A, B and C attached, which are completed and filed with and as part of this report.**

(Form I-20)

**Exhibit A**

**DEPARTMENT OF**

# REVENUE AND TAXATION

**GOVERNMENT OF GUAM**   Gubetnamenton Guåhan

FELIX P. CAMACHO, Governor Maga'låhi
KALEO S. MOYLAN, Lt. Governor Tiñente Gubetnadot

ARTEMIO B. ILAGAN, Director
Direktot
JOHN P. CAMACHO, Deputy Director
Segundo Direktot

Richard E. Garlick
Regional Vice President
First American Title Insurance Company
602 Park Point Drive, Suite 270
Golden, Colorado 80401-9368

L 8 APR 2004

Re:   Title Insurance Rates – Guam

Dear Mr. Burns:

Our office has reviewed the statistical data that was received by office on March 15, 2004, on the above subject matter. There are some data in the filing that our office wants to clarify:

1. In Schedule B, there were losses in 1999 at 161,666 and in 2003 at 46,498. Are the data on the incurred losses inclusive of payments to claimants, adjusters and lawyers? Are there any recoveries relating to these 1999 and 2003 losses? If there are recoveries the respective incurred losses for these years will be adjusted or revised.
2. In Schedule C, items 1 through 5 pertains to loss adjustment expenses, such as payments to adjusters and lawyers in the processing, adjustment and settlement of claims. The data Schedule B for incurred losses as well as the data in Schedule C, item 5, are exactly the same numbers. In effect, the incurred losses were counted twice, once in Schedule B and again in Schedule C.
3. In Schedule C, item 7, the Field supervision paid on direct writings ranges from 29% to 79% in relation to the earned premiums. Because there is no agents' commission paid, it is our opinion that the field supervision percentage at around 30% of the earned premiums appears to be reasonable.
4. In Schedule C, the percentage of administrative expenses in relation to earned premiums ranges from 135% to 628%. It is our opinion that the industry general and administrative expenses should be no higher than 30% thereby at 65% loss ratio the company will still make a 5% profit plus a conservative 4% on investments.

Enclosed you will find a table of our worksheet containing a summary of the data from your statistical filing. Pending clarification of the data stated above, our office will hold in abeyance your company's application for rate filing in Guam. Should you have any questions contact our office at (671) 475-1843/4.

Sincerely,

*Artemio B Ilagan*

ARTEMIO B. ILAGAN
Insurance Commissioner

APR 15

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel. / Telifon: (671) 475-1801/1785-89 • Fax / Faks: (671) 472-2643

**Exhibit A**

First American Title Insurance Company
Petition for Rate Increase
Experience from 1999 ~ 2003

| | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|
| Earned premiums, Schedule A (Note 1) | 31,831 | 27,524 | 30,340 | 29,826 | 29,729 | 149,250 |
| Direct losses incurred Schedule B | 161,666 | 9,443 | 2,178 | 9,236 | 46,498 | 229,021 |
| Losses incurred/Earned premiums | | | | | | |
| Equals pure loss ratio (Note 2) | 508% | 34% | 7% | 31% | 156% | 153% |
| Expenses incurred, Schedule C | | | | | | |
| 5. Incurred direct expenses (Note 3) | 161,666 | 9,443 | 2,178 | 9,236 | 46,498 | 229,021 |
| 6. Agents' compensation paid on direct only | NIL | NIL | NIL | NIL | NIL | NIL |
| 7. Field supervision paid on direct writing only | 9,248 | 13,519 | 17,184 | 23,604 | 19,629 | 83,184 |
| Percent of Field supervision paid to earned premiums (Note 4) | 29% | 49% | 57% | 79% | 66% | 56% |
| 8. Guam taxes, license and fees (exclude Guam, federal and excess profits taxes) | 1,273 | 1,101 | 1,214 | 1,193 | 1,189 | 5,970 |
| Percentage of taxes to earned premiums | 4% | 4% | 4% | 4% | 4% | 4% |
| 10. Guam agents' balances charged off less recoveries | NIL | NIL | NIL | NIL | NIL | NIL |
| 11. Other specific expense on direct Guam underwriting | | | | | | |
| 12. Total actual direct expense Guam direct underwriting | 172,187 | 24,064 | 20,577 | 34,034 | 67,317 | 318,178 |
| 25. Pro rata general expense for Guam (31,831 / 1,230,260 x 1,061,917) | 27,610 | 23,738 | 20,443 | 24,157 | 22,541 | 118,489 |
| Total Guam expenses per Schedule C | 199,797 | 47,802 | 41,020 | 58,191 | 89,858 | 436,667 |
| Percent of Administrative expenses to earned premiums | 628% | 174% | 135% | 195% | 302% | 293% |
| Underwriting profit (loss) | (329,632) | (29,721) | (12,858) | (37,601) | (106,627) | (516,438) |

Note 1. Earned Premiums from 1999 to 2003 is small for a credible experience data.
Note 2. The incurred losses of the company in relation to the earned premium ranges from 7% to 508%.
Note 3. This item refers to loss adjustment expenses, ie: adjusters and lawyers expenses. First American Title Company appears to entered this data as incurred losses and again as loss adjustment expenses. The result is double count for expenses.
Note 4. The percentage of field supervision expense paid on direct writing in relation to earned premiums ranges from 29% to 79%. This expense normally is computed at a fixed percentage of earned premiums.

**Exhibit A**