DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

**FILED**
DISTRICT COURT OF GUAM

APR 0 7 2008 R.D.

**JEANNE G. QUINATA**
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>　　　　　　Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, **David W. Dooley**, hereby declare that on April 7, 2008, I caused a copy of Defendant First American Title Insurance Company's Memorandum in Opposition to Motion for Class Certification, Declaration of Karen Buck, Declaration of Aileen K. Alfred, Declaration of David W.

**ORIGINAL**

Dooley, and Declaration of Kim Anderson Young, to be served upon the following via hand delivery:

>Curtis C. Van de Veld, Esq.
>The Van de Veld Law Office, P.C.
>2nd Floor, Historical House
>123 Hernan Cortes Ave.
>Hagåtña, Guam 96910
>
>Wilfred R. Mann, Esq.
>Berman, O'Connor & Mann
>Bank of Guam Bldg., Suite 503
>111 Chalan Santo papa
>Hagåtña, Guam 96910

Dated: April 7, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company