BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendants
*Pacific Ameican Title Insurance &
Escrow Company and Manu Melwani*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW CO., MANU MELWANI and DOES 1-298 Inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>NOTICE OF JOINDER |

COME NOW the Defendants Pacific American Title Insurance & Escrow Company and Manu Melwani, and give notice that they join in the Memorandum In Opposition To Motion For Class Certification filed by First American Title Insurance Company on April 7, 2008.

DATED this 8TH day of April, 2008.

**BERMAN O'CONNOR &MANN**
Attorneys for Defendants *PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY and MANU MELWANI*

By: /s/ Bill R. Mann
**BILL R. MANN**

E:\Lisa\BRM\Pldgs\notice of joinder cyfred v first amer et al.wpd