BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendants
*PACIFIC AMERICAN TITLE*
*INSURANCE & ESCROW COMPANY*
*and MANU MELWANI*

FILED
DISTRICT COURT OF GUAM
APR 0 8 2008 R-D
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI and DOES 1-298 Inclusive, <br><br> Defendants. | CIVIL CASE NO. 07-00024 <br><br> **CERTIFICATE OF SERVICE** |

I, **BILL R. MANN**, hereby certify that on the 8th day of April, 2008, I caused to be served a copy of Notice Of Joinder, via hand delivery, on the following:

Curtis C. Van de Veld, Esq.
The Vandeveld Law Offices, P.C.
Historical House, Second Floor
123 Hernan Cortez Avenue
Hagatna, Guam 96910

David Dooley, Esq.
Dooley Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913

DATED this 8th day of April, 2008.

_____
BILL R. MANN