DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company



**FILED**
DISTRICT COURT OF GUAM

APR 10 2008

**JEANNE G. QUINATA**
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**DECLARATION OF**<br>**AILEEN KIER ALFRED** |

I, **Aileen Kier Alfred**, declare under penalty of perjury:

1. On April 4, 2008, I signed a declaration in the above-captioned matter, which declaration was filed on April 7, 2008.

2. Inadvertently, I made an error in paragraphs 10 and 11 of my previous declaration.



3. Paragraph 10 of the previous declaration states that Exhibit G was a copy of the Schedules for the <u>lender's</u> title insurance policy. This was an error. In fact, Exhibit G is a copy of the Schedules for the <u>owner's</u> policy which was purchased by Alex and Felisa Ruben.

4. Paragraph 11 of my previous declaration inadvertently stated that Exhibit H was a copy of the Schedules to the <u>owner's</u> policy. This was incorrect. In fact, Exhibit H is a copy of the Schedules which were given to Cyfred as part of its <u>lender's</u> policy.

I declare, pursuant to 28 U.S.C. 1746 and under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2008 at Tamuning, Guam.

_____
AILEEN KIER ALFRED