DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company



**FILED**
DISTRICT COURT OF GUAM

APR 1 8 2008 ᵉ⁻ᴰ

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**NOTICE OF DEPOSITION** |

**DEPONENT:** Francis Gill
**TIME:** 9:00 a.m.
**DATE:** Tuesday, April 29, 2008
**LOCATION:** Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913

PLEASE TAKE NOTICE that at the above date, hour and place, we shall take the deposition of the above-named witness to be taken upon oral examination pursuant to the Federal

**ORIGINAL**

Rules of Civil Procedure, before a shorthand reporter and suitable Notary Public. The deposition shall continue from day to day until completed. You are invited to attend and cross-examine.

Dated: April 18, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**Tim Roberts**
Attorneys for Defendant
First American Title Insurance Company