DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

**FILED**
DISTRICT COURT OF GUAM

APR 1 8 2008 ᵖ ᴅ.

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive, <br><br> Defendants. | CIVIL CASE NO. 07-00024 <br><br><br><br> **CERTIFICATE OF SERVICE** |

I, **Tim Roberts**, hereby declare that on April 18, 2008, I caused a copy of the Notice of Deposition Pursuant to Fed.R.Civ.Pro 30(b)(6) of Cyfred, Ltd. and the Notice of Deposition of Francis Gill, to be served upon the following via hand delivery:

Curtis C. Van de Veld, Esq.
The Van de Veld Law Office, P.C.
2ⁿᵈ Floor, Historical House
123 Hernan Cortes Ave.
Hagåtña, Guam 96910

ORIGINAL

Wilfred R. Mann, Esq.
Berman, O'Connor & Mann
Bank of Guam Bldg., Suite 503
111 Chalan Santo papa
Hagåtña, Guam 96910

Dated: April 18, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**Tim Roberts**
Attorneys for Defendant
First American Title Insurance Company