THE VANDEVELD LAW OFFICES, P.C.
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396/488-0888
Facsimile: (671) 472-2561

*Attorney for Plaintiff:*
   Cyfred, Ltd., Class,
   Deceptive Acts Subclass
   Denied Claims Subclass

FILED
DISTRICT COURT OF GUAM
APR 2 1 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD for itself and other similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), inclusive,<br><br>        Defendants. | Civil Case No.07-00024<br><br><br><br>**STIPULATION FOR EXTENSION OF TIME FOR CYFRED, LTD. TO FILE ITS REPLY BRIEF IN RE: CLASS CERTIFICATION** |

COMES NOW Plaintiffs, Cyfred, Ltd. ("Cyfred"), and the putative class members, by and through their counsel THE VANDEVELD LAW OFFICES, P.C., by Curtis C. Van de veld Esq., and First American Title Insurance Company ("First American") by and through its counsel of record Dooley, Roberts & Fowler, LLP by Thomas L. Roberts Esq. who hereby stipulate and agree that Cyfred shall have up to and including Tuesday April 29th 2008, to file its reply to First American's opposition to Cyfred's motion for class certification.

///

///

///

---

CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN RE: CLASS CERTIFICATION
Civil Case No.07-00024

1

Case 1:07-cv-00024   Document 89   Filed 04/21/2008   Page 1 of 2

Dated this 21st day of April 2008.

THE VANDEVELD LAW OFFICES, P.C.

_____
Curtis C. Van de veld, Esq.
Counsel for Plaintiffs, Cyfred, Ltd., and
Putative Class Members

Dated this 21st day of April 2008.

DOOLEY, ROBERTS & FOWLER, LLP

_____
Thomas L. Roberts Esq.
Counsel for Defendant
First American Title Company

---

CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN RE: CLASS CERTIFICATION
Civil Case No.07-00024