DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM

APR 2 8 2008

JEANNE G. QUINATA
Clerk of Court

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, | ) ) ) | CIVIL CASE NO. 07-00024 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **NOTICE OF POSTPONEMENT OF THE DEPOSITION OF FRANCIS GILL** |
| FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Notice is hereby given that the deposition of Francis Gill scheduled for April 29, 2008 is

hereby postponed. The deposition will be rescheduled.

Dated: April 28, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company

ORIGINAL