THE VANDEVELD LAW OFFICES, P.C.
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396/488-0888
Facsimile: (671) 472-2561

**FILED**
DISTRICT COURT OF GUAM

APR 29 2008

JEANNE G. QUINATA
Clerk of Court

*Attorney for Plaintiffs:*
  Cyfred, Ltd., Class,
  Deceptive Acts Subclass
  Denied Claims Subclass.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), inclusive,<br><br>          Defendants. | Civil Case No. 07-00024<br><br>DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE COMPANY'S MEMORANDUM IN OPPOSITION TO CYFRED'S MOTION FOR CLASS CERTIFICATION |

COMES NOW Curtis C. Van de veld, Esq. who states the following under penalty of perjury under the laws of Guam all as follows:

1. I am over the age of twenty-one (21) years old and am competent to testify to the matters contained herein based on my personal knowledge, or on my information and belief, and that the stated facts are true and correct; and

2. I am counsel for plaintiffs in this action;

ORIGINAL

---
CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST
AMERICAN TITLE INSURANCE COMPANY'S OPPOSITION TO CYFRED'S MOTION FOR CLASS
CERTIFICATION
Civil Case No.07-00024                                                                                          Page 1

Case 1:07-cv-00024    Document 94    Filed 04/29/2008    Page 1 of 7

3. Attached hereto and incorporated herein by this reference as Exhibit "A" is a true and correct copy of a letter dated October 24th 2003 provided to Cyfred by Stewart Title Guaranty Company in *Cyfred, Ltd. et al. v. Stewart title Guaranty Company et al.*, District Court of Guam Civil Case No. CIV07-00023, Bates stamped STGC-G000205;

4. Attached hereto and incorporated herein by this reference as Exhibit "B" is a true and correct copy of a letter dated November 24th 2003 provided to Cyfred by Stewart Title Guaranty Company in *Cyfred, Ltd. et al. v. Stewart title Guaranty Company et al.*, District Court of Guam Civil Case No. CIV07-00023, Bates stamped STGC-G000199;

5. Attached hereto and incorporated herein by this reference as Exhibit "C" is a true and correct copy of a letter dated November 25th 2003 provided to Cyfred by First American Title Insurance Company ("First American"), and its enclosures, Bates Stamped First American – 33 through 109;

6. Attached hereto and incorporated herein by this reference as Exhibit "D" is a true and correct copy of what is believed to be a list of claims made against First American title insurance policies issued on Guam from 1994 to the present time which was provided to Cyfred by First American and is Bates Stamped First American – 229 to 230;

7. Attached hereto and incorporated herein by this reference as Exhibit "E" is a true and correct copy of the cover sheet and enclosed letter of the then Commissioner which was attached to the 2005 Annual Report of the Insurance Commissioner;

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE COMPANY'S OPPOSITION TO CYFRED'S MOTION FOR CLASS CERTIFICATION
Civil Case No.07-00024
Page 2

Case 1:07-cv-00024   Document 94   Filed 04/29/2008   Page 2 of 7

8. Attached hereto and incorporated herein by this reference as Exhibit "F" is a true and correct copy of First American Policy of Title Insurance No. CW2289589;

9. Attached hereto and incorporated herein by this reference as Exhibit "G" is a true and correct copy of First American Policy of Title Insurance No. 140182 G-22184;

10. Attached hereto and incorporated herein by this reference as Exhibit "H" is a true and correct copy of First American Policy of Title Insurance No. 110566G-22185;

11. Attached hereto and incorporated herein by this reference as Exhibit "I" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 1994 Annual Report of the Insurance Commissioner;

12. Attached hereto and incorporated herein by this reference as Exhibit "J" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 1995 Annual Report of the Insurance Commissioner;

13. Attached hereto and incorporated herein by this reference as Exhibit "K" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 1996 Annual Report of the Insurance Commissioner;

14. Attached hereto and incorporated herein by this reference as Exhibit "L" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 1997 Annual Report of the Insurance Commissioner;

15. Attached hereto and incorporated herein by this reference as Exhibit "M" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 1998 Annual Report of the Insurance Commissioner;

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE COMPANY'S OPPOSITION TO CYFRED'S MOTION FOR CLASS CERTIFICATION
Civil Case No.07-00024
Case 1:07-cv-00024    Document 94    Filed 04/29/2008    Page 3 of 7
Page 3

16. Attached hereto and incorporated herein by this reference as Exhibit "N" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 1999 Annual Report of the Insurance Commissioner;

