# (1994)

# THIRTY-SIX

# ANNUAL REPORT

## Of The

# INSURANCE

# COMMISSIONER

**Joseph T. Duenas**
**Insurance Commissioner**

"I"

# SUMMARY

## COMPANY EXHIBITS OF PREMIUMS AND LOSSES
### BUSINESS IN GUAM DURING THE YEAR ENDING DECEMBER 31, 1994

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| First American Title Insurance Company | $357,743 | $348,386 | $476,918 | $546,915 |
| First Colony Life Insurance Company | $40,236 | $40,236 | $15,850 | $0 |
| First National Life Insurance Company of America | $33,857 | $33,857 | $0 | $0 |
| Fremont Life Insurance Company | $1,777,551 | $1,717,778 | $1,969,094 | $703,231 |
| General Insurance Company of America | $100 | $229 | $0 | ($28) |
| GMHP Health Insurance, LTD. | $620,272 | $605,058 | $416,656 | $396,656 |
| Grand Pacific Life Insurance Company, LTD. | $1,162,223 | $1,155,194 | $127,494 | $139,516 |
| Gulf Insurance Company | $409,642 | $241,475 | $0 | $0 |
| Heritage Life Insurance Company | $808,738 | $691,027 | $92,638 | $119,167 |
| Home Insurance Company | $167,738 | $100,509 | $0 | $8,000 |
| Individual Assurance Co., Life Health & Accident | $3,701,800 | $3,701,800 | $1,483,777 | $292,907 |
| Insurance Company of North America | $872,257 | $634,052 | $26,868,768 | $9,424,084 |
| Isla Insurance Company | $295,501 | $260,161 | $0 | $0 |
| John Alden Life Insurance Company | $295,943 | $295,943 | $15,235 | $0 |
| John Hancock Mutual Life Insurance Company | $2,099,705 | $2,099,950 | $833,192 | $536,836 |
| John Hancock Variable Life Insurance Company | $90,932 | $90,932 | $11,595 | $0 |
| Knights of Columbus | $11,126 | $11,126 | $0 | $0 |
| Liberty National Life Insurance Company | $77,354 | $77,354 | $15,779 | $15,784 |
| LifeUSA Insurance Company | $12,076 | $12,076 | $0 | $0 |
| Lincoln Benefit Life Company | $41,491 | $41,491 | $29,790 | $0 |
| Lincoln National Life Insurance Company | $2,190,820 | $2,177,540 | $1,120,340 | $249,782 |
| Manufacturers Life Insurance Company | $70,435 | $70,435 | $1,355 | $15,801 |
| Merrill Lynch Life Insurance Company | $90,799 | $90,799 | $261,691 | $0 |
| Midland National Life Insurance Company | $162,316 | $162,316 | $53,971 | $25,356 |
| Monumental Life Insurance Company | $103,744 | $103,744 | $0 | $0 |
| National Union Fire Ins. Co. of Pittsburgh, PA. | $29,882,000 | $30,508,000 | $20,992,000 | $10,138,000 |
| Nauru Insurance Corporation | $46,268 | $406,218 | $880,384 | $2,661,769 |
| New Zealand Insurance Company, Limited | $5,665,518 | $5,188,183 | $1,829,017 | $1,592,291 |

**61**

Case 1:07-cv-00024     Document 94-5     Filed 04/29/2008     Page 2 of 28

**(1995)** COPY

# THIRTY-SEVEN

# ANNUAL REPORT

## Of The

# INSURANCE

# COMMISSIONER

*Joseph T. Duenas*
*Insurance Commissioner*

"J"

# SUMMARY

## COMPANY EXHIBITS OF PREMIUMS AND LOSSES ON ALL CLASSES OF INSURANCE BUSINESS IN GUAM DURING THE YEAR ENDING DECEMBER 31, 1995

