THE VANDEVELD LAW OFFICES, P.C.
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office:     (671) 472-4396/488-0888
Facsimile: (671) 472-2561

*Attorney for Plaintiffs:*
  Cyfred, Ltd., Class,
  Deceptive Acts Subclass
  Denied Claims Subclass.

**FILED**
DISTRICT COURT OF GUAM
APR 29 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), inclusive,<br><br>Defendants. | Civil Case No. 07-00024<br><br>**DECLARATION OF GERALDINE MENDIOLA IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE COMPANY'S MEMORANDUM IN OPPOSITION TO CYFRED'S MOTION FOR CLASS CERTIFICATION** |

COMES NOW Geraldine M. Mendiola who states the following under penalty of perjury under the laws of Guam all as follows:

1. I am over the age of twenty-one (21) years old and am competent to testify to the matters contained herein based on my personal knowledge, or on my information and belief, and that the stated facts are true and correct; and

2. I am President of Cyfred, Ltd. the representative plaintiff in this action; and

3. Cyfred has a net worth of less than twenty-five million dollars ($25,000,000.00).

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF GERALDINE MENDIOLA IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST
AMERICAN TITLE INSURANCE COMPANY'S OPPOSITION TO CYFRED'S MOTION FOR CLASS
CERTIFICATION
Civil Case No.07-00024                                                                                                           Page 1

Case 1:07-cv-00024   Document 95   Filed 04/29/2008   Page 1 of 2

ORIGINAL

FURTHER YOUR DECLARANT SAYETH NAUGHT this 29TH day of March 2007 under penalty of perjury of the laws of Guam pursuant to 6 G.C.A. §4308 swearing and affirming that the foregoing is true and correct to the best of my personal knowledge and belief. I further declare that as to all matters stated herein to be based on belief that I believe those matters to be true.

_____
Geraldine M. Mendiola

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
DECLARATION OF GERALDINE MENDIOLA IN SUPPORT OF CYFRED, LTD.'S REPLY TO FIRST AMERICAN TITLE INSURANCE COMPANY'S OPPOSITION TO CYFRED'S MOTION FOR CLASS CERTIFICATION
Civil Case No.07-00024
Page 2

Case 1:07-cv-00024   Document 95   Filed 04/29/2008   Page 2 of 2