DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

FILED
DISTRICT COURT OF GUAM

JUN 0 5 2008 R-D

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**STATEMENT RE: AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the undersigned counsel asserts the following:

1.  I am the attorney for the Defendant First American Title Insurance Company in this matter.

2.  I made attempts to contact Plaintiff's counsel, Curtis Van de veld, to obtain an agreement on a hearing date for Defendant First American Title Insurance Company's Defendant's

Motion to Compel Further Responses to Interrogatories and Depositions Pursuant to Fed. R. Civ. P. 37(a).

3. On May 14, 2008, I advised Plaintiff that the court can hear Defendant's motion on June 12, 2008. A copy is attached as Exhibit A.

4. On May 28, 2008, Plaintiff advised that June 12, 2008, was "not convenient" and requested a two (2) week delay. A copy is attached as Exhibit B.

5. On May 30, 2008, I wrote to Plaintiff suggesting a hearing sometime after July 4. A copy is attached as Exhibit C.

6. Plaintiff has not responded to my letter of May 30, 2008.

7. I therefore request that the Court set a hearing date on Defendant's Motion to Compel Further Responses to Interrogatories and Depositions Pursuant to Fed. Civ. P. 37(a).

Dated: June 5, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company

# CERTIFICATE OF SERVICE

I, **David W. Dooley**, hereby declare that on June 5 , 2008, I caused a copy of the Statement Re: Agreement of Hearing Date on Defendant's Motion to Compel Further Responses to Interrogatories and Depositions Pursuant to Fed. R. Civ. P. 37(a), to be served upon the following via hand delivery:

> Curtis C. Van de Veld, Esq.
> The Van de Veld Law Office, P.C.
> 2nd Floor, Historical House
> 123 Hernan Cortes Ave.
> Hagåtña, Guam 96910
>
> Wilfred R. Mann, Esq.
> Berman, O'Connor & Mann
> Bank of Guam Bldg., Suite 503
> 111 Chalan Santo papa
> Hagåtña, Guam 96910

Dated: June 5, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company



**DOOLEY ROBERTS & FOWLER LLP**
ATTORNEYS AT LAW

| | | |
|---|---|---|
| DAVID W. DOOLEY | SUITE 201, ORLEAN PACIFIC PLAZA | Of Counsel: |
| TIM ROBERTS | 865 SOUTH MARINE CORPS DRIVE | MELINDA C. SWAVELY |
| KEVIN J. FOWLER | TAMUNING, GUAM 96913 | |
| JON A. VISOSKY | TELEPHONE: (671) 646-1222 | |
| SETH FORMAN | FACSIMILE: (671) 646-1223 | Writer's Direct Email: |
| | www.GuamLawOffice.com | Dooley@GuamLawOffice.com |

May 14, 2008

<u>VIA FACSIMILE</u>

Curtis C. Van de Veld, Esq.
**The Vandeveld Law Offices, P.C.**
Second Floor
123 Hernan Cortes Avenue
Hagåtña, GU 96910
Facsimile No. 472-2561

   Re: *Cyfred, Ltd. v. First American Title Insurance Company, et al.*
     *District Court of Guam Civil Case No. 07-00024*

Dear Curtis:

The court has advised me that it can hear our motion to compel on June 12, 2008 at 10:00 a.m. Is this convenient for you?

         Sincerely,

         DOOLEY ROBERTS & FOWLER LLP

         David W. Dooley

cc: Darci F. Madden, Esq.

**EXHIBIT A**

· DRF  ax:6461223

\*\*\* Transmit Conf.Report \*\*\*

P. 1                                                                                              May 14 '08   15:44

| Telephone Number | Mode | Start    | Time  | Pages | Result | Note |
|------------------|------|----------|-------|-------|--------|------|
| 4722561          | FINE | 14,15:44 | 0'14" | 1     | # O K  |      |

# DOOLEY ROBERTS & FOWLER LLP
## ATTORNEYS AT LAW

DAVID W. DOOLEY
TIM ROBERTS
KEVIN J. FOWLER
JON A. VISOSKY
SETH FORMAN

SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913
TELEPHONE: (671) 646-1222
FACSIMILE: (671) 646-1223
www.GuamLawOffice.com

Of Counsel:
MELINDA C. SWAVELY

Writer's Direct Email:
Dooley@GuamLawOffice.com

May 14, 2008

VIA FACSIMILE

Curtis C. Van de Veld, Esq.
**The Vandeveld Law Offices, P.C.**
Second Floor
123 Hernan Cortes Avenue
Hagåtña, GU 96910
Facsimile No. 472-2561

Re:  *Cyfred, Ltd. v. First American Title Insurance Company, et al.*
     *District Court of Guam Civil Case No. 07-00024*

Dear Curtis:

The court has advised me that it can hear our motion to compel on June 12, 2008 at 10:00 a.m. Is this convenient for you?

