DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI, and DOES 1-298,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**ORDER**<br>Setting Hearing on Motion to Compel |

The parties having been unable to agree on a date to hear argument on First Amercian Title Insurance Company's Motion to Compel (Docket No. 96), the court hereby schedules the matter for hearing on August 14, 2008, at 10:00 a.m. The court is aware that Plaintiff's counsel Curtis Van de veld was involved in a protracted trial before the Superior Court of Guam, and this may explain his failure to timely respond the First American's discovery requests. Accordingly, the court directs the parties to again meet and confer in a *good faith effort* to resolve this dispute. If the parties are unable to reach a resolution, then the Plaintiff shall file no later than July 25, 2008, its contentions of law with respect to the issues raised in the motion to compel. First American may file a response thereto no later than August 1, 2008.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jul 03, 2008**