DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

**FILED**
DISTRICT COURT OF GUAM

JUL 0 9 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CIVIL CASE NO. 07-00024

**REQUEST FOR LEAVE FOR OFF-ISLAND COUNSEL TO PARTICIPATE TELEPHONICALLY IN HEARING ON MOTION TO COMPEL**

Defendant First American Title Insurance Company ("First American") requests that

attorney Darci F. Madden, whose *pro hac vice* application has been approved by this court, be

permitted to participate electronically by telephone in the hearing on First American's motion to

compel on August 14, 2008. Ms. Madden is based in St. Louis, Missouri, and will be unable to

**ORIGINAL**

travel to Guam for the hearing. Ms. Madden's telephone number is (314) 567-0547. First American's local counsel will be present at the hearing.

Dated this ___ day of July, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____

**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company