DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

FILED
DISTRICT COURT OF GUAM

JUL 0 9 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **David W. Dooley**, hereby declare that on July 9, 2008, I caused a copy of the Defendant's Request for Leave for Off-Island Counsel to Participate Telephonically in Hearing on Motion to Compel and [Proposed] Order Re: Telephonic Participation of Off-Island Counsel, to be served upon the following via hand delivery:

///

ORIGINAL

Curtis C. Van de veld, Esq.
The Van de Veld Law Office, P.C.
2nd Floor, Historical House
123 Hernan Cortes Ave.
Hagåtña, Guam 96910

Wilfred R. Mann, Esq.
Berman, O'Connor & Mann
Bank of Guam Bldg., Suite 503
111 Chalan Santo papa
Hagåtña, Guam 96910

Dated this 9 day of July, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
David W. Dooley
Attorneys for Defendant
First American Title Insurance Company