DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>　　　　Defendant. | CIVIL CASE NO. 07-00024<br><br>**ORDER** RE:<br><br>REPORT AND RECOMMENDATION RE MOTION TO DISMISS OR QUASH RETURN OF SERVICE OF SUMMONS |

Presently before the court is the Defendant's Motion to Dismiss or Quash Return of Service of Summons. Docket No. 4. The Magistrate Judge reviewed the submission and thereafter filed his Report and Recommendations on December 14, 2007. Docket No. 36.

Under 28 U.S.C. § 636(b)(1)(C), the court may accept, reject or modify in whole or in part the Magistrate Judge's findings or recommendations made by the magistrate judge. Finding there has been no objection to the Magistrate Judge's Report and Recommendation and having thoroughly considered the matter and relevant law, the court hereby adopts the Magistrate's Report and Recommendation and denies the above Motion as moot.

**SO ORDERED**.

　　　　　　　　　　　　　　　　/s/ **Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　**Dated: Jul 15, 2008**