THE VANDEVELD LAW OFFICES, P.C.
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396/488-0888
Facsimile: (671) 472-2561

*Attorney for Plaintiff:*
    Cyfred, Ltd., Class,
    Deceptive Acts Subclass
    Denied Claims Subclass

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD for itself and other similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), inclusive,<br><br>    Defendants. | Civil Case No. 07-00024<br><br>**STIPULATION TO ENLARGE TIME FOR PLAINTIFF CYFRED, LTD.** |

COMES NOW Plaintiffs, Cyfred, Ltd. ("Cyfred"), and the putative class members, by and through their counsel **THE VANDEVELD LAW OFFICES, P.C.**, by Curtis C. Van de veld, Esq., and First American Title Insurance Company ("First American") by and through its counsel of record **Dooley, Roberts & Fowler, LLP** by David W. Dooley, Esq., Pacific American Title Insurance & Escrow Company and Manu Melwani, by and through their counsel of record **Berman, O'Connor & Mann** by Wilfred R. Mann, Esq. who hereby stipulate and agree that Cyfred shall have up to and including Friday August 1st 2008, to state its contentions of law with respect to the discovery sought by Defendant First American for the *Agreed Upon Statement Of Issues* for the court.

---
CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
STIPULATION FOR EXTENSION OF TIME
Civil Case No. 07-00024
Case 1:07-cv-00024    Document 102    Filed 07/25/2008    Page 1 of 2    Page 1

Dated this 24th day of July 2008.

THE VANDEVELD LAW OFFICES, P.C.

_____
Curtis C. Van de veld, Esq.
Counsel for Plaintiffs, Cyfred, Ltd., and
Putative Class Members

Dated this 25 day of July 2008.

DOOLEY, ROBERTS & FOWLER, LLP

_____
David W. Dooley, Esq.
Counsel for Defendant
First American Title Insurance Company

Dated this 25th day of July 2008.

BERMAN, O'CONNOR & MANN

_____
Wilfred R. Mann, Esq.
Counsel for Defendants
Pacific American Title Insurance & Escrow Company and Manu Melwani

CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
STIPULATION FOR EXTENSION OF TIME
Civil Case No. 07-00024

Case 1:07-cv-00024   Document 102   Filed 07/25/2008   Page 2 of 2

Page 2