**THE VANDEVELD LAW OFFICES, P.C.**
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396/488-0888
Facsimile: (671) 472-2561

*Attorney for Plaintiff:*
    Cyfred, Ltd., Class,
      Deceptive Acts Subclass
      Denied Claims Subclass

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD for itself and other similarly situated,<br><br>              Plaintiffs,<br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), inclusive,<br><br>              Defendants. | Civil Case No.07-00024<br><br><br><br>**ORDER GRANTING PLAINTIFF CYFRED ENLARGEMENT OF TIME** |

      The court having reviewed the stipulation between Cyfred, Ltd. ("Cyfred"), and defendant First American Title Insurance Company ("First American"), Pacific American Title Insurance & Escrow Company and Manu Melwani wherein the parties agreed to an extension of time for Cyfred to state its contentions of law with respect to the discovery sought by First American for the *Agreed Upon Statement Of Issues* for the court, the court finds good cause exists to enter the following order:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
**ORDER GRANTING PLAINTIFF CYFRED ENLARGEMENT OF TIME**
Civil Case No.07-00024
**Page 1**

Case 1:07-cv-00024    Document 103    Filed 07/28/2008    Page 1 of 2

IT IS HEREBY ORDERED THAT Cyfred shall have up to and including Friday, August 1st 2008, to state contentions of law with respect to the discovery sought by Defendant First American for the *Agreed Upon Statement Of Issues* for the court. Replies, if any, shall be due by Friday, August 8 2008.

SO ORDERED: July 28, 2008 *nunc pro tunc* July 25, 2008



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
**ORDER GRANTING PLAINTIFF CYFRED ENLARGEMENT OF TIME**
Civil Case No.07-00024 **Page 2**
Case 1:07-cv-00024   Document 103   Filed 07/28/2008   Page 2 of 2