THE VANDEVELD LAW OFFICES, P.C.
Historic House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-4396/488-0888
Facsimile: (671) 472-2561

*Attorney for Plaintiffs:*
   Cyfred, Ltd., Class,
   Deceptive Acts Subclass
   Denied Claims Subclass.

FILED
DISTRICT COURT OF GUAM

AUG 0 4 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and ninety-eight (298), inclusive, <br><br> Defendants. | Civil Case No. 07-00024 <br><br> **FIRST FURTHER DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S OPPOSITION TO FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO COMPEL** |

COMES NOW Curtis C. Van de veld, Esq. who states the following under penalty of perjury under the laws of Guam all as follows:

1. I am over the age of twenty-one (21) years old and am competent to testify to the matters contained herein based on my personal knowledge, or on my information and belief, and that the stated facts are true and correct;

2. I am counsel for the plaintiffs in this action;

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
FIRST FURTHER DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S
OPPOSITION TO FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO COMPEL
Civil Case No. 07-00024                                                                                                       Page 1

Case 1:07-cv-00024   Document 107   Filed 08/04/2008   Page 1 of 7

ORIGINAL

3. Attached hereto and incorporated herein by this reference as Exhibit "1" is a true and correct copy of a letter dated August 1st 2008 sent to me by facsimile transmission by David Dooley, Esq. counsel for First American Title Insurance Company ("First American") reneging on First American's written commitment to more narrowly and in greater detail define the areas of intended examination of Cyfred on class certification issues;

4. Attached hereto and incorporated herein by this reference as Exhibit "2" is a true and correct copy of a letter dated August 1st 2008 sent by me through facsimile transmission to David Dooley, Esq. in response to First American reneging on its written agreement resolving issues relating to the taking of Cyfred's deposition on class certification issues.

FURTHER YOUR DECLARANT SAYETH NAUGHT this 1st day of August 2008 under penalty of perjury of the laws of Guam pursuant to 6 G.C.A. §4308 swearing and affirming that the foregoing is true and correct to the best of my personal knowledge and belief. I further declare that as to all matters stated herein to be based on belief that I believe those matters to be true.

Curtis C. Van de veld Esq.
Counsel for Cyfred, Ltd. and the
Proposed Class

CYFRED, LTD., et al., Plaintiffs v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
FIRST FURTHER DECLARATION OF CURTIS C. VAN DE VELD IN SUPPORT OF CYFRED, LTD.'S OPPOSITION TO FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO COMPEL
Civil Case No.07-00024
Page 2

Case 1:07-cv-00024    Document 107    Filed 08/04/2008    Page 2 of 7

## DOOLEY ROBERTS & FOWLER LLP

---

### facsimile transmittal sheet

| To: | From: |
|---|---|
| Curtis Van de veld, Esq. The Vandeveld Law Offices, P.C. | David W. Dooley, Esq. |

| Cc: | Date: |
|---|---|
|  | August 1, 2008 |

| Fax number: | Total no. of pages including cover: |
|---|---|
| (671) 472-2561 | 3 |

| Re: | Sender's reference number: |
|---|---|
| Cyfred, Ltd. v. First American Title Insurance Company, et al., District Court of Guam Civil Case No. 07-00024 | F103.106A |

---

☐ urgent    ☐ for review    ☐ please comment    ☐ please reply    ☐ please recycle

---

**Important Note:** This facsimile is confidential and may be covered by legal professional privilege. It must not be read, copied, disclosed or used by any person other than the above-named addressee. Unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this facsimile in error, please contact us immediately. Thank you

**MESSAGE:**

Please see the attached letter dated August 1, 2008.

SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913
TELEPHONE NO.: (671) 646-1222
FACSIMILE NO.: (671) 646-1223
WRITER'S DIRECT EMAIL ADDRESS: DOOLEY@GuamLawOffice.com

"1"

## DOOLEY ROBERTS & FOWLER LLP
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| DAVID W. DOOLEY<br>TIM ROBERTS<br>KEVIN J. FOWLER<br>JON A. VISOSKY<br>SETH FORMAN | SUITE 201, ORLEAN PACIFIC PLAZA<br>865 SOUTH MARINE CORPS DRIVE<br>TAMUNING, GUAM 96913<br>TELEPHONE: (671) 646-1222<br>FACSIMILE: (671) 646-1223<br>www.GuamLawOffice.com | Of Counsel:<br>MELINDA C. SWAVELY<br><br>Writer's Direct Email:<br>Dooley@GuamLawOffice.com |

August 1, 2008

**VIA FACSIMILE TRANSMISSION**
(671) 472-2561

Curtis C. Van de veld, Esq.
**The Vandeveld Law Offices, P.C.**
Second Floor, Historical Bldg.
123 Hernan Cortez Avenue
Hagatna, Guam 96910

      Re:    *Cyfred, Ltd. v. First American Title Insurance Company et al.*
              *District Court of Guam Civil Case No. 07-00024*

Dear Curtis:

      I have discussed the Rule 30(b)(6) notice of deposition for Cyfred with my co-counsel, Darci Madden. After review, we have come to the conclusion that the notice of deposition is as narrowly drafted as possible. Consequently, we ask that Cyfred designate a witness to testify on its behalf concerning the matters which are listed in the notice. When is a convenient time for the deposition?

      I suspect that you will claim that the notice of deposition requires information which is more appropriate for discovery regarding the merits of the claim rather than class certification. However, we believe that such a position is incorrect. The named plaintiff's claims are always an appropriate subject for class certification discovery. If the claims of the class representative have no merit, then that person is not an adequate class representative. Thus, we believe that the scope of the 30(b)(6) notice is appropriate.

Curtis C. Van de veld, Esq.
The Vandeveld Law Offices, P.C.
August 1, 2008
Page 2

Should you have any questions, please do not hesitate to contact me.

Sincerely,

DOOLEY ROBERTS & FOWLER LLP

David W. Dooley

cc:   Darci F. Madden, Esq.

F103.1043-L08008

# THE VANDEVELD LAW OFFICES, P.C.

### *Mr. Curtis C. Van de veld, Esq.*
### ATTORNEY AT LAW

August 1st 2008

**VIA FACSIMILE**
(671) 646-1223

David Dooley, Esq.
Dooley Roberts & Fowler, LLP.
Suite 201, Orleans Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96931

**RE:** *Cyfred Ltd. et al. v. First American Title Insurance & Escrow Co.*, District Court of Guam
Case No. CIV07-00024 – Cyfred's Deposition - Your Letter of August 1st 2008

Dear Dave:

Yesterday First American Title Insurance Company ("First American") agreed to provide Cyfred with a more narrowly drafted and more detailed Rule 30(b)(6) Notice of Deposition. Less than twenty four hours (24) later, First American has reneged on its written commitment arguing that class certification discovery is synonymous with merits discovery. First American's current position contradicts the position First American urged on the Court to convince the Court to bifurcate discovery between issues related to the merits of the action and those related to class certification.

First American unilaterally and without good cause postponed Cyfred's deposition beyond the discovery cut-off date. Cyfred agreed to its tardy deposition on class certification issues provided that First American more narrowly and in further detail described the areas of intended examination.

Since, First American has reneged on its agreement, and has expressed an intention to depose Cyfred on the merits of the action, Cyfred will not submit to its tardy deposition on the merits of the action. First American should reconsider its most recent position on this issue.

Sincerely,

Curtis Van de veld, Esq.
Counsel for Cyfred, Ltd and the
Proposed Class

SECOND FLOOR • 123 HERNAN CORTES AVENUE • HAGÅTÑA, GUAM 96910
PHONE (671) 472-4396 • FAX (671) 472-2561

"2"

Case 1:07-cv-00024    Document 107    Filed 08/04/2008    Page 6 of 7

# HP Color LaserJet 2840

VLO/Cyfred,Ltd.
(671) 472-2561
Aug-1-2008    6:00PM

invent

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 2281 | 8/ 1/2008 | 5:59:34PM | Send | 6461223 | 0:30 | 1 | OK |

Case 1:07-cv-00024    Document 107    Filed 08/04/2008    Page 7 of 7