DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

**FILED**
DISTRICT COURT OF GUAM

AUG 0 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-129, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**NOTICE OF FILING ELECTRONIC COPY OF DECLARATION OF DARCI F. MADDEN** |

Defendant First American Title Insurance Company ("First American") hereby gives notice that it is filing an electronic copy of the Declaration of Darci F. Madden in support of First American's Reply in Support of Defendant's Motion to Compel Further Responses to

Interrogatories and Depositions. The original document will be filed with the court upon receipt by the undersigned counsel.

Dated this 8th day of August, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: *[signature]*
DAVID W. DOOLEY
Attorneys for Defendant
First American Title Insurance Company

F103.106a-P08003

2

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CYFRED, LTD., for itself and on behalf )
Of all other similarly situated )
)
    Plaintiff, ) Case No: 07-00024
v. )
)
FIRST AMERICAN TITLE INSURANCE )
COMPANY )
)
    Defendant. )

## DECLARATION OF DARCI F. MADDEN

I, Darci F. Madden, declare:

1. I am an attorney representing First American Title Insurance Company ("FATIC").

2. In this litigation, Cyfred has produced three CDs containing documents, as well as a box of loose documents in hard copy.

3. Each CD produced by Cyfred contains files in .pdf format. Each .pdf file is labeled "Cyfred," followed by a number. The files bear no additional labels.

4. The CDs do not contain an index, nor are they searchable.

5. I have consulted with several computer specialists employed by my law firm and they have advised that they are aware of no way to search these CDs electronically in their current form. The only way we have been able to determine what is located in each file is to open each file.

I declare, pursuant to 28 U.S.C. 1746 and under penalty of perjury that the foregoing is true and correct.

Executed this 7 day of August, 2008 at St. Louis, Missouri.

*[signature]*