DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company



**FILED**
DISTRICT COURT OF GUAM

AUG 0 8 2008 RD

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-129, inclusive,<br><br>　　　　　Defendants. | CIVIL CASE NO. 07-00024<br><br>**CERTIFICATE OF SERVICE** |

I, **David W. Dooley**, hereby declare that on August 8, 2008, I caused a copy of Defendant's Reply in Support of Defendant's Motion to Compel Further Responses to

///

///
ORIGINAL

<s>
</s>
<s>Case 1:07-cv-00024   Document 111   Filed 08/08/2008   Page 1 of 2</s>

Interrogatories and Depositions, Declaration of David W. Dooley and Notice of Filing Electronic Copy of Declaration of Darci F. Madden, to be served upon the following via hand delivery:

>Curtis C. Van de veld, Esq.
>The Vandeveld Law Office, P.C.
>2nd Floor, Historical House
>123 Hernan Cortes Ave.
>Hagåtña, Guam 96910
>
>Wilfred R. Mann, Esq.
>Berman, O'Connor & Mann
>Bank of Guam Bldg., Suite 503
>111 Chalan Santo Papa
>Hagåtña, Guam 96910

DOOLEY ROBERTS & FOWLER LLP

Date: August 8, 2008  By: /s/ David W. Dooley

**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company

F103.106a-P08004

2