# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-07-00024　　　　　　　　　　DATE: August 14, 2008
CAPTION: Cyfred, Ltd. v. First American Title Insurance Company, et al.

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Mary B. Pangelinan
Courtroom Deputy: Francine A. Diaz　　　Electronically Recorded: 10:16:33-11:00:58
CSO: B. Pereda

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Curtis Van de Veld | David W. Dooley - First American Title Insurance Company |
| | Darci Madden - First American Title Insurance Company (via teleconference) |

---

**PROCEEDINGS: Motion to Compel**
- Motion argued by <u>Plaintiff and Defendant</u>.
- Court finds that Interrogatory Nos. 3 and 4 were appropriately answered by the Plaintiff. The court will require the Plaintiff to be more specific in its responses to Interrogatory Nos. 2, 5, 6, 7, 8, 9 and 10 and to be diligent in providing its responses within a reasonable time. With regard to Interrogatory No. 11, the court will not require plaintiff to respond to Interogatory No. 11 at this time pursuant to Rule 33(a)(2) but will require a response at a later time once discovery is completed and Plaintiffs are able to provide an estimate as to damages.
- Court declined to address issues related to depositions based on representations that resolution had been reached, but left the matter open to the parties to bring before the court should issues arise.
- No written order to be prepared.

NOTES: Francis Gill appeared on behalf of Cyfred, Ltd.