DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone No. (314) 259-2599
Facsimile No. (314) 552-8599

Attorneys for Defendant
First American Title Insurance Company

FILED
DISTRICT COURT OF GUAM

AUG 2 6 2008 R.D.

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES 1-298, inclusive,<br><br>Defendants. | CIVIL CASE NO. 07-00024<br><br>**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. PRO 30(b)(6)** |

**DEPONENT:** Cyfred, Ltd. (on the topics attached as Exhibit A)
**TIME:** 9:00 a.m.
**DATE:** Tuesday, September 30, 2008
**LOCATION:** Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913

PLEASE TAKE NOTICE that at the above date, hour and place, we shall take the deposition of the above-named witness to be taken upon oral examination pursuant to Rule 30(b)(6)

of the Federal Rules of Civil Procedure, before a shorthand reporter and suitable Notary Public. The deposition shall continue from day to day until completed. You are invited to attend and cross-examine.

Dated: August 22, 2008.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**David W. Dooley**
Attorneys for Defendant
First American Title Insurance Company

F103.106a-P08005

2

# EXHIBIT A

## Definitions

1. "First American" means First American Title Insurance Company and any of its subsidiaries, divisions, predecessors or successors, and all present and former officers, directors, employees, trustees, principals, agents, and representatives of First American, as well as any person acting or purporting to act on its behalf.

2. "Cyfred," "Plaintiff," "you," or "your" means Cyfred, Ltd. and any of its subsidiaries, divisions, predecessors or successors, and all present and former officers, directors, employees, trustees, principals, agents, and representatives of Cyfred, Ltd., as well as any person acting or purporting to act on its behalf.

3. "Complaint" refers to the Class Action Complaint in this action and to all other subsequent amendments.

4. "Class" refers to the putative class of persons who are plaintiffs in this action as defined in the Complaint.

5. "Claim" refers to your request for indemnification and tender of defense in the Sananap Action, referenced in the Complaint.

6. "Gill-Baza Subdivision" refers to the property located at Tract 63004, Yigo, Guam.

7. "Ruben Property" refers to the property located at Lot No. 19, Block No. 1, Tract 63004, Yigo, Guam, which is referenced in the Complaint.

8. "Title Insurance Transaction" refers to the purchase of a First American title insurance policy on the Property on February 26, 2002, as described in the Complaint.

9. The term "Sananap Action" means the lawsuit captioned *Kini Sananap et al. v. Cyfred Ltd. et al.*, Superior Court of Guam, Civil Case Number CV1448-02, which is described in the Complaint.

## Topics

1. The occurrences and/or contentions alleged in the Complaint.

2. Your acquisition of the Gill-Baza Subdivision.

3. Any transactions to refinance your mortgage on the Gill-Baza Subdivision.

4. Any title insurance policies related to your interest in any part of the Gill-Baza Subdivision.

5. Your Title Insurance Transaction.

6. Your efforts to sell the Ruben Property, including but not limited to (a) the sale to David San Nicolas, and (b) the rescission of the sale to David San Nicolas.

7. Your Claim.

8. Litigation (or threatened litigation) filed against you relating to the Gill-Baza Subdivision.

9. Your claimed damages in this action.

10. Cyfred's knowledge of First's American's alleged failure to obtain approval of its policy forms and rates, rate schedules, rate plans and methods of computing rates, including the circumstances of Cyfred's discovery that First American allegedly failed to obtain such approval.

11. Cyfred's communications with members of the putative class, including attorneys representing them, regarding this lawsuit.

12. Other lawsuits or legal proceedings brought against Cyfred or its officers.