THE VANDEVELD LAW OFFICES, P.C.
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office:    (671) 472-4396/488-0888
Facsimile: (671) 472-2561

*Attorney for Plaintiff:*
    Cyfred, Ltd., Class,
    Deceptive Acts Subclass
    Denied Claims Subclass

**FILED**
DISTRICT COURT OF GUAM
AUG 2 8 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD for itself and other similarly situated, | Civil Case No.07-00024 |
| Plaintiffs, | |
| vs. | **NOTICE OF COMPLIANCE WITH THE ORDER OF THE COURT TO PROVIDE MORE PARTICULAR RESPONSES TO FIRST AMERICAN TITLE INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES AT INTERROGATORIES 2 & 5 THROUGH 10** |
| FIRST AMERICAN TITLE INSURANCE, PACIFIC AMERICAN TITLE INSURANCE & ESCROW COMPANY, MANU MELWANI and DOES One (1) through Three Hundred and Ninety-Eight (298), inclusive, | |
| Defendants. | |

COMES NOW Plaintiffs, Cyfred, Ltd. ("Cyfred"), and the putative class members, by and through their counsel THE VANDEVELD LAW OFFICES, P.C., by Curtis C. Van de veld Esq., who hereby notifies the Court that it has complied with the Court's order to provide First American Title Insurance Company with further more particular responses to First American Title Insurance Company's First Set of Interrogatories at interrogatories 2 & 5 through 10, a copy of which further responses was filed in this Court on August 26th 2008.

///

///

///
CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
NOTICE OF COMPLIANCE
Civil Case No.07-00024
Page 1

Case 1:07-cv-00024    Document 120    Filed 08/28/2008    Page 1 of 2

Dated this 27th day of August 2008.

THE VANDEVELD LAW OFFICES, P.C.

*Curtis C. Van de veld*

Curtis C. Van de veld, Esq.
Counsel for Plaintiffs, Cyfred, Ltd., and
Putative Class Members

CYFRED, LTD. et al., v. FIRST AMERICAN TITLE INSURANCE COMPANY et al., Defendants
NOTICE OF COMPLIANCE
Civil Case No.07-00024

Case 1:07-cv-00024    Document 120    Filed 08/28/2008    Page 2 of 2

Page 2