```
                   UNITED STATES DISTRICT COURT
                       DISTRICT OF GUAM
CYFRED, LTD.                )
                            )
     Plaintiff(s),          )
                            )
vs.                         )         1:07-CV-00024-PMP
                            )
FIRST AMERICAN TITLE        )
INSURANCE COMPANY, et al.,  )
                            )
     Defendant(s).          )
CYFRED, LTD.,               )
                            )
     Plaintiff(s),          )
                            )
vs.                         )         1:09-CV-00004-PMP
                            )
TICOR TITLE INSURANCE       )
COMPANY,                    )         MINUTES OF THE COURT
                            )
     Defendant(s).          )         DATED: November 30, 2011
```

PRESENT: THE HONORABLE PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Donna Sherwood          RECORDER: Joan Quiros

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): David W. Dooley, Wilfred R. Mann

PROCEEDINGS: **TELEPHONIC STATUS HEARING**

4:00 p.m. Court convenes.

On inquiry by the Court as to Mr. Van de veld's absence from the conference, Mr. Dooley states it is his understanding he is no longer on the case.

The Court notes the Bankruptcy Trustee is also absent from the conference, but perhaps he did not get notice of the hearing.

On inquiry by the Court as to the status of the cases, Mr. Dooley states First American and the Bankruptcy Trustee have negotiated a settlement and a Motion to Confirm Settlement is pending before the Bankruptcy Court. The Ticor Title case is still before the insurance commissioner awaiting a ruling.

**IT IS ORDERED AS FOLLOWS:**

As to Case 1:07-cv-00024, counsel for the parties shall submit a stipulation for dismissal upon approval of the settlement before the bankruptcy court.

As to Case 1:09-cv-00004, counsel for the parties shall advise the Court in writing within twenty days of the issuance of a ruling by the insurance commissioner.

4:20 p.m. Court adjourns.

    JEANNE G. QUINATA, CLERK
    By:
      /s/
    Donna Sherwood, Deputy Clerk