Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

SNR Denton US LLP
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Telephone (314) 241-1800
Facsimile (314) 259-5959

Attorneys for Defendant
First American Title Insurance Company

Berman, O'Connor & Mann
Bank of Guam Bldg, Ste 503
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778

Attorneys for Defendants Pacific American Title Insurance
and Escrow Company and Manu Melwani

Mark Heath, Trustee
PMB 111
1270 North Marine Corps Drive, Suite 101
Tamuning, Guam 96913
Telephone (671) 727-1919

For Plaintiff Cyfred Ltd.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CYFRED, LTD., for itself and on behalf Of all other similarly situated<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY et al.<br><br>　　　　Defendants. | ) CIVIL CASE NO. 07-00024<br>)<br>)<br>) **STIPULATION FOR**<br>) **DISMISSAL WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>) |

1

# STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Defendant First American Title Insurance Company and Mark Heath, as Chapter 7 Trustee, on behalf of Plaintiff Cyfred, Ltd. ("Plaintiff"), and in accordance with the Claims Purchase Agreement dated November 2011 between First American Title Insurance Company and Plaintiff and the Bill of Assignment executed by Plaintiff on or about January 23, 2012, and Defendants First American Title Insurance Company, Pacific American Title Insurance and Escrow Company, and Manu Melwani ("collectively, "Defendants") hereby stipulate that all claims asserted by Plaintiff are dismissed with prejudice. Each party to bear its own costs and fees.

Dated: February 13, 2012

*/s/ Charles Newman*
SNR Denton US LLP
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Telephone (314) 241-1800
Facsimile (314) 259-5959
*Attorneys for Defendant First American Title Insurance Company*

Dated: February 13, 2012

*/s/ Bill Mann*
Berman, O'Connor & Mann
Bank of Guam Bldg, Ste 503
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
*Attorneys for Defendants Pacific American Title Insurance and Escrow Company and Manu Melwani*

Dated: February 13, 2012

*/s/ Mark Heath*
PMB 111
1270 North Marine Corps Drive,
Suite 101
Tamuning, Guam 96913
Telephone (671) 727-1919
*For Cyfred, Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2012, the Stipulation for Dismissal With Prejudice was filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Curtis C. Van de Veld, Esq.
The Vandeveld Law Offices, P.C.
123 Hernan Cortes Avenue, Second Floor
Hagatna, Guam 96910

I hereby declare that on this 14th day of February, 2012, I caused a copy of the Stipulation for Dismissal With Prejudice to be hand delivered to the following:

Wilfred R. Mann, Esq.
Berman, O'Connor & Mann
Bank of Guam Bldg., Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910

Mark Heath, Trustee
120 Father Duenas Avenue
Suite 104 Capitol Plaza
Hagatna, Guam 96910

DOOLEY ROBERTS & FOWLER LLP

Date: February 14, 2012

David W. Dooley, Esq.
Attorneys for First American Title Insurance Company

F103.106a (Cyfred - 2)\STLLIB1-23345587-v1-(First American Cyfred) Stipulation for Dismissal with Prejudice 021412.DOC