## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| CYFRED, LTD, | ) | CIVIL CASE NO. 07-00024 |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| FIRST AMERICAN TITLE INSURANCE COMPANY, PACIFIC AMERICAN TITLE INSURANCE AND ESCROW COMPANY, MANU MELWANI, and DOES 1-298, | ) | |
| Defendants. | ) | |

Judgment is hereby entered in in accordance with the Stipulation for Dismissal with Prejudice (ECF 182) and Order (ECF 184) filed on February 14, 2012 and February 15, 2012.

Dated: 15 February 2012 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quinata**