17. Attached hereto and incorporated herein by this reference as Exhibit "O" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 2000 Annual Report of the Insurance Commissioner;

18. Attached hereto and incorporated herein by this reference as Exhibit "P" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 2001 Annual Report of the Insurance Commissioner;

19. Attached hereto and incorporated herein by this reference as Exhibit "Q" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 2002 Annual Report of the Insurance Commissioner;

20. Attached hereto and incorporated herein by this reference as Exhibit "R" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 2003 Annual Report of the Insurance Commissioner;

21. Attached hereto and incorporated herein by this reference as Exhibit "S" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 2004 Annual Report of the Insurance Commissioner;

22. Attached hereto and incorporated herein by this reference as Exhibit "T" is a true and correct copy of the cover sheet and excerpt of First American's reported premiums within the 2005 Annual Report of the Insurance Commissioner;

23. Attached hereto and incorporated herein by this reference as Exhibit "U" is a true and correct copy of the Organizational Chart showing a disorganized and

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE COMPANY'S OPPOSITION TO CYFRED'S MOTION FOR CLASS CERTIFICATION
Civil Case No.07-00024
Page 4

Case 1:07-cv-00024     Document 94     Filed 04/29/2008     Page 4 of 7

dysfunctional Office of the Insurance Commissioner which was retrieved from the Department of Revenue and Taxation website in April of 2008;

24. Attached hereto and incorporated herein by this reference as Exhibit "V" is a true and correct copy of a status reporting form of a claims made by Cyfred against the Ruben title insurance policy in which First American recognizes that the title dispute with the Ruben's did not arise until Cyfred attempted to foreclose on the Ruben property mortgage as a result of non-payment which document was provided by First American to Cyfred and is Bates stamped First American-254; and

25. Attached hereto and incorporated herein by this reference as Exhibit "W" is a true and correct copy of a letter from me to the Commissioner dated July 9th 2007 in which I requested confirmation from the Commissioner of First American's rate and form filings with the Commissioner's office.

FURTHER YOUR DECLARANT SAYETH NAUGHT this 29th day of April 2008 under penalty of perjury of the laws of Guam pursuant to 6 G.C.A. §4308 swearing and affirming that the foregoing is true and correct to the best of my personal knowledge and belief. I further declare that as to all matters stated herein to be based on belief that I believe those matters to be true.

　　　　　　　　　　　　　　　　Curtis C. Van de veld Esq.
　　　　　　　　　　　　　　　　Counsel for Plaintiffs

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE COMPANY'S OPPOSITION TO CYFRED'S MOTION FOR CLASS CERTIFICATION
Civil Case No.07-00024
Page 5

Case 1:07-cv-00024   Document 94   Filed 04/29/2008   Page 5 of 7

# PACIFIC AMERICAN
## TITLE INSURANCE & ESCROW COMPANY



Date: October 24, 2003

TO: Mr. Bob Burns
Stewart Title Guaranty Company
1980 Post Oak Boulevard
P.O.Box 2029
Houston, Texas 77252

FROM: John Felder

RE: Rate filing for Guam

Dear Mr. Burns,

    We apologize for asking you to help us again on the Guam rate filing. There is a title company here on Guam that was going out of business, and now it has finally gone belly up. This has caused the delay in filing.

    Please change the filing date to "December 1, 2003."

    Thank you.

Sincerely,

John L. Felder

fax: 713-629-2323
original via mail



Route 8, 715 Chalan Machaute • Suite 101, Maite, Guam 96927
Tel: (671) 477-7210/11 • Fax: (671) 477-7213

STGC-G 000205

"4"



# PACIFIC AMERICAN
## Title Insurance & Escrow Company



Date: November 24, 2003

TO: Mr. Bob Burns
Stewart Title Guaranty Company
1980 Post Oak Boulevard
P.O. Box 2029
Houston, Texas 77252

FROM: John L. Felder

RE: Rate filing for Guam

Dear Mr. Burns,

We apologize one more time for asking you to help us again on the Guam rate filing. The two other title companies on Guam were in a dispute which caused another delay. We need again your usual good speed.

Please change the filing date to "January 1, 2004."

Thank you.

Sincerely,

John L. Felder

fax: 713-629-2323
original via mail

Route 6, 715 Chalan Machauta • Suite 101, Malia, Guam 96927
Tel: (671) 477-7210/11 • Fax: (671) 477-7213

STGC-G 000199