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| Dongbu Insurance Company Ltd | 8,824,483 | 8,785,172 | 2,468,112 | 4,186,872 |
| Federal Insurance Company | 192,916 | 224,458 | 1,890 | (9,505) |
| FHP Life Insurance Company | 80,910 | 80,910 | 10,000 | 10,000 |
| Fidelity & Deposit Company of Maryland | 54,602 | 232,496 | 0 | 40,945 |
| Financial Security Assurance of Maryland Inc | 0 | 84,855 | 0 | 0 |
| First American Title Insurance Company | 208,949 | 203,489 | 7,585 | (25,041) |
| First Colony Life Insurance Company | 44,302 | 44,302 | 31,941 | 0 |
| First National Life Insurance Co of America | 41,187 | 41,187 | 0 | 0 |
| Fremont Life Insurance Company | 1,287,074 | 1,335,914 | 1,071,074 | 447,204 |
| General Insurance Company of America | 300 | 303 | 0 | (102) |
| GMHP Health Insurance, LTD. | 1,695,956 | 1,922,297 | 741,349 | 1,141,349 |
| Grand Pacific Life Insurance Company, LTD. | 1,474,980 | 1,476,661 | 680,628 | 320,231 |
| Gulf Insurance Company | 439,286 | 503,193 | 0 | 0 |
| Hartford Life & Accident Insurance Company | 355,977 | 356,022 | 779,630 | 313,258 |
| Heritage Life Insurance Company | 852,028 | 790,766 | 121,113 | 113,354 |
| Individual Assurance Co., Life Health & Accident | 2,080,109 | 2,080,109 | 787,781 | 96,027 |
| Insurance Company of North America | 91,254 | 114,143 | 2,587,658 | 145,693 |
| Intercargo Insurance Company | 117,658 | 72,389 | 0 | 22,484 |
| Isla Insurance Company | 280,275 | 236,866 | 0 | 0 |
| John Alden Life Insurance Company | 192,819 | 192,819 | 35,391 | 0 |
| John Hancock Mutual Life Insurance Company | 2,304,101 | 2,307,186 | 644,289 | 307,326 |
| John Hancock Variable Life Insurance Company | 93,481 | 93,481 | 58,846 | 0 |
| Knights Of Columbus | 11,836 | 11,836 | 6,314 | 6,232 |
| Liberty National Life Insurance Company | 77,250 | 77,250 | 2,394 | 0 |

# (1996)
# THIRTY-EIGHT
# ANNUAL REPORT
# OF THE
# INSURANCE
# COMMISSIONER

# JOSEPH T. DUENAS
## INSURANCE COMMISSIONER



# SUMMARY

## COMPANY EXHIBITS OF PREMIUMS AND LOSSES ON ALL CLASSES OF INSURANCE
## BUSINESS IN GUAM DURING THE YEAR ENDING DECEMBER 31, 1996

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| Chung-Kuo Insurance Company Ltd | 21,108,150 | 21,557,127 | 8,828,014 | 10,765,681 |
| Connecticut General Life Insurance Company | 284,714 | 279,187 | 572,882 | 560,498 |
| Continental Assurance Company | 15,409 | 15,409 | 2,460 | 30,205 |
| Crown Life Insurance Company | 57,968 | 67,411 | 5,732 | 8,232 |
| Continental Insurance Company | 649,072 | 124,640 | 0 | 0 |
| Dai-Tokyo Fire & Marine Insurance Co, Ltd The | 9,375,043 | 9,330,008 | 2,016,920 | 2,452,986 |
| Doctors Company An Interinsurance Exchange | 369,827 | 484,734 | 0 | 164,056 |
| Dongbu Insurance Company Ltd | 8,931,949 | 8,888,963 | 3,409,832 | 2,377,202 |
| FAI (NZ) General Insurance Co | 636,584 | 326,153 | 11,934 | 41,923 |
| Family Life Insurance Company | 2,874 | 2,874 | 0 | 0 |
| Federal Insurance Company | 5,238 | 91,546 | 70,176 | 55,543 |
| FHP Life Insurance Company | 55,339 | 55,339 | 13,250 | 13,250 |
| Fidelity & Deposit Company of Maryland | 17,665 | 102,922 | 0 | (65,148) |
| Financial Security Assurance of Maryland Inc | 0 | 58,342 | 0 | 0 |
| First American Title Insurance Company | 180,904 | 176,324 | 978,933 | 730,115 |
| First Colony Life Insurance Company | 66,630 | 66,630 | 120,100 | 0 |
| First National Life Insurance Co of America | 89,465 | 89,465 | 1,563 | 0 |
| Fortis Benefits Insurance Company | 2,058 | 2,058 | 0 | 0 |
| Fremont Life Insurance Company | 548,340 | 685,814 | 773,143 | 468,903 |
| General Insurance Company of America | 2,800 | 2,200 | 0 | 128 |
| GMHP Health Insurance, LTD. | 4,127,978 | 4,196,320 | 2,552,652 | 3,222,652 |
| Golden Rule Insurance Company | 5,082 | 5,012 | 0 | 0 |
| Grand Pacific Life Insurance Company, LTD. | 1,729,556 | 1,745,560 | 555,633 | 143,851 |