Sincerely,

DOOLEY ROBERTS & FOWLER LLP

[signature]

David W. Dooley

# THE VANDEVELD LAW OFFICES, P.C.

*Mr. Curtis C. Van de veld, Esq.*
*Attorney and Counselor At Law*

May 28th 2008

**VIA FACSIMILE**
(671) 646-1223

David Dooley, Esq.
Dooley Roberts & Fowler, LLP.
Suite 201, Orleans Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96931

RE: *Cyfred Ltd. et al. v. First American Title Insurance & Escrow Co.*, District Court of Guam
Case No. CIV07-00024 – Your Letter Dated May 14th 2008

Dear Dave:

I have been off-island and recently returned. I was not able to read the pleadings you served in the above matter to compel production of documents.

I have therefore not researched and written an opposition to the motion and will need more time to do so. I am also in the process of preparing substantial findings of fact and conclusions of law after a nearly year long trial in *Sananap et al. v. Cyfred, Ltd. et al.*, Superior Court of Guam Civil Case No. CV1448-02.

As a result, your suggested date for arguing First American's motion to compel, of June 12th 2008, is not convenient for me, and I suggest a two (2) week delay.

Please let me know if this is acceptable by return facsimile with the new suggested date. I will respond promptly.

Sincerely,

Curtis C. Van de veld, Esq.
Attorney for Cyfred, Ltd. & the
Proposed Class

Historical House, Second Floor, 123 Heman Cortes Avenue, Hagåtña, Guam 96910
Office: 671.488.0888, 671.472.4396 or 671.477.2020; Facsimile: 671.472.2561

**EXHIBIT B**
Case 1:07-cv-00024   Document 97   Filed 06/05/2008   Page 6 of 8



# DOOLEY ROBERTS & FOWLER LLP
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| DAVID W. DOOLEY<br>TIM ROBERTS<br>KEVIN J. FOWLER<br>JON A. VISOSKY<br>SETH FORMAN | SUITE 201, ORLEAN PACIFIC PLAZA<br>865 SOUTH MARINE CORPS DRIVE<br>TAMUNING, GUAM 96913<br>TELEPHONE: (671) 646-1222<br>FACSIMILE: (671) 646-1223<br>www.GuamLawOffice.com | Of Counsel:<br>MELINDA C. SWAVELY<br><br>Writer's Direct Email:<br>Dooley@GuamLawOffice.com |

May 30, 2008

VIA FACSIMILE

Curtis C. Van de Veld, Esq.
**The Vandeveld Law Offices, P.C.**
Second Floor
123 Hernan Cortes Avenue
Hagåtña, GU 96910
Facsimile No. 472-2561

> Re: *Cyfred, Ltd. v. First American Title Insurance Company, et al.*
> *District Court of Guam Civil Case No. 07-00024*

Dear Curtis:

Pursuant to your request, I can agree to give you an extension until June 11 to respond to our motion to compel. However, that is conditioned upon our having until June 27 to file a reply as my co-counsel will be on vacation during the week of June 16. If this is acceptable, please prepare a stipulation and order.

I will try to obtain a hearing date sometime after July 4. Are there any particular days which are inconvenient for you during that time period?

Sincerely,

DOOLEY ROBERTS & FOWLER LLP

**David W. Dooley**

cc: Darci F. Madden, Esq.

EXHIBIT C
Case 1:07-cv-00024  Document 97  Filed 06/05/2008  Page 7 of 8

DRF                    Fax:6461223

\*\*\* Transmit Conf.Report \*\*\*

P.1                                                          May 30 '08   13:51

| Telephone Number | Mode | Start   | Time  | Pages | Result | Note |
|------------------|------|---------|-------|-------|--------|------|
| 4722561          | FINE | 30,13:50| 0'16" | 1     | # O K  |      |

# DOOLEY ROBERTS & FOWLER LLP
## ATTORNEYS AT LAW

DAVID W. DOOLEY  
TIM ROBERTS  
KEVIN J. FOWLER  
JON A. VISOSKY  
SETH FORMAN  

SUITE 201, ORLEAN PACIFIC PLAZA  
865 SOUTH MARINE CORPS DRIVE  
TAMUNING, GUAM 96913  
TELEPHONE: (671) 646-1222  
FACSIMILE: (671) 646-1223  
www.GuamLawOffice.com  

Of Counsel:  
MELINDA C. SWAVELY  

Writer's Direct Email:  
Dooley@GuamLawOffice.com  

May 30, 2008

VIA FACSIMILE

Curtis C. Van de Veld, Esq.  
**The Vandeveld Law Offices, P.C.**  
Second Floor  
123 Hernan Cortes Avenue  
Hagåtña, GU 96910  
Facsimile No. 472-2561  

Re: *Cyfred, Ltd. v. First American Title Insurance Company, et al.*  
*District Court of Guam Civil Case No. 07-00024*

Dear Curtis:

Pursuant to your request, I can agree to give you an extension until June 11 to respond to our motion to compel. However, that is conditioned upon our having until June 27 to file a reply as my co-counsel will be on vacation during the week of June 16. If this is acceptable, please prepare a stipulation and order.

I will try to obtain a hearing date sometime after July 4. Are there any particular days which are inconvenient for you during that time period?

Sincerely,

DOOLEY ROBERTS & FOWLER LLP