60

# (1997)

# THIRTY-NINTH

# ANNUAL REPORT

# Of The

# INSURANCE

# COMMISSIONER



"L"

# SUMMARY

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| Central States Health & Life Co of Omaha | 17,280 | 19,242 | 3,685 | 1,975 |
| Central States Indemnity Co of Omaha | 41,813 | 41,813 | 17,984 | 26,138 |
| Chubb Life Insurance Co of America | 2,232,850 | 2,232,888 | 278,555 | 167,473 |
| Chung-Kuo Insurance Co Ltd | 20,006,898 | 20,658,180 | 10,395,773 | 16,111,636 |
| Connecticut General Life Insurance Co | 110,585 | 110,677 | 352,303 | 336,717 |
| Conseco Life Insurance Co | 1,020,509 | 1,020,509 | 100,450 | 300,000 |
| Continental Assurance Co | 13,894 | 13,894 | 2,995 | 11,801 |
| Continental Insurance Co | 0 | 524,432 | 0 | C |
| Crown Life Insurance Co | 11,616 | 21,059 | 87,926 | (1,266 |
| Dai-Tokyo Fire & Marine Insurance Co, Ltd | 8,556,204 | 9,076,096 | 2,666,451 | 8,296,32 |
| Doctors Company An Interinsurance Exchange | 218,796 | 132,132 | 0 | 194,31 |
| Dongbu Insurance Co Ltd | 8,488,068 | 8,665,620 | 3,792,420 | 6 401,4: |
| Family Life Insurance Co | 3,137 | 3,137 | 0 | |
| Federal Insurance Co | 168,960 | 152,771 | 4,546 | 7,9 |
| Fidelity & Deposit Co of Maryland | 53,483 | 43,876 | 0 | (26,5 |
| Fireman's Fund Insurance Co | 263,531 | 48,798 | 0 | 4,: |
| First American Title Insurance Co | 236,365 | 230,816 | 284,503 | 374; |
| First Colony Life Insurance Co | 63,117 | 63,117 | 0 | |
| First National Life Insurance Co of America | 95,212 | 95,212 | 7,792 | |
| Fortis Benefits Insurance Co | 16,020 | 16,020 | 0 | |
| Fremont Life Insurance Co | 10,426 | 10,426 | 10,814 | |

64

COPY

# (1998)
# FORTIETH

# ANNUAL REPORT

# Of The

# INSURANCE

# COMMISSIONER

EXHIBIT "M"

# TITLE

## EXHIBITS OF PREMIUM AND LOSSES
## BUSINESS IN GUAM DURING THE YEAR ENDED DECEMBER 31, 1998

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| First American Title Insurance Company | 182,518 | 177,721 | 173,686 | (70,643) |
| Stewart Title Guaranty Company | 168,013 | 181,073 | 21,836 | 122,519 |
| Ticor Title Insurance Company | 852,162 | 812,842 | 285,777 | 88,909 |
| Total | 1,202,693 | 1,171,636 | 481,299 | 140,785 |

COPY

# 1999

# FORTY-FIRST

# ANNUAL REPORT

# Of The

# INSURANCE

# COMMISSIONER



## SUMMARY OF TOTAL LINES WRITTEN PER PROPERTY & CASUALTY COMPANY
## FOR THE YEAR ENDED DECEMBER 31, 1999

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| **First American Title Insurance Company** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | | | | |
| Miscellaneous (Title) | 212,205 | 207,175 | 184,736 | 203,139 |
| Total | 212,205 | 207,175 | 184,736 | 203,139 |
| **General Insurance Company of America** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | 300 | 377 | | 132 |
| Surety | | | | |
| Miscellaneous | | | | |
| Total | 300 | 377 | - | 132 |

*68*

# (2000)

# FORTY-SECOND

# ANNUAL REPORT

# Of The

# INSURANCE

# COMMISSIONER

"Q"

## SUMMARY OF TOTAL LINES WRITTEN PER PROPERTY & CASUALTY COMPANY
### FOR THE YEAR ENDED DECEMBER 31, 2000

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| **Fireman's Fund Insurance Company** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | 59,667 | 92,443 | | 20 |
| Surety | | | | |
| Miscellaneous | | | | |
| **Total** | 59,667 | 92,443 | - | 20 |
| | | | | |
| **First American Title Insurance Company** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | 274,651 | 269,334 | 147,696 | 85,121 |
| Miscellaneous (Title) | | | | |
| **Total** | 274,651 | 269,334 | 147,696 | 85,121 |

68

# (2001)

# FORTY-THIRD

# ANNUAL REPORT

# Of The

# INSURANCE

# COMMISSIONER

"P"

## SUMMARY OF TOTAL LINES WRITTEN PER PROPERTY & CASUALTY COMPANY
### FOR THE YEAR ENDED DECEMBER 31, 2001

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| **First American Title Insurance Company** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | 356,139 | 348,228 | 54,536 | (12,101) |
| Miscellaneous (Title) | | | | |
| **Total** | 356,139 | 348,228 | 54,536 | (12,101) |
| | | | | |
| **First Net Insurance Company** | | | | |
| Fire | 672,868 | 43,315 | 56,935 | 63,873 |
| Allied Lines | 1,049,861 | 62,481 | 4,000 | 35,938 |
| Homeowners Multiple Peril | 654,124 | 52,682 | 104,869 | 127,425 |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | 3,554 | 892 | | |
| Financial Guaranty | | | | |
| Medical Malpractice | 35,685 | 1,834 | | 178,525 |
| Earthquake | 326,311 | 8,590 | | 64,833 |
| Group Accident & Health | 7,458 | 4,783 | | |
| Workers Compensation | 195,073 | 201,433 | 177,615 | 426,247 |
| Other Liability | 253,617 | 221,077 | 62,520 | 464,713 |
| Private Passenger Auto Liability | 371,342 | 513,093 | 393,247 | 25,051 |
| Commercial Auto Liability | 61,563 | 77,471 | 22,277 | 254,079 |
| Private Passenger Auto Physical Damage | 635,531 | 718,072 | 234,376 | 17,660 |
| Commercial Auto Physical Damage | 77,736 | 97,453 | 7,735 | |
| Fidelity | | 942 | | |
| Surety | 940 | 102 | | 16,022 |
| Miscellaneous | 60,002 | 7,866 | 16,022 | |
| **Total** | 4,405,665 | 2,012,086 | 1,079,596 | 1,674,366 |

# (2002)

# FORTY-FOURTH

# ANNUAL REPORT

# Of The

# INSURANCE

# COMMISSIONER

"Q"

# SUMMARY OF TOTAL LINES WRITTEN PER PROPERTY & CASUALTY COMPANY
## FOR THE YEAR ENDED DECEMBER 31, 2002

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| **Financial Security Assurance Inc** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | - | 1,049,894 | - | - |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | | | | |
| Miscellaneous | | | | |
| Total | - | 1,049,894 | - | - |
| | | | | |
| **First American Title Insurance Co** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | | | | |
| Miscellaneous (Title) | 201,117 | 196,131 | 67,407 | (26,425) |
| Total | 201,117 | 196,131 | 67,407 | (26,425) |

60

# (2003)

# FORTY-FIFTH

# ANNUAL REPORT

# Of The

# INSURANCE

# COMMISSIONER

"R"

# SUMMARY OF TOTAL LINES WRITTEN FOR PROPERTY & CASUALTY COMPANY
## FOR THE YEAR ENDED DECEMBER 31, 2003

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| **First American Title Insurance Co** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | 432,560 | 420,601 | 69,195 | 82,663 |
| Miscellaneous (Title) | | | | |
| **Total** | 432,560 | 420,601 | 69,195 | 82,663 |
| | | | | |
| **First Net Insurance Company** | 426,540 | 82,888 | 6,351,083 | 37,903 |
| Fire | 830,240 | 206,315 | 9,506 | 5,071 |
| Allied Lines | 662,089 | 148,371 | 36,056 | (7,520) |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | 2,774 | 1,190 | - | (3,545) |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | - | (937) |
| Medical Malpractice | 10,332 | 484 | - | 59,562 |
| Earthquake | 179,037 | 11,915 | 141,141 | (2,396) |
| Group Accident & Health | 15,781 | 6,014 | - | 177,521 |
| Workers Compensation | 316,806 | 266,971 | 122,063 | (13,798) |
| Other Liability | 300,554 | 175,527 | 6,863 | 210,080 |
| Private Passenger Auto Liability | 220,949 | 153,333 | 196,479 | 29,496 |
| Commercial Auto Liability | 81,073 | 60,220 | 24,344 | 79,256 |
| Private Passenger Auto Physical Damage | 499,170 | 361,567 | 151,880 | 18,795 |
| Commercial Auto Physical Damage | 94,229 | 67,036 | 17,454 | (454) |
| Fidelity | - | - | - | (79) |
| Surety | 950 | 156 | - | 4,749 |
| Miscellaneous | 86,153 | 18,099 | 5,545 | |
| **Total** | 3,726,677 | 1,560,086 | 7,062,414 | 593,704 |

# (Year 2004)

# FORTY-SIXTH(46th)

# ANNUAL REPORT

# Of The

# INSURANCE COMMISSIONER

"S"

# SUMMARY OF TOTAL LINES WRITTEN PER PROPERTY & CASUALTY COMPANY
## FOR THE YEAR ENDED DECEMBER 31, 2004

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| **Financial Security Assurance Inc** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | - | 332,598 | - | - |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | | | | |
| Miscellaneous | | | | |
| | - | 332,598 | - | - |
| **Total** | | | | |
| | | | | |
| **First American Title Insurance Co** | | | | |
| Fire | | | | |
| Allied Lines | | | | |
| Homeowners Multiple Peril | | | | |
| Commercial Multiple Peril | | - | | |
| Commercial Multiple Peril (Liability Portion) | | | | |
| Ocean Marine and Inland Marine | | | | |
| Financial Guaranty | | | | |
| Medical Malpractice | | | | |
| Earthquake | | | | |
| Group Accident & Health | | | | |
| Workers Compensation | | | | |
| Other Liability | | | | |
| Private Passenger Auto Liability | | | | |
| Commercial Auto Liability | | | | |
| Private Passenger Auto Physical Damage | | | | |
| Commercial Auto Physical Damage | | | | |
| Fidelity | | | | |
| Surety | | | | |
| Miscellaneous (Title) | 1,563,121 | 1,563,121 | 122,153 | 255,400 |
| **Total** | 1,563,121 | 1,563,121 | 122,153 | 255,400 |

51

# (Year 2005)

# FORTY-SEVENTH (47th)

# ANNUAL REPORT

# Of The

# INSURANCE COMMISSIONER

"T"

# TITLE

TY-WIDE EXHIBITS OF PREMIUMS AND LOSSES ON ALL CLASSES OF INSURANCE
BUSINESS IN GUAM DURING THE YEAR ENDED DECEMBER 31, 2005
PROPERTY AND CASUALTY COMPANIES

| INSURERS | DIRECT PREMIUMS WRITTEN | DIRECT PREMIUMS EARNED | DIRECT LOSSES PAID | DIRECT LOSSES INCURRED |
|---|---|---|---|---|
| First American Title Insurance Co | 1,454,891 | 98,215 | 152,344 | 214,844 |
| Old republic National Title Ins | - | - | 606 | 102 |
| Stewart Title Guaranty Co | 1,141,952 | 1,141,952 | (97,646) | (97,213) |
| Ticor Title Insurance Company | 557 | 557 | 208,408 | (202,725) |
| TOTAL | 2,597,400 | 1,240,724 | 263,712 | (84,992) |

# Department of Revenue and Taxation
## Organizational Chart



**GOVERNOR**

Boards and Commissions

**DIRECTOR**

INS., BANKING COMISSIONER

Senior Economist

**DEPUTY DIRECTOR**

Systems and Prog Support

Chief of Administration

**DEPUTY TAX COMISSIONER**

Technical Research & Appeals Bureau

**Tax Enforcement Division**
- Criminal Investigation
- Examination
- Collection

**Taxpayer Service Division**
- Income Tax and Processing
- Electronic Data Processing/SWICA
- Business Privilege Tax
- Accounting
- Central File

**Real Property Tax Division**
- Real Property Tax Appraisal
- Real Property Tax Assessment

**Motor Vehicle Division**
- Driver's License Examination
- Vehicle Registration
- Motor Carrier

**Regulatory Division**
- Insurance, Banking, Sec. & Real Estate
- General Licensing
- Compliance
- Weights & Measure



"u"

# *First American Title Insurance Company*

## Status History

| | |
|---|---|
| Claim Handler | DWD |
| National Claim # | 061151169 |
| Claim Name | CYFRED |

| | |
|---|---|
| Local Claim # | PAT02117763 |
| State | NORTH PACIFIC (GUAM/SAIP/ |
| County | GUAM |

| | |
|---|---|
| Initial Response | INVESTIGATION |
| Current Response | INVESTIGATION |
| Salvage Asset | No |
| Special Info | |
| Case Name | KINI B. SANANAP VS. CYFRED, LTD |
| Litigation Type | FORECLOSURE |

**Company Named Defendant**  No

**Resume of Facts**  INSURED DEVELOPED A RESIDENTIAL SUBDIVISION. WHEN INSURED INSTITUTED FORECLOSURE FOR NON-PAYMENT, THE HOMEOWNERS ALLEGED THAT THE PROPERTY WAS NOT IN COMPLIANCE WITH CODE REQUIREMENTS. CYFRED TENDERED THE CLAIM BASED ON AN ALLEGED DEFECT IN ITS MORTGAGE WHICH WAS INSURED BY FIRST AMERICAN. WE ARE INVESTIGATING WHETHER THERE IS ANY COVERAGE.

### Status Entries

| Date | Handler | Entry |
|---|---|---|
| 3/12/2007 | DWD | WE ARE WAITING FOR ADDITIONAL DOCUMENTS FROM THE INSURED IN SUPPORT OF HIS CLAIM FOR COVERAGE. |
| 6/1/2007 | DWD | CYFRED HAS PROVIDED NUMEROUS DOCUMENTS WHICH THEY ALLEGE ESTABLISHES COVERAGE FOR THEIR CLAIM. I AM REVIEWING THE DOCUMENTS. |
| 9/6/2007 | DWD | CYFRED HAS THREATENED TO SUE FOR BAD FAITH. |
| 12/7/2007 | TMANN | AWAITING STATUS FROM CLAIMS HANDLER |
| 3/7/2008 | TMANN | AWAITING STATUS FROM CLAIMS HANDLER |

| Quarterly Reserve Activity | Date | | Reserve Type | Amount |
|---|---|---|---|---|
| | 01/01/2008 | 4 | EXPENSE RESERVES | $100,000.00 |

| Current Reserves | Expense | Settlement | Total |
|---|---|---|---|
| | $85,967.04 | $0.00 | $85,967.04 |

Retained Counsel  1684  DOOLEY, ROBERTS AND F~~~~~

~~~~~ Prepared By ~~~~~

# THE VANDEVELD LAW OFFICES, P.C.

---

### *Mr. Curtis C. Van de veld, Esq.*

### ATTORNEY AT LAW



July 9th 2007

## HAND DELIVERED

Mr. Artemio Ilagan
Acting Banking and Insurance Commissioner
1240 Route 16
Barrigada Heights, Guam 96913

**RE:** Freedom of Information - Sunshine Law Request – 5 G.C.A. Chapter 10 –
In Re: Affidavits of Compliance and Approval of Insurance Forms (22 G.C.A. § 18308) and
Approval of Rates (22 G.C.A. § 18501) and Review for Fairness (22 G.C.A. § 18502)..

Dear Commissioner:

This is a request for information under the Sunshine law at 5 G.C.A. Chapter 10 et seq.

Please provide me a copy of the affidavits of compliance, affirming yearly compliance with the Insurance Law of Guam, that each of the below listed companies have filed in Guam, since each has been authorized to issue insurance in Guam. For National Union Fire Insurance Company of Pittsburgh, PA I will need their affidavits of compliance filed before 1990 only, since your office has already provided me with affidavits from 1990 to the present time.

The companies for which I seek this information are listed as follows:
1. American Home Assurance Company; and
2. Delaware American Life Insurance Company; and
3. General Insurance Company of America; and
4. New Hampshire Insurance Company; and
5. National Union Fire Insurance Company of Pittsburgh, PA.; and
6. Pacific Guardian Life Insurance Company, Ltd.; and
7. Safeco Insurance Company of America; and
8. Seabord Surety Company of New York; and
9. St. Paul Fire and Marine Insurance Company; and
10. Stewart Tile Guaranty Company; and
11. First American Title Insurance Company.

Secondly, please provide me with a copy of the "rates, rate schedules, rate plans and methods of computing rates to be applied to any insurance transacted in the Territory of Guam"

SECOND FLOOR · 123 HERNAN CORTES AVENUE · HAGATÑA, GUAM 96910
PHONE (671) 488-0888 · FAX (671) 472-2561

as required by 22 G.C.A. § 18501 that each of the above listed eleven (11) insurers doing business in Guam has filed with the office of the Banking and Insurance Commissioner ("Commissioner") since each has been admitted to issue insurance in Guam.

Thirdly, please provide me with a copy of each analyses to determine that the intended rates "were not excessive or inadequate" or "unfairly discriminatory" conducted by the Commissioner of each rate submitted for the Commissioner's review by each of the above eleven (11) companies which analyses is required by 22 G.C.A. § 18502.

Fourthly please provide me with a copy of the Commissioner's analyses for each rate submitted by each of the above eleven (11) companies giving consideration by the Commissioner "to past and prospective loss experiences, to prevailing hazards, and to underwriting profits, contingencies, expenses and other normal business requirements and factors" as required by 22 G.C.A. § 18502(d) to determine if the rates proposed were not excessive or inadequate.

Fifthly, please provide me with a copy of each insurance policy form for each insurance policy the above eleven (11) companies have submitted to the Commissioner for his review under 22 G.C.A. § 18308 since each has been authorized to issue insurance policies in Guam.

Sixthly, please provide me a copy of the Commissioner's "study" of each of the forms submitted by each of the above eleven (11) companies since being admitted to transact insurance in Guam which "study" was to evaluate each form to determine if the forms were fraudulent, contained misrepresentations or "other forms of unfairness" to the insured as required by 22 G.C.A. § 18308.

Please let me know if you need further information from me to provide the requested information.

Thanking you in advance for your cooperation.

Sincerely,

Curtis Van de Veld